QUINN EMANUEL URQUHART & SULLIVAN, LLP
RACHEL HERRICK KASSABIAN (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
OLGA SLOBODYANYUK (Bar No. 311194)
  olgaslobodyanyuk@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

ANDREW SCHAPIRO (NY Bar No. 2730554)
*Pro Hac Vice App. Pending*
  andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

DANIEL C. POSNER (Bar No. 232009)
  danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant  ZAZZLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| NICKY LAATZ and NICKY LAATZ CREATIONS UK LTD., Plaintiffs, v. ZAZZLE, INC. and MOHAMED ALKHATIB, Defendants. | Case No. 5:22-cv-04844-BLF<br><br>**NOTICE OF APPEARANCE OF OLGA SLOBODYANYUK FOR DEFENDANT ZAZZLE, INC.** |
|---|---|

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Olga Slobodyanyuk, an attorney with the firm of Quinn Emanuel Urquhart & Sullivan, LLP, and admitted to practice before this Court, hereby enters her appearance as counsel of record for Defendant Zazzle, Inc. in the above-captioned action. Ms. Slobodyanyuk's contact information follows:

> Olga Slobodyanyuk (Bar No. 311194)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 555 Twin Dolphin Drive, 5th Floor
> Redwood Shores, California 94065-2139
> Telephone:   (650) 801 5000
> Facsimile:    (650) 801 5100
> *olgaslobodyanyuk@quinnemanuel.com*

Respectfully submitted,

DATED: September 14, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Olga Slobodyanyuk*
Olga Slobodyanyuk
Attorneys for Defendant ZAZZLE, INC.