# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZAZZLE, INC., et al., <br><br> Defendants. | Case No. 22-cv-04844-BLF <br><br> **ORDER ADVISING THE PARTIES ON DISPOSITIVE MOTIONS** |

Plaintiffs filed a Motion for Partial Summary Judgment on September 21, 2022. *See* ECF No. 26. The Court ADVISES the parties that under its Standing Orders each side may file only one motion for summary judgment in the life of the case. *See* Standing Order re Civil Cases § VI.B. The Court is glad to adjudicate the pending motion, but if Plaintiffs would prefer to reserve the opportunity to seek summary adjudication for a later time, they may withdraw the motion.

**IT IS SO ORDERED.**

Dated: September 23, 2022

_____
BETH LABSON FREEMAN
United States District Judge