1

2

3                    **UNITED STATES DISTRICT COURT**

4                    **NORTHERN DISTRICT OF CALIFORNIA**

5                    **SAN JOSE DIVISION**

6

7    NICKY LAATZ, et al.,                        Case No.  22-cv-04844-BLF

8                    Plaintiffs,

9           v.                                   **ORDER GRANTING MOTION TO EXTEND TIME**

10   ZAZZLE, INC., et al.,

11                  Defendants.

12

13          The parties are engaged in an unnecessary disagreement about the due date for Defendant's

14   opposition to Plaintiff's very early motion for summary judgment.  Insofar as the hearing is not

15   scheduled until January 19, 2023, it is inconceivable to the Court that the parties were unable to

16   reach an agreement.  However, in order to quickly put an end to this type of squabbling, the Court

17   construes Defendant's motion in the alternative as a motion under Rule 56(d) and GRANTS the

18   requested extension of time to file the opposition brief.  Defendant's affidavit adequately sets forth

19   good cause for the extension of time.  Defendant's opposition shall be file no later than November

20   3, 2022.  Any reply brief shall be due no later than 7 days after the opposition is filed.

21          **IT IS SO ORDERED.**

22

23   Dated:  October 3, 2022

24                                               _____

25                                               BETH LABSON FREEMAN
                                                 United States District Judge
26

27

28

United States District Court
Northern District of California