PATRICK M. RYAN (SBN 203215)
  pryan@bzbm.com
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bzbm.com
CHRIS W. GRIBBLE (SBN 285337)
  cgribble@bzbm.com
P. CASEY MATHEWS (SBN 311838)
  cmathews@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:    (415) 956-1900
Facsimile:    (415) 956-1152

Attorneys for Plaintiffs NICKY LAATZ and
NICKY LAATZ CREATIONS UK LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ and NICKY LAATZ CREATIONS UK LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ZAZZLE, INC. and MOHAMED ALKHATIB, <br><br> Defendants. | Case No. 5:22-cv-04844-BLF <br><br> **REQUEST FOR ENTRY OF DEFAULT BY CLERK; DECLARATION OF STEPHEN C. STEINBERG IN SUPPORT THEREOF** <br><br> Trial Date:    None Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs Nicky Laatz and Nicky Laatz Creations UK Ltd. (collectively, "Nicky Laatz") hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendant Mohamed Alkhatib ("Mr. Alkhatib") on the ground that said Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiffs served Mr. Alkhatib with the summons, complaint, and other accompanying documents by: 1) attempting personal delivery at Mr. Alkhatib's usual mailing address on August 26, 27, 28, 29, 31 (twice), and September 2 and 3, 2022; 2) leaving copies of the documents at Mr. Alkhatib's usual mailing address in the presence of a competent member of the household or a person apparently in charge, who was informed of the contents thereof, on September 3, 2022; and 3) mailing copies of the documents by first-class mail, postage prepaid to Mr. Alkhatib at his usual mailing address on September 6, 2022 (*see* ECF No. 18), pursuant to Fed. R. Civ. Proc. 4(e)(1) and Cal. Code of Civ. Proc. § 415.20(b). Mr. Alkhatib failed to file a pleading or motion within the 21 days allowed by law, pursuant to Fed. R. Civ. Proc. 12(a)(1)(A)(i), even if service was not deemed complete until September 16, 2022 (the 10th day after the mailing) under Cal. Code of Civ. Proc. § 415.20(b). Plaintiffs now request that the Clerk enter default against Mr. Alkhatib.

The above stated facts are set forth in the accompanying Declaration of Stephen C. Steinberg filed herewith.

DATED: October 12, 2022                                         Respectfully submitted,

                                                                                            BARTKO ZANKEL BUNZEL & MILLER
                                                                                            A Professional Law Corporation

By: _____*/s/ Patrick M. Ryan*_____
                PATRICK M. RYAN
              Attorneys for Plaintiffs
NICKY LAATZ and NICKY LAATZ CREATIONS UK LTD.

## DECLARATION OF STEPHEN C. STEINBERG IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT BY CLERK

I, Stephen C. Steinberg, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a Principal of Bartko Zankel Bunzel & Miller, attorneys of record for Plaintiffs Nicky Laatz and Nicky Laatz Creations UK Ltd. (collectively, "Nicky Laatz"). I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto. I make this declaration in support of Nicky Laatz's Request for Entry of Default by Clerk.

2. On August 24, 2022, Nicky Laatz filed her Complaint for Damages and Injunctive Relief for Fraudulent Misrepresentation, Fraudulent Concealment, Promissory Fraud, Intentional Interference with Contractual Relations, Federal Copyright Infringement, Federal Trademark Infringement, and Breach of Contract ("Complaint") against Defendants Zazzle, Inc. and Mohamed Alkhatib as ECF No. 1.

3. On August 24, 2022, the Clerk issued Summons to Defendant Mohamed Alkhatib ("Mr. Alkhatib") as ECF No. 6.

4. On August 26, 27, 28, 29, 31 (twice), and September 2 and 3, 2022, a process server attempted personal delivery of the Summons, Complaint, and other accompanying documents at Mr. Alkhatib's usual mailing address. *See* ECF No. 18. One of the residents confirmed that Mr. Alkhatib "receives mail at this address." *Id.*

5. On September 3, 2022, a process server left copies of the aforementioned documents at Mr. Alkhatib's usual mailing address in the presence of a competent member of the household or a person apparently in charge, his brother-in-law, who was informed of the contents thereof. *Id.*

6. On September 6, 2022, a process server mailed copies of the aforementioned documents by first-class mail, postage prepaid to Mr. Alkhatib at his usual mailing address. *Id.*

7. Nicky Laatz filed the Certificate of Service with the Court on September 8, 2022 as ECF No. 18.

8. Pursuant to Fed. R. Civ. Proc. 12(a)(1)(A)(i), Mr. Alkhatib was required to file a responsive pleading or motion within twenty-one (21) days of being served with the Summons and Complaint.

9. There is no provision in the Fed. R. Civ. Proc. to extend the time for Mr. Alkhatib's response based on substitute service. *See* Fed. R. Civ. Proc. 6(d).

10. However, even if service was not deemed complete until September 16, 2022 (the 10th day after the mailing) under Cal. Code of Civ. Proc. § 415.20(b), Mr. Alkhatib was required to file a response by October 7, 2022.

11. As of the date of this declaration, Mr. Alkhatib has failed to file a responsive pleading or any motion permitted by law.

12. Mr. Alkhatib is neither a minor nor an incompetent person.

13. Pursuant to Fed. R. Civ. Proc. 55(a), Nicky Laatz requests that the clerk enter default against Mr. Alkhatib.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 12th day of October, 2022.

*/s/ Stephen C. Steinberg*
STEPHEN C. STEINBERG

I hereby attest that Stephen Steinberg has concurred in the filing of this document on his behalf and the inclusion of a conformed signature (/s/) within this e-filed document on his behalf.

*/s/ Patrick M. Ryan*
PATRICK M. RYAN

## CERTIFICATE OF SERVICE

I, Caroline Pfahl, hereby certify that on this 12th day of October, 2022, a copy of the foregoing **REQUEST FOR ENTRY OF DEFAULT BY CLERK; DECLARATION OF STEPHEN C. STEINBERG** was served via U.S. Mail, on the following:

Mohamed Alkhatib                                              Defendant
1204 Fewtrell Dr.
Campbell, CA  95008

Mohamed Alkhatib
36095 Easterday Way
Fremont, CA  94536

                                                    */s/ Caroline Pfahl*
                                                    Caroline Pfahl

I hereby attest that Caroline Pfahl has concurred in the filing of this document on her behalf and the inclusion of a conformed signature (/s/) within this e-filed document on his behalf.

                                                    */s/ Patrick M. Ryan*
                                                    Patrick M. Ryan