QUINN EMANUEL URQUHART & SULLIVAN, LLP
RACHEL HERRICK KASSABIAN (Bar No. 191060)
  *rachelkassabian@quinnemanuel.com*
OLGA SLOBODYANYUK (Bar No. 311194)
  *olgaslobodyanyuk@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801 5000
Facsimile: (650) 801 5100

ANDREW SCHAPIRO (*Pro Hac Vice*)
  *andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705 7400
Facsimile: (312) 705 7401

DANIEL C. POSNER (Bar No. 232009)
  *danposner@quinnemanuel.com*
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

Attorneys for Defendants Zazzle Inc.
and Mohamed Alkhatib

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ and NICKY LAATZ CREATIONS UK LTD,<br><br>     Plaintiffs,<br><br>     vs.<br><br>ZAZZLE, INC. and MOHAMED ALKHATIB,<br><br>     Defendants. | Case No. 5:22-cv-04844-BLF<br><br>**DEFENDANT MOHAMED ALKHATIB'S OPPOSITION TO PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT BY CLERK** |

Defendant Mohamed Alkhatib respectfully requests that the Clerk deny Plaintiffs' Request for Entry of Default.  (ECF 33).  Mr. Alkhatib is an individual residing in the country of Jordan, and has not been properly served with process in this case, as evident from the face of the Proof of Service Plaintiffs filed.  (*See* ECF 18 at p.3 (describing purported substitute service on an unnamed relative of Mr. Alkhatib in Campbell, California pursuant to California law, even though the residents of the attempted service address informed Plaintiffs' process servers that Mr. Alkhatib "does not reside here")).  Plaintiffs' counsel has been on notice since at least September 30, 2022 that Mr. Alkhatib is a resident of the country of Jordan (ECF 30 at p.1, fn.1), and thus that he must be served pursuant to Fed. R. Civ. P. 4(f) (governing service of individuals in foreign countries).  Neither Plaintiffs' Proof of Service nor its Request for Entry of Default represents that Plaintiffs served Mr. Alkhatib personally in Jordan, or by other means authorized by Jordanian law.  *See* Fed. R. Civ. P. 4(f)(2).

To avoid a service dispute and the resulting burdens on the Court's resources, Mr. Alkhatib executed a Rule 4(d) service waiver form which was served upon Plaintiffs' counsel and then filed with the Court.  (ECF 36).  Mr. Alkhatib's undersigned counsel asked Plaintiffs' counsel to withdraw its Request for Entry of Default, but Plaintiffs have failed to do so.  Accordingly, Mr. Alkhatib requests that the Clerk decline to enter default against him, because Plaintiffs have not made the requisite showing of entitlement to entry of default, and because Mr. Alkhatib will be defending this action and responding to the Complaint as confirmed by his voluntary Waiver of the Service of Summons, and this filing.

DATED:  October 13, 2022            Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By     */s/ Rachel Herrick Kassabian*
       Rachel Herrick Kassabian
       Attorneys for Defendant Zazzle Inc.
       and Mohamed Alkhatib

**DECLARATION OF RACHEL HERRICK KASSABIAN IN OPPOSITION TO PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT BY CLERK**

I, Rachel Herrick Kassabian, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan, counsel for Defendants Zazzle Inc. and Mohamed Alkhatib in this action. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto. I make this declaration in opposition to Plaintiffs' Request for Entry of Default as to Mr. Alkhatib.

2. In a September 30, 2022 filing in this case, we informed Plaintiffs' counsel and the Court that "[i]ndividual defendant Mohamed Alkhatib is a resident of the country of Jordan, and has not yet been properly served with process under Fed. R. Civ. P 4(f). *See* ECF 18." ECF 30 at 2. Plaintiffs' counsel has not asked my firm to accept service on Mr. Alkhatib's behalf.

3. On October 12, 2022, I again informed Plaintiffs' counsel, this time by letter, that Mr. Alkhatib is a resident of the country of Jordan, and that Plaintiffs' attempted service of process upon Mr. Alkhatib, by serving an unnamed relative of his in California, was defective. I enclosed with the letter a Waiver of the Service of Summons by Mr. Alkhatib (filed as ECF 36), and requested that Plaintiffs' counsel withdraw its Request for Entry of Default. As of this filing, Plaintiffs' counsel has not done so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on this 13th day of October, 2022.

By     */s/ Rachel Herrick Kassabian*
         Rachel Herrick Kassabian