UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ZAZZLE, INC., et al.,<br><br>    Defendants. | Case No. 22-cv-04844-BLF<br><br>**ORDER GRANTING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS**<br><br>[Re: ECF No. 52] |

    Before the Court is Plaintiffs' Motion to Advance Hearing Date for Defendants' Motion to Dismiss. ECF No. 52. Plaintiffs request that the Court advance the hearing date for Defendants' Motion to Dismiss (ECF No. 40), currently scheduled for March 2, 2023, so that it may be heard concurrently with Plaintiff's Motion for Partial Summary Judgment (ECF No. 26) on January 19, 2023. *Id.* at 1. Defendants filed an Opposition, asking that the Court instead switch the hearing dates, such that the Court hears Defendants' Motion to Dismiss on January 19, 2023, and Plaintiffs' Motion for Partial Summary Judgment on March 2, 2023. *See* ECF No. 54.

    The Court agrees with Defendants that judicial economy would be best served by hearing argument on the motion to dismiss before the motion for summary judgment. Accordingly, the Court RESETS the hearings as follows:

//

//

//

//

- The hearing on Defendants' motion to dismiss (ECF No. 40) shall be reset to January 19, 2023.
- The hearing on Plaintiffs' motion for summary judgment (ECF No. 26) shall be reset to March 2, 2023.

**IT IS SO ORDERED.**

Dated:  November 28, 2022

_____
BETH LABSON FREEMAN
United States District Judge