1

2

3    **UNITED STATES DISTRICT COURT**

4    **NORTHERN DISTRICT OF CALIFORNIA**

5    **SAN JOSE DIVISION**

6

7    NICKY LAATZ, et al.,                               Case No.  22-cv-04844-BLF

8                    Plaintiffs,

9          v.                                           **ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES OF DOCUMENTS FILED AT ECF NO. 27.**

10    ZAZZLE, INC., et al.,

11                    Defendants.                       [Re: ECF No. 27]

12

13          The Court has not yet received chambers copies of the declarations and exhibits submitted

14    at ECF No. 27.  Plaintiffs SHALL submit chambers copies in accordance with this Court's

15    Standing Order Re Civil Cases § IX no later than **January 17, 2023**.

16          **IT IS SO ORDERED.**

17

18    Dated:  January 3, 2022

19    _____

20    BETH LABSON FREEMAN
      United States District Judge

21

22

23

24

25

26

27

28

United States District Court
Northern District of California