UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ZAZZLE, INC., et al.,<br><br>        Defendants. | Case No. 22-cv-04844-BLF (VKD)<br><br>**INTERIM ORDER RE JUNE 3, 2024 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 178 |

On June 11, 2024, the Court held a hearing on the parties' dispute regarding defendant Zazzle Inc.'s ("Zazzle") responses to plaintiff Nicky Laatz's Requests for Admissions ("RFAs") Nos. 143, 171-209, and 221-242. Dkt. Nos. 178, 179. As discussed during the hearing, the Court orders as follows:

    1.    The disputed RFAs appear to address subject matter that is relevant to the claims and defenses at issue, and the underlying information required to respond to these RFAs appears to be readily ascertainable. However, the Court expects that the information Ms. Laatz seeks by means of a series of "threshold" RFAs—RFA Nos. 143 (number of publishers), 171-190 (number of users who created designs), 191-209 (number of users who ordered designs), 221-230 (revenue), and 231-240 (profits)—can be more effectively and efficiently provided via answers to interrogatories and/or production of responsive documents. Accordingly, the Court orders the parties to confer regarding a plan for production of this information to Ms. Laatz in the form of interrogatory answers and/or production of documents, in lieu of answers to these disputed RFAs. **By June 18, 2024**, the parties shall file a stipulation regarding a plan for Zazzle's production of this information, or in the alternative, a joint status report briefly describing any remaining areas

of disagreement.

2. The Court understands that, in view of Zazzle's May 31, 2024 amendments to its RFA responses, RFAs Nos. 241 and 242 are no longer in dispute.

3. The Court encourages the parties to complete their discussions regarding any remaining discovery disputes. Additional disputes may be addressed to the Court in accordance with the dispute resolution procedures in the Court's Standing Order for Civil Cases, https://cand.uscourts.gov/standing-order-for-civil-cases-april-2024/.

**IT IS SO ORDERED.**

Dated: June 11, 2024

Virginia K. DeMarchi
United States Magistrate Judge