1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NICKY LAATZ, et al.,

          Plaintiffs,

   v.

ZAZZLE, INC., et al.,

          Defendants.

Case No.  22-cv-04844-BLF (VKD)

**ORDER RE DEPOSITION SCHEDULE**

Re: Dkt. No. 224

On the issue of scheduling depositions for witnesses as to whom there is no substantive objection pending (i.e., no objection apart from exceeding the 10-deposition limit), the Court ordered the parties to confer and confirm dates for those depositions, and to report those dates to the Court by July 8, 2024.  Dkt. No. 218 at 7.  On July 8, 2024, the parties filed a status report confirming agreed-upon deposition dates for certain witnesses, and advising of remaining disputes regarding the deposition scheduling for others.  Dkt. No. 224.

As to the witnesses whose deposition dates are agreed, the depositions shall proceed as follows unless the parties agree otherwise:

1.  Defendant Mohamed Alkhatib (individual and Rule 30(b)(6) representative of Zazzle) — August 7, 2024

2.  Catherine Sheu (Rule 30(b)(6) representative of Zazzle) — July 24, 2024

3.  Monica McGhie — July 16, 2024

4.  Patrick Haley — July 16, 2024

5.  Pete Hottelet — August 8, 2024

6.  Katrina Liu — September 12, 2024

7. Nicky Laatz (individual and Rule 30(b)(6) representative of Laatz-owned entities) — August 1, 2024

8. John Laatz (individual and Rule 30(b)(6) representative of Laatz-owned entities) — August 2, 2024

9. Zazzle's Rule 30(b)(6) deposition notices to Nicky Laatz Creations UK Ltd. and Brightbox Collective (Pty) Ltd, to the extent such designations and resulting testimony require the Nicky Laatz deposition to continue for a second day — August 3 or 4, 2024.

As for the witnesses whose deposition dates are disputed, those depositions shall proceed as follows unless the parties agree otherwise:

1. Jason Li (Rule 30(b)(6) representative of Zazzle) — July 17 or 19, 2024, at Ms. Laatz's election

2. Jason Kang (Rule 30(b)(6) representative of Zazzle) — August 6 or 7, 2024, at Ms. Laatz's election.  The deposition shall be conducted via Zoom.

Ms. Laatz shall advise Zazzle of the dates and times selected for the depositions of Mr. Li and Mr. Kang **by 4:00 p.m. on July 10, 2024**.

**IT IS SO ORDERED.**

Dated: July 9, 2024

Virginia K. DeMarchi
United States Magistrate Judge

2