UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ZAZZLE, INC., et al.,<br><br>Defendants. | Case No. 22-cv-04844-BLF (VKD)<br><br>**ORDER REQUESTING SUPPLEMENTAL SUBMISSION RE DISCOVERY DISPUTES AT DKT. NOS. 240 AND 241** |

In connection with the discovery dispute filed at Dkt. No. 240, the Court orders the parties to file the following:

1. the November 2016 emails[1] involving or referring to Jeff Beaver to which plaintiff refers at page 2, and to which defendants refer at pages 4-5; and

2. the portions of Ms. Sheu's Rule 30(b)(6) deposition transcript[2] on behalf of Zazzle to which plaintiff refers at page 3, and to which defendants refer at page 5.

In connection with the discovery dispute filed at Dkt. No. 241, the Court orders the parties to file the following:

1. the portions of Ms. Laatz's deposition transcript[3] that concern the substance and accuracy of the communications made to the Copyright Office on her behalf by

---

[1] The Court is not requesting *in camera* inspection of privileged communications on Zazzle's privilege log, but only emails produced in discovery.

[2] The parties may submit excerpts from the rough deposition transcript if a final transcript is not available.

[3] The Court understands that Ms. Laatz will be deposed on August 1, 2024. The parties may submit excerpts from the rough deposition transcript if a final transcript is not available.

1  Stephen Steinberg; and

2  2. the portions of Ms. Sheu's Rule 30(b)(6) deposition transcript[4] on behalf of Zazzle to

3  which plaintiff refers at page 3, and to which defendants refer at page 6.

4  The parties shall file these materials as supplemental submissions in support of Dkt. Nos.

5  240 and 241, respectively, by **August 5, 2024.**  No other supplemental submissions are permitted.

6  **IT IS SO ORDERED.**

7  Dated: August 1, 2024

Virginia K. DeMarchi
United States Magistrate Judge

---

[4] The parties may submit excerpts from the rough deposition transcript if a final transcript is not available.