UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>        Plaintiff,<br><br>    v.<br><br>ZAZZLE, INC., et al.,<br><br>        Defendants. | Case No. 5:22-cv-04844-BLF<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>[Re: ECF No. 300] |

The Court has reviewed Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, ECF No. 300, Defendants' Opposition to Plaintiff's motion, ECF No. 310, and Plaintiff's Objections and Request to Strike Portions of the Declaration of Robert Beaver III submitted in support of Defendants' Opposition, ECF No. 313.

The Court hereby GRANTS Plaintiff's request to strike paragraphs 7–14, 16, and 18–20 of the Declaration of Robert Beaver III and DENIES Plaintiff's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge in its entirety. In each instance, the Court finds that the Pretrial Order was not clearly erroneous or contrary to law. However, the Court cautions Defendants that the decision not to produce the webpages sought by Plaintiff in her Request for Production No. 85 may provide grounds to limit or exclude presentation of Defendants' value-allocation defense if Plaintiff can make a successful showing that, after receiving notice of the impending dispute, Defendants failed to preserve relevant evidence that would have been necessary to support Plaintiff's defense of her claims.

**IT IS SO ORDERED.**

Dated: October 9, 2024

BETH LABSON FREEMAN
United States District Judge