UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>        Plaintiffs,<br><br>v.<br><br>ZAZZLE, INC., et al.,<br><br>        Defendants. | Case No. 5:22-cv-04844-BLF<br><br>**ORDER REQUESTING RESPONSE FROM DEFENDANTS TO PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>[Re: ECF No. 320] |

On October 18, 2024, Plaintiff Nicky Laatz ("Plaintiff") filed a Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge (Dkt. No. 311). ECF No. 320. Under this District's Civil Local Rules, the Court may deny a motion for relief from a nondispositive pretrial order of a magistrate judge "by written order at any time, but may not grant it without first giving the opposing party an opportunity to respond." Civ. L.R. 72-2(d). Accordingly, the Court REQUESTS that Defendants file a response to Plaintiff's motion on or before November 1, 2024. Plaintiff may not submit a Reply.

**IT IS SO ORDERED.**

Dated: October 24, 2024

_____
BETH LABSON FREEMAN
United States District Judge