UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>          Plaintiff,<br><br>   v.<br><br>ZAZZLE, INC., et al.,<br><br>          Defendants. | Case No. 22-cv-04844-BLF (VKD)<br><br>**ORDER RE DEFENDANTS' OCTOBER 25, 2024 STATEMENT**<br><br>Re: Dkt. No. 323 |

On October 25, 2024, defendants filed a statement indicating that they will address sealing motions that are pending before the presiding judge in the parties' "forthcoming omnibus sealing motion due on November 4, 2024." Dkt. No. 323. Defendants are advised that this Court's October 17, 2024 Order for Omnibus Sealing Motion (Dkt. No. 318) concerns *only* sealing motions related to the parties' discovery disputes (and to the specific docket entries identified in the October 17, 2024 order). The parties' November 4, 2024 omnibus sealing motion should *not* include any sealing motions that are pending before the presiding judge.

**IT IS SO ORDERED.**

Dated: October 25, 2024

Virginia K. DeMarchi
United States Magistrate Judge