QUINN EMANUEL URQUHART & SULLIVAN, LLP
RACHEL HERRICK KASSABIAN (Bar No. 191060)
rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM F. PATRY (admitted pro hac vice)
williampatry@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

ANDREW SCHAPIRO (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

DANIEL C. POSNER (Bar No. 232009)
danposner@quinnemanuel.com
THOMAS D. NOLAN (Bar No. 238213)
thomasnolan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443 3100

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>Plaintiff,<br><br>vs.<br><br>ZAZZLE INC. and MOHAMED ALKHATIB,<br><br>Defendants.<br><br>ZAZZLE INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>NICKY LAATZ,<br><br>Counter-Defendant. | Case No. 5:22-cv-04844-BLF-VKD<br><br>**DEFENDANTS' NOTICE OF REFILING OF DOCUMENTS PURSUANT TO ORDERS ON MOTIONS TO SEAL (DKTS. 351, 352)** |

In accordance with the Court's Orders (Dkts. 351 and 352) on pending administrative motions to file under seal and to determine whether another party's material should be sealed (Dkts. 337, 339, 341, 343, 344), Defendants Zazzle Inc. and Mohamed Alkhatib (collectively, "Defendants") hereby resubmit revised public redacted versions of certain documents that were originally filed under seal or with redactions, but which Defendants have agreed and/or the Court has ordered be filed publicly or with reduced redactions. Defendants resubmit the following docket numbers, with updated redactions pursuant to the Orders, attached as Exhibits to this Notice:

Ex. A:  Dkt. 338-5/337-8, Exhibit C to the Declaration of Thomas Nolan in support of Defendants' Motion for Summary Judgment.

Ex. B:  Dkt. 338-64/337-9, Exhibit N to the Declaration of Thomas Nolan in support of Defendants' Motion for Summary Judgment.

Ex. C:  Dkt. 338-65/337-13, Exhibit O to the Declaration of Thomas Nolan in support of Defendants' Motion for Summary Judgment.

Ex. D:  Dkt. 338-67/337-10, Exhibit Q to the Declaration of Thomas Nolan in support of Defendants' Motion for Summary Judgment.

Ex. E:  Dkt. 338-79/337-11, Exhibit CC to the Declaration of Thomas Nolan in support of Defendants' Motion for Summary Judgment.

Ex. F:  Dkt. 338-80/337-12, Exhibit DD to the Declaration of Thomas Nolan in support of Defendants' Motion for Summary Judgment.

Ex. G:  Dkt. 338-91/337-7, Exhibit KK to the Declaration of Thomas Nolan in support of Defendants' Motion for Summary Judgment.

Ex. H: Dkt. 342/341-2, Plaintiff Nicky Laatz's Opposition to Defendants' Motion for Summary Judgment.

Ex. I: Dkt. 342-2/341-4, Exhibit 1 to the Declaration of Patrick Ryan in support of Plaintiff's Opposition to Summary Judgment.

| | | |
|---|---|---|
| 1 | DATED: February 12, 2025 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By  /s/ Andrew H. Schapiro  <br>       Andrew H. Schapiro |
| 4 | | *Attorneys for Defendants* |
| 5 | | *Zazzle Inc. and Mohamed Alkhatib* |