PATRICK M. RYAN (SBN 203215)
  pryan@bartkolaw.com
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bartkolaw.com
CHAD E. DEVEAUX (SBN 215482)
  cdeveaux@bartkolaw.com
P. CASEY MATHEWS (SBN 311838)
  cmathews@bartkolaw.com
BARTKO LLP
1100 Sansome Street
San Francisco, California 94111
Telephone:   (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Plaintiff and Counter-Defendant
NICKY LAATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>            Plaintiff,<br><br>   v.<br><br>ZAZZLE, INC. and MOHAMED ALKHATIB,<br><br>            Defendants. | Case No. 5:22-cv-04844-BLF<br><br>**PLAINTIFF NICKY LAATZ'S STATEMENT REGARDING APPLICATION FOR ADMISSION OF MIRANDA HULKA PRO HAC VICE**<br><br>Trial Date:   July 14, 2025 |
| ZAZZLE, INC.,<br><br>            Counter-Claimant,<br><br>   v.<br><br>NICKY LAATZ,<br><br>            Counter-Defendant. | |

1    Plaintiff Nicky Laatz ("Nicky Laatz") respectfully submits this statement regarding the
2  Application for Admission of Attorney *Pro Hac Vice* of Miranda Hulka ("Hulka PHV
3  Application") (Dkt. 354). Nicky Laatz defers to the Court as to whether to grant the Hulka PHV
4  Application, but provides this statement as to Ms. Hulka's eligibility for admission *pro hac vice*.
5    Local Rule 11-3(b) requires that "[a]n attorney seeking to appear pro hac vice must submit
6  the application and admission fee at the time of the filing of a complaint or the attorney's first
7  appearance in the case." Ms. Hulka has not met this deadline. Ms. Hulka first appeared in this case
8  on **January 5, 2023** when she appeared on behalf of Defendants at the Initial Case Management
9  Conference. Dkt. 61. Ms. Hulka also appeared at the January 19, 2023 hearing on Defendants'
10 Motion to Dismiss (Dkt. 64), the August 3, 2023 hearing on Plaintiff's Renewed Motion for
11 Partial Summary Judgment (Dkt. 139), the June 11, 2024 discovery hearing held before the
12 Magistrate Judge (Dkt. 180), and the July 2, 2024 discovery hearing held before the Magistrate
13 Judge (Dkt. 213). Ms. Hulka also appeared at the July 17, 2024 deposition of Jason Li, the August
14 1, 2024 deposition of Nicky Laatz, the August 2, 2024 deposition of John Laatz, the August 7,
15 2024 deposition of Mohamed Alkhatib, the August 8, 2024 deposition of Richard Hottelet, and the
16 September 13, 2024 deposition of Stephen Steinberg. Each of these appearances occurred before
17 Ms. Hulka submitted the Hulka PHV Application.
18   Local Rule 11-3(a)(2) requires that an attorney applying for admission *pro hac vice* must
19 "agree[] to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4," which
20 require attorneys to "comply with the standards of professional conduct required of members of
21 the State Bar of California" and to "[p]ractice with the honesty, care, and decorum required for the
22 fair and efficient administration of justice." Civ. L.R. 11-4(a)(1) & (4). Rule 4.1 of the California
23 Rules of Professional Conduct expressly states that "[i]n the course of representing a client a
24 lawyer shall not knowingly … make a false statement of material fact or law to a third person."
25 Ms. Hulka has made false statements of material fact to Plaintiff's counsel in the course of her
26 representation of Defendants in this case, including falsely representing during the parties meet
27 and confer discussions that Defendant Zazzle does not have data regarding "pending" designs.
28 Dkt. 268-1 ¶ 9. That representation was proven to be false by Zazzle's 30(b)(6) representative on

July 17, 2024. *Id.*¶ 10. Because Nicky Laatz did not discover the falsity of Ms. Hulka's representation until less than 30 days before the close of fact discovery, Nicky Laatz was precluded from propounding follow-up discovery regarding the "pending" design data that Zazzle had in its possession, custody, or control.

DATED: February 24, 2024

Respectfully submitted,

BARTKO LLP

By:    */s/ Patrick M. Ryan*
PATRICK M. RYAN
Attorney for Plaintiff and Counter-Defendant
NICKY LAATZ