1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   RACHEL HERRICK KASSABIAN (Bar No. 191060)
2  *rachelkassabian@quinnemanuel.com*
3  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA 94065-2139
4  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
5  ANDREW SCHAPIRO (admitted pro hac vice)
   *andrewschapiro@quinnemanuel.com*
6  191 N. Wacker Drive, Suite 2700
   Chicago, IL 60606-1881
7  Telephone: (312) 705-7400
   Facsimile: (312) 705-7401
8
   DANIEL C. POSNER (Bar No. 232009)
9  *danposner@quinnemanuel.com*
   THOMAS D. NOLAN (Bar No. 238213)
10 *thomasnolan@quinnemanuel.com*
   865 South Figueroa Street, 10th Floor
11 Los Angeles, CA 90017-2543
   Telephone: (213) 443-3000
12 Facsimile: (213) 443 3100

WILLIAM F. PATRY (admitted pro hac vice)
*williampatry@quinnemanuel.com*
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

13                     UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
14                          SAN JOSE DIVISION

15

16 | NICKY LAATZ,

17          Plaintiff,

18     vs.

19 | ZAZZLE INC. and MOHAMED ALKHATIB,

20          Defendants.

21

22 | ZAZZLE INC.,

23          Counter-Claimant,

24     vs.

25 | NICKY LAATZ,

26          Counter-Defendant.

27

28

Case No. 5:22-cv-04844-BLF-VKD

**DECLARATION OF ANDREW H. SCHAPIRO IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT REGARDING APPLICATION FOR ADMISSION OF MIRANDA HULKA PRO HAC VICE**

Trial Date:   July 14, 2025

SCHAPIRO DECL. ISO DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT REGARDING APPLICATION FOR ADMISSION OF MIRANDA HULKA PRO HAC VICE

1    I, Andrew H. Schapiro, declare as follows:

2    1.    I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"),

3    attorneys for Defendants Zazzle Inc. ("Zazzle") and Mohamed Alkhatib (together, "Defendants") in

4    the above-captioned matter.  I have personal knowledge of the facts set forth in this declaration and,

5    if called as a witness, could and would testify to such facts under oath.

6    2.    I submit this declaration in support of Defendants' Response to Plaintiff's Statement

7    Regarding Application for Admission of Miranda Hulka Pro Hac Vice (Dkt. 355).

8    3.    Miranda Hulka (née, and initially admitted to practice law in Illinois as, Roberts) is

9    a third-year attorney at Quinn Emanuel.

10    4.    Ms. Hulka has worked extensively on this matter in a supporting, junior role,

11    supervised by myself in my capacity as co-lead counsel, and by co-lead counsel Rachel Herrick

12    Kassabian, and our Quinn Emanuel partner Daniel C. Posner.  Ms. Hulka's work has included legal

13    research, assistance with drafting motions and other filings, and preparing discovery requests and

14    responses.  She has also helped to prepare for, and attended (but never taken or defended)

15    depositions in the case, and has accompanied partners to hearings before Magistrate Judge

16    DeMarchi, in a supporting role.  She has twice made limited argument to Magistrate Judge

17    DeMarchi, with the Court's express permission, and without any objection from Plaintiff's counsel.

18    Excerpts of hearing transcripts confirming the Court's permission and Plaintiff's counsel's lack of

19    objection are attached hereto as **Exhibits 1** and **2**.

20    5.    As reflected in the transcript of the deposition of Defendant Mohamed Alkhatib in

21    this matter, an attorney for Plaintiff from Bartko LLP (whose name I am omitting as not relevant to

22    this filing) attended the deposition, by Zoom, without filing any Notice of Appearance.

23    6.    Consistent with Quinn Emanuel's practices for attorney development, the partners in

24    this case decided that Ms. Hulka would have the opportunity to handle a portion of the oral argument

25    on Defendants' Motion for Summary Judgment before this Court on February 27, 2025. Ms. Hulka

26    subsequently filed her *pro hac vice* application.  Approximately 26 minutes later, Plaintiff filed a

27    Statement effectively in opposition to Ms. Hulka's *pro hac vice* application.

28

7.    In the Statement, Plaintiff alleges that "Ms. Hulka has made false statements of material fact to Plaintiff's counsel in the course of her representation of Defendants in this case, including falsely representing during the parties meet and confer discussions that Defendant Zazzle does not have data regarding 'pending' designs." Plaintiff does not state on what date Ms. Hulka made these alleged misrepresentations, but cites to Dkt. 268-1 ¶ 9.

8.    In Dkt. 268-1 ¶ 9, Plaintiff's counsel P. Casey Mathews declared that "on June 11, 2024, following a discovery hearing before Magistrate Judge DeMarchi, my colleagues Patrick Ryan, Stephen Steinberg, and I held an in-person meeting to confer with Defendants' counsel Andrew Schapiro and Miranda Hulka. During that meeting, Ms. Hulka represented that Zazzle does not have data regarding these 'pending' designs."

9.    I was personally present for this entire June 11, 2024 meet and confer, and attest that at no time did Ms. Hulka state that Zazzle "does not have data regarding 'pending' designs," as Plaintiff alleges in this filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of February 2025 in Chicago, Illinois.

By /s/ Andrew H. Schapiro
Andrew H. Schapiro

SCHAPIRO DECL. ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM SCHEDULING ORDER