# Exhibit 1

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3  Before The Honorable Virginia K. DeMarchi, Magistrate Judge
 4
 5 LAATZ, et al.,                )
                                 )
 6         Plaintiffs,           )
                                 )
 7 vs.                           )  Case No. C 22-04844-BLF
                                 )
 8 ZAZZLE, INC., et al.,         )
                                 )
 9         Defendants.           )
   _____)
10
                                    San Jose, California
11                                  Tuesday, June 11, 2024
12
    TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
13             RECORDING 10:07 - 10:30 = 23 MINUTES
14
   APPEARANCES:
15
   For Plaintiffs:
16                              Bartko Zankel Bunzel & Miller
                                One Embarcadero Center
17                              Suite 800
                                San Francisco, California
18                                94111
                           BY:  PATRICK C. MATHEWS, ESQ.
19                              STEPHEN C. STEINBERG, ESQ.
                                PATRICK M. RYAN, ESQ.
20
   For Defendants:
21                              Quinn Emanuel Urquhart &
                                  Sullivan, LLP
22                              191 North Upper Wacker Drive
                                Suite 2700
23                              Chicago, Illinois 60606
                           BY:  ANDREW H. SHAPIRO, ESQ.
24                              MIRANDA HULKA, ESQ.
25
```

*Echo Reporting, Inc.*

```
                                                                    2
 1  Transcribed by:              Echo Reporting, Inc.
                                 Contracted Court Reporter/
 2                               Transcriber
                                 echoreporting@yahoo.com
 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1  Tuesday, June 11, 2024                              10:07 a.m.
 2                      P-R-O-C-E-E-D-I-N-G-S
 3                             --oOo--
 4          THE CLERK:  Calling Case 22-CV-048 -- I'm sorry --
 5  0844-BLF (sic), Laatz versus Zazzle, Incorporated.
 6      Counsel, please state your appearances, starting with
 7  Plaintiffs first.
 8          MR. RYAN:  Good morning, your Honor.  Patrick Ryan
 9  for Plaintiffs.
10          THE COURT:  Good morning.
11          MR. STEINBERG:  Good morning, your Honor.  Stephen
12  Steinberg for the Plaintiff.
13          THE COURT:  Good morning.
14          MR. MATHEWS:  Good morning, your Honor.  Casey
15  Mathews for the Plaintiff.
16          THE COURT:  Okay.  Good morning.
17      And for the Defense?
18          MR. SCHAPIRO:  Good morning, your Honor.  Andrew
19  Schapiro for the Defendant Zazzle, and with me is our
20  associate, Miranda Hulka who has not yet been pro hac'd in,
21  but if the Plaintiffs are willing to consent, I'd like to
22  have her at counsel table, and she may address some of the
23  issues here if the Court is willing.
24          THE COURT:  Okay.  Any objection?
25          UNIDENTIFIED SPEAKER:  No objection.
```

4

1          THE COURT: All right. Thanks. I'd be happy to
2 hear from either of you during this hearing.
3          And, just so you all know -- excuse me -- you can
4 remain seated at counsel table. Just make sure when you're
5 speaking you have the microphone in front of you so we can
6 make a good audio recording, and please identify yourself
7 when you're speaking.
8          All right. So, this matter concerns a discovery
9 dispute about the Plaintiffs' request for admissions to the
10 Defendant, and it seemed like it might be the first of
11 several disputes to come. So, I wanted to have you all --
12 and the submission raised some concerns with the Court about
13 how the parties are handling their discovery disagreements.
14 And, so, I thought it best that we have a hearing on this
15 one and maybe see how we can plan better for the future.
16          So, let me start with a question generally about the
17 current status of the dispute. I understood that Zazzle was
18 going to serve and did serve some amendments. Have there
19 been any further amendments? Let me ask the Plaintiffs that
20 question.
21          UNIDENTIFIED SPEAKER: Your Honor, Zazzle did
22 serve some amendments last night at approximately 11:34 p.m.
23 We have not had the opportunity to fully review and digest
24 those amendments to determine if they fully resolved the
25 dispute here, but they did serve some amendments.