# Exhibit 2

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3   Before The Honorable Virginia K. DeMarchi, Magistrate Judge
 4
 5  LAATZ, et al.,                )
                                  )
 6          Plaintiffs,            )
                                  )
 7  vs.                           )  Case No. C 22-04844-BLF
                                  )
 8  ZAZZLE, INC., et al.,          )
                                  )
 9          Defendants.            )
    _____ )
10
                                     San Jose, California
11                                   Tuesday, July 2, 2024
12
      TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
13          RECORDING 10:05 - 12:38 = 2 HOURS 33 MINUTES
14
    APPEARANCES:
15
    For Plaintiffs:
16                              Bartko Zankel Bunzel & Miller
                                One Embarcadero Center
17                              Suite 800
                                San Francisco, California
18                                 94111
                           BY:  PATRICK C. MATHEWS, ESQ.
19                              STEPHEN C. STEINBERG, ESQ.
                                PATRICK M. RYAN, ESQ.
20
    For Defendants:
21                              Quinn Emanuel Urquhart &
                                   Sullivan, LLP
22                              191 North Upper Wacker Drive
                                Suite 2700
23                              Chicago, Illinois 60606
                           BY:  ANDREW H. SHAPIRO, ESQ.
24                              MIRANDA HULKA, ESQ.
25
```

*Echo Reporting, Inc.*

```
 1  Transcribed by:              Echo Reporting, Inc.
                                 Contracted Court Reporter/
 2                               Transcriber
                                 echoreporting@yahoo.com
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

1  Tuesday, July 2, 2024                                    10:05 a.m.
2                        P-R-O-C-E-E-D-I-N-G-S
3                               --oOo--
4            THE CLERK:  Calling Case 22CV04844-BLF, Laatz, et
5  al. versus Zazzle, Inc., et al., on for discovery hearing.
6      If the parties could state their appearances, please,
7  beginning with Plaintiff's counsel.
8            MR. STEINBERG:  Good morning, your Honor.  Stephen
9  Steinberg from the Bartko Law Firm, representing the
10 Plaintiff.
11           THE COURT:  Good morning.
12           MR. MATHEWS:  Good morning, your Honor.  Casey
13 Mathews from the Bartko Law Firm, representing the
14 Plaintiff.
15           THE COURT:  Okay.  Good morning.
16           MR. SCHAPIRO:  Good morning --
17           MR. RYAN (telephonic):  Good morning, your Honor.
18           THE COURT:  Wait just a minute.
19           MR. RYAN:  Patrick Ryan -- good morning, your
20 Honor.  Patrick Ryan representing the Plaintiff.
21           THE COURT:  Okay.  Good morning.
22           MR. SCHAPIRO:  Apologies, your Honor.
23           THE COURT:  Okay.  Go ahead.
24           MR. SCHAPIRO:  Good morning, your Honor.  I'm
25 Andrew Schapiro from Quinn Emanuel for the Defendants.  I

4

1 have my colleague, Ms. Hulka, with me, Miranda Hulka, who is
2 awaiting the certificate of good standing that in its wise
3 judgment, the State of Illinois only provides by paper in
4 hard copy for her pro hac application.  And, so, I would ask
5 -- I think there's no objection from the other side -- that
6 she be allowed to participate today as well.  I can attest
7 to her good character and great skill.
8          THE COURT:  Yeah.  I'm happy to have Ms. Hulka
9 argue whatever portion of the hearing she chooses to argue.
10 So, thank you.
11          MR. SCHAPIRO:  One other thing, your Honor, of
12 course totally whatever the Court prefers.  We have with us
13 today one of our summer associates, Jonathan Kim, who's a
14 rising 3L at Penn Law School, and he helped with some of the
15 research.  If the Court would permit him to sit at counsel
16 table, I think that would be a --
17          THE COURT:  I have no objection.
18          MR. SCHAPIRO:  Thank you.
19          THE COURT:  All right.  So, this is a discovery
20 status conference.  The parties have not been effective in
21 managing discovery in this case, and let me just observe
22 that it is unreasonable for you all to expect me to deal
23 with a pile of discovery disputes at the very end of the
24 discovery period.  It's just not a good use of the Court's
25 time.  It's not respectful of the Court's resources, and I'm