UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Nicky Laatz                              ,

      Plaintiff(s),

    v.

Zazzle Inc., et al                       ,

      Defendant(s).

Case No. 5:22-cv-04844-BLF-VKD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

   I, Miranda Roberts_____, an active member in good standing of the bar of

Illinois_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Zazzle Inc. and Mohamed Alkhat in the

above-entitled action. My local co-counsel in this case is Rachel Kassabian_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 19160_____.

191 N Wacker Drive, Suite 2700
Chicago, IL 60606
MY ADDRESS OF RECORD

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(312 705-7400
MY TELEPHONE # OF RECORD

(650) 801-5000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mirandahulka@quinnemanuel.com
MY EMAIL ADDRESS OF RECORD

rachelkassabian@quinnemanuel.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

   I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 6343611_____.

   A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

   I have been granted pro hac vice admission by the Court 0_____ times in the 12 months

preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 2/19/2025                                   Miranda Roberts
                                                              APPLICANT
5

6

7

8                          ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Miranda Roberts            is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: February 25, 2025

16

17

18                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California