Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

*Attorney for Monotype Imaging Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NICKY LAATZ, et al., | Case No. 5:22-CV-04844-BLF |
| Plaintiff, | **MOTION FOR LEAVE TO FILE BRIEF ON BEHALF OF AMICUS CURIAE MONOTYPE IMAGING INC.** |
| v. | |
| ZAZZLE, INC., et al., | Judge:   Hon. Beth Labson Freeman |
| Defendant. | |

Monotype Imaging Inc. ("Monotype") respectfully requests leave to submit the attached, conditionally filed, brief as *amicus curiae* (Attachment A) in support of Plaintiff Nicky Laatz's ("Plaintiff") Opposition to Defendants Zazzle Inc. ("Zazzle") and Mohamed Alkhatib's ("Defendants") Motion for Summary Judgment (Dkt. No. 338).

### I. INTEREST OF AMICUS CURIAE

Monotype is one of the world's largest provider of digital typesetting and typeface designs for use with consumer electronics devices. With origins of the dating back to 1887, Monotype and the predecessor companies that Monotype derives its name from have been responsible for myriad developments in printing technology, including the invention of the first fully mechanical hot metal typesetter, which allowed for the development of modern mass market printing. The Monotype group of companies has also developed many of the most widely used typeface designs in the world, including Helvetica, Times New Roman, Gill Sans, Arial, Bembo and Albertus. The development and registration of typeface and font software, and the licensing of such software, is a major portion of Monotype's business. That business for decades relied upon case law confirming the copyrightability of font software and the consistent application of the Copyright Office's regulations regarding the registration of font software and its longstanding views regarding the use of new technology to aid in the creation of copyrighted works.

The position taken by Defendants in their Motion would create uncertainty regarding the validity of thousands of registered font software products and work great harm on the producers and licensors of such products, such as Monotype. As such, Monotype as an amicus curia has substantial interest in this action.

### II. REASONS WHY LEAVE SHOULD BE GRANTED

While it may be unusual for an *amicus curiae* brief to be filed with a district court, Monotype's accompanying brief is relevant to the resolution of the question of the validity of the copyrights Plaintiff has advanced in this dispute. As one of the largest creators and licensors of font software in the world, Monotype is uniquely qualified to speak to the way such software is made. The brief is not merely an extension of Plaintiffs' arguments, but seeks to provide the Court

with a broader perspective on the issues raised. Monotype's long and extensive experience in navigating the process of registering copyrights on font software, and its experience in disputes over claims of infringement of such copyrights means that Monotype is uniquely positioned to provide the Court with a thorough treatment of the issues, which will be of benefit to the Court in deciding the merits of Defendants' motion.

As to the timing of this Motion, Monotype only became aware of Defendants' Motion for Summary Judgement at the end of January, 2025. Monotype has diligently worked to obtain counsel, research the arguments raised and prepare a brief before the submission of oral arguments in this dispute. As the information provided is meant only to provide further information for the court regarding Monotype's long experience in connection with the copyrighting of font software and the processes for creating such protected work, Monotype does not believe that either party would be prejudiced by the submission of its proposed amicus briefing.

### III.   CONCLUSION

For the foregoing reasons, Monotype respectfully requests that the Court grant leave to file the accompanying brief.

Dated:  February 26, 2025                               GOODWIN PROCTER LLP

By: */s/ Rachel M. Walsh*
Rachel M. Walsh (SBN 250568)
rwalsh@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

*Attorney for Monotype Imaging Inc.*

2
MOTION FOR LEAVE TO FILE BRIEF ON BEHALF OF AMICUS CURIAE MONOTYPE IMAGING INC.
CASE NO. 5:22-CV-04844-BLF

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on February 26, 2025 and which was served by operation of the Court's electronic filing system upon all counsel of record. I certify under penalty of perjury that the foregoing is true and correct. Executed on February 26, 2025 in San Francisco, CA.

*/s/ Rachel M. Walsh*
Rachel M. Walsh