1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NICKY LAATZ, et al.,<br><br>        Plaintiff,<br><br>v.<br><br>ZAZZLE, INC., et al.,<br><br>        Defendant. | Case No. 5:22-CV-04844-BLF<br><br>**DECLARATION OF DR. JAN KAESTNER IN SUPPORT OF BRIEF** *AMICUS CURIAE* **BY MONOTYPE IMAGING INC.**<br><br>Judge:    Hon. Beth Labson Freeman |

DECLARATION OF DR. JAN KAESTNER IN SUPPORT OF BRIEF AMICUS CURIAE BY MONOTYPE IMAGING INC.
CASE NO. 5:22-CV-04844-BLF

ACTIVE/136509725.1

I, Dr. Jan Kaestner submit this Declaration in Support of the Brief Amicus Curiae by Monotype Imaging Inc. ("Monotype") in Support of Plaintiff Nicky Laatz's Opposition to Defendants' Motion for Summary Judgment

I declare as follows:

1. I am presently the General Counsel at Monotype at its headquarters located at 600 Unicorn Park Drive, Woburn, Massachusetts 01801 USA. I have worked for Monotype as legal counsel since January 1, 2008, and have been in my present role of General Counsel since January 1, 2021.

2. I state the following facts based on my personal knowledge or review of relevant documents.

3. Monotype is one of the world's largest providers of digital typesetting and typeface designs for use with consumer electronics devices.

4. With origins in the Lanston Monotype Machine Company founded in 1887, Monotype and the predecessor companies that Monotype derives its name from have been responsible for many printing technology developments, including the original hot metal typesetter, wherein an operator enters text on a specialized keyboard which is then translated to a casting machine that creates a full column of that text in cast metal. As this system did away with the need for individual letter or symbol sorts to be composed by hand by human compositors, this technology greatly aided in the development of modern mass market printing.

5. The development and registration of typeface and font software, and the licensing of such software, has long been a major portion of Monotype's business. The Monotype group of companies developed many of the most widely used typeface designs in the world, including Helvetica, Times New Roman, Gill Sans, Arial, Bembo, and Albertus.

6. In creating font software, the process has been largely the same for decades. Specifically, skilled artists utilize an editing program – including specialized design programs such as FontLab, Glyphs, or FontForge – where designers meticulously craft each glyph, for instance by defining the Bézíer curves that constitute the font outlines, as well as the specific spacing and

kerning for the typeface as a whole. These creative design elements are then translated by the editing program into specific, and original font software which includes unique source code instructions for displaying, scaling, and printing that font.

7. Monotype's artists have used these methods to create over 50,000 font software products, of which more than 1,600 have been registered by the Copyright Office.

8. Additionally, more than 5,000 individual creatives and foundries license their font software through Monotype and royalties for such software forms part or all of such licensor's income.

9. Based on Monotype's unique experience in navigating the registration process as one of the largest owners of font software copyright registrations, the use of a font software editing program as described above is the industry standard way to generate scalable font software and has been since at least 1992.

10. A finding that use of editing programs to create font software would render copyrights over such software invalid would endanger the validity of thousands of registered font software products, inject chaos into the typeface licensing industry, and work great harm on entities and artists that produce and license typeface software.

11. Not only would creators lose revenue, but it would also destroy the incentive to create and distribute font software, and the profession of "type designer" would almost certainly disappear. Prestigious design schools and universities such as the Rhode Island School of Design, the School of Visual Arts, Parsons School of Design at The New School, The Cooper Union, the Royal Academy of Art, The Hague (Netherlands), and the University of Reading (England) that provide specialized design curricula directed to that profession would likely end such programs in response to a ruling that the vast majority of font software was unprotectable under copyright.

I hereby declare under penalties of perjury that the foregoing is true and accurate.

Dated: February 25, 2025

_____
Jan Kaestner