1  Rachel M. Walsh (SBN 250568)
   *rwalsh@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
3  San Francisco, CA 94111
   Tel.: +1 415 733 6000
4  Fax.: +1 415 677 9041

5  *Attorney for Monotype Imaging Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NICKY LAATZ, et al.,<br><br>            Plaintiff,<br><br>     v.<br><br>ZAZZLE, INC., et al.,<br><br>            Defendant. | Case No. 5:22-CV-04844-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF ON BEHALF OF AMICUS CURIAE MONOTYPE IMAGING INC.**<br><br>Judge:    Hon. Beth Labson Freeman |

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF ON BEHALF
OF AMICUS CURIAE MONOTYPE IMAGING INC.
CASE NO. 5:22-CV-04844-BLF

**[PROPOSED] ORDER**

Pursuant to Monotype's Motion, good cause having been shown, it is hereby ORDERED that Monotype's accompanying BRIEF *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF NICKY LAATZ'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT and accompanying DECLARATION OF DR. JAN KAESTNER be considered filed as entered.

Dated: _____

United States District Judge
Hon. Beth Labson Freeman

1

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF ON BEHALF OF AMICUS CURIAE MONOTYPE IMAGING INC..
CASE NO. 5:22-CV-04844-BLF