PATRICK M. RYAN (SBN 203215)
 pryan@bartkolaw.com
STEPHEN C. STEINBERG (SBN 230656)
 ssteinberg@bartkolaw.com
CHAD E. DEVEAUX (SBN 215482)
 cdeveaux@bartkolaw.com
P. CASEY MATHEWS (SBN 311838)
 cmathews@bartkolaw.com
NATALIE FELSEN (SBN 353462)
 nfelsen@bartkolaw.com
BARTKO LLP
1100 Sansome Street
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff and Counter-Defendant NICKY LAATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>          Plaintiff,<br><br>     v.<br><br>ZAZZLE, INC. and MOHAMED ALKHATIB,<br><br>          Defendants.<br><br>ZAZZLE, INC.,<br><br>          Counter-Claimant,<br><br>     v.<br><br>NICKY LAATZ<br><br>          Counter-Defendant. | Case No. 5:22-cv-04844-BLF<br><br>**SUPPLEMENTAL DECLARATION OF STEPHEN STEINBERG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. Beth Labson Freeman<br>Date:    Feb. 7, 2025<br>Time:    9:00 a.m.<br>Dept.:   3<br><br>Trial Date:    July 14, 2023 |

I, Stephen C. Steinberg, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a Partner of Bartko LLP, attorneys of record for Plaintiff Nicky Laatz ("Nicky," "Nicky Laatz," or "Plaintiff"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this supplemental declaration in support of Plaintiff Nicky Laatz's Opposition to Defendants' Motion for Summary Judgment ("MSJ").

2. Pursuant to the Court's instructions at the February 27, 2025 hearing on Defendants' MSJ, attached to this declaration as Exhibit A is a true and correct copy of the slide deck that I and my co-counsel P. Casey Mathews used during our oral arguments on Defendants' MSJ.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 27th day of February, 2025.

/s/ Stephen C. Steinberg
STEPHEN C. STEINBERG

**ATTESTATION**

I hereby attest that Stephen C. Steinberg has concurred in the filing of this document on his behalf and the inclusion of a conformed signature (/s/) within this e-filed document on his behalf.

/s/ P. Casey Mathews
P. CASEY MATHEWS