United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ, et al., | Case No. 22-cv-04844-BLF |
| Plaintiffs, | **ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE LIMITED SUR-REPLY TO DEFENDNATS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ZAZZLE, INC., et al., | |
| Defendants. | [Re: ECF 374] |

Defendants' Motion for Summary Judgment has been fully briefed since January 23, 2025. *See* ECF 338, 342, 347. On January 30, 2025, Plaintiff filed an Objection to evidence raised by Defendants in their Reply. ECF 350. On February 27, 2025, the Court held a hearing on the Motion for Summary Judgment that was two hours and forty-five minutes, and the Motion for Summary Judgment has been submitted. *See* ECF 361.

Yet, on March 7, 2025, Plaintiff filed an Administrative Motion for Leave to File Limited Sur-Reply to Defendants' Motion for Summary Judgment, arguing that Defendants presented new evidence in their Reply brief. ECF 374. Defendants oppose the administrative motion. ECF 378. Defendants argue that Plaintiff's administrative motion is untimely, and the proposed sur-reply is "substantively unjustified." *See id.*

To the extent the sur-reply is an objection to evidence presented in Defendants' reply, it is DENIED as untimely. *See* Civil Local Rule 7-3(d)(1) (any objection to reply evidence "must be filed and served not more than 7 days after the reply was filed"). The motion is also DENIED because the arguments raised by Defendants in the Reply are in response to Plaintiff's Opposition. *See Applied Materials, Inc. v. Demaray LLC*, No. 5:20-CV-05676-EJD, 2020 WL 8515132, at *1 (N.D. Cal. Dec. 16, 2020) (denying administrative motion for leave to file sur-reply because the

alleged "new information" in reply was to respond to arguments raised in opposition).

For the reasons stated above, Plaintiff's Administrative Motion for Leave to File Sur-Reply is DENIED.

**IT IS SO ORDERED.**

Dated:  March 13, 2025

_____
BETH LABSON FREEMAN
United States District Judge