QUINN EMANUEL URQUHART & SULLIVAN, LLP
RACHEL HERRICK KASSABIAN (Bar No. 191060)
*rachelkassabian@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM F. PATRY (admitted pro hac vice)
*williampatry@quinnemanuel.com*
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

ANDREW SCHAPIRO (admitted pro hac vice)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

DANIEL C. POSNER (Bar No. 232009)
*danposner@quinnemanuel.com*
THOMAS D. NOLAN (Bar No. 238213)
*thomasnolan@quinnemanuel.com*
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443 3100

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>          Plaintiff,<br><br>    vs.<br><br>ZAZZLE INC. and MOHAMED ALKHATIB,<br><br>          Defendants.<br><br>ZAZZLE INC.,<br><br>          Counter-Claimant,<br><br>    vs.<br><br>NICKY LAATZ,<br><br>          Counter-Defendant. | Case No. 5:22-cv-04844-BLF-VKD<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE FOR *DAUBERT* MOTIONS**<br><br>Trial Date: July 14, 2025 |

This Stipulation is made by and between Plaintiff Nicky Laatz ("Plaintiff"), on the one hand, and Defendants Zazzle Inc. ("Zazzle") and Mohamed Alkhatib (together, "Defendants"), on the other hand (collectively, "the Parties"), by and through their respective attorneys, pursuant to Civil Local Rule 7-3 and the Court's Standing Order re. Civil Cases ("Standing Order").

**STIPULATION**

**WHEREAS**, the trial in this matter is scheduled for **July 14, 2025** (Dkt. 62);

**WHEREAS**, the Pre-Trial Schedule (Dkt. 66) entered by the Court (Dkt. 71) provides that the last day on which *Daubert* motions can be heard is **May 15, 2025** (60 days before the first day of trial);

**WHEREAS**, the Parties have met and conferred and agreed to address *Daubert* motions in standalone briefing rather than by including them in their motions in limine, as the Court's Standing Order permits;

**WHEREAS**, Civil Local Rule 7-3 provides that the reply to an opposition must be filed and served not more than 7 days after the opposition was due, but the Court's Standing Order provides that the Parties may stipulate to and request Court approval of a briefing schedule that differs from that set forth in the Civil Local Rules; and

**WHEREAS**, the Parties agree to brief *Daubert* motions according to the following schedule:

- Simultaneous *Daubert* motions due **April 7, 2025**
- Simultaneous Opposition briefs due **April 21, 2025**
- Simultaneous Reply briefs due **May 1, 2025.**

**NOW, THEREFORE**, subject to the approval of the Court, the Parties **STIPULATE** and **AGREE** to the above briefing schedule for their respective *Daubert* motions.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: March 18, 2025          BARTKO PAVIA LLP

By  */s/ Patrick M. Ryan*
     Patrick M. Ryan

*Attorneys for Plaintiff and Counter-Defendant Nicky Laatz*

1
2   DATED: March 18, 2025              QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
3
                                       By  /s/ Andrew H. Schapiro
4                                          Andrew H. Schapiro

5                                      *Attorneys for Defendant and Counter-Claimant
                                       Zazzle Inc. and Defendant Mohamed Alkhatib*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I hereby attest that Patrick M. Ryan has concurred in the filing of this document on his behalf and the inclusion of a conformed signature (/s/) within this e-filed document on his behalf.

                                          */s/ Andrew H. Schapiro*
                                          Andrew H. Schapiro