QUINN EMANUEL URQUHART & SULLIVAN, LLP
RACHEL HERRICK KASSABIAN (Bar No. 191060)
*rachelkassabian@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

ANDREW SCHAPIRO (admitted pro hac vice)
*andrewschapiro@quinnemanuel.com*
MIRANDA M. HULKA (admitted pro hac vice)
mirandahulka@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

DANIEL C. POSNER (Bar No. 232009)
*danposner@quinnemanuel.com*
THOMAS D. NOLAN (Bar No. 238213)
*thomasnolan@quinnemanuel.com*
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443 3100

WILLIAM F. PATRY (admitted *pro hac vice*)
*williampatry@quinnemanuel.com*
KATY AKOPJAN (admitted *pro hac vice*)
*katyakopjan@quinnemanuel.com*
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Defendants Zazzle Inc. and Mohamed Alkhatib

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>Plaintiff,<br><br>vs.<br><br>ZAZZLE INC. and MOHAMED ALKHATIB,<br><br>Defendants.<br><br>———————————<br><br>ZAZZLE INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>NICKY LAATZ,<br><br>Counter-Defendant. | Case No. 5:22-cv-04844-BLF-VKD<br><br>**DECLARATION OF THOMAS NOLAN IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY FROM PLAINTIFF'S DESIGNATED EXPERT WITNESSES**<br><br>Date: May 15, 2025<br>Time:  9:00 a.m.<br>Courtroom:  3<br>Judge:  Hon. Beth Labson Freeman<br>Trial Date: July 14, 2025 |

I, Thomas Nolan, declare as follows:

1.      I am counsel at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Defendants Zazzle Inc. ("Zazzle") and Mohamed Alkhatib (together, "Defendants") in the above-captioned matter.  I make this declaration in support of Defendants' Motion to Exclude Testimony from Plaintiff's Designated Expert Witnesses, have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to such facts under oath.

2.      Attached as Exhibit A is a true and correct copy of the report of Plaintiff's putative expert, Thomas Phinney, dated September 24, 2024.

3.      Attached as Exhibit B is a true and correct copy of the rebuttal report of Thomas Phinney dated October 22, 2024.

4.      Attached as Exhibit C is a true and correct copy of the rebuttal report of Plaintiff's putative expert, Stuart Sandler, October 22, 2024.

5.      Attached as Exhibit D is a true and correct copy of excerpts of the deposition transcript of Stuart Sandler, taken in this action on October 30, 2024.

6.      Attached as Exhibit E is a true and correct copy of the report of Plaintiff's putative expert, Stuart Sandler, dated September 24, 2024.

7.      Attached as Exhibit F is a true and correct copy of excerpts of the deposition transcript of Thomas Phinney, taken in this action on November 4, 2024.

8.      Attached as Exhibit G is a true and correct copy of the report of Plaintiff's putative expert, Daniel Garrie, dated September 24, 2024.

9.      Attached as Exhibit H is a true and correct copy of excerpts of the deposition transcript of Daniel Garrie, taken in this action on November 11, 2024.

10.     Attached as Exhibit I is a true and correct copy of excerpts of the deposition transcript of Jason Li, taken in this action on July 17, 2024.

11.     Attached as Exhibit J is a true and correct copy of excerpts of the deposition transcript of Bobby Beaver, taken in this action on April 5, 2023.

12.     Attached as Exhibit K is a true and correct copy of excerpts of Zazzle's Amended Responses and Objections to Plaintiff's Interrogatories served on Plaintiff on July 3, 2024.

13.    Attached as Exhibit L is a true and correct copy of the report of Plaintiff's putative expert, Sara Parikh, dated November 10, 2022.

14.    Attached as Exhibit M is a true and correct copy of excerpts of the deposition transcript of Sara Parikh, taken in this action on November 12, 2024.

15.    Attached as Exhibit N is a true and correct copy of the rebuttal report of Defendants' expert, Scott Swain, dated October 22, 2024.

16.    Attached as Exhibit O is a true and correct copy of the report of Plaintiff's putative expert, Dominic Persechini, dated September 24, 2024.

17.    Attached as Exhibit P is a true and correct copy of excerpts of the deposition transcript of Dominic Persechini, taken in this action on November 7, 2024.

18.    Attached as Exhibit Q is a true and correct copy of the report of Defendants' expert, Jeffrey Kinrich, dated September 24, 2024.

19.    Attached as Exhibit R1 is a true and correct copy of excerpts of the deposition transcript of Nicky Laatz, taken in this action on August 1, 2024. Attached as Exhibit R2 is a true and correct copy of Exhibit 128 to the deposition of Nicky Laatz, which was also produced by Plaintiff in this Action at Bates LAATZ0516563, and which appears to be an email exchange between Nicky Laatz and a representative of Minted.

20.    Attached as Exhibit S is a true and correct copy of excerpts of the deposition transcript of John Laatz, taken in this action on August 2, 2024.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 7th day of April, 2025 in Culver City, California.

By */s/ Thomas Nolan*
Thomas Nolan

**ATTESTATION**

I, Andrew H. Schapiro, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas Nolan has concurred in the aforementioned filing.

By */s/ Andrew H. Schapiro*
Andrew H. Schapiro

Case No. 5:22-cv-04844-BLF-VKD
DECLARATION OF THOMAS NOLAN