# EXHIBIT I

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

NICKY LAATZ,                         ) Case No.

    Plaintiff,                       ) 5:22-cv-04844-BLF

    vs.                              )

ZAZZLE, INC., and MOHAMED            )

ALKHATIB,                            )

    Defendants.                      )

_____ )

ZAZZLE, INC.,                        )

    Counter-Plaintiff,               )

    vs.                              )

NICKY LAATZ,                         )

    Counter-Defendant,               )

_____ )

CORRECTED TRANSCRIPT

PORTIONS OF THIS TRANSCRIPT ARE DEEMED CONFIDENTIAL

VIDEOTAPED 30(b)(6) DEPOSITION OF JASON LI

Redwood City, California

Wednesday, July 17, 2024

REPORTED BY:

Derek L. Hoagland, CSR No. 13445

JOB No. 6799798

PAGES 1 - 296

Page 1

CONFIDENTIAL

currently selected, with a bounding box surrounding the    13:31:25

text.  All -- all the information on the right-hand    13:31:29

side, they are separate information about that text.  So    13:31:34

as you can see there, color, size, justification, scale,    13:31:40

and so on, they are all separate pieces of information    13:31:43

that I do not consider as part of the typeface.  They're    13:31:48

information in addition to the typeface.  Typeface, to    13:31:56

me, is just the name itself, like Folio Medium.    13:31:58

█    █        ████████████        ████

████████████████████████    ████

██████████████████████████    ████

█████████████████████████    ████

█████████████████    13:32:28

        MR. MACK:  Objection.  Beyond the scope.    13:32:31

        ██████    ██████████    ████

█████  ████████████████████    ████

████████████████████████    ████

██████████████  ████████████    ████

██████████████    13:32:55

BY MR. RYAN:    13:32:56

Q.    Right.  You made that clear.    13:32:56

A.    Okay.    13:32:58

Q.    Okay.    13:32:58

A.    So I'm sorry.  Can I --    13:32:59

Q.    Sure.    13:33:01

Page 122

REPORTER'S CERTIFICATE


STATE OF CALIFORNIA              )   ss.

I, DEREK L. HOAGLAND, CSR #13445, State of California,

do hereby certify:

That prior to being examined, the witness named in the

foregoing proceeding was by me sworn to testify to the

truth, the whole truth and nothing but the truth;

That said proceeding was taken down by me by stenotype

at the time and place therein stated and thereafter

transcribed under my direction into computerized

transcription.

I further certify that I am not of counsel nor attorney

for nor related to the parties hereto, nor am I in any

way interested in the outcome of this action.

In compliance with section 8016 of the Business and

Professions Code, I certify under penalty of perjury

that I am a certified shorthand reporter with license

number 13445 in full force and effect.

Witness my hand this 22nd day of July, 2024.




DEREK L. HOAGLAND, CSR #13445


Page 294