# EXHIBIT J

**In the Matter Of:**

Laatz, Nicky vs Zazzle, Inc., et al.

**BOBBY BEAVER, VOLUME I (CONFIDENTIAL)**

*April 05, 2023*

*Job Number: 974258-A*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NICKY LAATZ,

    Plaintiff,

       vs.               Case No. 5:22-cv-04844

ZAZZLE, INC. and MOHAMED ALKHATIB,

    Defendants.

_____

**\*\*CONFIDENTIAL\*\***

VIDEO DEPOSITION OF BOBBY BEAVER

San Francisco, California

Wednesday, April 5, 2023

Volume 1

STENOGRAPHICALLY REPORTED BY:
REBECCA L. ROMANO, RPR, CSR, CCR
California CSR No. 12546
Nevada CCR No. 827
Oregon CSR No. 20-0466
Washington CCR No. 3491
JOB NO. 974258-A

PAGES 1 - 205

HIGHLY CONFIDENTIAL AEO PAGES:  103; 185-201

Q.    (By Mr. Ryan)  Is it accurate to say that designers and customers of Zazzle use font software on the Zazzle site to design on products using Zazzle's customization tool?

A.    That's not how I would explain it, no.

Q.    How would you explain it?

MS. KASSABIAN:  Objection.  Vague.

MS. KASSABIAN:  Objection.  Assumes facts not in evidence.  Vague.



MS. KASSABIAN:  Objection.  Vague.

MS. KASSABIAN:  Objection.  Misstates testimony.  Vague.

THE DEPONENT:  I guess I'm not clear on the question.

MS. KASSABIAN:  Objection.  Vague. Assumes facts not in evidence.  Calls for a narrative.

MS. KASSABIAN:  Objection.  Vague.

THE DEPONENT:  I would have to parse that question in detail to know exactly how to answer it.

Q.  (By Mr. Ryan)  So just so I understand. I'm sorry this is -- I'm just trying to understand how this works.

Page 43

MS. KASSABIAN: Objection. Vague. Assumes facts not in evidence.

BOBBY BEAVER, VOLUME I (CONFIDENTIAL) - 04/05/2023

Page 203

I, Rebecca L. Romano, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Court Reporter, do hereby certify:

That the foregoing deposition testimony was taken remotely before me at the time and place therein set forth; that any deponent in the foregoing deposition, prior to testifying, was administered an oath; that a record of the deposition was recorded stenographically by me and which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [X] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have subscribed my name this 5th day of April, 2023.

_____
Rebecca L. Romano, RPR, CCR
CSR. No 12546