# EXHIBIT N

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>        Plaintiff,<br><br>        v.<br><br>ZAZZLE INC. and MOHAMED ALKHATIB,<br><br>        Defendants. | Case No. 22-cv-04844-BLF<br><br>EXPERT REBUTTAL REPORT OF<br>DR. SCOTT D. SWAIN<br><br>October 22, 2024 |

1

## I.    ASSIGNMENT AND QUALIFICATIONS

1.    I have been retained by counsel for Defendants, Zazzle Inc. and Mohamed Alkhatib ("Zazzle"), in the above-captioned action to evaluate the Expert Report of Dr. Sara Parikh ("Parikh Report") and the survey described in that report ("Parikh Survey"),[1] which was prepared on behalf of the Plaintiff, Nicky Laatz ("Laatz").

2.    I am a Professor of Marketing and a Powers Distinguished Fellow at Clemson University. A copy of my curriculum vitae is attached as **Exhibit A**. I earned an MBA and Ph.D. in Marketing from the University of South Carolina in 1996 and 2002, respectively. I earned a Bachelor of Science in Electrical Engineering from Clemson University in 1991, and a Bachelor of Science in Physics from Francis Marion University in 1991. Prior to joining Clemson University in 2013, I served on the faculties of Boston University (Questrom School of Business, 2002-2008) and Northeastern University (D'Amore-McKim School of Business, 2009-2013). I also served as a visiting Professor of Marketing at the Tuck School of Business at Dartmouth College in 2021 and 2022 and at the Sloan School of Management at the Massachusetts Institute of Technology in 2024.

3.    My fields of expertise include consumer behavior, branding, advertising strategy, retailing, promotions, pricing, research methodology, survey design, experimental design, marketing analytics, and marketing management. My peer-reviewed research has been published in the most respected journals in the disciplines of marketing, management, information systems, and behavioral economics, including the *Journal of Marketing*, *Journal of Marketing Research*, *Journal of Consumer Research*, *Journal of the Academy of Marketing Science*, *Journal of Retailing*, *Decision Support Systems*, *Journal of Behavioral and Experimental Economics*, *Journal of Business Research*, and *Marketing Letters*. I have also published numerous scholarly book chapters, trade articles, and peer-reviewed articles, abstracts, and posters in international conference proceedings. I am a current member of a number of editorial teams and editorial review boards for leading journals, and I frequently serve as a referee for research manuscripts at leading journals in retailing, marketing, consumer psychology, international marketing, management, organizational behavior, information science, operations research, and applied

---

[1] Expert Report of Dr. Sara Parikh, November 10, 2022.

2

psychology. The journals, conference proceedings, and scholarly texts in which I publish, edit, and referee all require me to maintain a high level of expertise in marketing and consumer behavior theory and in methodologies such as experimental design, survey design, multivariate analysis, choice modeling, and structural equation modeling.

4.     For more than 25 years, I have taught undergraduate, MBA, MS, and doctoral courses in marketing principles, marketing management, product management, marketing strategy, marketing research, marketing analytics, marketing methodology, branding, advertising and promotions, and entrepreneurial marketing. I have also supervised and guided theses and dissertations on topics related to my areas of expertise, and I have been recognized for excellence in teaching at multiple institutions.

5.     I have conducted, supervised, and assessed more than 1,000 research studies that have marketing applications. Most of these studies use qualitative and quantitative methods to understand the perceptions, attitudes, decision-making, and behaviors of customers, managers, and frontline personnel with respect to marketing stimuli such as promotions, pricing, advertising, technology, public relations, packaging, product design, retail environments, services, and channels of distribution. In addition, I have worked as a research and marketing strategy consultant to companies and other organizations to provide data and insights related to their marketing activities and processes in contexts such as advertising-assessment systems, customer segmentation, product design, service design, retail design, technology experiences, customer journeys, and lifetime value. My work with companies and other organizations has frequently involved designing, conducting, and reporting the results of customer surveys.

6.     Based on my education, experience, and expertise in assessing consumer perceptions and marketing activities, I have been previously retained and qualified as an expert witness in federal proceedings. I have also testified as an expert witness in matters before the National Advertising Division. **Exhibit B** lists all cases in which, during the previous four years, I testified as an expert in a deposition or at trial. I am being compensated for my time in this matter at a rate of $650 per hour. This compensation is not in any way contingent on the content of my opinions or the outcomes of this matter or any other matter.

7.     My assessments in the instant matter are based on the scientific literature, which contains widely accepted theories, methodologies, and data sources for studying individuals' perceptions, attitudes, and decision-making processes. I also draw upon general principles of

3

marketing and consumer behavior; my experience as a marketing scholar, educator, and consultant; as well as my review of documents and other information related to the litigation. Materials considered in forming my opinions in this report are listed in **Exhibit C** and the footnotes of this report.

8.      My opinions are held to a reasonable degree of professional certainty and the information on which I relied consists of the type of information that is typically relied upon in my fields of expertise. I reserve the right to supplement this report if additional information becomes available that would cause me to amend or supplement my opinions in this matter. To the extent that I have not responded to any fact or allegation contained in the Parikh Report, it should not be interpreted as my agreement with such fact or allegation.

## II.      SUMMARY OF CONCLUSIONS

9.      Based on my analyses, a review of available materials, and my professional experience as a researcher, educator, and business consultant, I conclude that the Parikh Survey suffers from critical methodological flaws which are likely to have significantly inflated the results of the Parikh Survey in favor of Plaintiff.

10.      As discussed in more detail in my report, the Parikh Survey is incapable of producing reliable results for the following reasons:

a)  The Universe for the Parikh Survey is Underinclusive

b)  The Parikh Survey Fails to Include a Control

   (i)      Failure to Include a Control Allows Demand Effects to Inflate the Survey Results in Favor of Plaintiff

   (ii)      Failure to Include a Control Allows Yea-saying Bias to Inflate the Survey Results in Favor of Plaintiff

   (iii)      Failure to Include a Control Allows Guessing to Inflate the Survey Results in Favor of Plaintiff

c)  Failure to Rotate Response Options Inflates the Survey Results in Favor of Plaintiff

d)  The Display of Dissimilar Fonts Induces a Positive Contrast Effect, Which Inflates the Survey Results in Favor of Plaintiff

4

e) Respondents are Encouraged to Use an Irrelevant Temporal Context for Judging the Difficulty of Font Substitution, Which Inflates the Survey Results in Favor of Plaintiff

## III.    OVERVIEW OF THE PARIKH SURVEY

11.    <u>Survey Assignment and Universe</u>. Dr. Parikh recounts that, "Counsel asked if I could design and conduct a survey to measure awareness, usage, and perceptions of the Blooming Elegant Trio set of fonts among graphic designers who sell their products on Zazzle."[2] Subsequently, Dr. Parikh identifies the universe for the Parikh Survey as, "Designers designated as Bronze or above since Zazzle considers them to be the most active Zazzle designers, and because they account for a disproportionate amount of sales on Zazzle."[3] The "Bronze" level for Zazzle sellers refers to Zazzle's six-level "Pro" badge program, which is a free, invitation-only benefits program.[4] Qualifying for an invitation (and subsequent benefits) is based on a seller's total lifetime earnings from Zazzle's U.S. web domain (Zazzle.com). As of 2022, the badge level requirements are as follows:

| Badge Level | Basic | Bronze | Silver | Gold | Platinum | Diamond |
|---|---|---|---|---|---|---|
| Lifetime Earnings | $100+ | $1,000+ | $25,000+ | $100,000+ | $250,000+ | $500,000+ |

12.    <u>Sampling Procedure</u>. Dr. Parikh states that, "It is my understanding that the sample for the study was gathered by Page Vault, Inc. ("Page Vault"), and Guidepost Solutions, LLC ("Guidepost")."[5] According to the declaration of Page Vault President Jeffrey T. Eschbach ("Eschbach Declaration"), Stephen C. Steinberg, an attorney for Plaintiff, contacted Page Vault in July 2022 and asked the company to provide a list of URLs and badge levels for all stores

---

[2] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 5.

[3] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 17.

[4] https://help.zazzle.com/hc/en-us/articles/115002536588-How-the-Pro-Program-Works.

[5] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 18.

5

appearing on http://www.zazzle.com.[6] Page Vault completed the task between July 20, 2022 and August 2, 2022. The Eschbach Declaration indicates that Page Vault provided Stephen C. Steinberg with the URLs in two batches. However, no indication is provided as to the dates the batches were delivered, which URLs were delivered, or how many URLs were provided.

13.    According to the declaration of Helen T. McEvoy ("McEvoy Declaration"), consultant to Guidepost, an unnamed representative of Bartko Zankel Bunzel Miller (Plaintiff's attorneys) provided Guidepost with 6,856 URL links for Zazzle, along with instructions, "To identify email contact information for sellers/creators on the Zazzle platform who were ranked Bronze badge or higher."[7] The McEvoy Declaration does not indicate when the URLs were provided to Guidepost or what dates Guidepost commenced or completed its work. The McEvoy Declaration indicates that Guidepost visited the URLs and recorded information such as page titles, store owner names, email addresses, phone numbers, and social media links and that Guidepost, "Delivered our findings in batches every few days so that the survey expert could start sending their communications on a rolling basis."[8] The McEvoy Declaration does not provide the dates the batches were delivered or the identity of the survey expert but it does indicate in summary fashion that Guidepost shared contact information for 3,575 Zazzle stores with Bartko Zankel Bunzel Miller.

14.    The Parikh Report indicates that counsel provided Willow Research, LLC ("Willow," of which Dr. Parikh is President) with Guidepost's contact information for 3,575 Zazzle stores.[9] As some sellers operate more than one store, Willow deduplicated the store list to arrive at a list of email addresses for 1,598 distinct sellers.

15.    Recruitment (Survey Invitation). Respondents were recruited for the Parikh Survey by sending emails to the deduplicated list of 1,598 email addresses. The emails contained both a direct (clickable) link and a text link that purportedly led to the Parikh Survey.[10] Upon

---

[6] Declaration of Jeffrey T. Eschbach, November 10, 2022. ¶ 4.

[7] Declaration of Helen T. McEvoy, November 10, 2022. ¶ 2.

[8] Declaration of Helen T. McEvoy, November 10, 2022. ¶¶ 18-20.

[9] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 19.

[10] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 21.

sending invitations to these addresses for the Parikh Survey, 193 emails were returned as undeliverable, resulting in a final sampling frame of 1,405 email addresses.

16.    Survey Design. A total of 136 email recipients qualified for the Parikh Survey. The survey commenced with an introduction screen, which informed respondents that there was no intent to sell them any product or service, that their identity would be kept confidential, and that they should use vision correction, if this was what they normally did when viewing their device.

17.    The Parikh Survey featured two questions in the Screener section (S1 and S2). Question S1 asked respondents, "Before we begin, which of the following best describes your professional experience with graphic design?" The response options were "I am a full-time graphic designer," "I am a part-time graphic designer," and "I am not a graphic designer."

18.    Question S2 provided respondents with a list of nine product categories (plus a free response "Other" category) and asked, "Which of the following types of products have you personally designed in the past two years?" Respondents were permitted to continue regardless of their response to Question S2.

19.    Respondents who completed the Screener section proceeded to the Questionnaire section, which commenced with instructions for respondents to not consult outside sources or confer with other persons when completing the survey. On the same screen, they were then informed that, "You are going to be asked about six different fonts (or sets of fonts) that you may or may not be aware of. You will be asked about each font or set of fonts one at a time."

20.    Per the programming instructions for the Parikh Survey, respondents were then shown, in sequential random order, text samples illustrating three single fonts and three sets of font trios.[11] The text samples were, in fact, the names of the fonts. Since Dr. Parikh failed to provide screenshots of the Parikh Survey, it is not clear how the fonts (or any other visual aspects of the survey) would have appeared on a typical respondent's device. However, the Parikh Report provides the following images of the text samples illustrating the fonts singles and trios:[12]

---

[11] Expert Report of Dr. Sara Parikh, Appendix B ("Questionnaire").

[12] Expert Report of Dr. Sara Parikh, Appendix B ("Exhibits").

7

| Font Trios | *Blooming Elegant* / BLOOMING ELEGANT HAND / BLOOMING ELEGANT SANS | *Freehand Loose* / *Freehand Thick* / *Freehand Tight* | *Courier BD IT* / **Courier Bold** / Courier Roman |
|---|---|---|---|
| Font Singles | **Century Bold** | *Delighted* | Rubik |

21.    Each respondent was then asked between three and six questions (Q1, Q2, Q3a, Q3b, Q4, and Q5) about each of the six fonts they were shown. All respondents were asked the first three questions (Q1, Q2, and Q3a).

22.    Question Q1 asked, "Please indicate whether you have used this <font / set of fonts> in your work, are familiar with it but have not used it, or are not familiar with it." The response options were "I have used it," "I am familiar with it, but have not used it," and "I am not familiar with it."

23.    Question Q2 asked, "How appealing is this <font / set of fonts> to you personally?" respondents how appealing the font was to them, personally. The response options were "Very appealing," "Somewhat appealing," "Not very appealing," and "Not at all appealing."

24.    Question Q3a asked, "How unique do you believe this <font / set of fonts> is?" response options were "Very unique," "Somewhat unique," "Not very unique," and "Not at all unique."

25.    Question Q3b was only shown to respondents who selected the response "Somewhat unique" or "Very unique" in question Q3a. Using an open-end format, Question Q3b asked, "What is it about this <font / set of fonts> that makes it unique?"

26.    The next two questions (Q4 and Q5) were displayed only for those respondents who, in question Q1, had indicated using any of the fonts in their work. For each font a respondent claimed to have used, question Q4 asked, "Earlier you said that you have personally used this <font / set of fonts> in your work. How important is this <font / set of fonts> to you in your work?"  The response options were "Very important," "Somewhat important," "Not very important," and "Not at all important." Similarly, question Q5 asked, "If this <font / set of fonts> were not available to you, how difficult would it be for you to find a similar font that would

8

serve as a good substitute?" The response options were "Very difficult," "Somewhat difficult," "Not very difficult," and "Not at all difficult."

27.    Respondents then proceeded to the Classification section. Question C1 used an open-end format to measure respondents' age ("What is your age?"). Question C2 measured gender by asking, "What is your gender?" and providing the response options "Male," "Female," and "Other." Finally, question C3 measured location by asking, "In what state do you live?" and providing a drop-down list of states, the District of Columbia, and an option to indicate a location "Outside the U.S." Respondents who indicated a location outside the U.S. could type in their location.[13]

28.    The Parikh Survey concluded with a Validation section. Respondents were first asked a compliance question (VAL): "Please select which best describes how you feel about the validation statements below: During this session I have recorded a truthful and complete account of my answers to this survey. I have not looked up any information online, discussed the questions with anyone else, or consulted any other sources about the survey." The response options were "I have read and AGREE with the above validation statements" and "I do NOT AGREE with the above validation statements."

29.    Respondents were then asked an open-end question regarding their incentive (EMAIL), "And finally, what is the best email address to send your $100 Amazon eGift card to?" Respondents could type a response or select the option, "Thanks, but I decline the eGift card."

30.    Results. The Parikh Report highlights the results of the Questionnaire section (Q1, Q2, Q3a, Q3b, Q4, and Q5). Focusing on the Blooming Elegant font trio, these results can be summarized as follows:

---

[13] There were 32 respondents who indicated a location outside the U.S: seven from Canada, five from the UK, four from Italy, three from Australia, two from Germany, and one each from Argentina, the Czech Republic, Finland, Hungary India, New Zealand, Romania, Serbia, South Africa, Spain, and the Netherlands. It is unclear from the Parikh Report whether any language accommodations were required or provided for any respondents located outside the U.S.

- Q1 (usage): 54% of respondents claim to have used the Blooming Elegant font trio in their work, while another 21% claim to be familiar with it but have not used it in their work.[14]

- Q2 (appeal): 50% of respondents rated the Blooming Elegant font trio "Very appealing," while another 40% rated it "Somewhat appealing."[15]

- Q3a (uniqueness): 29% of respondents rated the Blooming Elegant font trio "Very unique," while another "54%" rated it "Somewhat unique."[16]

- Q3b (uniqueness verbatims): Among those respondents who rated Blooming Elegant font trio "Very unique" or "Somewhat unique" in question Q3a, Dr. Parikh spotlights 10 responses but offers no analysis of the representativeness, relevance, or significance of these responses.[17]

- Q4 (importance): Among the 54% of respondents who claimed in question Q1 to have used the Blooming Elegant font trio in their work, 42% rated the Blooming Elegant font trio "Very important" to them in their work, while another "35%" rated it "Somewhat important" to them in their work.[18]

- Q5 (substitutability): Among the 54% of respondents who claimed in question Q1 to have used the Blooming Elegant font trio in their work, 22% claimed it would be "Very difficult" to find a similar font to serve as a good substitute for the Blooming Elegant font trio, while another "39%" claimed it would be "Somewhat difficult" to do so.[19]

---

[14] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 41.

[15] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 44.

[16] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 47.

[17] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 48.

[18] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 51.

[19] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 54.

## IV.   MY OPINIONS REGARDING THE PARIKH SURVEY

31.    This section describes my opinions regarding the Parikh Survey as well as Dr. Parikh's conclusions from the survey results.

### A. The Universe for the Parikh Survey is Underinclusive

32.    A survey's "universe" is the population of persons from which a sample of respondents is selected. Properly defining the universe is widely considered one of the most critical and consequential steps in survey design.[20] The usual purpose of a survey is to gather a sample of observations from a universe and then make claims about the universe based on results observed in the sample. Thus, even a properly designed survey is likely rendered irrelevant and unreliable when it is administered to persons who do not belong to the defined universe or when it is administered to a mere subset of persons who do not reflect the full scope of the defined universe.

33.    There are three general types of errors a researcher can commit when defining a survey universe.[21] First, the universe may be overinclusive (a.k.a. overly broad), meaning it includes not only persons whose opinions are relevant to the issue at hand but also other persons whose opinions are not. The fate of a survey with an overinclusive universe depends largely on whether the survey measurements allow for identification (and removal) of irrelevant responses and whether a sufficient number of relevant responses remains after removal.

34.    Second, the universe may be underinclusive (a.k.a. overly narrow), meaning it includes only a subset of those persons whose opinions are relevant to the issue at hand. The consequences are typically more dire for a survey with an underinclusive (versus overinclusive) universe since we cannot know whether, or to what extent, the opinions of unrepresented segments of persons differ from those of persons included in the survey. That is, whereas the

---

[20] Barber, William G. and Giulio E. Yaquinto (2022), "The Universe," in *Trademark and Deceptive Advertising Surveys: Law Science and Design*, 2nd edition, American Bar Association, eds. Shari Seidman Diamond and Jerre Swann; Marsden, Peter V. and James D. Wright (2010), *Handbook of Survey Research* (2nd edition). Emerald Group Publishing.

[21] Diamond, Shari S., (2011), "Reference Guide on Survey Research," *Reference Manual on Scientific* Evidence, 3rd edition, National Academies Press, 377-379.

11

potential bias due to irrelevant responses can sometimes be purged from overinclusive surveys, there is no remedy for potential bias due to a failure to collect responses from relevant persons.

35.    Third, the universe may be simultaneously overinclusive and underinclusive. At the extreme, it may not be possible to affirm that such a survey includes even a single person whose opinions are relevant to the issue at hand.

36.    It is my understanding that Plaintiff alleges, "Zazzle allowed millions of its designers, users, and customers to access the Blooming Elegant Trio and Blooming Elegant Software for commercial use" and that "Zazzle allowed millions of its designers, users, and customers to use the Blooming Elegant Trio and Blooming Elegant Software for commercial use."[22] To the extent the proper universe for the present matter involving Zazzle is "millions of its designers, users, and customers," the Parikh Survey is vastly underinclusive.

37.    As reviewed earlier, Dr. Parikh's assignment was to, "Design and conduct a survey to measure awareness, usage, and perceptions of the Blooming Elegant Trio set of fonts among graphic designers who sell their products on Zazzle."[23] Thus, the assignment explicitly calls for an underinclusive universe by focusing on a single subset of persons (graphic designers) while excluding other relevant persons (users and customers who are not graphic designers). In operationalizing the assignment, Dr. Parikh further narrows the definition of the universe to, "Designers designated as Bronze or above."[24]

38.    In other words, the lowest (and most populous) level of designers (Basic level)[25] was prevented from participating in the Parikh Survey. Thus, not only is the Parikh Survey underinclusive with respect to the overall universe of designers, users, and customers, but it is also underinclusive with respect to the one subset it purports to represent (graphic designers).[26]

---

[22] First Amended Complaint, March 14, 2023. ¶¶ 12-13.

[23] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 5.

[24] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 17.

[25] It is my understanding from counsel for Defendants that, in fact, there are more sellers at the Basic level than all other levels combined.

[26] The Parikh Survey universe, as narrow as it is, may also be overinclusive. It is my understanding that at some point in August 2022, Zazzle removed the Blooming Elegant typefaces from Zazzle's online design tool, meaning that graphic designers could no longer select Blooming Elegant typefaces when using Zazzle's online design tool (Answer to First

39.     The universe for the Parikh Survey not only excludes highly relevant segments of the universe, including users, customers, and graphic designers below Zazzle's Bronze level, it also provides no means or bases for determining how the opinions of these improperly excluded persons differ from those of the survey respondents. Thus, the results of the Parikh Survey entirely unreliable.

## B. Failure to Include a Control

40.     As Professor Diamond (2022) explains, "The general principle for choosing an appropriate control is easily stated: it should share as many characteristics with the experimental stimulus as possible, with the key exception of the characteristic whose influence is being assessed. The reason for this approach is that it peels away any confounding influences that threaten the inference that the experimental stimulus caused the differences between the test and control groups on the post-treatment measure."[27]

41.     Drawing from broader principles in design of scientific experiments, survey experts advise that, "Controls play a central role in enabling a survey to rule out threats to valid

---

Amended Complaint, August 30, 2023. ¶ 79 and ¶ 132). It is plausible that a segment of sellers with Zazzle stores (such as the sellers recruited for the Parikh Survey) may have participated in discussions or rumoring (e.g., at the Zazzle creator community site, https://community.zazzle.com/) or may have conducted internet searches to find out why the Blooming Elegant typefaces were removed from Zazzle's online design tool. Such sellers would have been sensitized to the true purpose of the Parikh Survey or the litigation announced in August 2022. Further, they may have viewed the Parikh Survey as a strategic opportunity to attempt to influence Zazzle managers (e.g., by exaggerating or fabricating opinions about the Blooming Elegant font trio or the other fonts or sets of fonts). It is standard practice in survey design to screen out such sensitized respondents (e.g., screening out employees of a company whose mark may be the subject of a survey). Thus, the Parikh Survey should have at least included a question at the end of the survey asking if respondents were members of sensitive industries or if they were aware of any litigation involving Plaintiff or Defendants. Having failed to do so, the Parikh Survey is overinclusive and lacks any measures or information to identify improperly included respondents.

[27] Diamond, Shari S. (2022), "Control Foundations: Rationales and Approaches," in *Trademark and Deceptive Advertising Surveys: Law Science and Design*, 2nd edition, American Bar Association, eds. Shari Seidman Diamond and Jerre Swann. P. 628. see also Diamond, Shari Seidman (2011), *Trademark and Deceptive Advertising Surveys, Reference Guide on Survey Research*, eds. by Shari Seidman Diamond and Jerre B. Swann.

causal inference"[28] and that, "By adding an appropriate control group, the survey expert can test directly the influence of the allegedly actionable part of the stimulus."[29] In addition, experts warn that, "The failure to use a control group, or otherwise show there is no need for one, can be fatal"[30] and that "Just as, in most circumstances, no one would trust the results of a police 'lineup' in which witnesses were shown only the suspect, the results of a litigation survey, without any controls, are strongly suspect."[31]

42.    The crux of the Parikh Survey is that it showed respondents six fonts (three singles and three trios) and then solicited the respondents' opinions about the fonts via Q1, Q2, Q3a, Q3b, Q4, and Q5. One of these fonts was the Blooming Elegant font trio.

43.    Inexplicably, Dr. Parikh failed to include a control font in the survey design. In particular, the survey design ought to have included an invented font trio that the respondents could not have used or encountered prior to participating in the Parikh Survey. Such a font could be deployed as an "external" control (i.e., shown to a separate or external Control group of respondents) or, alternatively, as an "internal" control (i.e., shown to the Test group of respondents). To deploy an external control font, the Parikh Survey could have randomly assigned respondents to a Test group or a Control group such that both groups receive the identical survey except that the Control group sees the invented font trio instead of the Blooming Elegant font trio (which is shown to the Test group). To deploy an internal control font, the

---

[28] Diamond, Shari S. (2022), "Control Foundations: Rationales and Approaches," in *Trademark and Deceptive Advertising Surveys: Law Science and Design*, 2nd edition, American Bar Association, eds. Shari Seidman Diamond and Jerre Swann; see also Diamond, Shari Seidman (2011), *Trademark and Deceptive Advertising Surveys, Reference Guide on Survey Research*, eds. by Shari Seidman Diamond and Jerre B. Swann.

[29] Bernstein, David H. and Bruce P. Keller (2022), "Survey Evidence in False Advertising Cases," in *Trademark and Deceptive Advertising Surveys: Law Science and Design*, 2nd edition, American Bar Association, eds. Shari Seidman Diamond and Jerre Swann.

[30] Bernstein, David H. and Bruce P. Keller (2022), "Survey Evidence in False Advertising Cases," in *Trademark and Deceptive Advertising Surveys: Law Science and Design*, 2nd edition, American Bar Association, eds. Shari Seidman Diamond and Jerre Swann.

[31] Rappeport, Michael (2002), "Litigation Surveys: Social Science as Evidence," *Trademark Reporter*, 92, 957-991.

Parikh Survey need only include an invented font trio alongside the Blooming Elegant font trio and the other five fonts and sets of fonts to be shown to respondents.

44.    Whether a control font is deployed externally or internally, the percentage of respondents who claim to have used or encountered the invented font trio serves to quantify the extent of response bias. Without any external or internal controls in the Parikh Survey, there is no reliable or scientific way to distinguish any effects of the Blooming Elegant font trio from the effects one would observe in the same survey context using a purely invented font trio. That is, the control-less, non-scientific design of the Parikh Survey means that its results lack any reference point or benchmark for discerning causality.

45.    One may wonder if the five additional fonts and sets of fonts that Dr. Parikh included alongside the Blooming Elegant font trio can serve as controls. They cannot. These additional fonts are not invented, and they are available on Zazzle (and elsewhere). Thus, in the absence of a proper control, the results for these additional fonts or sets of fonts are as meaningless as the results for the Blooming Elegant font trio.

46.    The scientific and logical premise for using controls does not depend on whether a researcher can specify all sources of noise (the variability of survey error) or bias (the average of survey error) that would get "controlled for" in a particular context. As the authorities cited earlier indicate, the lack of a control exposes a test result to multiple sources of noise or bias and, for this reason alone, failure to include a control renders a test result unreliable.

47.    This being said, survey researchers have expended considerable effort to understand and catalog common sources of noise and bias in survey results, particularly with respect to sources of systematic error that produce bias. That is, while survey researchers prefer to minimize both noise and bias, it is bias that often holds more serious or immediate consequences. Whereas noise can be measured (and thus accounted for) without knowing what the "true" response would be, quantifying bias requires ascertaining the deviation of the results from the true response.

48.    For example, if you were to step on a bathroom scale multiple times and observe an identical weight reading, you would know that the scale is free of noise, even if you do not know if the scale is providing a true (i.e., unbiased) reading of your weight. The use of a control, particularly in combination with randomization, accounts for bias by ensuring that extraneous factors (i.e., unknown or undesirable influences on measurement) are equally included in the test

15

and control group measurement. As such, computing the "net" result between a Test group and a Control group removes the influence of those factors.

49.     The Parikh Survey's failure to include any control renders its results fully susceptible to well-known and commonly observed sources of survey bias, including demand effects, yea-saying, and guessing. In subsequent sections, I explain how these sources of bias are not only likely to be operative in the Parikh Survey but also how each is likely to systematically and artificially inflate (versus deflate) the results of the Parikh Survey in favor of Plaintiff.

> i.    *Failure to Include a Control Allows Demand Effects to Inflate the Survey Results in Favor of Plaintiff*

50.     Demand effects (a.k.a. "demand biases") occur when survey respondents use cues provided by the survey to discern the purpose or intention of the survey and to imagine the "correct" or "expected" behaviors or answers to the questions (*i.e.*, they imagine what behaviors or information are "demanded" by the researcher).[32] Applied to the current case, when asked to perform a task such as reporting prior usage or rating the characteristics of displayed stimuli, respondents may infer that the survey researcher has chosen them for participation based on an expectation of prior usage and favorable responses.

51.     The method of recruitment for the Parikh Survey is an exercise in generating demand effects. As described earlier, respondents were recruited by sending emails to addresses scraped from Zazzle store pages.[33] In describing the sampling procedure for the Parikh Survey, Dr. Parikh states that, "The research was conducted in a double-blind manner. Respondents were neither told the purpose of the survey nor the party who commissioned it and there was no mention of any of the parties (Nicky Laatz, Zazzle, or Mohamed Alkhatib) in the survey invitation, screening questions, or questionnaire."[34] This is largely inaccurate.

52.     The email invitations for the Parikh Survey provide clear signals as to the purpose of the survey by phrasing the subject line "Graphic Designer Study," by personalizing the

---

[32] Simonson, Itamar and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design, Diamond*, Shari S. and Jerre B. Swann (eds.), American Bar Association.

[33] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 21.

[34] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 21.

salutation ("Dear <Insert Name>"), and by opening with the statement, "Willow Research is conducting a survey in order to understand what is important to graphic designers when designing new products."[35] From this survey invitation design, email recipients can see that the researcher not only knew their email address and name but also that the researcher was targeting them based on a presumed identity as a "Graphic Designer" and as a person who could tell them which factors are important to graphic designers when designing new products.[36] That is, the invitation not only told prospective respondents what role they were expected to play but also for what purpose.

53.    Further, the survey invitation communicated an exceptionally large incentive, stating that, "Qualified respondents will receive a $100 Amazon eGift card after completing the survey."[37] In my experience, this level of incentive is typically reserved for very long or involved interviews or for high-level professionals such as executives or physicians. Indeed, given that 67.6% of respondents in the Parikh Survey qualified as Bronze level sellers, the incentive to take the survey could be up to 10% as large as the total sales those respondents had made in their entire lifetime as a seller with Zazzle.[38] In summary, the design of the survey invitation not only clearly conveyed to the purpose of the survey to respondents but also provided then with an exceptional incentive for affirming their identity a graphic designer and providing responses consistent with this identity.

54.    The first question respondents encountered after exposure to the invitation email and the $100 incentive was question S1, which asked, "Before we begin, which of the following best describes your professional experience with graphic design?". This phrasing reinforces to the respondents that the researcher expects them to be, and act like, well-informed professional graphic designers. A more appropriate and standard approach would have been to provide a list of various professions, including "Graphic designer." This approach would normally serve to

---

[35] Expert Report of Dr. Sara Parikh, Appendix B ("Survey Invitation").

[36] The Parikh Survey reinforces this messaging, asking respondents to affirm their status as a full-time or part-time graphic designer (question S1) and to indicate how "important" fonts are for their work (question Q4).

[37] Expert Report of Dr. Sara Parikh, Appendix B ("Survey Invitation").

[38] Expert Report of Dr. Sara Parikh, Appendix D ("Sample Disposition").

17

obscure the purpose and the qualifying criteria for the survey, though in the case of the Parikh Survey it likely would have failed to compensate for the overt messaging in the invitation email.

55.    The consequence of such strong communication of both the researcher's purpose for the survey as well as the researcher's expectations of respondents in the Parikh Survey is that it creates pressure on respondents to exhibit "appropriate" or "expected" responses in the Questionnaire section. For example, a person who has been contacted "out of the blue" via a personalized email for "graphic designers" and offered $100 to participate in a "Graphic Designer Study" will be more likely in question Q1 to indicate that they have used or at least are familiar with a font or set of fonts even if they were not. Respondents have every reason to believe that the researcher would only show them fonts that are relevant to them and that would be widely used or recognized by persons who self-designate as graphic designers.

56.    Further, having been personally invited to a "Graphic Designer Study" and offered $100 to help a researcher understand what is important to graphic designers when designing new products, respondents would feel that a true professional graphic designer "ought" to have used or come across the fonts that the researcher is showing. In an effort to help the researcher and/or to appear consistent and qualified in the eyes of the researcher, respondents would feel compelled to report or exaggerate their usage or familiarity with the displayed fonts or sets of fonts. Indeed, the average reported usage and familiarity across all six fonts and font sets was 84.8%.

57.    Such demand effects are precisely to type of survey bias that can be quantified (and thus managed) by the use of a proper control. For example, if the Parikh Survey had used a randomized test and control design and subsequently observed that 50.0% of respondents claimed usage or familiarity with an invented font or font set, we would understand that the 84.8% result in question Q1 is grossly inflated (whether due to demand effects alone or in combination with other types of bias) and that the true usage or familiarity is closer to 84.8% – 50.0% = 34.8%.

58.    The same logic and analysis can be applied to the next five questions in the Parikh Survey, as they were asked immediately after question Q1. That is, respondents would feel is it more correct or helpful or expected that they, as professional graphic designers, would find the researcher-supplied fonts to be generally appealing (question Q2), unique (question Q3a/3b), important (question Q4), and difficulty of substitution (question Q5). The standard, scientific

18

way to properly "deflate" the observed results for these questions would be to employ an invented control font trio and then subtract the percentage of favorable (Plaintiff-friendly) responses from the percentage of favorable responses observed for the Blooming Elegance font trio. The Parikh Survey failed to use a control font or even a Control group of respondents and thus its results are likely to be significantly inflated due to demand effects.

> ii.  *Failure to Include a Control Allows Yea-saying Bias to Inflate the Survey Results in Favor of Plaintiff*

59.    Yea-saying bias (a.k.a. acquiescence) refers to a general tendency among some individuals to provide affirmative responses (*e.g.*, answering "yes" / "true" or selecting items offered in a list) regardless of the content of the question asked and regardless of whether an affirmative response is accurate with respect to their true opinion.[39] Thus, yea-saying represents a significant threat to survey validity.[40] Yea-saying bias can reflect any of several respondent motivations, all leading to a tendency to uncritically agree with the researcher's questions. These motivations include the desire to remain qualified for a study or survey, the tendency to defer to higher status persons or authority figures such as researchers, and the desire to minimize cognitive effort while still appearing cooperative.[41]

---

[39] Baumgartner, Hans and Jan-Benedict E. M. Steenkamp (2001), "Response Styles in Marketing Research: A Cross-National Investigation," *Journal of Marketing Research*, 38 (May), 143-156; Feldman, Jack M. and John G. Lynch (1988), "Self-Generated Validity and Other Effects of Measurement on Belief, Attitude, Intention, and Behavior," *Journal of Applied Psychology*, 73 (3), 421-435; Piedmont, Ralph L., Robert R. McCrae, Rainer Rieman, and Alois Angleitner (2000), "On the Invalidity of Validity Scales: Evidence from Self-Reports and Observer Ratings in Volunteer Samples," *Journal of Personality and Social Psychology*, 78, 582-593; Winkler, John D., David E. Kanouse, and John E. Ware Jr. (1982), "Controlling for Acquiescence Response Set in Scale Development," *Journal of Applied Psychology*, 67 (October), 555-561.

[40] Krosnick, Jon A. and Stanley Presser (2010), "Question and Questionnaire Design," in *Handbook of Survey Research*, Peter V. Marsden and James D. Wright, eds. Bingley, UK: Emerald Group Publishing, 263-313.

[41] Yea-saying bias and demand bias are similar and may sometimes contribute to the same observed behavior. However, they are conceptually distinct. Respondents engaged in yea-saying bias are focused on providing affirmative responses, independent of the content of the questions asked or other aspects of the survey. Respondents engaged in demand bias may respond affirmatively, negatively, or both, depending on the clues they perceive in the survey as to what information or types of answers the researchers may be expecting.

60.     In the Parikh Survey, all affirmative responses are favorable to Plaintiff. In question Q1, respondents are asked if they have use or are familiar with each font or set of fonts. The affirmative responses are "I have used it" and "I am familiar with it, but have not used it." In question Q2, respondents are asked how appealing the font or set of fonts is. The affirmative responses are "Very appealing" and "Somewhat appealing." In question Q3a, respondents are asked how unique the font or set of fonts is. The affirmative responses are "Very unique" and "Somewhat unique." In question Q4, respondents are asked how important the font or set of fonts is in their work. The affirmative responses are "Very important" and "Somewhat important." Finally, in question Q5, respondents are asked how difficult it would be to find a good substitute for the font or set of fonts. The affirmative responses are "Very difficult" and "Somewhat difficult." Respondents prone to yea-saying would uncritically select these responses, thereby inflating the results in favor of Plaintiff.

61.     There are at least two standard and widely used survey methodologies the Parikh Survey could have leveraged to make at least a minimal effort to control for yea-saying bias. One methodology involves creating alternative versions of the survey in which some respondents are randomly assigned to receive questions worded in the positive direction but others in the negative direction. For example, some respondents in the Parikh Survey could have been randomly assigned to a version of question Q2 that was phrased, "How unappealing is this <font / set of fonts> to you personally?" By comparing responses across the oppositely worded question pairs, the researcher could detect and control for yea-saying bias, since true opinions should show consistent response distributions across both positive and negative framings, while yea-saying would manifest as inconsistent response distributions across the two framings.[42]

62.     A second methodology that is used to control for yea-saying bias is to include questions in a survey with which no respondent could plausibly agree. For example, the use of an invented font trio as an internal or external control in the Parikh Survey would not only control for demand effects but also any effects due to yea-saying. Respondents prone to yea-saying would be expected to affirm that they have used or seen the invented font trio (question Q1) and that they have found the invented font trio important in their work (question Q4), despite the fact

---

[42] Diamond, Shari S., (2011), "Reference Guide on Survey Research," *Reference Manual on Scientific* Evidence, 3rd edition, National Academies Press, 397-411.

20

that they could not have encountered the invented font trio prior to taking the survey. Thus, the extent of yea-saying bias could be quantified by computing the percentage of respondents who select affirmative responses for an invented font trio in questions Q1 and Q4.

63.    The absence of any methodological procedures in the Parikh Survey for managing yea-saying bias makes it impossible to determine whether the reported perceptions of the Blooming Elegant font trio (or any of the other fonts or sets of fonts) reflect genuine attitudes or are artifacts of yea-saying bias.

        *iii.*   *Failure to Include a Control Allows Guessing to Inflate the Survey Results in Favor of Plaintiff*

64.    It is standard practice in survey design, including the design of litigation surveys, to discourage respondents from guessing since guessing can increase both the noise and bias in survey results. As Professor Diamond explains, "Trademark surveys typically instruct respondents to avoid guessing, but the survey setting itself invites respondents to provide answers to the questions they are being asked and, having agreed to participate in the survey, many respondents will make an effort to offer answers. Further, respondents want to appear knowledgeable, and thus 'don't know' is generally a less attractive option if other choices are readily available."[43] This form of guessing tends to increase survey noise. Professor Diamond also warns about guessing that is "guided" and which, "Occurs if questions or response choices contain cues that suggest a particular response. The extreme form of suggestion is the familiar leading question that makes it clear that a particular response is expected or preferred."[44]

65.    For reasons unknown, the Parikh Survey fails to use any methodology or procedure to discourage respondents from guessing, In fact, the Parikh Survey forces respondents to guess. Specifically, not only does the Parikh Survey fail to include any explicit instructions or admonitions to not guess, but it also fails to provide a standard "Don't know /

---

[43] Diamond, Shari S. (2022), "Control Foundations: Rationales and Approaches," in *Trademark and Deceptive Advertising Surveys: Law Science and Design*, 2nd edition, American Bar Association, eds. Shari Seidman Diamond and Jerre Swann.

[44] Diamond, Shari S. (2022), "Control Foundations: Rationales and Approaches," in *Trademark and Deceptive Advertising Surveys: Law Science and Design*, 2nd edition, American Bar Association, eds. Shari Seidman Diamond and Jerre Swann.

Unsure" response option in any of the survey questions. This leaves the Parikh Survey results indefensible against bias from guided guessing.

66.    For example, given that there are likely tens or hundreds of thousands of fonts in existence,[45] it is plausible that a segment of respondents would not know (or would feel unsure) whether they have previously seen or used one specific font or set of fonts. By failing to provide respondents with the option of saying they don't know or are unsure how to answer question Q1, the Parikh Survey forces them to guess. Similarly, it is plausible that a segment of respondents may not know or may not be sure whether they would characterize a font as unique (question Q3a and Q3b) or difficult to substitute out (question Q5), given that there are many thousands of fonts and sets of fonts in existence. By failing to provide instructions to not guess and by failing to include any response options to express a lack of knowledge or certainty, Parikh Survey respondents have no option but to guess.

67.    In order to complete the Parikh Survey and receive their $100 incentive, respondents who did not know or were unsure how to respond may have randomly selected responses, or they may have looked for cues in the survey as to the "correct" or "expected" or "reasonable" responses. As argued earlier for demand effects, all cues in the Parikh Survey point respondents in the direction of selecting responses favorable to Plaintiff. Even respondents who would not concern themselves with a researcher's expectations (i.e., are not suffering from demand effects) will still know that the most plausibly "correct" behavior when one is recruited as a professional graphic designer and paid an unusually large incentive to view a small number of stimuli would be to select affirmative responses. Otherwise, the survey would seem to have no purpose or usefulness. The Parikh Survey's failure to implement survey controls forced respondents to guess when they otherwise would not have, thereby rendering its results biased in favor of Plaintiff.

### C. Failure to Rotate Response Options Inflates the Survey Results in Favor of Plaintiff

68.    The ordering of response options in survey rating scales can significantly influence respondent choices through two well-documented cognitive phenomena: primacy and recency. Primacy occurs when respondents show disproportionate preference for options

---

[45] MyFonts, an online font marketplace (https://www.myfonts.com), hosts over 300,000 fonts.

22

presented first in a list, while recency manifests when respondents favor options presented last.[46] When response options are presented in a fixed rather than rotated order, these order effects can systematically bias survey results, as respondents may satisfice by selecting from among the first acceptable options they encounter rather than thoroughly considering all choices.[47] As such, failure to rotate response options represents a significant methodological flaw that can undermine a survey's reliability, particularly in cases where respondents are asked to evaluate multiple items using the same responses.[48]

69.     Dr. Parikh appears to agree that order effects are a threat to survey reliability. Specifically, the Parikh Report states that, "To prevent order bias, the order in which the fonts were asked about was randomized in between respondents."[49]

70.     Yet, on examination, there is no evidence in the Parikh Report or the native data file for the Parikh Survey [50] that the response options in the Questionnaire section (questions Q1, Q2, Q3a, Q4, and Q5) were rotated or randomized. For example, in question Q2, all respondents saw the response options ordered from "Very appealing" to "Somewhat appealing" to "Not very appealing" to "Not at all appealing." Thus, any tendency towards primacy among survey respondents would cause the survey results to be biased in favor of Plaintiff since the first and second responses both favor Plaintiff.

---

[46] Krosnick, Jon A., and Duane F. Alwin (1987), "An Evaluation of a Cognitive Theory of Response-order Effects in Survey Measurement," *Public Opinion Quarterly*, 51 (2): 201-219; Marsden, Peter V. and James D. Wright (2010), *Handbook of Survey Research* (2nd edition). Emerald Group Publishing.

[47] Krosnick, Jon A. (1991), "Response Strategies for Coping with the Cognitive Demands of Attitude Measures in Surveys," *Applied Cognitive Psychology* 5 (3), 213-236.

[48] Diamond, Shari S., (2011), "Reference Guide on Survey Research," *Reference Manual on Scientific* Evidence, 3rd edition, National Academies Press, 397-411.

[49] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 33.

[50] PARIKH0000001.xlsx

**D. The Display of Dissimilar Fonts Induces a Positive Contrast Effect Which Inflates the Survey Results in Favor of Plaintiff**

71.      A well-documented phenomenon in human perception and cognition is the existence of "context effects," wherein judgments about a given item are shaped not solely by its intrinsic attributes, but by its juxtaposition with surrounding items.[51] A particularly common type of context effect is known as the "contrast effect," where the assessment of a focal item is systematically distorted when it is evaluated alongside comparators that differ markedly in their fundamental characteristics or complexity. In essence, an item can be made to appear more appealing or less appealing, more extreme or less extreme, or more similar or more different, simply by manipulating the context or frame of reference in which it is judged. This distortion undermines the validity of any conclusions about the inherent qualities of the focal item, since the findings are a function of the surrounding items rather than an accurate measure of its intrinsic attributes.[52]

72.      Deliberately or not, the Parikh Survey is ideally designed to artificially inflate the perceived appeal, uniqueness, importance, and non-substitutability of the Blooming Elegant font trio by inducing a positive contrast effect with respect to the other fonts and sets of fonts. Dr. Parikh explains the selection of fonts for the Parikh Survey as follows: "The inclusion of these other fonts, along with Blooming Elegant Trio, provided a measurement of the relative importance and appeal of the Blooming Elegant Trio set of fonts compared to other fonts that are available on Zazzle. I selected these other fonts to include a mix of font trios and single fonts, script and plain fonts, and more and less common fonts."[53] With this statement, Dr. Parikh not only concedes that respondents in the Parikh Survey are evaluating the Blooming Elegant font

---

[51] Huber, Joel, and Christopher Puto (1983), "Market Boundaries and Product Choice: Illustrating Attraction and Substitution Effects," *Journal of Consumer Research*, 10 (1), 31-44; Lynch, John G., Dipankar Chakravarti, and Anusree Mitra (1991), "Contrast Effects in Consumer Judgments: Changes in Mental Representations or in the Anchoring of Rating Scales?" *Journal of Consumer Research*, 18 (3), 284-297.

[52] Wedell, Douglas H. (1995), "Contrast Effects in Paired Comparisons: Evidence for Both Stimulus- and Response-Based Processes," *Journal of Experimental Psychology: Human Perception and Performance*, 21 (5), 1158-1173.

[53] Expert Report of Dr. Sara Parikh, November 10, 2022. ¶ 33.

24

trio within a context of surrounding fonts but also that these surrounding fonts are plainer, more commonplace, and simpler than the Blooming Elegant font trio. They also do not offer the same design features as Blooming Elegant in their glyph sets, while numerous other comparable fonts do and could have been included in the survey.[54]

73.    Thus, the selection of fonts and sets of fonts in the Parikh Survey induces a contrast effect that artificially enhances evaluations of the Blooming Elegant font trio. This inflationary effect undermines the validity of any conclusions about the inherent qualities of the Blooming Elegant font trio, since the findings are a function of the surrounding fonts rather than an accurate measure of the attributes of the Blooming Elegant font trio. A more appropriate and fairer assessment of the Blooming Elegant font trio could have been conducted by selecting other font trios that were more comparable and similar (i.e., less obviously different and contrastive) or by having respondents evaluate the Blooming Elegant font trio in the absence of contextual fonts or sets of fonts.

**E.    Respondents were Encouraged to Use an Irrelevant Temporal Context for Judging the Difficulty of Font Substitution, Which Inflates the Survey Results in Favor of Plaintiff**

74.    As described earlier, questions Q4 (importance) and Q5 (difficulty of substitution) in the Parikh Survey were displayed only for those respondents who, in question Q1, indicated they had previously used any of the displayed fonts. For each font a respondent claimed to have used, question Q4 asked, "Earlier you said that you have personally used this <font / set of fonts> in your work. How important is this <font / set of fonts> to you in your work?" Similarly, question Q5 asked, "If this <font / set of fonts> were not available to you, how difficult would it be for you to find a similar font that would serve as a good substitute?"

75.    By predicating question Q5 on prior font usage, and by placing question Q5 directly after a question about the importance of fonts in their work (i.e., Q4), the Parikh Survey clearly guides respondents to think about the difficulty of font substitution with respect to existing products that have already been designed or produced. In this temporal context, there are reasons unrelated to the attractiveness or appeal of a font that would impact whether substituting

---

[54] Expert Rebuttal Report of Ellen Shapiro, October 22, 2024, pp. 19-20 and 28-29.

25

one font for another font or set of fonts would be difficult or infeasible, such as character sizing, spacing, kerning, or different glyph sets.[55] Additionally, the text to which the font is applied may be integrated and "intertwined" with multiple other visual aspects of the product design.

76.    However, the temporal context of interest in this matter occurs earlier in the product design process. In particular, the temporal context of interest is the point at which different fonts or font sets are considered for use in an in-process or future product design. In this temporal context, substituting a font or set of fonts does not present the same difficulties as substituting a font or set of fonts for an existing design.[56] The Parikh Survey does not test for the substitutability of Blooming Elegant with any other font(s) in the earlier temporal context.

77.    Even if there were no actual differences in difficulty of substitution across the two temporal contexts, research on "temporal construal" suggests perceptions of the difficulty of substitution will be biased in favor of Plaintiff. According to temporal construal theory, individuals evaluate scenarios differently depending on whether they are considering immediate versus future actions, with proximal decisions being viewed more concretely and with greater attention to implementation constraints.[57]

78.    The discrepancy of having respondents consider font substitution for existing designs rather than in-process or future designs is particularly problematic because sunk cost effects and status quo bias significantly influence how individuals evaluate change scenarios involving existing investments of time and effort versus prospective decisions.[58] A graphic designer considering font substitution for an existing product would likely focus on concrete implementation barriers, such as the time required to modify existing designs and the potential disruption to active sales. In contrast, when considering font selection for future designs, the same designer would likely evaluate the substitution task more abstractly and with less emphasis

---

[55] Expert Rebuttal Report of Ellen Shapiro, October 22, 2024, p. 23.

[56] Expert Rebuttal Report of Ellen Shapiro, October 22, 2024, p. 24.

[57] Trope, Yaacov, and Liberman, Nira. (2003), "Temporal Construal," *Psychological Review*, 110(3), 403-421

[58] Kahneman, Daniel, Knetsch, Jack L., and Thaler, Richard H. (1991), "Anomalies: The Endowment Effect, Loss aversion, and Status Quo Bias, *Journal of Economic Perspectives*, 5 (1), 193-206.

on implementation costs.[59] Thus, by guiding respondents to think about the difficulty of font substitution with respect to existing products, the Parikh Survey inflates the results in favor of Plaintiff.

## V.    CONCLUSIONS

79.    Based on the foregoing analyses, a review of available materials, and my experience as a researcher, educator, and business consultant, I find that the opinions offered in the Parikh Report are unreliable, as they are based on an inappropriate survey universe and a deeply flawed survey design. These flaws are summarized below:

    a)  The Universe for the Parikh Survey is Underinclusive

    b)  The Parikh Survey Fails to Include a Control

        (i)    Failure to Include a Control Allows Demand Effects to Inflate the Survey Results in Favor of Plaintiff

        (ii)    Failure to Include a Control Allows Yea-saying Bias to Inflate the Survey Results in Favor of Plaintiff

        (iii)    Failure to Include a Control Allows Guessing to Inflate the Survey Results in Favor of Plaintiff

    c)  Failure to Rotate Response Options Inflates the Survey Results in Favor of Plaintiff

    d)  The Display of Dissimilar Fonts Induces a Positive Contrast Effect, Which Inflates the Survey Results in Favor of Plaintiff

    e)  Respondents are Encouraged to Use an Irrelevant Temporal Context for Judging the Difficulty of Font Substitution, Which Inflates the Survey Results in Favor of Plaintiff

80.    I reserve the right to amend or revise this declaration in response to additional information, documents, or testimony provided by the parties, which may be brought to my attention after the date of my signature below.

---

[59] Soman, Dilip (2004), "The Effect of Time Delay on Multi-attribute Choice," *Journal of Marketing,* 68 (2), 23-37.

27

This report is to be used only for the purpose of this litigation and may not be published, distributed, or used for any other purpose without prior written consent from Dr. Scott D. Swain.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2024 at Clemson, South Carolina

Scott D. Swain, Ph.D.

28

# Exhibit A

# Curriculum Vitae

**CURRICULUM VITAE**

## Scott D. Swain, Ph.D.

Clemson University
Wilbur O. and Ann Powers College of Business
326E Wilbur O. and Ann Powers Hall
225 Walter T. Cox Blvd.
Clemson, SC 29634-1325
sdswain@clemson.edu

### ACADEMIC APPOINTMENTS

*Clemson University*, William O. and Ann Powers College of Business
| | |
|---|---|
| Professor of Marketing | 2021-present |
| Powers Distinguished Fellow | 2021-present |
| Director, M.S. Marketing Program | 2023-present |
| Associate Professor of Marketing | 2016-2021 |
| Assistant Professor of Marketing | 2013-2016 |

*Massachusetts Institute of Technology*, Sloan School of Management
| | |
|---|---|
| Professor of Marketing (Visiting) | 2024 |

*Dartmouth College*, Tuck School of Business
| | |
|---|---|
| Professor of Marketing (Visiting) | 2022 |
| Associate Professor of Marketing (Visiting) | 2021 |

*Northeastern University*, D'Amore-McKim School of Business
| | |
|---|---|
| Assistant Professor of Marketing | 2009-2013 |

*Boston University*, Questrom School of Management
| | |
|---|---|
| Assistant Professor of Marketing | 2002-2008 |

*University of South Carolina*, Darla Moore School of Business
| | |
|---|---|
| Research Assistant, Instructor | 1998-2002 |

### EDITORIAL APPOINTMENTS

| | |
|---|---|
| Associate Editor, *Journal of Business Research* | 2021-present |
| Associate Editor, *European Journal of Marketing* | 2017-present |

### EDUCATION

| | | |
|---|---|---|
| Ph.D. | Marketing, *University of South Carolina* | 2002 |
| MBA | Finance, *University of South Carolina* | 1996 |
| B.S. | Electrical Engineering, *Clemson University* | 1991 |
| B.S. | Physics, *Francis Marion University* | 199 |

## RESEARCH

Peer reviewed journal publications

Sonnenberg, Christian, B. Andrew Cudmore, and Scott D. Swain (2024) "An Approach for Dynamic Testing of Augmented Reality in Retail Contexts," *International Journal of Technology Marketing*, forthcoming.

Weathers, Danny and Scott D. Swain (2024), "A Scaffolded Learning Approach to Increasing Student Comfort with Microsoft Excel," *Journal of Marketing Analytics,* 12 (2), 198-208.

Mullins, Ryan, Scott D. Swain, and Scott B. Friend (2023), "How and Should Firms Motivate Salesperson Effort Across a Multi-Brand Portfolio?," *Journal of Business Research*, 158 (March), 113677.

Swain, Scott D. (2023), "Unhelpful and Unaware of It: A Dyadic Analysis of Online Product Reviews," *Journal of Management and Engineering Integration*, 16 (1), 48-56.

Swain, Scott D. (2022), "An Exploratory Study of The Effect of In-Store Recommendation Technology on Wine Shoppers' Search Behaviors," *International Journal of Business Research*, 22 (2), 124-137.

Kirk, Colleen, Joann Peck, and Scott D. Swain (2018), "Property Lines in the Mind: Consumers' Perceptions of Infringement and Their Territorial Responses," *Journal of Consumer Research*, 45 (1), 148-168. [second two authors contributed equally]

Swain, Scott D. and B. Andrew Cudmore (2018), "The Human Hand and Technology Adoption," *Journal of Management and Engineering Integration*, 11 (1), 46-53.

Carlson, Jay P., Danny Weathers, and Scott D. Swain (2016), "Consumer Responses to Bonus Pack and Product Enlargement Claims," *Journal of Marketing Theory and Practice*, 24 (1), 59-71.

Hanna, Richard C., Scott D. Swain, and Paul D. Berger (2016), "Optimizing Time-Limited Price Promotions," *Journal of Marketing Analytics*, 4 (2), 77-92. [authors contributed equally]

Swain, Scott D. and B. Andrew Cudmore (2016), "How Players Respond to Monetary Incentives in Online Poker Promotions," *Journal of Management and Engineering Integration*, 9 (1), 93-100.

Korschun, Daniel, C.B. Bhattacharya, and Scott D. Swain (2016), "CSR and the Frontline Context: How Social Programs Improve Customer Service," *GfK Marketing Intelligence Review*, 8 (1), 24-29. [authors contributed equally].

Kirk, Colleen, Bernard McSherry, and Scott D. Swain (2015), "Investing the Self: The Effect of Nonconscious Goals on Investor Psychological Ownership," *Journal of Behavioral and Experimental Economics*, 58 (October), 186-194. [authors contributed equally] Winner, *Bright Idea Award* (best journal article in business in 2015), awarded by Seton Hall and the NJ Policy Research Organization Foundation.

Weathers, Danny, Scott D. Swain, and Varun Grover (2015), "Can Online Product Reviews be More Helpful? Examining Characteristics of Information Content by Product Type," *Decision Support Systems*, 79 (November), 12-23. [first two authors contributed equally]

Kirk, Colleen, Scott D. Swain, and James E. Gaskin (2015), "I'm Proud of It: Consumer Technology Appropriation and Psychological Ownership," *Journal of Marketing Theory and Practice*, 23 (2), 166-184. [first two authors contributed equally]

Weathers, Danny, Scott D. Swain, and Igor Makienko (2015), "When and How Should Retailers Rationalize the Size and Duration of Price Discounts?," *Journal of Business Research*, 68 (12), 2610-2618. [authors contributed equally]

2

Korschun, Daniel, C.B. Bhattacharya, and Scott D. Swain (2014), "Corporate Social Responsibility, Customer Orientation, and the Job Performance of Frontline Employees," *Journal of Marketing*, 78 (3), 20-37. [AMA-EBSCO Annual Award for Responsible Research in Marketing, nominee]

Swain, Scott D., Paul D. Berger, and Bruce D. Weinberg (2014), "The Customer Equity Implications of Using Incentives in Acquisition Channels: A Nonprofit Application," *Journal of Marketing Analytics*, 2 (1), 1-17. [lead article]

Swain, Scott D., B. Andrew Cudmore, and Danny Weathers (2012), "Communicating Innovations in Product Safety: When Labels Signal Greater Manufacturer Responsibility," *Journal of Management and Engineering Integration*, 5 (Winter), 58-65.

Weathers, Danny, Scott D. Swain, and Jay P. Carlson (2012), "Why Consumers Respond Differently to Absolute versus Percentage Descriptions of Quantities," *Marketing Letters*, 23 (4), 947-953. [authors contributed equally]

Swain, Scott D. and B. Andrew Cudmore (2011), "Conditional Indirect Effects of Corporate Social Responsibility Cues on Purchase Intentions," *Journal of Management and Engineering Integration*, 4 (Winter), 92-100.

Kim, Stephen K., Jonathan D. Hibbard, and Scott D. Swain (2011), "Commitment in Marketing Channels: Mitigator or Aggravator of the Effects of Destructive Acts?," *Journal of Retailing*, 87 (4), 521-539. [authors contributed equally]

Onyemah, Vincent, Scott D. Swain, and Richard C. Hanna (2010), "A Social Learning Perspective on Sales Technology Adoption and Sales Performance: Preliminary Evidence from an Emerging Economy," *Journal of Personal Selling & Sales Management*, 30 (2), 131-142. [authors contributed equally]

Swain, Scott D., Danny Weathers, and Ronald W. Niedrich (2008), "Assessing Three Sources of Misresponse to Reversed Likert Items," *Journal of Marketing Research*, 45 (February), 116-131.

Niedrich, Ronald W. and Scott D. Swain (2008) "The Effects of Exposure-Order and Market Entry-Information on Brand Preference: A Dual Process Model," *Journal of the Academy of Marketing Science*, 36 (September), 309-321.

Dong, Weimin, Scott D. Swain, and Paul D. Berger (2007), "The Role of Channel Quality in Optimal Allocation of Acquisition and Retention Spending," *Journal of Business Research*, 60 (December), 1243-1252.

Niedrich, Ronald W. and Scott D. Swain (2003) "The Influence of Pioneer Status and Experience Order on Consumer Brand Preference: A Mediated-Effects Model," *Journal of the Academy of Marketing Science*, 31 (Fall), 468-480.

Managerial publications

Isaacson, Bruce, Jonathan D. Hibbard, and Scott D. Swain (2012), "Three Critical Questions to Evaluate Intellectual Property Surveys," *Intellectual Property Today*, September 12, 1-5. [authors contributed equally]

Isaacson, Bruce, Jonathan D. Hibbard, and Scott D. Swain (2008), "Why Online Surveys Can Be a Smart Choice in Intellectual Property Cases," American Bar Association, *Intellectual Property Law Newsletter*, 26 (Spring), 1-15. [authors contributed equally]

Swain, Scott D., Tim Silk, and Laura Smarandescu (2007), "Playing the Cards: The Impact of Monetary Format on Consumer Spending," *Builders and Leaders*, Spring, 22-28.

3

Berger, Paul D., Richard C. Hanna, Scott D. Swain, and Bruce D. Weinberg (2007), "The Great Potential Benefits of Vertical Cooperative Advertising," *Advertising Express*, 7 (February), 7-11. [cover article].

Berger, Paul D., Richard C. Hanna, and Scott D. Swain (2006), "Collaborative Filtering: The Potential to Increase Advertising Efficiency," *Advertising Express*, 6 (May), 11-14.

Swain, Scott D., Richard C. Hanna, and Lisa J. Abendroth (2004), "Buying Time: The Consumer Psychology of Time Limits," *Builders and Leaders*, Fall, 26-27.


Scholarly books, chapters, and technical series

Swain, Scott D. and Colleen Kirk (2018), "Consumer Psychological Ownership of Digital Technologies," in *Psychological Ownership and Consumer Behavior*, eds. Joann Peck and Suzanne Shu, New York: Springer, 69-90.

Hanna, Richard C., Scott D. Swain, and Jason Smith (2016), *Email Marketing in a Digital World: The Basics and Beyond*, Business Expert Press, New York, NY.

Korschun, Daniel, C.B. Bhattacharya, and Scott D. Swain (2011), "When and How Does Corporate Social Responsibility Encourage Customer Orientation?," European School of Management and Technology, *ESMT Technical Series* #11-05

Swain, Scott D. (2011), "Prize Indemnification," in *Encyclopedia of Sports Management and Marketing*, Linda E. Swayne, Mark Dodds, and J. Geoffrey Golson, eds. LA: Sage, 1187-1188.

Swain, Scott D. (2011), "Probability Sales Promotions," in *Encyclopedia of Sports Management and Marketing*, Linda E. Swayne, Mark Dodds, and J. Geoffrey Golson, eds. LA: Sage, 1190-1191.

Swain, Scott D. (2011), "Promotional Risk Management," in *Encyclopedia of Sports Management and Marketing*, Linda E. Swayne, Mark Dodds, and J. Geoffrey Golson, eds. LA: Sage, 1220-1221.

Berger, Paul D., Richard C. Hanna, Scott D. Swain, and Bruce D. Weinberg (2010), "Configurators/Choiceboards: Uses, Benefits, and Analysis of Data," in *Encyclopedia of E-Business Development and Management in the Global Economy*, In Lee, ed. IGI Publishing, 428-435.

Niedrich, Ronald W. and Scott D. Swain (2007), "The Effects of Exposure-Order and Market Entry-Information on Brand Preference: A Dual Process Model," *Boston University, SMG Technical Series* #2007-16.

Swain, Scott D. and Weimin Dong (2007), "Incorporating Managerial Judgment in an Extended Model of Customer Equity," Boston University, SMG Technical Series #2007-13.

Swain, Scott D., Weimin Dong, and Paul D. Berger (2006), "The Role of Channel Quality in Optimal Allocation of Acquisition and Retention Spending," *Boston University, SMG Technical Series* #2006-11.

Brunel, Frédéric F. and Scott D. Swain (2006), "A Two-Route Model of Product Aesthetic Evaluation," *Boston University, SMG Technical Series* #2006-09.

Swain, Scott D., Danny Weathers, and Ronald W. Niedrich (2006), "Misresponse to Reversed Likert Items: Acquiescence, Inattention, or Item Difficulty?," *Boston University, SMG Technical Series* #2006-12.

4

Berger, Paul D., Richard C. Hanna, and Scott D. Swain (2007), "Collaborative Filtering: Advertising Efficiency," in *Media and Advertising Management - New Trends*, Sabyasachi Chatterjeem, ed. Hyderabad: ICFAI University Press, 105-111.

Conference and symposia publications and presentations

Krishnaraju, Vidhya, Manish Kacker, Scott D. Swain and Jonathan D. Hibbard (2024), "What Drives the Nature and Magnitude of Negative B2B Relationship Outcomes in the Aftermath of Strategic Actions by Firms?," *13th Annual Conference*, Emerging Markets Conference Board, Noida, Uttar Pradesh, India [abstract, presentation], December 18.

Mullins, Ryan and Scott D. Swain (2024), "Compensation Shrouding: What's Hiding in Your Comp Plan?," Sales Comp '24, *WorldatWork*, San Francisco, CA [presentation], August 19.

Nath, Pravin, Scott D. Swain, Danny Weathers, Michael Giebelhausen, Eric Hair, Austin Minkowksi, Matt Gorstein, Graham Gaines (2024), "Producer and Consumer Preferences for Direct Marketing of Seafood Products in South Carolina," *S.C. Sea Grant Consortium Research Symposium*, Conway, SC, [presentation], May 16.

Mullins, Ryan and Scott D. Swain (2024), "Compensation Shrouding: What's Hiding in Your Compensation Plan," *Sales Force Productivity Conference*, Emory University, Goizueta Business School, Atlanta, GA [presentation], March 12.

Swain, Scott D., Ananya Bakre, and B. Andrew Cudmore (2024), *"Product Durability as a Sustainability Alibi for Luxury Purchases," 30th International Conference on Industry, Engineering, and Management Systems*, Disney Springs Area, FL, Association for Industry, Engineering, and Management Systems, [presentation], March 5.

Cudmore, B. Andrew and Scott D. Swain (2024), *"*How Movie Trailer Length and Plot Revelation Impact Consumer Anticipation: The Mediating Roles of Arousal and Pleasure*," 30th International Conference on Industry, Engineering, and Management Systems*, Disney Springs Area, FL, Association for Industry, Engineering, and Management Systems, [presentation], March 5.

Cudmore, B. Andrew, Scott D. Swain, and Stephan Dansky (2024), *"Process or Purity? The Impact of Analogous Reasoning on Consumers' Choices among Foods Labeled as NonGMO, Organic, and Natural," 30th International Conference on Industry, Engineering, and Management Systems*, Disney Springs Area, FL, Association for Industry, Engineering, and Management Systems, [presentation], March 5.

Weathers, Danny, Scott D. Swain, and Kate Barger (2023), "Understanding Consumer Perceptions of Animal Welfare," Annual Meeting, *American Association of Avian Pathologists* (AAAP), Jacksonville, FL, [abstract, presentation], June 11.

Swain, Scott D., Christian Sonnenberg, and B. Andrew Cudmore (2023), "A Scalable Framework for Dynamic Interface Testing of Augmented Reality in Retail Contexts," *8th Annual Research Symposium*, Clemson University, [abstract, presentation], May 10.

Swain, Scott D. and B. Andrew Cudmore (2023), "Higher Levels of Compensation Induce Consumer Guilt When Firms are Close but Future Transactions are Distant," *8th Annual Research Symposium*, Clemson University, [abstract, presentation], May 10.

Swain, Scott D. (2023), "An Exploratory Study of the Effect of In-store Recommendation Technology on Shoppers' Search Behaviors," *Proceedings of the International Academy of Business and Economics Conference*, Orlando, FL, International Academy of Business and Economics, [abstract, presentation], 23 (1), 48, March 18.

5

Swain, Scott D. and B. Andrew Cudmore (2023), "Service Recovery: When Playing It Safe is a Dangerous Strategy," *29th International Conference on Industry, Engineering, and Management Systems*, Clearwater Beach, FL, Association for Industry, Engineering, and Management Systems, [presentation], March 5-7.

Swain, Scott D. and B. Andrew Cudmore (2023), "When Reviewers Overestimate the Helpfulness of their Reviews" *29th International Conference on Industry, Engineering, and Management Systems*, Clearwater Beach, FL, Association for Industry, Engineering, and Management Systems, [presentation], March 5-7.

Mullins, Ryan, Scott D. Swain, and Scott B. Friend (2023), "Unraveling the Complexities of Salesperson Brand Identifications and Motivations within a Solution Selling Portfolio," *Proceedings of the American Marketing Association Winter Educators' Conference*, eds. Monika Lisjak and Nita Umashankar, Nashville, TN: American Marketing Association, February 10, 2023, C94-C95. [paper, presentation]

Swain, Scott D. and B. Andrew Cudmore (2023), "Higher Levels of Compensation Induce Consumer Guilt When Firms are Close but Future Transactions are Distant," *Proceedings of the American Marketing Association Winter Educators' Conference*, eds. Monika Lisjak and Nita Umashankar, Nashville, TN: American Marketing Association, February 10, 410-416. [extended abstract, poster]

Nath, Pravin, Scott D. Swain, Danny Weathers, Michael Giebelhausen, Eric Hair, Austin Minkowksi, Matt Gorstein, Graham Gaines (2022), "Addressing Supply Chain Vulnerabilities for South Carolina's Mariculture Industry: An Assessment of Preferences for Direct-to-Consumer Marketing of Shellfish Using Conjoint Analysis," *8th Annual Research Symposium*, Clemson University, [abstract, presentation], Clemson, SC, May 6.

Swain, Scott D. and B. Andrew Cudmore (2022), "The Risks of Overcompensation in Service Recovery Strategies," *28th International Conference on Industry, Engineering, and Management Systems*, Clearwater Beach, FL, Association for Industry, Engineering, and Management Systems, [presentation], March 13-15.

Swain, Scott D. and Danny Weathers (2022), "The Impact of Automation Technology on Consumers' Animal Welfare Perceptions," *28th International Conference on Industry, Engineering, and Management Systems*, Clearwater Beach, FL, Association for Industry, Engineering, and Management Systems, [presentation], March 13-15.

Swain, Scott D. and Danny Weathers (2021), "Spatial Expressions and Consumer Perceptions of Quantity," *27th Association of Marketing Theory and Practice Proceedings*, Virtual: Association for Marketing Theory and Practice, [extended abstract, presentation], March 18-20.

Swain, Scott D. and Danny Weathers (2021), "Re-envisioning a Masters of Science in Marketing Degree," *27th Association of Marketing Theory and Practice Proceedings*, Clearwater Beach, FL: Association for Marketing Theory and Practice, [extended abstract, presentation], March 18-20.

Swain, Scott D. (2021), "Consumer Responses to Serendipity Narratives," *27th International Conference on Industry, Engineering, and Management Systems*, Clearwater Beach, FL: Association for Industry, Engineering, and Management Systems, [presentation], March 15-17.

Swain, Scott D. and Danny Weathers (2021), "Reframing Extreme Magnitudes," *27th International Conference on Industry, Engineering, and Management Systems*, Clearwater

6

Beach, FL: Association for Industry, Engineering, and Management Systems, [presentation], March 15-17.

Swain, Scott D.*, Oswald Harris King, IV, Ally Ault, Lucas Ball, Jack Enright, and Aleksandra K. Shtompil (2020), "Measuring the Perceived Intensity of Rivalries," *26th International Conference on Industry, Engineering, and Management Systems*, Clearwater Beach, FL: Association for Industry, Engineering, and Management Systems, [presentation], March 15-18.

Korschun, Daniel, Hoori Rafieian, Anubhav Aggarwal, and Scott D. Swain (2019). "Taking a Stand: Consumer Responses When Companies Get (Or Don't Get) Political," *Proceedings of the 41st ISMS Marketing Science Conference* (*INFORMS*), eds. Tülin Erdem, Russ Winer, Alberto Pezzi, and Luca Petruzzellis, University of Roma Tre, Rome, Italy: Institute for Operations Research and the Management Sciences (ISBM), [abstract, presentation], June 20-22.

Swain, Scott D., Oswald Harris King IV, Lucas Ball, Bailey Bottini, Tanner Dieterich, Connor Enright, Olivia Pescatore, James Ruddy, Brad Uscilla, Bailey Whetter, and Cameron Zavaski (2019), "Rivalries as Relational Schemas," *Focus on Creative Inquiry*, Clemson University [poster, presentation], April 1-2.

Swain, Scott D. (2019), "Misresponse and its Consequences," *25th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 17-19.

Swain, Scott D. and Matthew Kosniewski (2019), "Consumer Responses to Companies' Political Stances," *25th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 17-19.

Cudmore, B. Andrew and Scott D. Swain (2019), "The Influence of CSR-focus and CSR-innovativeness on Perceived Brand Image of Innovative Firms," *25th International Conference on Industry, Engineering, and Management Systems*, Clearwater Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 17-19.

Swain, Scott D., Richard C. Hanna, and B. Andrew Cudmore (2018), "Managing Digital Promotions to Account for the Dual Effects of Time Limits on Customer Response," *24th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 19-21.

Cudmore, B. Andrew, Scott D. Swain, Alexei Rakowitsch, and Titas Vainauskas (2018), "The Influence of Coach Gender and Athletic Skill on the Athlete Attitude and Motivation," *24th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 19-21.

Cudmore, B. Andrew, Scott D. Swain, and Samantha Porter (2018), "The Role of Length and Ambiguity of Movie Trailers on Customer Attitudes and Intentions to Attend the Movie," *24th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 19-21.

Kirk, Colleen, Scott D. Swain, and Joann Peck (2017), "When and How Consumers Defend Their Psychological Possessions," in *Advances in Consumer Research*, Vol. 45, eds. Ayelet

7

Gneezy, Vlad Griskevicius, and Patti Williams, San Diego, CA: Association for Consumer Research. [abstract, poster presentation] October 26-29.

Swain, Scott D., Richard C. Hanna, and B. Andrew Cudmore (2017), "Using Clickstream Analysis to Examine In-store Technology Appropriation Among Wine Shoppers," *23rd International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 20-22.

Swain, Scott D. and Richard C. Hanna (2017), "Optimal Time Limits for Online Promotions: Balancing Customer Awareness and Urgency" *Proceedings of the American Marketing Association Winter Educator's Conference*, eds. Chandy, Rajesh, Jeffrey Inman, and Christine Moorman, Orlando, FL: American Marketing Association. [paper, presentation]. February 17-19.

Kirk, Colleen, Joann Peck, and Scott D. Swain (2017), "When is an Incursion an Infringement? Consumers' Contingent Territorial Responses for Psychologically Owned Targets," *Workshop on The Future of Ownership Research*, eds. Bernadette Kamleitner, Monika Koller, Joann Peck, and Stephan Dickert, WU Vienna University of Economics and Business, 98-102. [abstract, presentation] July 7-8.

Cudmore, B. Andrew, Jim Sparks, Scott D. Swain, and Enrique Perez (2017), "The Influence of a Firm's CSR Innovativeness and CSR Focus on Customer Attitudes," *23rd International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 20-22.

Kirk, Colleen, Joann Peck, and Scott D. Swain (2017), "Property Lines in the Mind: Consumers' Perceptions of Infringement and their Territorial Responses," *SCP-JACS Collaborative Conference*, eds. Akira Shimizu, Kaichi Saito, Satoko Suzuki, and Jeffrey Inman, Society for Consumer Psychology and Japan Association for Consumer Studies, Tokyo, Japan. May 18-19. [presentation]

Cudmore, B. Andrew, Jim Sparks, and Scott D. Swain (2017), "The Moderating Role of CSR Focus on Consumer Responses to the CSR Initiatives of Low and High Ability Firms," *23rd International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 20-22.

Kirk, Colleen, Joann Peck, and Scott D. Swain (2017), "Consumers' Emotional and Territorial Responses to Perceived Infringements of Psychologically Owned Targets," *SCP Boutique Conference on Motivation, Emotion, and How They Interact*, eds. Juliano Laran, Oscar Moreno, Keith Wilcox, New York, NY: Society for Consumer Psychology. [presentation] June 7-8.

Kirk, Colleen, Scott D. Swain, and Joann Peck (2017), "Hey, That's Mine! The Effect of Others' Psychological Ownership Signals on Consumers' Territorial Responses," in *Proceedings of the Society for Consumer Psychology*, eds. Katherine White and On Amir, San Francisco, CA: Society for Consumer Psychology. [paper, presentation] Feb 16-18.

Swain, Scott D., B. Andrew Cudmore, and Jonathan D. Hibbard (2016), "Impact of Mixed Retail Experiences on Consumer Impressions of Salespersons," *22nd International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 14-16.

8

Kirk, Colleen and Scott D. Swain (2016), "The Value in Lurking: The Effect of a Mere Communication Opportunity on Consumers' Psychological Ownership and Valuation of Digital Content," *Proceedings of the American Marketing Association Winter Educators' Conference*, eds. Charles F. Hofacker and Thorsten Hennig-Thurau, Las Vegas, NV: American Marketing Association, C94-C95. [paper, presentation] February 26-28. Winner, AMA Best Paper in Consumer Behavior Track

Hibbard, Jonathan D., Scott D. Swain, and Richard C. Hanna (2016), "Impact of Cross-Functional Team Projects on Student Performance in Functional Courses," *Marketing Management Association Fall Educator's Conference Proceedings*, eds. Lisa Lindgren and Brent Smith, Providence, RI: Marketing Management Association, 120-121. [paper, presentation] September 14-16.

Swain, Scott D. and B. Andrew Cudmore (2016), "The Challenges of Being Different at Making a Difference," *22nd International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 14-16.

Noyes, Jamie, Colleen P. Kirk, Joann Peck, Scott D. Swain, and Yasmine Kalkstein (2016), "Yours, Mine, or Ours? The Effect of Psychological Ownership Signals on Consumers' Territorial Responses," *70th Annual Eastern Colleges Science Conference* (ECSC), Springfield, MA, No. 54. [abstract, presentation] April 2.

Kirk, Colleen, Scott D. Swain, and Joann Peck (2016), "You Stepped on My Toes: When Does Psychological Ownership Lead to Territorial Responses?," in *Advances in Consumer Research*, Vol. 44, eds. Page Moreau and Stefano Puntoni, Berlin, Germany: Association for Consumer Research, 743-743. [abstract, poster presentation] October 27-30.

Cudmore, B. Andrew, Scott D. Swain, and Chris Sonnenberg (2016), "Online Poker: Motivations for Online versus Casino Poker Gambling," *22nd International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation] March 14-16.

Noyes, Jamie, Colleen P. Kirk, Joann Peck, Scott D. Swain, and Yasmine Kalkstein (2016), "Hands Off, It's Mine! Psychological Ownership Signals and Consumers' Retaliatory Behaviors," *Proceedings of the 43rd Annual Northeast Business and Economics Association Conference*, ed. Ramon Vasconcellos, West Point, NY: Northeast Business and Economics Association. [paper, presentation] [authors contributed equally] November 10-12.

Colleen P. Kirk, Scott D. Swain, and Joann Peck (2016), "When Good Fences Make Good Customers: Consumer Responses to Psychological Ownership Signals," *Proceedings of the 43rd Annual Northeast Business and Economics Association Conference*, ed. Ramon Vasconcellos, West Point, NY: Northeast Business and Economics Association. [paper, presentation] [authors contributed equally] November 10-12.

Swain, Scott D., Daniel Korschun, and C.B. Bhattacharya (2015), "When and How Organizational Identification Mediates the Effect of Corporate Social Responsibility on Customer Orientation," in *Proceedings of the American Marketing Association's Winter Educators' Conference*, eds. Tom Brown and Vanitha Swaminathan, San Antonio, TX: American Marketing Association. [abstract, presentation]

Hanna, Richard C., Gary Ottley, Scott D. Swain, and Daniel Qualls (2015), "There's an App for That! An Exploratory Study of How Consumers Search for Wine with the Assistance of Technology," *Bi-Annual Wine Marketing Conference: Innovations and Best Practices*, Vittoriale Degli Italiani, 2015. [presentation]

9

Bennett, Delancy and Scott D. Swain (2015), "Sports Immersion Tour: Scoring Big Outside the Classroom," *American Marketing Association's Winter Educators' Conference*, eds. Tom Brown and Vanitha Swaminathan, San Antonio, TX: American Marketing Association. [presentation]

Swain, Scott D., B. Andrew Cudmore, and Danny Weathers (2015), "Unhelpful and Unaware of It: A Dyadic Analysis of Online Consumer Reviews," *21st International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation]

Swain, Scott D. and Colleen P. Kirk (2015), "Getting Owned: Systematic and Situational Influences on Consumer Responses to Digital Content," in *Proceedings of the 42nd Annual Northeast Business and Economics Association Conference*, ed. Kang Bok Lee, Jamaica, NY: Northeast Business and Economics Association, 152-155. [paper, presentation]

Mullins, Ryan and Scott D. Swain (2015), "Brand Identity Multiplicity: How Merging Companies Overlook Competing Brand Identities and Hamper Cross-Selling Success," *5th Biennial Enhancing Sales Force Productivity Conference*, Georgia Tech, Scheller College of Business, eds. Goutam Challagalla, Brian Murtha, and Jeff Boichuk. [presentation]

Swain, Scott D., Colleen P. Kirk, and James E. Gaskin (2014), "Putting the Fun in Functionality: Appropriation, Ownership, and Pride," in *Advances in Consumer Research*, Vol. 42, eds. June Cotte and Stacy Wood, Baltimore, MD: Association for Consumer Research, 791-791. [abstract, poster presentation]

Kirk, Colleen P., Bernard McSherry, and Scott D. Swain (2014), "Resistance is Frugal: When Ignoring Nonconscious Goals Affect Psychological Ownership of Investment Decision," in *Advances in Consumer Research*, Vol. 42, eds. June Cotte and Stacy Wood, Baltimore, MD: Association for Consumer Research, 791-791. [abstract, poster presentation]

Borden, Joseph, Colleen P. Kirk, and Scott D. Swain (2014), "I Just Want to Talk: When Website Interactivity Enhances Donor Psychological Ownership in Not-for-profit Organizations," in *Proceedings of the 41st Annual Northeast Business and Economics Association Conference*, ed. Della Lee Sue, West Long Branch, NJ: Northeast Business and Economics Association, 41-43. [paper, presentation] [authors contributed equally]

Kirk, Colleen P., Scott D. Swain, James E. Gaskin (2014), "I'm Proud of It: Consumer Technology Appropriation and Psychological Ownership," in *Proceedings of the Academy of Marketing Science Annual Conference*, eds. Michael W. Obal, Nina Krey, and Christian Bushardt, Indianapolis, IN: Academy of Marketing Science, 643-645. [paper, presentation]

Kirk, Colleen P. and Scott D. Swain (2014), "Not Now, I'm Busy: When Interactivity Undermines Psychological Ownership and Product Valuation," in special session titled "Psychological Ownership: A Concept of Value to the Marketing Field," (Marko Sarstedt and Colleen P. Kirk, co-chairs), *Proceedings of the Academy of Marketing Science Annual Conference*, eds. Brad Carlson and Todd Donavan, Indianapolis, IN: Academy of Marketing Science, 219-224. [extended abstract, presentation]

Kirk, Colleen P., Scott D. Swain, and Richard C. Hanna (2014), "Owning the Intangible: The Roles of Motivational Orientation and Two-Way Communication on Psychological Ownership and Willingness to Pay in New Media," *Proceedings of the American Marketing Association's Winter Educators' Conference*, eds. Gary Hunter and Tom Steenburgh, Orlando, FL: American Marketing Association, C5-C6. [extended abstract, presentation]

Korschun, Daniel, Bhattacharya, C.B., and Scott D. Swain (2013), "Corporate Social

Responsibility and the Customer Orientation of Frontline Employees," Proceedings of the *International Marketing Conference* (MARCON), eds. Organizing committee, Calcutta, India: Indian Institute of Management, Calcutta. [presentation], Winner, Best Paper in Conference. [authors contributed equally]

Kirk, Colleen P. and Scott D. Swain (2013), "Interactivity and Psychological Ownership in Consumer Value-Co-Creation," *Proceedings of the Academy of Marketing Science Annual Conference*, eds. Leyland Pitt and Constantine Katsikeas, Monterrey, CA: Academy of Marketing Science. [paper, presentation]

Hanna, Richard C. and Scott D. Swain (2013), "Social Media Game Design: Unintended Effects on Consumer Choice" *Proceedings of the Academy of Marketing Science Annual Conference*, eds. Leyland Pitt and Constantine Katsikeas, Monterrey, CA: Academy of Marketing Science, 286. [abstract, presentation]

Kirk, Colleen P. and Scott D. Swain (2013), "Touching the Intangible: Perceptions of Interactivity and Ownership in New Media," *Proceedings of the American Marketing Association's Winter Educators' Conference*, eds. James Burroughs and Aric Rindfleisch, Las Vegas, NV: American Marketing Association, 464-465. [paper, presentation]

Kirk, Colleen P. and Scott D. Swain (2013), "I'm Proud of It: Consumer Technology Appropriation and Psychological Ownership," *Vienna University of Economics and Business Workshop on Ownership and Decision Making*, Vienna, Austria. [presentation].

Kirk, Colleen P. and Scott D. Swain (2012), "Empowering Digital Information Consumers: The Effects of Self-Efficacy, Optimum Stimulation Level, and Perceived Interactivity on Value in Use," *Proceedings of the Academy of Marketing Science Annual Conference*, eds. Barry J. Babin, Adilson Borges, and Eli Jones, New Orleans, LA: Academy of Marketing Science, 250-253. [paper, presentation]

Swain, Scott D., B. Andrew Cudmore, J. Daniel Wadden (2012), "When Companies Make Customers Feel Guilty," *18th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation]

Bhattacharya, C.B., Daniel Korschun, and Scott D. Swain (2012), "Corporate Responsibility Through the Stakeholder's Looking Glass," *Stakeholder Theory Conference*, Darden School of Business, University of Virginia, Olsson Center for Applied Ethics, Charlottesville, VA, 2012. [presentation]

Cudmore, B. Andrew, Scott D. Swain, Jared Maynard, Semy Makonnen, and Michelle Condjella (2012), "Corporate Social Responsibility: A Package Safety Labeling Context," *18th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation]

Weathers, Danny, Scott D. Swain, and Jay P. Carlson (2012), "Comparing Consumer Reactions to Percentage and Absolute Values: An Analogue Magnitude Encoding Perspective," *Proceedings of the Academy of Marketing Science Annual Conference*, eds. Barry J. Babin, Adilson Borges, and Eli Jones, New Orleans, LA: Academy of Marketing Science, 350-353. [paper, presentation]

Cudmore, B. Andrew, Anthony T. Fischetti, and Scott D. Swain (2012), "Evaluation of a Systematic Manipulation of Cigarette Warning Labels on Consumer Attitudes toward Smoking," *18th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management

11

Systems. [presentation]

Dean, Christopher, Jasmine Tucker, B. Andrew Cudmore, and Scott D. Swain (2011), "Corporate Image Benefits: The Role of Fair Trade and Charitable Donations in a Coffee Context," *17th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation]

Swain, Scott D. (2011), "Investing in Methodology to Advance Theory," in a special session titled, "The Challenges and Rewards of Growing Theory as Junior Faculty" (S. Adam Brasel, chair), *Academy of Marketing Science Annual Conference,* ed. Mary Conway, Coral Gables, FL: Academy of Marketing Science. [presentation]

Fombelle, Paul and Scott D. Swain (2011), "The VIP Phenomenon: The Role of Social Comparison in Status-Oriented Experiences," *Northeastern University Research & Scholarship Expo*, Boston, MA. [poster presentation]

Hanna, Richard C., Scott D. Swain, and Jonathan D. Hibbard (2011), "Consumer Responses to Promotional Games in Social Media," *Academy of Marketing Science World Marketing Congress*, eds. Barry J. Babin and Adilson Borges, Reims, France: Academy of Marketing Science, 814. [abstract, presentation]

Williams, Matthew L., Donald P. Wilson, B. Andrew Cudmore, Tinatin Kiguradze, and Scott D. Swain (2011), "Telecommuting: Impacts of Work Environment and Salary on Employee Attitude and Motivation," *17th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering, and Management Systems. [presentation]

Kim, Stephen K., Jonathan D. Hibbard, and Scott D. Swain (2010), "A Study of Dual Effects of Dealer Commitment under Relational Distress," *Academy of World Business Marketing and Management Development Conference*, Oulu, Finland: Academy of World Business Marketing and Management Development. [abstract, presentation]

Swain, Scott D., B. Andrew Cudmore, and Jonathan D. Hibbard (2009), "Order Effects in Retail Service Encounters," *15th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: Association for Industry, Engineering and Management Systems. [presentation]

Isaacson, Bruce, Scott D. Swain, and Jonathan D. Hibbard (2009), "The Use of Online Surveys in Intellectual Property Litigation," *National Advertising Division Annual Conference*, New York, NY: National Advertising Division. [presentation]

Swain, Scott D., Jonathan D. Hibbard, Richard C. Hanna (2009), "Trademark Infringement: When is Similarity Confusing to Consumers?" in *Academy of Marketing Science World Marketing Congress*, eds. Victoria L. Crittenden, Linda Ferrell, and Göran Svensson: Academy of Marketing Science, 333. [abstract, presentation]

Swain, Scott D., Tim Silk, and Laura Smarandescu (2008), "The Effect of Monetary Format on the Assignment of Windfall Income to Mental Accounts," *Proceedings of the INFORMS Marketing Science Conference*, eds. Chuck Weinberg, Darren Dahl, and Dan Putler, Vancouver, British Columbia, Canada: Institute for Operations Research and the Management Sciences, 83. [paper, presentation]

Papavasileiou, Eleni Zoi, Scott D. Swain, C.B. Bhattacharya (2008), "Consumers' Reactions to Acquisitions of Socially Responsible Companies," in *Marketing and Public Policy Conference Proceedings*, Vol. 18, eds. Ronald P. Hill, John C. Kozup, Charles R. Taylor, Philadelphia, PA: American Marketing Association. [abstract, presentation]

12

Swain, Scott D., Laura Smarandescu, and Tim Silk (2008), "The Effect of Monetary Format on the Assignment of Windfall Income to Mental Accounts," *72nd Annual Midwest Economics Association Conference*, Chicago, IL: Midwest Economics Association. [presentation]

Swain, Scott D. and Richard C. Hanna (2008), "Emulating Research Firms in the Classroom: Research Practicum Days," in a special session titled, "Creating Value in Marketing Courses," (Richard C. Hanna, chair) in *Proceedings of the Academy of Marketing Science Annual Conference*, eds. Steven P. Brown and Peter A. Dacin, Vancouver, British Columbia, Canada: Academy of Marketing Science, 341. [abstract, presentation]

Swain, Scott D., Tim Silk, and Laura Smarandescu (2008), "The Effect of Monetary Format on the Assignment of Windfall Income to Mental Accounts," in *Proceedings of the Society for Consumer Psychology*, eds. Maria Cronley and Dhananjay Nayakankuppam, New Orleans, LA: Society for Consumer Psychology, 130-133. [paper, presentation]

Weathers, Danny, Scott D. Swain, and Jay P. Carlson (2008), "An Examination of Concreteness and Whole Number Dominance Effects on the Evaluation of Percentage Shipping Charges," in *Proceedings of the Society for Consumer Psychology*, eds. Maria Cronley and Dhananjay Nayakankuppam, New Orleans, LA: Society for Consumer Psychology, 367-368. [paper, presentation]

Swain, Scott D. and B. Andrew Cudmore (2008), "Promotional Response as Swarm Intelligence," *14th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: California State University Press, Stanislaus. [presentation]

Swain, Scott D., Jonathan D. Hibbard, Richard C. Hanna, and B. Andrew Cudmore (2008), "A Signal Detection Approach for Assessing Response Biases in Consumer Confusion," *14th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: California State University Press, Stanislaus. [presentation]

Miller, Brandon, Jonas Dewitte, B. Andrew Cudmore, and Scott D. Swain (2008), "Student Athlete Attitude toward Performance Enhancing Drugs," *14th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: California State University Press, Stanislaus. [presentation]

Arnould Diehl, B. Andrew Cudmore, and Scott D. Swain (2008), "The Perceived Importance of an Internationally Diverse and Engaged Student Population," *14th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: California State University Press, Stanislaus. [presentation]

Swain, Scott D., Danny Weathers, and Jay P. Carlson (2008), "Whole Number Dominance in Price Evaluations," in a special session titled "Retail Pricing Strategy: Current Perspectives and Research," (Kathleen Seiders, chair), *Proceedings of the American Marketing Association's Winter Educators' Conference*, eds. Tom J. Brown and Zeynep Gurhan Canli, Austin, TX: American Marketing Association. [extended abstract, presentation]

Swain, Scott D., Jonathan D. Hibbard, and Richard C. Hanna (2008), "Brand Name Similarity and Consumer Confusion," in *Proceedings of the Society for Consumer Psychology*, *Summer*, Boston, MA. [abstract, presentation]

Bhattacharya, C.B., Daniel Korschun, and Scott D. Swain (2008), "Using Corporate Social Responsibility to Create a Stakeholder Oriented Firm," *Stakeholder Marketing Consortium: Beyond the 4 Ps and the Customer*, *Aspen Institute and the Marketing Science Institute*, Boston, MA. [presentation]

13

Swain, Scott D. and Danny Weathers (2008), "Survey Data Equivalence: Assessment and Implications," *Eli Lilly Global Market Research Conference*, Indianapolis, IN. [presentation]

Isaacson, Bruce, Scott D. Swain, and Jonathan D. Hibbard (2008), "Integrating Research Techniques for Deeper Customer Insights: Blurring Boundaries between Research Methods," *American Marketing Association – Marketing Research Conference*, Boston, MA: American Marketing Association. [presentation]

Papavasileiou, Eleni Zoi, Scott D. Swain, C.B. Bhattacharya (2008), "Consumers' Reactions to Acquisitions of Socially Responsible Companies," in *Advances in Consumer Research*, Vol. 35, eds. Angela Y. Lee and Dilip Soman, Duluth, MN: Association for Consumer Research, 1015-1017. [paper, presentation]

Brunel, Frédéric F. and Scott D. Swain (2008) "A Moderated Perceptual Model of Product Aesthetic Evaluations," in special session titled "Consumer Response to Aesthetic Aspects of Product Design: 1-, 2-, and 3-Dimensional Perspectives" (Xiaoyan Deng and Wes Hutchinson, co-chairs) in *Advances in Consumer Research*, Vol. 35, eds. Angela Y. Lee and Dilip Soman, Duluth, MN: Association for Consumer Research, 142-145. [extended abstract, presentation]

Brunel, Frédéric F. and Scott D. Swain (2008), "A Moderated Perceptual Model of Product Aesthetic Evaluations," in *European Advances in Consumer Research*, Vol. 8, eds. Stefania Borghini, Mary Ann McGrath, and Cele Otnes, Milan, Italy: Association for Consumer Research, 444-445. [extended abstract, presentation]

Swain, Scott D. and Weimin Dong (2007), "Maximizing Customer Equity when Acquisition and Retention Rate are Negatively Related," in *Marketing Advances in Pedagogy, Process, and Philosophy*, ed. Tom Baker, San Antonio, TX: Society for Marketing Advances, 77-78. [paper, presentation]

Swain, Scott D., Danny Weathers, and Jay P. Carlson (2007), "Partitioning Prices and Whole Number Dominance," *13th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: California State University Press, Stanislaus. [presentation]

Swain, Scott D. (2007), "Consumer Responses to Product Mass," *13th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: California State University Press, Stanislaus. [presentation]

Swain, Scott D., J. Daniel Wadden, and B. Andrew Cudmore (2007), "Compensation and Consumer Guilt," *13th International Conference on Industry, Engineering, and Management Systems*, Cocoa Beach, FL: California State University Press, Stanislaus. [presentation]

Swain, Scott D., Richard C. Hanna, S. Adam Brasel (2006), "Lost in Translation: Consumers' Difficulty in Estimating Expiration Time with Redemption Caps," in *Advances in Consumer Research*, Vol. 34, eds. Gavan Fitzsimons and Vicki Morwitz, Orlando, FL: Association for Consumer Research, 470-472. [extended abstract, poster presentation]

Swain, Scott D., Richard C. Hanna, and Lisa J. Abendroth (2006), "How Time Restrictions Work: The Roles of Urgency, Anticipated Regret, and Deal Evaluations," in *Advances in Consumer Research*, Vol. 33, eds. Cornelia Pechmann and Linda Price, San Antonio, TX: Association for Consumer Research, 523-525. [extended abstract, presentation]

Brunel, Frédéric F. and Scott D. Swain (2005), "The Role of Product Form in Products' Evoked Sets, Recognition, and Evaluation," in *Proceedings of the American Marketing*

14

*Association's Summer Educators' Conference*, eds. Beth A. Walker and Mark B. Houston, San Francisco, CA: American Marketing Association. [extended abstract, presentation]

Abendroth, Lisa J., Richard C. Hanna, and Scott D. Swain (2005), "Does the Past Matter? Emotional and Behavioral Responses to Missing Part of a Promotion," in *Proceedings of the Society for Consumer Psychology*, eds. Anne M. Brumbaugh and Geraldine R. Henderson, St. Pete Beach, FL: Society for Consumer Psychology, 30-31. [extended abstract, presentation]

Hanna, Richard C., Scott D. Swain, and Lisa J. Abendroth (2004) "The Roles of Anticipated Regret and Urgency in Explaining How Discount Level and Time Restriction Affect Purchase Intentions," in *Proceedings of the American Marketing Association's Summer Educators' Conference*, ed. Kenneth L. Bernhardt, James S. Boles, and Pam Scholder Ellen, Boston, MA: American Marketing Association, 78-79. [extended abstract, presentation]

Swain, Scott D., Danny Weathers, and Ronald W. Niedrich (2003), "Effects of Negatively Worded Items on Scale Reliability and Factor Structure," in special session summary titled "Measure for (Valid) Measure: Critical Issues in Developing and Validating Multi-Item, Multi-Dimensional Consumer Psychology Measures" (Frédéric F. Brunel and Cristel A. Russell, co-chairs), in *Proceedings of the Society for Consumer Psychology*, ed. Steven S. Posavac, New Orleans, LA: Society for Consumer Psychology, 143-144. [extended abstract, presentation]

Becker-Olsen, Karen, B. Andrew Cudmore, and Scott D. Swain (2003), "When Nice Guys Finish First: The Role of Celebrity Endorser Character and Fit on Brand Evaluations," in special session summary titled "Fitting It All Together: A Look at The Fit Construct Across Brand Extension, Sponsorship and Endorsement," (Karen Becker-Olsen, chair) in *European Advances in Consumer Research*, Vol. 6, eds. Stephen Brown and Darach Turley, Dublin, Ireland: Association for Consumer Research, 347-349. [extended abstract, presentation]

Swain, Scott D. (2003), "Weighing Your Options: The Effect of Product Weight on Preference", in special session summary titled "Weight and Height and Shape and Size: When Do Peripheral Cues Drive Evaluation and Consumption?," (Brian Wansink and Koert van Ittersum, co-chairs), in *Advances in Consumer Research*, Vol. 30, eds. Punam Anand Keller and Dennis W. Rook, Atlanta, GA: Association for Consumer Research, 363-365. [extended abstract, presentation]

Swain, Scott D., B. Andrew Cudmore, and Karen Becker-Olsen (2003), "The Effect of Celebrities' Personal Lives on the Brands They Endorse," in *Advances in Consumer Research*, Vol. 30, eds. Punam Anand Keller and Dennis W. Rook, Atlanta, GA, Association for Consumer Research, 346-347. [extended abstract, presentation]

Cudmore, B. Andrew, Scott D. Swain, and Karen Becker-Olsen (2002), "The Effect of Endorser Behavior on Brand Attitudes: The Moderating Role of Knowledge," in *Marketing Advances in Pedagogy, Process, and Philosophy*, ed. Beverly T. Venable, St. Pete Beach, FL: Society for Marketing Advances, 83-84. [paper, presentation]

Swain, Scott D. and B. Andrew Cudmore (2001), "When Bad is Good: The Resilience of Consumer Brand Evaluations to Negative Information about Their Celebrity Endorsers," in *Proceedings of the Academy of Business Disciplines*, eds. Eldon Little and Dave Strupeck, Ft. Meyers, FL: Academy of Business Disciplines. [paper, presentation] [authors contributed equally]

15

Wood, Stacy L., Scott D. Swain, and J. Daniel Wadden (2001), "Consumer Perceptions of Product Parity in E-Commerce Markets," in *Advances in Consumer Research*, Vol. 28, ed. J. Meyers-Levy, Salt Lake City, UT: Association for Consumer Research, 394. [abstract, presentation]

### SERVICE TO THE DISCIPLINE

Associate Editor
*Journal of Business Research*, 2021-present
*European Journal of Marketing*, 2017-present

Guest Editor
*Sage Open*, 2021, 2024

Editorial Review Boards
*Journal of International Marketing, 2020-present*
*Journal of Business Research, 2016-present*
*Journal of Marketing Analytics, 2015-present*
*International Journal of Business Research, 2017-present*
*Journal of Management and Engineering Integration, 2016-present*
*Journal of International & Interdisciplinary Business Research, 2016-present*
*Academy of Marketing Studies Journal*, 2017-present

Ad hoc Reviewer: Journals

| | |
|---|---|
| *Journal of Marketing* | *Journal of the Academy of Marketing Science* |
| *Journal of Marketing Research* | *Psychology & Marketing* |
| *Journal of Consumer Research* | *Journal of Environmental Psychology* |
| *Journal of Retailing* | *Strategic Management Journal* |
| *Journal of International Marketing* | *Marketing Letters* |
| *Journal of Service Research* | *Eurasian Business Review* |
| *Journal of Business Research* | *Ethics & Behavior* |
| *Journal of Public Policy & Marketing* | *Sage Open* |
| *Industrial Marketing Management* | *Operations Research* |
| *Journal of Interactive Marketing* | *Journal of Health Organization and Management* |
| *Journal of Marketing Management* | *Asian Journal of Business Ethics* |
| *Journal of Marketing Analytics* | *Substance Use and Misuse* |
| *Journal of Marketing Theory and Practice* | *Environment, Development, and Sustainability* |
| *Journal of Marketing Communications* | *Total Quality Management & Business Excellence* |
| *AMS Review* | *Social Behavior and Personality* |
| *Journal of Research in Interactive Marketing* | *PLoS ONE* |
| *Psychological Reports* | *Asian Academy of Management Journal* |
| *Business Horizons* | *Journal of Management & Engineering Integration* |
| *Journal of Marketing Education* | *International Journal of Human Resource Management* |
| *Journal of International & Interdisciplinary Business Research* | *International Journal of Management Science and Engineering Management* |

Ad hoc Reviewer: Conferences

16

*American Marketing Association*
*Association for Consumer Research*
*Academy of Marketing Science*
*Marketing Management Association*
*MIT World Conference on Mass Customization & Personalization*
*Society for Consumer Psychology*
*Society for Marketing Advances*
*Marketing and Public Policy*

External Reviewer for Tenure/Promotion
Promotion, Full Professor, public Carnegie R1 Doctoral University, 2024
Tenure and Promotion, Associate Professor, public Carnegie R2 Doctoral University, 2023
Promotion, Full Professor, public Carnegie R1 Doctoral University, 2021
Promotion, Full Professor, private Carnegie R1 Doctoral University, 2021
Promotion, Full Professor, public Carnegie R2 Doctoral University, 2021
Tenure and Promotion, Associate Professor, public Carnegie R1 Doctoral University, 2018
Tenure and Promotion, Associate Professor, public Carnegie R2 Doctoral University, 2018
Promotion, Full Professor, private Carnegie R2 Doctoral University, 2015
Tenure and Promotion, Associate professor, private Carnegie R2 Doctoral University, 2009

Judge for Research Competitions and Awards
Clemson Student Research Forum (CSRF), 2018-2019, 2022-2024
Focus on Creative Inquiry (FoCI) Poster Forum, 2015-2024
Three Minute Thesis (3MT) Competition, 2014-2018, 2023
Journal of International Marketing, S. Tamer Cavusgil Award, 2022
Summer CI + UR Showcase Poster Symposium, 2022-2023
Fulbright U.S. Student Program, 2020-2021
Rutland Institute for Ethics, Case Competition, 2019-2020
Graduate Research and Discovery Symposium (GRADS) competition, 2015-2018
Society for Marketing Advances, Doctoral Dissertation Competition, 2017
D'Amore-McKim College of Business case competition, 2010-2013

Conference Chair, Session Chair, Invited Panels
Track Chair, "AI, Big Data, and Marketing Analytics," *Academy of Marketing Science*, Annual Conference, Coral Gables, FL, 2024
Track Chair, "Marketing," *International Conference on Industry, Engineering, and Management Systems*, Clearwater, FL, 2019-2024
Panelist, "Academia or Industry," Strom Thurmond Institute, Graduate Student Government Research Initiatives, Clemson University, November 9, 2023
Session Chair, "Invoking Ownership," *Workshop on The Future of Ownership Research*, Vienna University of Economics and Business, Vienna, Austria, 2017
Session Chair and Discussant, "Consumer Responses to Autonomous Vehicles," *BMW PhD Scholars* event, Clemson University, Clemson, SC, 2017
Discussant, "The Known and Unknown," *Workshop on The Future of Ownership Research*, Vienna University of Economics and Business, Vienna, Austria, 2017

17

Discussant, "Closing Forum," *Workshop on The Future of Ownership Research*, Vienna University of Economics and Business, Vienna, Austria, 2017

Panelist, "Teaching and Learning Creatively: Pedagogical Innovations to Stimulate Intellectual Curiosity," *American Marketing Association Winter Marketing Educators' Conference*, San Antonio, TX, 2015

Panelist, "The Challenges and Rewards of Growing Theory as Junior Faculty," *Academy of Marketing Science*, Coral Gables, FL, 2011

Session Chair, "Corporate Social Responsibility and Consumer Reactions," *American Marketing Association Winter Marketing Educators' Conference,* San Antonio, TX, 2011

Chair, *Boston Area Corporate Social Responsibility Colloquium*, Northeastern University, Boston, MA, 2011

Panelist, *Corporate Social Responsibility Colloquium*, Simmons College, Boston, MA, 2010

Panelist, "Doctoral Student Development," *Society for Consumer Psychology*, New Orleans, LA, 2008

Discussant, "Pricing and Price Discounts" *American Marketing Association Summer Marketing Educators' Conference*, Boston, MA, 2004

Panelist, "Doctoral Roundtable: Trends in Service Research," *American Marketing Association Summer Marketing Educators' Conference*, Boston, MA, 2004

Speaker, "Ethics in Marketing Research," *Research Colloquium*, Boston University, Boston, MA, 2002

Administrative Positions

Academic Board of Advisors, *Marketing Research Association* (MRA), now *Insights Association*, 2013-2015

Fellow, *Direct Selling Education Foundation (DSEF)*, 2018-2024

Panelist, Drexel University, *Real Time Expert Poll on Corporate Political Activism*, 2017-2020

Faculty Board of Advisors, *AMA Doctoral Special Interest Group* (DocSIG) 2002-2009

Secretary, *AMA Doctoral Special Interest Group* (DocSIG) 2000-2002

Owner/moderator, *MRKT-PHD listserv*, 1500+ subscribed, 60+ countries, 1999-2008

## UNIVERSITY, COLLEGE, AND DEPARTMENT SERVICE

Clemson University (2013-present)

*University*
Clemson Corps, Board of Directors 2018-present
Academic Technology Council, 2022-present
Artificial Intelligence Research Institute for Science and Engineering (AIRISE), 2020-present
Graduate Academic Grievance Committee, 2023-present
Bookstore Advisory Committee, 2021-2023
Council on Graduate Studies, 2019-2022
Council on Undergraduate Studies, 2016-2022
Financial Aid Advisory Committee, 2019-2022
Undergraduate Academic Grievance Board, 2016-2022
University Grievance Board, member 2020-2022
Faculty Senator

18

Lead Senator, College of Business, 2019-2020
Faculty Senate Advisory Committee (steering for Senate), 2019-2020
Sub-committee: Research, 2018-2020
Sub-committee: Finance and Infrastructure, 2017-2018
NSF Engineering Research Center (ERC) Planning Workshop for CAN-RESIST (Computer and Network Resiliency and Security for Transportation), invited panel 2020
Military Appreciation Days, Planning Committees:
Soccer: Men 2018-2023, Women, 2022-2023; Men's Basketball, 2018-2019; Football, 2019
Cross-Disciplinary INNO Curriculum Committee, 2018-2020
Parking Advisory Committee, elected by Faculty Senate, 2018-2020
Brooks Sport Science Institute (BSSI) Scholarship Committee, chair, 2017-2019
Summer School Committee, member 2018-2020
BMW German PhD Scholars event, Faculty host and speaker, 2017
Diversity Benefits for Higher Education online course, pilot participant, 2017
International Center for Academic Integrity, advisor, 2015-2016
Library Advisory Committee, 2013-2016

*College of Business*
Nomination Committee for Powers Emerging Fellows, 2024
Promotion and Tenure Advisory Committee, member 2021-2023
AACSB, Continuous Improvement Review, 2023-2024
Intellectual Contributions Working Group, 2024
Faculty Retention Working Group, 2023
Search Committee for Associate Dean of Research, 2020
Search Committee for Garrison Endowed Professorship in Sales Innovation, chair 2020
Honors and Awards ceremony, speaker 2017-2018
College of Business new building committee, 2015-2016

*Department of Marketing*
Department Chair Search Committee, chair, 2024
Interim Department Chair Search Committee, chair, 2023
Tenure, Promotion, and Reappointment Committee, 2019-present
Faculty Recruiting Committee, 2017, 2018 (chair), 2019 (chair), 2023
Faculty Advisory Committee, 2021-present
Clemson Marketing Research Symposium, co-chair, 2023
Honors Committee, 2023-2024
Marketing Research Industry Panel, organizer, 2023
M.S. Marketing program committee, 2020-2023
M.S. Marketing GS2 Committee, 2022-2023
Research Committee, chair, 2020-2023
Digital Measures Task Force, lead faculty, 2020
Department Chair Review Committee, 2019-2020, 2022-2023
Honors and Awards Committee, co-chair, 2013-2019
Honors Program, interim director, 2015-2016
Clemson 360 Sports Immersion Tour, faculty guide, 2014-2015
PhD program exploratory committee, 2015
Curriculum Assessment Task Force, 2013

19

AACSB AQ Criteria Task Force, 2013

Northeastern University (2009-2013)
Member, Global Corporate Citizenship Collaborative, 2012-2013
Member, Business Sustainability Institute, 2012-2013
Panelist, MBA Marketing Career Track Advisory Board, 2011
Presenter, Northeastern University Research & Scholarship Expo, 2011
Judge, D'Amore-McKim College of Business case competition 2010-2013
Faculty host, Freshman Business Living and Learning Community, 2011
Faculty host, Marketing Research Corporate Roundtable, 2010-2013
Participant, Department of Education review of Center for Emerging Markets BIE grant, 2010
Faculty host and speaker, Marketing Group Welcome Day for students and parents, 2010-2011
Journal Task Force Committee, 2010-2011
Faculty advisor, Northeastern University American Marketing Association, 2009-2013
Faculty search committee, 2009, 2011-2013
Faculty Auditor, D'Amore-McKim School of Business webpage, 2009-2013
Early Action Admitted Student Phone-a-thon 2009-2013
Faculty Marshal, graduation ceremonies, 2009

Boston University (2002-2008)
Academic Conduct Committee 2007-2008
Chair, Distinguished Speaker Series, 2004-2008
Faculty Search Committee, 2002-2008
Research Computing and Databases Support Committee, 2006-2008
Doctoral comprehensives, examiner 2002-2008
Doctoral program curriculum committee 2002-2008
Advisor, MBA marketing concentration 2004-2008
Faculty Host, School of Management Spring Open House, 2003-2007
Faculty Liaison, undergraduate marketing program, 2003-2007
Coordinator, undergraduate concentration orientation, 2006-2007
Pilot, Sakai (SMGTools) course management, 2006-2007
Coordinator, School of Management Subject Pool 2004-2007
Coordinator, MBA concentration orientation, 2004-2005

## ACADEMIC HONORS AND AWARDS

Open Educational Resources (OER) Faculty Award, Clemson University, 2023-2024
College of Business Senior Scholar Research Excellence Award, Clemson University, 2022
University Senior Scholar Research Excellence Award, finalist, Clemson University, 2022
Powers Distinguished Fellow (Inaugural), College of Business, Clemson University, 2021-2023
Best Reviewer Award, *Journal of International Marketing*, 2021
Watt Faculty Fellow, Clemson University, Artificial Intelligence, 2019-2020
AMA-EBSCO Annual Award for Responsible Research in Marketing, nominee 2019
Best Reviewer Award, *Journal of Business Research*, 2018
Top Researcher Recognition, Board of Trustees, Clemson University, 2017-2018
Best Paper Award (CB Track), American Marketing Association Winter Conference, 2016
Delta Sigma Pi (professional business fraternity), Faculty initiate, 2016

20

Bright Idea Award, Seton Hall and N.J. Policy Research Organization Foundation, 2015
Best Overall Paper Award, International Marketing Conference, IIM-Calcutta, 2013
Best Teacher Award, D'Amore-McKim College of Business, finalist, Northeastern University, 2013
Research Grant Award (competitive), College of Business, Northeastern University, 2013
Favorite Professor Award, selection by Northeastern University seniors, 2012
New Student Organization Advisor of the Year, finalist, Northeastern University, 2011
Excellence in Teaching Award, Northeastern University finalist, 2011
Alumni Legacy Gift Teaching Recognition, Boston University, 2005, 2007
Teaching Excellence Recognition, Honors College, University of South Carolina, 2002
Beta Gamma Sigma (Business honor society), 2001
Chi Delta Chi (US Veterans honor society), 2001
AMA Fellow, Sheth-Foundation Doctoral Consortium, 1999
Top MBA Award, University of South Carolina, 1996
Francis M. Hipp Merit Fellowship (MBA), University of South Carolina, 1994-1996
Outstanding Senior Award (Electrical Engineering), Clemson University, 1991
Eta Kappa Nu (Electrical Engineering honor society), Clemson University, 1990
Phi Kappa Phi (Interdisciplinary honor society), Francis Marion College, 1989
Student Marshall (top 5% of juniors), Francis Marion College, 1988
Patriot Scholar (varsity soccer scholarship), Francis Marion College, 1986-1989
William Douglas Dargan Merit Scholarship, Francis Marion College, 1986-1989

## GRANTS

### External Competitive Grants

S.C. Sea Grant Consortium, Rapid Response to Seafood Supply Chain Vulnerabilities by Assessing Direct Marketing Options in South Carolina, 2021-2022
S.C. Department of Agriculture, Agribusiness Center for Research and Entrepreneurship (ACRE) Commissioner's Competitive Grant Program, Poultry, 2019-2022
Verizon Foundation, technology adoption, 2010-2011
   *American Association for the Advancement of Science, Smithsonian National Museum of American History, John F. Kennedy Center for the Performing Arts, National Endowment for the Humanities, Council for Economic Education, National Council of Teachers of Mathematics, National Council of Teachers of English, National Center for Family Literacy & ProLiteracy, National Geographic Society*
Human Resources Policy Institute, Drexel University, corporate responsibility, 2010-2011
U.S. Dept. of Education, Bureau of International Education, emerging markets, 2009-2010
Glavin Global Program, Babson University, marketing ethics, 2009-2010

### Internal Competitive Grants

Clemson University, Open Educational Resources (OER) Faculty Award, 2023-2024
Clemson University, Wilbur O. and Ann Powers College of Business Summer Research Grant, 2022
Clemson University, Fee Committee Grant, Marketing Research Industry, 2020-2022
Clemson University, Department of Marketing Summer Research Grant, 2021-2022
Clemson University, Creative Inquiry (#1469), *Rivalry Lab*, Clemson University, 2018-2020
Clemson University, Critical Thinking (CT2) Faculty Institute, Clemson University, 2018

21

Clemson University, Center of Excellence, digital creativity in teaching, 2018
Clemson University, Creative Inquiry (#841), *Impact of College Athletics on University Performance*, 2014-2016
Clemson University, Watt Center Faculty Fellow in Artificial Intelligence, 2019-2020
Northeastern University, Dean's Grant Competition Award, 2012-2013
Boston University, Dean's Faculty Research Grant Competition, 2003-2007

Internal Developmental Grants
Clemson University, summer research grants, 2013-2016, 2022-2024
Northeastern University, summer research grants, 2009-2011
Boston University, summer research grants, 2002-2005

## PROFESSIONAL DEVELOPMENT AND CERTIFICATIONS

Analytics and Insights Summit, Sawtooth Software, San Antonio, TX, 2024
Market Simulator Workshop, Sawtooth Software, Park City, UT, 2023
Thurstonian Modeling for Discrimination Testing, Institute for Perception, Virtual, 2023
Methodology Track, Sawtooth Software Conference, Orlando, FL, 2023
Advertising Claims Support, Institute for Perception, White Sulphur Springs, WV, 2021
National Advertising Division Annual Conference, Virtual, 2021
Center for Connected Multimodal Mobility, HBCU Partnership, Clemson University, 2021
INFORMS Business Analytics Conference, Virtual, 2020
Advanced Modeling Workshop, Sawtooth Software European Conference, Stockholm, Sweden, 2020
Cognitive Economics Conference, Cognitive Economics Society, Virtual, 2020
Data & Analytics Working Group (DAWG), Clemson University, 2019-2023
CMU AI Retail+Service Design Initiative (CAIRS), Retail Post COVID-19, Virtual Roundtable, 2020
Choice Modeling Workshop, Sawtooth Software, Orlando, FL, 2020
Artificial Intelligence Research Workshop, Watt Center, Clemson University, 2019
2nd Annual Teaching Excellence Conference, OTEI, Clemson University, 2019
Global Learning Institute, International Virtual Exchange, Clemson University, 2019
6th Global Service-Learning Summit, Inclusion and Transformation, Clemson University, 2019
Global Learning Institute, Annual Conference, Clemson University, 2019
Teaching Symposium: Community, Technology, and Research, Clemson University, 2019
Workshop on Data Science, Analytics, and Decision Making, Clemson University, 2019
Study Abroad: Title IX and Health, Safety & Risk Management, Clemson University, 2019
Choice Modeling Workshop, Sawtooth Software, Orlando, FL, 2018
Clemson Engineers for Developing Countries, Student Global Outreach Symposium, 2018
Critical Thinking (CT2) Summer Intensive Workshop, Clemson University, 2018
Symposium for Innovative Strategies, Global Learning Institute, Clemson University, 2018
Sparking Creativity (Adobe), Faculty Program Center of Excellence, Clemson University, 2018
Data Security & Privacy Lawroom, Certification, 2017
Diversity Benefits for Higher Education, Pilot, Clemson University, 2017
National Center for Faculty Development and Diversity, mentor, 2015-2017
DATIC Hierarchical Linear Modeling Workshop, University of Connecticut, 2010

22

Sustainability Workshop, Center for Design & Business, Rhode Island School of Design, 2005
Harvard Case Teaching, Harvard University, Course and Certification, 2003
Instructional Development Project, University of South Carolina, Certification, 1998

## TEACHING

Awards and Recognition
Open Educational Resources (OER) Faculty Award, Clemson University, 2023-2024
Best Teacher Award, D'Amore-McKim College of Business, Northeastern University finalist, 2013
Favorite Professor Award, Northeastern University, 2012
Excellence in Teaching Award, Northeastern University finalist, 2011
Alumni Legacy Gift Teaching Recognition, Boston University, 2005, 2007
Teaching Excellence Award, Honors College, University of South Carolina, 2002

Advising
McNair Scholars Mentor, U.S. Department of Education TRIO Program, 2021-present
Advisor, Spark Challenge finalists, College of Engineering, Computing and Applied Sciences, 2021
Advisor, 15 students who won/placed in national innovation competitions, 2017, 2018, 2019
Advisor, winner of *Harvey Levenson* competition (Technical Association of the Graphic Arts), 2017
Advisor, 17 team awards in four years at the annual AMA National Collegiate Conference: *Outstanding Collegiate Chapter Performance* (1), *Outstanding Communications* (3), *Recognition for Marketing Week Activities* (3), *Outstanding Professional Development* (3), *Outstanding Chapter Planning* (1), *Best Use of Conference Theme Exhibit* (2), *Recognition for Communication of Chapter Activity* (1), *Best Display of Chapter Activities* (2), *Outstanding Community Service* (1), 2009-2013

Dissertations, Theses, Honors Contracts, and Directed Studies
Supervisor, B.S. honors contract, 2014(2), 2015(2), 2017(2), 2018(2), 2020(2), 2021(2), 2023, 2024(3)
Chair, B.S. honors thesis, 2002, 2007, 2016, 2023, 2024
Supervisor, B.S. directed study, 2013(2), 2014-2015, 2017-2020, 2022, 2023
Chair, M.S. thesis, 2005, 2011, 2013, 2015(2), 2019(2)
Chair, Ph.D. dissertation, 2009
Committee, Ph.D. dissertation, 2008(2)

Published Instructional Materials
Instructor's Manual, McDaniel and Gates, *Marketing Research*, 8th ed., Wiley: Hoboken
Excel Manual, McDaniel and Gates, *Marketing Research*, 8th ed., Wiley: Hoboken
Internet Exercises, Shimp, *Advertising, Promotion, and Supplemental Aspects of Integrated Marketing Communications*, 6th ed., The Dryden Press: Fort Worth
Boston University Guidebooks: *Review of Descriptive Statistics & Probability*, *Review of Inferential Statistics & Hypothesis Testing*, *Using SPSS for Marketing Research*

23

Courses Taught

*Clemson University*, Wilbur O. and Ann Powers College of Business (2013-present)
  M.S. Marketing Analytics
  M.S. Multivariate Statistics for Marketing
  M.S. Marketing Research
  MBA Entrepreneurial Marketing (team taught)
  UG: Promotional Strategy
  UG: Advertising Strategy
  UG: Marketing Research
  UG Creative Inquiry: Rivalry Lab
  UG Creative Inquiry: Impact of College Athletics on University Performance
  UG: European Perspectives on Business (study abroad)

*Massachusetts Institute of Technology*, Sloan School of Management (2024)
  MBA: Marketing Innovation
  UG: Marketing Innovation

*Dartmouth College*, Tuck School of Business (2021, 2022)
  MBA Marketing Research

*Northeastern University*, D'Amore-McKim School of Business (2009-2013)
  MBA: Brand and Advertising Management
  MBA: Marketing Research
  UG: Marketing Principles
  UG: Advertising and Brand Promotion
  UG: Marketing Research

*Boston University*, Questrom School of Management (2002-2008)
  PhD: Marketing Management and the Customer-Focused Firm
  PhD: Mathematical Modeling in Marketing
  MBA: Brand and Advertising Management
  MBA: Marketing Research
  UG: Advertising and Brand Promotion
  UG: Marketing Research

*University of South Carolina*, Moore School of Business (1998-2002)
  UG: Integrated Marketing Communications
  UG: Product Management
  UG: Marketing Research
  UG: Marketing Strategy and Planning

## OTHER WORK EXPERIENCE

  *Strategic Research Consultant*, custom research and management consulting, 1996-present
  *Expert Witness*, research and testimony (FTC, FDA, TTAB, AAA, NAD), 2007-present
  *Officer*, United States Navy (Submarines), 1992-2000
  *Manager*, Downwind Trading, Myrtle Beach, SC, 1989
  *Server,* TCBY, Myrtle Beach, 1988
  *Ocean Lifeguard*, City of Myrtle Beach, Myrtle Beach, SC, 1986, 1987

24

# Exhibit B

# Testimony in Prior Four Years

**Expert Testimony by Deposition or at Trial in the Prior Four Years\***

\*<u>Underlining</u> indicates retaining party

2024    Keeper Security, Inc. v. <u>Keeper Tax Inc.</u> (US District Court for the Northern District of Illinois, Eastern Division)

2023    <u>I-Meta Holdings, Inc.</u> v. Meta Platforms, Inc. (District Court, District of Nevada)

2023    <u>La Potencia, LLC and YC52, LLC d/b/a Chandler Bats</u> v. David Chandler et al. (US District Court for the Southern District of Florida)

2023    <u>NetEase, Inc., NetEase Information Technology Corporation, and Hong Kong NetEase Interactive Entertainment Limited</u>, Plaintiffs and Cross-Defendants, v. Krafton, Inc. and PUBG Santa Monica, Inc., Defendants and Cross-Complainants (Superior Court of the State of California for the County of San Mateo)

2021    Ripple Analytics Inc. v. <u>People Center, Inc. d/b/a Rippling</u> (US District Court for the Eastern District of New York)

2021    <u>Williams et al.</u> v. Apple, Inc. (US District Court for the Northern District of California, San Jose Division)

2021    Sundance Botanicals, LLC v. <u>The Power of Elderberries</u>, LLC (US District Court for the Northern District of Indiana, Hammond Division)

2020    <u>Chicago Mercantile Exchange Inc.</u> v. Ice Clear Us, Inc.; Ice Clear Europe Limited; and Intercontinental Exchange, Inc. (US District Court for the Northern District of Illinois, Eastern Division)

# Exhibit C

# Materials Reviewed

**Materials Reviewed**

**Public Filings and Documents Provided by Counsel**

First Amended Complaint, March 14, 2023
Answer to First Amended Complaint, August 30, 2023
Declaration of Jeffrey T. Eschbach, November 10, 2022
Declaration of Helen T. McEvoy, November 10, 2022
Expert Report of Dr. Sara Parikh, November 10, 2022
Expert Rebuttal Report of Ellen Shapiro, October 22, 2024
PARIKH0000001.xlsx (Parikh Survey data in native format)

**Documents in the Public Domain**

Barber, William G. and Giulio E. Yaquinto (2022), "The Universe," in *Trademark and Deceptive Advertising Surveys: Law Science and Design*, 2nd edition, American Bar Association, eds. Shari Seidman Diamond and Jerre Swann.

Baumgartner, Hans and Jan-Benedict E. M. Steenkamp (2001), "Response Styles in Marketing Research: A Cross-National Investigation," *Journal of Marketing Research*, 38 (May), 143-156.

Bernstein, David H. and Bruce P. Keller (2022), "Survey Evidence in False Advertising Cases," in *Trademark and Deceptive Advertising Surveys: Law Science and Design*, 2nd edition, American Bar Association, eds. Shari Seidman Diamond and Jerre Swann.

Diamond, Shari S., (2011), "Reference Guide on Survey Research," *Reference Manual on Scientific* Evidence, 3rd edition, National Academies Press, 397-411.

Diamond, Shari S. (2022), "Control Foundations: Rationales and Approaches," in *Trademark and Deceptive Advertising Surveys: Law Science and Design*, 2nd edition, American Bar Association, eds. Shari Seidman Diamond and Jerre Swann.

Edwards, G. Kip and J. David Mayberry (2022), "The Daubert Revolution and Lanham Act Surveys," in *Trademark and Deceptive Advertising Surveys: Law Science and Design*, 2nd edition, American Bar Association, eds. Shari Seidman Diamond and Jerre Swann. P. 861.

Feldman, Jack M. and John G. Lynch (1988), "Self-Generated Validity and Other Effects of Measurement on Belief, Attitude, Intention, and Behavior," *Journal of Applied Psychology*, 73 (3), 421-435.

Huber, Joel, and Christopher Puto (1983), "Market Boundaries and Product Choice: Illustrating Attraction and Substitution Effects," *Journal of Consumer Research*, 10 (1), 31-44.

Kahneman, Daniel, Knetsch, Jack L., and Thaler, Richard H. (1991), "Anomalies: The Endowment Effect, Loss aversion, and Status Quo Bias, *Journal of Economic Perspectives*, 5 (1), 193-206.

Krosnick, Jon A. (1991), "Strategies for Coping with the Cognitive Demands of Attitude Measures in Surveys," *Applied Cognitive Psychology* 5 (3), 213-236.

Krosnick, Jon A., and Duane F. Alwin (1987), "An Evaluation of a Cognitive Theory of Response-order Effects in Survey Measurement," *Public Opinion Quarterly*, 51 (2): 201-219.

1

Krosnick, Jon A. and Stanley Presser (2010), "Question and Questionnaire Design," in *Handbook of Survey Research*, Peter V. Marsden and James D. Wright, eds. Bingley, UK: Emerald Group Publishing, 263-313.

Lynch, John G., Dipankar Chakravarti, and Anusree Mitra (1991), "Contrast Effects in Consumer Judgments: Changes in Mental Representations or in the Anchoring of Rating Scales?" *Journal of Consumer Research*, 18 (3), 284-297.

Marsden, Peter V. and James D. Wright (2010), *Handbook of Survey Research* (2nd edition). Emerald Group Publishing.

McCarthy, J. Thomas (2021), § 32:163 "Survey Methodology-Approximating Market Conditions," *McCarthy on Trademarks and Unfair Competition*, 5th edition.

Piedmont, Ralph L., Robert R. McCrae, Rainer Rieman, and Alois Angleitner (2000), "On the Invalidity of Validity Scales: Evidence from Self-Reports and Observer Ratings in Volunteer Samples," *Journal of Personality and Social Psychology*, 78, 582-593.

Rappeport, Michael (2002), "Litigation Surveys: Social Science as Evidence," *Trademark Reporter*, 92, 957-991.

Simonson, Itamar and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys," in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design,* Diamond, Shari S. and Jerre B. Swann (eds.), American Bar Association.

Soman, Dilip (2004), "The Effect of Time Delay on Multi-attribute Choice," *Journal of Marketing,* 68 (2), 23-37.

Tourangeau, Roger, Lance J. Rips, and Kenneth Rasinski (2000), *The Psychology of Survey Response*, Cambridge University Press.

Trope, Yaacov, and Liberman, Nira. (2003), "Temporal Construal," *Psychological Review*, 110 (3), 403-421

U.S. Copyright Registration No. TX0008984766 ("Blooming Elegant" font software)

U.S. Copyright Registration No. TX0008984764 ("Blooming Elegant Hand" font software)

U.S. Copyright Registration No. TX0008984762 ("Blooming Elegant Sans")

U.S. Trademark Registration No. 6,626,946 ("BLOOMING ELEGANT")

Wedell, Douglas H. (1995), "Contrast Effects in Paired Comparisons: Evidence for Both Stimulus- and Response-Based Processes," *Journal of Experimental Psychology: Human Perception and Performance*, 21 (5), 1158-1173.Krosnick, Jon A. (1991), "Response

Winkler, John D., David E. Kanouse, and John E. Ware Jr. (1982), "Controlling for Acquiescence Response Set in Scale Development," *Journal of Applied Psychology*, 67 (October), 555-561.

**Websites and linked documents** (October 2024)

https://community.zazzle.com/
https://creativemarket.com/Nickylaatz
https://dribbble.com/nickylaatz
https://help.zazzle.com/hc/en-us/articles/115002536588-How-the-Pro-Program-Works
https://itunes.apple.com/us/app/zazzle/id736836912
https://www.instagram.com/nickylaatz/
https://instagram.com/zazzle
https://nickylaatz.com/

2

https://play.google.com/store/apps/details?id=com.zazzle
https://twitter.com/nickylaatz
https://www.facebook.com/zazzle
https://www.myfonts.com
https://www.pinterest.com/zazzle
https://www.tiktok.com/@zazzle
https://www.zazzle.com/
https://youtube.com/user/ZazzleTV