ENTIRE DOCUMENT PROPOSED
TO BE FILED UNDER SEAL

# EXHIBIT O