# EXHIBIT S

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                       SAN JOSE DIVISION


   NICKY LAATZ,                            ) Case No.
                                           ) 5:22-cv-04844
             Plaintiff,                    ) BLF-VKD
                                           )
             vs.                           )
                                           )
   ZAZZLE INC. and MOHAMED ALKHATIB,       )
                                           )
             Defendants.                   )
   -------------------------------- )
   ZAZZLE INC.,                            )
                                           )
             Counter-Claimant,             )
                                           )
             vs.                           )
                                           )
   NICKY LAATZ,                            )
                                           )
             Counter-Defendant.            )
   -------------------------------- )

         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

           VIDEO-RECORDED DEPOSITION OF JOHN LAATZ


                    Friday, August 2, 2024
                   San Francisco, California



   Stenographically Reported By:
   Hanna Kim, CLR, CSR No. 13083
   Job No. 6814064
```

Page 1

sitting in front of you, which it looks like you do,

can you just show it to the witness instead of

continuing to use a figure that he already said he

can't testify to with specificity?

BY MR. POSNER:                                    11:06:57

    Q.    What is the highest amount of a license

for a font that Nicky Laatz has ever granted?

        MR. STEINBERG:  Objection.  Vague and

ambiguous.

        THE WITNESS:  I would -- I -- I stand       11:07:06

corrected whether it's pounds or dollars, but I --

but I believe it's 15,000.

BY MR. POSNER:

    Q.    Okay.  What was that for?

        15,000, you don't know if it's pounds or    11:07:17

dollars?

    A.    I think it's dollars, but it might be

pounds.

    Q.    All right.

        And -- and what was that license for?        11:07:25

    A.    That -- that license would have been an

offline license, a custom offline license.

    Q.    For what?  Covering what use?

        MR. STEINBERG:  Objection.  Vague and

ambiguous.  Lacks foundation.  Calls for             11:07:34

Page 105

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

average.  There -- there -- there are some that are

slightly less.  So the average might not be quite as

high as, say -- say -- say, 10.  It might be closer

to 7.

But the -- the -- the -- yeah.  So I          11:09:33

would -- I would say the average is going to

probably sit around, let's say, 7- to 10,000.

BY MR. POSNER:

Q.   All right.

So your estimate is that the average cost    11:09:44

of a corporate license that Nicky Laatz grants

offline is 7- to $10,000?

MR. STEINBERG:  Objection.  Vague and

ambiguous.

THE WITNESS:  Depending on the license       11:09:54

terms, yes.

BY MR. POSNER:

Q.   And did -- do those prices depend on which

font is licensed, or do they depend on the scope of

the use that's granted, or both?                     11:10:04

MR. STEINBERG:  Objection.  Compound.

Vague and ambiguous.

BY MR. POSNER:

Q.   And, I mean, the pri- -- the cost of those

licenses.                                             11:10:12

Page 108

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

CERTIFICATE OF REPORTER

I, Hanna Kim, a Certified Shorthand Reporter, do hereby certify:

That prior to being examined, the witness in the foregoing proceedings was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said proceedings were taken before me at the time and place therein set forth and were taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

I further certify that I am neither counsel for, nor related to, any party to said proceedings, not in anywise interested in the outcome thereof.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [X] was [ ] was not requested.

In witness whereof, I have hereunto subscribed my name.  Dated:  7th day of AUGUST, 2024

Hanna Kim

CLR, CSR No. 13083

Page 400