UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>             Plaintiff,<br><br>       vs.<br><br>ZAZZLE INC. and MOHAMED ALKHATIB,<br><br>             Defendants. | Case No. 5:22-cv-04844-BLF-VKD<br><br><br>**[PROPOSED] ORDER**<br><br>Date: May 15, 2025<br>Time:  9:00 a.m.<br>Courtroom:  3<br>Judge:  Hon. Beth Labson Freeman<br><br>Trial Date:    July 14, 2025 |
| ZAZZLE INC.,<br><br>             Counter-Claimant,<br><br>       vs.<br><br>NICKY LAATZ,<br><br>             Counter-Defendant. | |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Before this Court is Defendants Zazzle Inc.'s and Mohamed Alkhatib's Motion to Exclude Testimony of Plaintiff's Designated Expert Witnesses.

The Court, having considered Defendants' Motion, Plaintiff's Opposition thereto, Defendants' Reply thereon, and all supporting and opposing papers and arguments of counsel, hereby GRANTS Defendants' Motion to Exclude Testimony of Plaintiff's Designated Expert Witnesses, as follows:

1. The Court excludes testimony at trial from Stuart Sandler, Sara Parikh, and Dominic Persechini.

2. The Court excludes testimony at trial from Thomas Phinney, with the exception of testimony regarding the operation of FontLab and Plaintiff's use of FontLab related to Blooming Elegant.

3. The Court excludes testimony at trial from Daniel Garrie, with the exception of testimony regarding technical opinions related to the operation of Blooming Elegant on Zazzle's systems.

IT IS SO ORDERED.

Date: _____

_____
The Honorable Beth Labson Freeman
UNITED STATES DISTRICT JUDGE