PATRICK M. RYAN (SBN 203215)
  pryan@bartkopavia.com
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bartkopavia.com
CHAD E. DEVEAUX (SBN 215482)
  cdeveaux@bartkopavia.com
P. CASEY MATHEWS (SBN 311838)
  cmathews@bartkopavia.com
NATALIE A. FELSEN (SBN 353462)
  nfelsen@bartkopavia.com
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, California 94111
Telephone:    (415) 956-1900
Facsimile:    (415) 956-1152

Attorneys for Plaintiff and Counter-
Defendant NICKY LAATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZAZZLE, INC. and MOHAMED ALKHATIB,<br><br>　　　　　Defendants. | Case No. 5:22-cv-04844-BLF<br><br>**DECLARATION OF P. CASEY MATHEWS IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE AND/OR STRIKE OPINIONS AND TESTIMONY OF DEFENDANT'S EXPERTS**<br><br>Judge:　Hon. Beth Labson Freeman<br>Date:　May 15, 2025<br>Time:　9:00 a.m.<br>Dept.:　3 |
| ZAZZLE, INC.,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>NICKY LAATZ<br><br>　　　　　Counter-Defendant. | Trial Date:　　July 14, 2023 |

2885.000/5756688.1

Case No. 5:22-cv-04844-BLF

MATHEWS DECL. ISO PLF.'S MOT. TO EXCLUDE AND/OR STRIKE OPINIONS AND TESTIMONY OF DEFS.' EXPERTS

I, P. Casey Mathews, declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am an associate of Bartko Pavia LLP, attorneys of record for Plaintiff Nicky Laatz ("Nicky Laatz" or "Plaintiff"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiff Nicky Laatz's Motion to Exclude and/or Strike Opinions and Testimony of Defendants' Experts.

2.      On September 24, 2024, Defendants served their initial expert reports and disclosures, consisting of just one expert report, from Christopher Rucinski. Mr. Rucinski's report states that he is opining on "the creation and content of the Blooming Elegant Trio, the Blooming Elegant OTF Files, and the Laatz Copyright Submission PDFs." Defendants did not disclose any other experts, their reports, or their opinions on that date. Attached to this declaration as **Exhibit 1** is a true and correct copy of the September 24, 2024 Expert Report of Christopher Rucinski, including portions of Exhibits I, II, and III to Rucinski's Expert Report. Exhibit I to Rucinski's report consists of his prior-filed declaration (Dkt. 102-12) and its exhibits. The exhibits to Exhibit I are omitted here for brevity. Exhibits II and III to Rucinksi's report consist of his *curriculum vitae* and list of materials considered. Both Exhibits II and III to the Rucinski report are attached to Exhibit 1 in their entirety.

3.      Also on September 24, 2024, Nicky Laatz served her initial expert reports and disclosures, including reports from Dr. Sara Parikh, Dominic Persechini, Stuart Sandler, Thomas Phinney, and Daniel Garrie.

4.      Dr. Sara Parikh's expert report relates to a survey of Zazzle designers conducted by Dr. Parikh prior to Nicky Laatz's filing of this lawsuit. This report was previously disclosed to Defendants when it was filed in connection with Plaintiff's initial and refiled Motions for Partial Summary Judgment. Dkt. 51-8, 89-49. Attached to this declaration as **Exhibit 2** is a true and correct copy of the expert report of Dr. Parikh.

5.      Dominic Persechini's expert report relates to Nicky Laatz's damages. Attached to this declaration as **Exhibit 3** is a true and correct copy of the Expert Report of Dominic Persechini dated September 24, 2024.

6.    Stuart Sandler's initial expert report relates to font licensing, including interpretation of the terms of the Blooming Elegant License based on industry custom and practice, as well as U.S. Copyright Office procedures for registering copyrights in font software. Attached to this declaration as **Exhibit 4** is a true and correct copy of the September 24, 2024 Expert Report of Stuart Sandler.

7.    Thomas Phinney's initial expert report relates to industry standards for creating fonts and font software, Nicky Laatz's process for creating the Blooming Elegant Trio and Software, and U.S. Copyright Office procedures for registering copyrights in font software. Attached to this declaration as **Exhibit 5** is a true and correct copy of the September 24, 2024 Expert Report of Thomas Phinney.

8.    Daniel Garrie's expert report relates to analyzing the technical operation of Zazzle's website and design tools, including the software used to generate the Blooming Elegant Trio of fonts.

9.    On October 22, 2024, Defendants disclosed four expert reports purporting to be "rebuttal" to Nicky Laatz's expert reports, as detailed in Paragraphs 10-13 below.

10.    Defendants served a second report from Mr. Rucinski, purporting to rebut the expert reports of Thomas Phinney and Daniel Garrie. Attached to this declaration as **Exhibit 6** is a true and correct copy of the October 22, 2024 Rebuttal Expert Report of Christopher Rucinski.

11.    Defendants served a report from Jeff Kinrich, purporting to rebut the damages opinions of Dominic Persechini. Attached to this declaration as **Exhibit 7** is a true and correct copy of the Expert Report of Jeffrey H. Kinrich dated October 22, 2024.

12.    Defendants served a report from Dr. Scott Swain, purporting to rebut the expert report of Dr. Sara Parikh. Attached to this declaration as **Exhibit 8** is a true and correct copy of the Expert Rebuttal Report of Dr. Scott D. Swain dated October 22, 2024.

13.    Defendants served a report from Ellen Shapiro, also purporting to rebut the expert report of Dr. Parikh. Attached to this declaration as **Exhibit 9** is a true and correct copy of the Expert Report of Ellen M. Shapiro dated October 22, 2024.

14. Following disclosure of rebuttal experts and their reports, Nicky Laatz took the depositions of each of Defendants' expert witnesses.

15. On November 12, 2024, Nicky Laatz took the deposition of Christopher Rucinski. Attached to this declaration as **Exhibit 10** is a true and correct copy of excerpts of the transcript of the deposition of Mr. Rucinski.

16. On November 14, 2024, Nicky Laatz took the deposition of Ellen Shapiro. Attached to this declaration as **Exhibit 11** is a true and correct copy of excerpts of the transcript of the deposition of Ms. Shapiro.

17. On November 22, 2024, Nicky Laatz took the deposition of Jeff Kinrich. Attached to this declaration as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the deposition of Mr. Kinrich.

18. In connection with his expert reports, Nicky Laatz's expert Stuart Sandler identified at least 49 separate copyright registrations for font software that the U.S. Copyright Office has issued since 2020. Dkt. 342-56. These include at least two copyright registrations issued for font software in which the use of "third party software" is stated on the face of the registrations. *Id.* at 3, 5, 15, 44. One of these is for a font titled "Precolombina" with registration number TXu002356365. *Id.* at 5, 44. My office contacted the U.S. Copyright Office and requested a copy of the correspondence file for this copyright registration, which we received on March 31, 2025. Attached to this declaration as **Exhibit 13** is a true and correct copy of the U.S. Copyright Office's correspondence file for the font software "Precolombina" with registration number TXu002356365, comprised of correspondence from August 16, 2022 to January 23, 2023. The correspondence shows that the applicant/author disclosed substantial details to the Copyright Office regarding his process for creating the font software at issue. The author explained that "every glyph was drawn on paper, a picture of that paper was taken, the picture was modified using software like Adobe Illustrator (Fontself), then the software was used to convert all letterforms into a suitable file to use as a typeface." *Id.* pp. 10, 12. He went on to explain that "[w]ith regard to the font code specifically, in this case all of the curves, node points, and the relationships between those points and curves for all the characters were hand-edited and hand-

MATHEWS DECL. ISO PLF.'S MOT. TO EXCLUDE AND/OR STRIKE OPINIONS AND TESTIMONY OF DEFS.' EXPERTS

placed by me in creating this font. I also wrote the scripts and lookup tables entirely by hand to describe the OpenType features such as kerning, ligatures, and alternates. I then used my font creation program (Fontself) to compile my hand created elements, along with required standardized code for all fonts (which I'm disclaiming), into a usable font file." *Id.* p. 14.

19.     The U.S. Copyright Office's public catalog of copyright registrations can be searched to identify copyright registrations for font software where it is stated on the face of the registration that the author created the font software with the assistance of FontLab. Attached to this declaration as **Exhibits 14**, **15**, and **16** are true and correct copies of copyright registrations for fonts titled "Headline Helpers SGOT Four," "Headline Helpers SGOT Five," and "Sheridan Gothic SGOT Bold," each of which states that the font software was created using FontLab.

20.     On September 30, 2021, my colleagues Patrick Ryan and Stephen Steinberg sent a cease-and-desist letter to Zazzle regarding the instant dispute. In that letter, Messrs. Ryan and Steinberg stated that Zazzle's use of the BE Software "constitutes copyright infringement under 17 U.S.C. § 501 *et seq.* and entitles Nicky Laatz to injunctive relief and actual or statutory damages pursuant to 17 U.S.C. §§ 502, 503, 504 … ." Attached to this declaration as **Exhibit 17** is a true and correct copy of Messrs. Ryan and Steinberg's September 30, 2021 cease-and-desist letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 7th day of April, 2025.


/s/ P. Casey Mathews
P. CASEY MATHEWS


**ATTESTATION**

I hereby attest that P. Casey Mathews has concurred in the filing of this document on his behalf and the inclusion of a conformed signature (/s/) within this e-filed document on his behalf.

/s/ Patrick M. Ryan
PATRICK M. RYAN

MATHEWS DECL. ISO PLF.'S MOT. TO EXCLUDE AND/OR STRIKE OPINIONS AND TESTIMONY OF DEFS.' EXPERTS