# EXHIBIT 2



Nicky Laatz and Nicky Laatz Creations UK Ltd.

v.

Zazzle, Inc. and Mohamed Alkhatib

A Survey of Graphic Designers

November 2022

© 2022 – All rights reserved    Willow Research, LLC    www.willowresearch.com

**Table Of Contents**

I. BACKGROUND                                                          1

II. INTRODUCTION                                                       2

III. EXECUTIVE SUMMARY                                                 4

IV. METHODOLOGY                                                        6

V. RESULTS                                                            14

VI. CONCLUSIONS                                                       20

APPENDICES

     A.  Sara Parikh Biography and Case List

     B.  Survey Invitation, Questionnaire, Exhibits

     C.  Verbatim Comments

     D.  Sample Disposition

     E.  Declaration of Jeffrey T. Eschbach

     F.  Declaration of Helen T. McEvoy

**REPORT OF SARA PARIKH, PHD**

I, Sara Parikh, state as follows:

## I. BACKGROUND

1.      I am President of Willow Research, LLC ("Willow"), a research and consulting firm that designs and conducts quantitative and qualitative studies of consumers and professionals. I have over 30 years of experience designing and conducting original research studies on behalf of a wide range of commercial and non-commercial clients. I oversee all phases of research, including project design, questionnaire development, field instruction and supervision, coding and data specification, data analysis, and reporting. I am versed in the full complement of quantitative and qualitative research methodologies and testify as a survey expert in litigation. I have an MA and PhD in Sociology from the University of Illinois at Chicago and a BA in Political Science from the University of Wisconsin-Madison. I am a member of the International Trademark Association. A description of my background and a list of cases in which I have testified, been deposed, or offered survey evidence in the past four years are attached to Appendix A of this Report.

## II. INTRODUCTION

2.      In July 2022, I was retained by counsel from the law firm Bartko, Zankel Bunzel & Miller on behalf of its clients, Nicky Laatz and Nicky Laatz Creations UK Ltd. (collectively, "Nicky Laatz"), concerning a dispute between Nicky Laatz and Mohamed Alkhatib and Zazzle, Inc. ("Zazzle"), an online platform for customized products such as invitations, greeting cards, gifts, etc.[1]

3.      Nicky Laatz is a custom premium font designer and one of her creations is the Blooming Elegant Trio, a set of three complementary fonts that can be used for invitations, greeting cards, announcements, and other products.  The Blooming Elegant Trio set of fonts is shown below:

4.      In this dispute, Ms. Laatz alleges that Zazzle directed one of its senior engineers (Mohamed Alkhatib) to purchase a one-user license for the Blooming Elegant Trio font software from Nicky Laatz's website and illegally made the Blooming Elegant Trio font software available to all designers and customers on the Zazzle website, depriving Ms. Laatz of all royalties from the use of Blooming Elegant Trio by Zazzle's designers and customers.

5.      It appears that the Blooming Elegant Trio is an important and popular set of fonts on Zazzle.[2] In order to test this hypothesis, counsel asked if I could design and conduct a survey to measure awareness, usage and perceptions of the Blooming Elegant Trio set of fonts among graphic designers who sell their products on Zazzle.

---

[1] https://www.zazzle.com/.
[2] https://www.zazzle.com/ideas/lifestyle/top-handwriting-fonts.

6.      I agreed and proceeded to design and conduct the study.  What follows is a report on the design, execution, results, and conclusions drawn from this research.

7.      Materials that I have reviewed in connection with this matter include:

- Complaint for Damages and Injunctive Relief (dated: August 24, 2022)
- Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities (dated: September 21, 2022)
- Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment (dated: November 3, 2022)
- Declaration of Jeffrey T. Eschbach (dated: November 10, 2022)
- Declaration of Helen T. McEvoy (dated: November 10, 2022)
- Zazzle website: https://www.zazzle.com/
- Zazzle Sample List (provided by counsel)

## III. EXECUTIVE SUMMARY

8.  I designed and conducted an online survey in order to measure awareness, usage, and perceptions of the Blooming Elegant Trio set of fonts among graphic designers who sell their products on Zazzle.

9.  The survey was conducted with 136 graphic designers who sell on Zazzle and are classified by Zazzle as "Bronze" or above based on their sales. The participants were unaware of the purpose of the study and the party who commissioned it.

10. Survey participants were exposed to six different fonts (or sets of fonts), including Blooming Elegant Trio.  For each font, participants were asked whether they are aware of and use the font, and how unique and appealing they find the font.  Font users were also asked how important the font is to their work and how difficult it would be to substitute the font if it were no longer available.

11. The survey finds that the majority of respondents are familiar with each of the fonts asked about, including Blooming Elegant Trio (75%).  A little over half of respondents have used Blooming Elegant Trio (54%).

12. Graphic designers rate Blooming Elegant Trio higher than all other fonts asked about in terms of its appeal (90%) and its uniqueness (82%).  Graphic designers who use the font also rate Blooming Elegant Trio higher than all other fonts asked about in terms of its importance to their work (77%), and how difficult it would be to substitute (61%).

### Summary of Results

|  | Trio Of Fonts | | | Single Fonts | | |
|---|---|---|---|---|---|---|
|  | Blooming Elegant | Freehand Loose | Courier | Century Bold | Delighted | Rubik |
| Top 2 Summary: | | | | | | |
| Very / Somewhat Appealing | **90%** | 54% | 45% | 75% | 76% | 54% |
| Very / Somewhat Unique | **82** | 55 | 30 | 26 | 49 | 25 |
| Very / Somewhat Important | **77** | 47 | 36 | 45 | 71 | 53 |
| Very / Somewhat Difficult to Substitute | **61** | 34 | 18 | 19 | 32 | 17 |

4

13. Blooming Elegant Trio's ratings for all of the above measures (appeal, uniqueness, importance and difficult to substitute) are statistically significantly higher than all other fonts at the 99% confidence level.

14. Based on the results of this survey, it is my opinion that Blooming Elegant Trio is an important and popular set of fonts on Zazzle.

5

## IV. METHODOLOGY

**Survey Universe and Sample**

15.     An online survey was conducted between August 3 and 23, 2022 with 136 graphic designers who sell products on Zazzle.

16.     Zazzle classifies designers based on their lifetime earnings as follows:[3]

| Badge | Cumulative Sales |
|---|---|
| Bronze | $1,000 - $24,999 |
| Silver | $25,000 - $99,999 |
| Gold | $100,000 - $249,999 |
| Platinum | $250,000 - $499,999 |
| Diamond | $500,000 and over |

17.     All respondents included in this study are designated by Zazzle as "Bronze" or above (i.e., Bronze, Silver, Gold, Platinum or Diamond) based on their sales. My survey targeted designers designated as Bronze or above since Zazzle considers them to be the most active Zazzle designers, and because they account for a disproportionate amount of sales on Zazzle.

18.     It is my understanding that the sample for the study was gathered by Page Vault, Inc. ("Page Vault"), and Guidepost Solutions, LLC ("Guidepost").  As indicated in the declaration from the President of Page Vault, Jeffrey Eschbach,[4] Page Vault created a list of the URLs for stores that appeared on Zazzle and provided it to counsel. It is my understanding that counsel then sent this Page Vault list to Guidepost.  According to the declaration of Helen McEvoy of Guidepost,[5] Guidepost was provided with a list of URLs of Zazzle stores which they reviewed in order to identify contact information for each Zazzle seller. Guidepost was able to locate contact information for 3,575 stores.

19.     Counsel provided Willow with the spreadsheets created by Guidepost.  These spreadsheets contained a total of 3,575 Zazzle stores with contact information (e.g., email address).  Because some Zazzle sellers have more than one store, Willow deduplicated the store list based on email address to ensure that it only included unique sellers.

---

[3] https://help.zazzle.com/hc/en-us/articles/115002536588-How-the-Pro-Program-Works.
[4] Declaration of Jeffrey T. Eschbach (dated: November 10, 2022). See Appendix E.
[5] Declaration of Helen T. McEvoy (dated: November 10, 2022). See Appendix F.

20.    The unduplicated seller list contained a total of 1,598 graphic designers who sell on Zazzle, were designated as Bronze or above, and had an email address.  Invitations to participate in the survey were sent by email to all of these sellers. Just under two hundred (193) emails were returned as "undeliverable," leaving a total of 1,405 "valid" emails.

21.    The research was conducted in a double-blind manner. Respondents were neither told the purpose of the survey nor the party who commissioned it and there was no mention of any of the parties (Nicky Laatz, Zazzle, or Mohamed Alkhatib) in the survey invitation, screening questions, or questionnaire.

22.    The survey invitation included a link to the survey.  Each respondent was given a unique link to the survey that was deactivated after they completed the study.  The unique link ensured that only invited respondents (i.e., Zazzle graphic designers) completed the survey. To encourage participation, respondents were offered a $100 Amazon eGift card for completing the survey.  Up to three separate reminders were sent to non-responders.

23.    Altogether, a total of 136 respondents completed the survey,[6] distributed by sales level as follows.

| # Interviews by Sales Level | |
|---|---|
| | Number of Completed Interviews |
| Bronze | 92 |
| Silver | 28 |
| Gold | 7 |
| Platinum | 4 |
| Diamond | 5 |
| **Total** | **136** |

---

[6] The original count was 138 interviews, but 2 interviews were removed during the quality control process.

7

24. Because email spam filters catch an unknown proportion of unsolicited emails, we do not have a precise count of how many people actually received the email. Therefore, we cannot calculate the exact response rate for this survey. However, if we consider all of the "valid" emails sent, the overall participation rate for the survey was 10%, ranging from 8% among Bronze sellers to 23% among Diamond sellers.  If we consider just those who clicked on the survey link, the overall participation rate was 76%, ranging from 71% for Bronze and Diamond sellers to 100% among Gold sellers. See Appendix D for a detailed disposition of the sample.

| | | Participation Rate | | | |
| | | Among Valid Emails | | Among all Who Clicked | |
| | Completed Interviews | Number of "Valid" Emails | Participation Rate[7] | Number who Clicked Link | Participation Rate[8] |
|---|---|---|---|---|---|
| Bronze | 92 | 1087 | 8% | 129 | 71% |
| Silver | 28 | 211 | 13 | 32 | 88 |
| Gold | 7 | 61 | 11 | 7 | 100 |
| Platinum | 4 | 24 | 17 | 5 | 80 |
| Diamond | 5 | 22 | 23 | 7 | 71 |
| **Total** | **136** | **1,405** | **10%** | **180** | **76%** |

**Questionnaire**

25. Before the interview began, respondents were reminded that their identity will be kept confidential, in accordance with industry standards which govern respondent confidentiality. Participants were also asked to wear contact lenses or reading glasses if they normally do when reading material on a computer screen.

**Text:** Welcome to our survey. We want to assure you that we are interested only in your opinions and are not connected with the sale of any product or service.  Your identity will be kept strictly confidential.

If you normally wear eyeglasses or contact lenses when reading material on a computer screen, please wear them for this survey.

26. Respondents were first asked to confirm that they were indeed a graphic designer:

| **S1** | Before we begin, which of the following best describes your professional experience with graphic design? |
|---|---|
| ❍ | I am a full-time graphic designer |
| ❍ | I am a part-time graphic designer |
| ❍ | I am not a graphic designer |

**If selects "I am not a graphic designer," terminate.**

---

[7] Completed interviews divided by number of "valid" emails.
[8] Completed interviews divided by number of participants who clicked the survey link.

27. In response to this question, eleven respondents indicated that they are not a graphic designer. They were thanked and the interview was terminated. Of the 136 graphic designers who completed the survey, just over half are full-time graphic designers (51%) and the balance are part-time graphic designers (49%).

28. In order to understand a little more about their business, respondents were then asked to indicate the types of products they personally design.

| **S2** | Which of the following types of products have you personally designed in the past two years?<br>**Please select all that apply.** |
|---|---|
| **Randomize row order.** | |
| ❑ | Paper products (e.g., invitations, announcements, greeting cards, holiday cards) |
| ❑ | Apparel (e.g., t-shirts, aprons, hats) |
| ❑ | Accessories (e.g., tote bags, purses, backpacks) |
| ❑ | Serveware (e.g., mugs, platters) |
| ❑ | Home goods (e.g., pillows, blankets) |
| ❑ | Print advertisements (e.g., newspaper ads, brochures, mailers) |
| ❑ | Technology products (e.g., phone cases, iPad covers, mousepads) |
| ❑ | Digital marketing products (e.g., websites, digital ads) |
| ❑ | eCards (e.g., digital invitations, announcements, greeting cards, holiday cards) |
| ❑ | Other…**Please specify.** |

29. Most of these respondents design a wide range of goods, including paper products (90%), apparel (82%), home goods (72%), accessories (68%), serveware (59%), eCards (56%), and technology products (53%). Just under half design digital marketing products (48%) and one-third design print advertisements (37%).

| | Total |
|---|---|
| **All Respondents** | **(136)**<br>**100%** |
| Paper products (e.g., invitations, announcements, greeting cards, holiday cards) | 90% |
| Apparel (e.g., t-shirts, aprons, hats) | 82 |
| Home goods (e.g., pillows, blankets) | 72 |
| Accessories (e.g., tote bags, purses, backpacks) | 68 |
| Serveware (e.g., mugs, platters) | 59 |
| eCards (e.g., digital invitations, announcements, greeting cards, holiday cards) | 56 |
| Technology products (e.g., phone cases, iPad covers, mousepads) | 53 |
| Digital marketing products (e.g., websites, digital ads) | 48 |
| Print advertisements (e.g., newspaper ads, brochures, mailers) | 37 |
| Other…**Please specify.** | 24 |

30. The respondent was then instructed not to refer to or lookup any information online, or discuss their answers with anyone else when answering the survey questions.

   **Text:** It is very important that you do not refer to or look up any information on the Internet or use reference materials that you may have available while you are taking the survey.

9

Make sure any other applications on your computer are closed.  Please answer the questions on your own without discussing them with anyone else.

31.    Respondents were then told that they would be asked about some different fonts:

**Text:** You are going to be asked about six different fonts (or sets of fonts) that you may or may not be aware of. You will be asked about each font or set of fonts one at a time.

32.    Respondents were exposed to images for 6 different fonts, including three sets of fonts (i.e., Blooming Elegant Trio, Freehand Loose, and Courier) and three single fonts (i.e., Century Bold, Delighted, and Rubik). These fonts are shown below:

**Sets of Fonts**

*Blooming Elegant*

BLOOMING ELEGANT HAND

BLOOMING ELEGANT SANS

*Freehand Loose*

*Freehand Thick*

*Freehand Tight*

*Courier BD IT*

**Courier Bold**

Courier Roman

**Single Fonts**

**Century Bold**

*Delighted*

Rubik

10

33. To prevent order bias, the order in which the fonts were asked about was randomized in between respondents.  The inclusion of these other fonts, along with Blooming Elegant Trio, provided a measurement of the relative importance and appeal of the Blooming Elegant Trio set of fonts compared to other fonts that are available on Zazzle. I selected these other fonts to include a mix of font trios and single fonts, script and plain fonts, and more and less common fonts.

34. For each of the six fonts shown, the respondent was asked a series of questions about the font, including familiarity, usage, appeal, uniqueness, importance and substitutability.  The questions asked about each font are shown below:

**Show each font / set of fonts above Q1. For each font / set of fonts, ask:**

| Q1 | Please indicate whether you have used this **<font / set of fonts>** in your work, are familiar with it but have not used it, or are not familiar with it. |
|---|---|
| ❍ | I have used it |
| ❍ | I am familiar with it, but have not used it |
| ❍ | I am not familiar with it |

**Show each font / set of fonts above Q2. For each font / set of fonts, ask:**

| Q2 | How appealing is this **<font / set of fonts>** to you personally? |
|---|---|
| ❍ | Very appealing |
| ❍ | Somewhat appealing |
| ❍ | Not very appealing |
| ❍ | Not at all appealing |

**Show each font / set of fonts above Q3a-b. For each font / set of fonts, ask:**

| Q3a | How unique do you believe this **<font / set of fonts>** is? |
|---|---|
| ❍ | Very unique |
| ❍ | Somewhat unique |
| ❍ | Not very unique |
| ❍ | Not at all unique |

**If "Very unique" or "Somewhat unique" (Q3a), ask:**

| Q3b | What is it about this **<font / set of fonts>** that makes it unique? |
|---|---|
| | **Open end** |

**For each font respondent has used (Q1), ask Q4-Q5. Show each font / set of fonts above Q4-Q5.**

| Q4 | Earlier you said that you have personally used this **<font / set of fonts>** in your work. How important is this **<font / set of fonts>** to you in your work? |
|---|---|
| ❍ | Very important |
| ❍ | Somewhat important |
| ❍ | Not very important |
| ❍ | Not at all important |

| Q5 | If this **<font / set of fonts>** were not available to you, how difficult would it be for you to find a similar font that would serve as a good substitute? |
|---|---|
| ❍ | Very difficult |
| ❍ | Somewhat difficult |
| ❍ | Not very difficult |
| ❍ | Not at all difficult |

**Repeat question series Q1-5 for each of the remaining fonts / sets of fonts.**

35. After answering the above questions about each of the six fonts / sets of fonts, participants were asked a few questions for classification purposes.

| C1 | What is your age? |
|---|---|
| | **Open end** |

| C2 | What is your gender? |
|---|---|
| ❍ | Male |
| ❍ | Female |
| ❍ | Other |

| C3 | In what state do you live? |
|---|---|
| | **<Drop down list>** |
| ❍ | Outside of the United States…**Please specify which country.** |

36. Participants were then asked to validate their participation in the survey and provide their email address for their Amazon eGift card. The respondent was thanked for their time and the interview completed.

| VAL | Please select which best describes how you feel about the validation statements below: |
|---|---|
| | During this session I have recorded a truthful and complete account of my answers to this survey.  I have not looked up any information online, discussed the questions with anyone else, or consulted any other sources about the survey. |
| ❍ | I have read and AGREE with the above validation statements. |
| ❍ | I do NOT AGREE with the above validation statements. |

| EMAIL | And finally, what is the best email address to send your $100 Amazon eGift card to? |
|---|---|
| | **Open end** |
| ❍ | Thanks, but I decline the eGift card |

37. Copies of the survey invitation, questionnaire and exhibits used are attached to Appendix B of this Report.

38.     Interviewing was administered and supervised under my direction.  The methodology, survey design, execution, and reporting were all conducted in accordance with generally accepted standards of objective procedure and survey technique.

39.     The work performed to design, carry out, and report this study is covered by a budget of $95,000, plus the direct costs of respondent incentives.  Additional time required for trial testimony or deposition will be billed at the rate of $6,000 per day, plus out of pocket expenses.  My compensation is in no way dependent on the outcome of this matter.

## V. RESULTS

**Awareness and Usage**

40.     Awareness is high for all of the fonts asked about.  Courier and Century Bold enjoy universal awareness (100% and 98% respectively), but the majority of respondents are also familiar with Freehand Loose (85%), Delighted (82%), Blooming Elegant Trio (75%) and Rubik (69%).

41.     Courier and Century Bold have the highest usage (65% and 70% respectively).  More than half of respondents have used Blooming Elegant Trio (54%), while half have used Delighted (51%), and Freehand Loose (47%).  The only font with relatively low usage is Rubik (22%).

| **Q1** | Please indicate whether you have used this **<font / set of fonts>** in your work, are familiar with it but have not used it, or are not familiar with it. |

| | **Trio of Fonts** | | | **Single Fonts** | | |
|---|---|---|---|---|---|---|
| **All Respondents** | **Blooming Elegant (136) 100%** | **Freehand Loose (136) 100%** | **Courier (136) 100%** | **Century Bold (136) 100%** | **Delighted (136) 100%** | **Rubik (136) 100%** |
| Used / Familiar with it (Net): | 75% | 85% | 100% | 98% | 82% | 69% |
| Have used it | 54 | 47 | 65 | 70 | 51 | 22 |
| Familiar but have not used it | 21 | 38 | 35 | 29 | 31 | 47 |
| Not familiar with it | 25 | 15 | -- | 2 | 18 | 31 |

NOTE: Statistics may not sum to total due to rounding.

**Appeal**

42.   Blooming Elegant Trio is considered to be the most appealing of all of the fonts asked about. Nine in ten respondents (90%) said that Blooming Elegant Trio is "very appealing" or "somewhat appealing."  By contrast, the next highest font for appeal is Delighted at 76%, followed by Century Bold at 75%. Courier comes in lowest for appeal at 45%.

43.   Blooming Elegant Trio comes in first place for both overall appeal ("very appealing" or "somewhat appealing"), and when you just take into account "very appealing" (50%).

44.   Blooming Elegant Trio's appeal rating is statistically significantly higher than all of the other fonts at the 99% confidence level.

**Q2**      How appealing is this **<font / set of fonts>** to you personally?

| | Trio Of Fonts | | | Single Fonts | | |
|---|---|---|---|---|---|---|
| **All Respondents** | **Blooming Elegant (136) 100%** | **Freehand Loose (136) 100%** | **Courier (136) 100%** | **Century Bold (136) 100%** | **Delighted (136) 100%** | **Rubik (136) 100%** |
| Appealing (net) | 90% | 54% | 45% | 75% | 76% | 54% |
| Very appealing | 50 | 16 | 8 | 18 | 25 | 7 |
| Somewhat appealing | 40 | 38 | 37 | 57 | 51 | 47 |
| Not appealing (net) | 10 | 46 | 55 | 25 | 24 | 46 |
| Not very appealing | 8 | 31 | 38 | 23 | 23 | 38 |
| Not at all appealing | 2 | 15 | 18 | 2 | 2 | 7 |

NOTE: Statistics may not sum to total due to rounding.

**Uniqueness**

45.    Blooming Elegant Trio is also considered to be the most unique of all of the fonts asked about.  Eight in ten respondents (82%) said that Blooming Elegant Trio is "very unique" or "somewhat unique."  The next highest font for uniqueness is Freehand Loose at 55%, followed by Delighted at 49%. Rubik comes in lowest for uniqueness at 25%.

46.    Blooming Elegant Trio comes in first place for both overall uniqueness ("very unique" or "somewhat unique"), and when you just take into account "very unique" (29%).

47.    Blooming Elegant Trio's uniqueness rating is statistically significantly higher than all of the other fonts at the 99% confidence level.

| **Q3a** | How unique do you believe this **<font / set of fonts>** is? | | | | | |
|---|---|---|---|---|---|---|

| | **Trio Of Fonts** | | | | **Single Fonts** | |
|---|---|---|---|---|---|---|
| **All Respondents** | **Blooming Elegant (136) 100%** | **Freehand Loose (136) 100%** | **Courier (136) 100%** | **Century Bold (136) 100%** | **Delighted (136) 100%** | **Rubik (136) 100%** |
| Unique (net) | 82% | 55% | 30% | 26% | 49% | 25% |
| Very unique | 29 | 9 | 3 | 2 | 7 | 2 |
| Somewhat unique | 54 | 46 | 27 | 25 | 43 | 23 |
| Not unique (net) | 18 | 45 | 70 | 74 | 51 | 75 |
| Not very unique | 15 | 37 | 46 | 61 | 40 | 64 |
| Not at all unique | 2 | 8 | 24 | 12 | 10 | 11 |

NOTE: Statistics may not sum to total due to rounding.

48.    Respondents who described Blooming Elegant as "very unique" or "somewhat unique" were asked to describe what it is about this set of fonts that makes it unique.  In response, these participants described both the unique characteristics of the individual fonts, as well as how the fonts work together. Many respondents also spontaneously mentioned how much they and / or their customers like the Blooming Elegant Trio.[9]

**If "Very unique" or "Somewhat unique" (Q3a), ask:**

| Q3b | What is it about this **<font / set of fonts>** that makes it unique? |
|---|---|

| QID | Q3b Verbatim |
|---|---|
| 102 | Blooming Elegant script appeals to my customers and is on many of my top-selling products. It has a unique handwritten appearance with an option to add different scrolling flourishes to the beginning and end of words. The thin characters and variation in height above and below the baseline is unique and modern.  I also love Blooming Elegant Sans and have used this on many designs. The all caps and extended appearance is modern, and the simplicity and boldness of the characters makes it easy to read. I use this frequently on return address stampers, labels, and embossers where the font size needs to be small, but the text needs to be legible. |
| 68 | The fact that it's a trio of fonts, first of all, but BE script is also very uniquely "handwritten" - and its ligatures are darling! |
| 77 | It's the perfect set. Seems like everybody enjoys it, and the combination of these three fonts is perfect. |
| 383 | There are several different styles of this font to use.  Plus I can mix the print and the cursive together in the same design and it flows well. |
| 906 | the 3 sets of fonts can be used in a single design of an invite. They all are cohesive I love this font! |
| 1131 | This set has a handwritten look to it. It also has a script, a looser handwritten looking sans serif and a more traditional looking sans serif. Having three different styles in one set makes it something that can be used for many different purposes. |
| 1252 | The top script version is beautiful. It has such a nice hand written look to it, where everything is not even or equal. Even looking at the double o in blooming they're not exactly the same. The middle version has that same handwritten uniqueness to it. I like how narrow the font is personally. I also like that the N is not a traditional uppercase N. I believe there are other letters within this font that are like that as well but I can't recall them at this time. The bottom version has such a nice weight to it. Not too heavy not too light. |
| 1253 | Elegant looks like it is actually handwritten--looks good yet not perfect, the same goes for Hand.  Sans is an all caps font that is spaced perfectly and the size makes it great for using in small spaces. |
| 1568 | I love this set because they all work together harmoniously. They are modern and suit all needs. Sans is a perfect font for readability. Blooming Elegant is a flowing, natural handwriting script. And having Hand in the set can make designs more fun and carefree with the combination of upper and lower case letters working together. |
| 1576 | Blooming Elegant is one of my favorite sets of fonts!  The script font at the top really is elegant and works well with a lot of wedding products.  The spacing and shape of the second font is awesome.  And I use the third font a lot because it can be made quite small, but because of the thickness of the letters, it is still very readable when it is used at a smaller size. |

---

[9] See Appendix C for the complete set of verbatim responses to this question.

**Importance**

49.    Those who have used each font were then asked how important that font is to their work. Among font users, Blooming Elegant Trio is considered to be the most important of all of the fonts asked about. Nearly eight in ten Blooming Elegant users (77%) said that Blooming Elegant Trio is "very important" or "somewhat important" in their work.  The next highest font for importance is Delighted at 71%, followed by Rubik at 53%.  Courier comes in lowest for importance at 36%.

50.    Blooming Elegant Trio comes in first place for both overall importance ("very important" or "somewhat important"), and when you just take into account "very important" (42%).

51.    Blooming Elegant Trio's importance rating is statistically significantly higher than all of the other fonts at the 99% confidence level.

| Q4 | Earlier you said that you have personally used this **<font / set of fonts>** in your work. How important is this **<font / set of fonts>** to you in your work? |
|---|---|

| | Trio Of Fonts | | | Single Fonts | | |
|---|---|---|---|---|---|---|
| **All Who Have Used The Font** | **Blooming Elegant (74) 100%** | **Freehand Loose (136) 100%** | **Courier (88) 100%** | **Century Bold (95) 100%** | **Delighted (69) 100%** | **Rubik* (30) 100%** |
| Important (net) | 77% | 47% | 36% | 45% | 71% | 53% |
| Very important | 42 | 14 | 7 | 10 | 16 | 13 |
| Somewhat important | 35 | 33 | 30 | 35 | 55 | 40 |
| Not important (net) | 23 | 53 | 64 | 55 | 29 | 47 |
| Not very important | 22 | 47 | 46 | 47 | 25 | 40 |
| Not at all important | 1 | 6 | 18 | 7 | 4 | 7 |

*CAUTION: Small base size.
NOTE: Statistics may not sum to total due to rounding.

**Substitutability**

52.    Those who used each font were also asked how difficult it would be to find a good substitute if the font were not available. Among font users, Blooming Elegant Trio is considered to be the most difficult to substitute of all of the fonts asked about. Specifically, six in ten Blooming Elegant users (61%) said that it would be "very difficult" or "somewhat difficult" to find a good substitute for Blooming Elegant Trio.  By contrast, the next highest font for being difficult to substitute is Freehand Loose at 34%, followed by Delighted at 32%.

53.    Blooming Elegant Trio is considered most difficult to substitute overall ("very difficult" or "somewhat difficult"), and when you just take into account "very difficult" (22%).

54.    Blooming Elegant Trio's score for being difficult to substitute is statistically significantly higher than all of the other fonts at the 99% confidence level.

| Q5 | If this **\<font / set of fonts\>** were not available to you, how difficult would it be for you to find a similar font that would serve as a good substitute? |
|---|---|

| | Trio Of Fonts | | | Single Fonts | | |
|---|---|---|---|---|---|---|
| **All Who Have Used The Font** | **Blooming Elegant (74) 100%** | **Freehand Loose (136) 100%** | **Courier (88) 100%** | **Century Bold (95) 100%** | **Delighted (69) 100%** | **Rubik* (30) 100%** |
| Difficult (net) | 61% | 34% | 18% | 19% | 32% | 17% |
| Very difficult | 22 | 6 | 2 | -- | 4 | -- |
| Somewhat difficult | 39 | 28 | 16 | 19 | 28 | 17 |
| Not difficult (net) | 39 | 66 | 82 | 81 | 68 | 83 |
| Not very difficult | 28 | 48 | 51 | 52 | 52 | 63 |
| Not at all difficult | 11 | 17 | 31 | 30 | 16 | 20 |

*CAUTION: Small base size.
NOTE: Statistics may not sum to total due to rounding.

## VI. CONCLUSIONS

55.    In this survey of graphic designers who sell on Zazzle, the majority are aware of Blooming Elegant Trio (75%) and a little over half have used this set of fonts (54%).

56.    Graphic designers who sell on Zazzle rate Blooming Elegant Trio higher than all other fonts asked about for both uniqueness (82%) and appeal (90%). Graphic designers who use Blooming Elegant Trio also rate it higher than all other fonts asked about for being important to their work (77%), and for how difficult it would be to substitute (61%).

### Summary of Results

| | Trio Of Fonts | | | Single Fonts | | |
|---|---|---|---|---|---|---|
| | Blooming Elegant | Freehand Loose | Courier | Century Bold | Delighted | Rubik |
| Top 2 Summary: | | | | | | |
| Very / Somewhat Appealing | **90%** | 54% | 45% | 75% | 76% | 54% |
| Very / Somewhat Unique | **82** | 55 | 30 | 26 | 49 | 25 |
| Very / Somewhat Important | **77** | 47 | 36 | 45 | 71 | 53 |
| Very / Somewhat Difficult to Substitute | **61** | 34 | 18 | 19 | 32 | 17 |

57.    Blooming Elegant Trio's ratings for all of the above measures (appeal, uniqueness, importance and difficult to substitute) are statistically significantly higher than all other fonts at the 99% confidence level.

58.    Based on the results of this survey, it is my opinion that Blooming Elegant Trio is an important and popular set of fonts on Zazzle.

Pursuant to 28 U.S.C., Section 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 10, 2022 in Chicago, Illinois.

Sara Parikh, PhD

# APPENDIX A

Sara Parikh Biography and Case List





## SARA PARIKH, PhD

Biography

### Summary

Sara Parikh is an accomplished research professional with a PhD in Sociology and over 30 years of experience in research design, execution and analysis.

### Experience

Sara Parikh is President of Willow Research, LLC ("Willow"), a research and consulting firm that designs and conducts quantitative and qualitative studies of consumers and professionals.  She has over 30 years of experience designing and conducting original research studies on behalf of a wide range of commercial and non-commercial clients.  Sara oversees all phases of research, including project design, questionnaire development, field instruction and supervision, coding and data specification, data analysis, and reporting.  She is versed in the full complement of quantitative and qualitative research methodologies and testifies as a survey expert in litigation.

### Education

PhD and MA in Sociology from the University of Illinois at Chicago

- Doctoral dissertation supported by a grant from the National Science Foundation
- Postdoctoral fellow at the American Bar Foundation

BA in Political Science from the University of Wisconsin-Madison

### Professional Activities

- Presents on topics related to survey research and consumer behavior at professional conferences and seminars.
- Member of the International Trademark Association

Cases in which Sara Parikh has testified, been deposed, or offered survey evidence in the past five years:

**CLIPBANDITS, LLC** versus K & SODA, LLC d/b/a 818 SPIRITS
Central District of California.  2022.
*Likelihood of Confusion*

OPULENT TREASURES, INC. versus **YA YA CREATIONS, INC., BALSA CIRCLE, LLC, LEILANI WHOLESALE, CHAIR COVER FACTORY, INC., AND CHICAGO CHAIR COVERS, INC.**
Central District of California.  2022.
*Likelihood of Confusion and Secondary Meaning*

OPULENT TREASURES, INC. versus **LAMPS PLUS, INC., LAMPS PLUS-CENTENNIAL, INC., LAMPS PLUS HOLDINGS, INC., UNIVERSAL DISTRIBUTING, LLC AND PACIFIC COAST LIGHTING, INC., AND DOES THROUGH 10**
Eastern District of Texas.  2022.
*Likelihood of Confusion*

SKRATCH LABS, LLC versus **DELIVERY NATIVE, INC.,** DBA SCRATCH KITCHEN
District of Colorado.  2022.
*Likelihood of Confusion*

RESTORE ROBOTICS LLC, RESTORE ROBOTICS REPAIR LLC and CLIF PARKER ROBOTICS LLC versus **INTUITIVE SURGICAL, INC.**
Northern District of Florida. 2021.
*False Advertising*

REBOTIX REPAIR LLC versus **INTUITIVE SURGICAL, INC.**
Middle District of Florida. 2021.
*False Advertising*

**MONSTER ENERGY COMPANY** versus COULTER VENTURES, LLC
United States Patent and Trademark Office, Before the Trademark Trial and Appeal Board. 2021.
*Market Overlap*

**COACHELLA MUSIC FESTIVAL, LLC** versus COACHILLIN' HOLDINGS, LLC
United States Patent and Trademark Office, Before the Trademark Trial and Appeal Board. 2021.
*Likelihood of Confusion*

**C5 MEDICAL WERKS, LLC** versus CERAMTEC GMBH
United States Patent and Trademark Office, Before the Trademark Trial and Appeal Board. 2020.
*Primary Significance*

NATIONAL PRESTO INDUSTRIES, INC. versus **U.S. MERCHANTS FINANCIAL GROUP**, DBA GREENMADE
District of Minnesota. 2020.
*Likelihood of Confusion*

eCU TECHNOLOGY, LLC versus **CU DIRECT CORPORATION**
Northern District of Texas. 2020.
*Likelihood of Confusion*

S.C. JOHNSON & SON, INC. versus **YOUNG LIVING ESSENTIAL OILS, LC**
National Advertising Division, Better Business Bureau. 2020.
*False Advertising*

In the Matter of CERTAIN POCKET LIGHTERS **(BIC CORPORATION)**
United States International Trade Commission, Washington, DC. 2019.
*Likelihood of Confusion and Dilution*

REX REAL ESTATE I, L.P. versus **REX REAL ESTATE EXCHANGE, INC.**
Eastern District of Texas. 2019.
*Likelihood of Confusion*

PHILANTHROPIST.COM, INC**.** versus **THE GENERAL CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS**
United States Patent and Trademark Office, Before the Trademark Trial and Appeal Board. 2018.
*Secondary Meaning*

**O'REILLY AUTOMOTIVE STORES, INC.** versus BEARING TECHNOLOGIES, LTD.
Western District of Missouri. 2017.
*Secondary Meaning*

**POLYGROUP LIMITED (MCO)** versus WILLIS ELECTRIC COMPANY, LIMITED
United States Patent and Trademark Office, Before the Patent Trial and Appeal Board. 2017.
*Patent Infringement*

LUXE HOSPITALITY COMPANY, LLC versus **SBE ENTERTAINMENT GROUP, LLC, ET AL.**
Central District of California. 2017.
*Genericness*

3

**MONSTER ENERGY COMPANY** versus MONSTER MOTO, LLC
United States Patent and Trademark Office, Before the Patent Trial and Appeal Board. 2016.
*Overlapping Universe*

**HARMLESS HARVEST, INC.** versus ALL MARKET INC. D/B/A VITA COCO
Northern District of California. 2016.
*Likelihood of Confusion*

**C5 MEDICAL WERKS, LLC** versus CERAMTEC GMBH
District of Colorado. 2016.
*Primary Significance and Secondary Meaning*

4

## PUBLICATIONS

Sara Parikh and Greg Jelinek, "Head Above Water: Women Navigate Healthcare During a Pandemic and Beyond," The PNC Financial Services Group, Inc. June 2021.

Sara Parikh and Jean Hippert, "Survival of the Fittest: Payers Reimagined," The PNC Financial Services Group, Inc. December 2018.

Sara Parikh and Jean Hippert, "Survival of the Fittest: Employers Step Up Their Commitment to Healthcare," The PNC Financial Services Group, Inc. July 2018.

Sara Parikh and Jean Hippert, "Survival of the Fittest: Hospitals in Transformation," The PNC Financial Services Group, Inc. January 2018.

Sara J. Parikh and Vandana Razdan, "Going Global:  What American Companies are Doing to Build and Protect Their Brands Overseas," *Landslide*, a publication of the American Bar Association. Vol. 4, No. 6, July/August 2012.

Sara Parikh and Terrence Lavin, "Lessons from Jury Research," *Illinois Bar Journal*.  Vol. 96, No. 4, April 2008.

Sara Parikh, "How the Spider Catches the Fly:  Referral Networks in the Plaintiff's Personal Injury Bar," *New York Law School Law Review*. Vol. 51, 2006/2007.

Sara Parikh and Bryant Garth, "Philip Corboy and the Construction of the Plaintiffs' Personal Injury Bar," *Law and Social Inquiry.*  Vol. 30, No. 2, April 2005.

# APPENDIX B

**Survey Invitation**

**Questionnaire**

**Exhibits**

**Survey Invitation**



**Subject:**  Graphic Designer Study

Dear **<INSERT NAME>,**

Willow Research is conducting a survey in order to understand what is important to graphic designers when designing new products.

The survey will take about 10 minutes to complete.  To thank you for your participation in this survey, qualified respondents will receive a $100 Amazon eGift card after completing the survey.

Click here to begin the survey.

If the above link does not work, please copy and paste the following.

**<INSERT LINK>**

Thank you in advance for your participation.  Your feedback is very important to us.



willowresearch.com

**Note:**  If you have any trouble taking the survey or if you have not received your Amazon eGift card within 7 days after completing the survey, please contact info@willowresearch.com.

If you would like to be removed from our list, please click here.

© 2022 – All rights reserved    Willow Research, LLC    www.willowresearch.com

**Questionnaire**



## INTRODUCTION

**Text:** Welcome to our survey. We want to assure you that we are interested only in your opinions and are not connected with the sale of any product or service. Your identity will be kept strictly confidential.

If you normally wear eyeglasses or contact lenses when reading material on a computer screen, please wear them for this survey.

## SCREENER

| S1 | Before we begin, which of the following best describes your professional experience with graphic design? |
|---|---|
| ○ | I am a full-time graphic designer |
| ○ | I am a part-time graphic designer |
| ○ | I am not a graphic designer |

**If selects "I am not a graphic designer," terminate.**

| S2 | Which of the following types of products have you personally designed in the past two years?<br>**Please select all that apply.** |
|---|---|

**Randomize row order.**

| | |
|---|---|
| ❑ | Paper products (e.g., invitations, announcements, greeting cards, holiday cards) |
| ❑ | Apparel (e.g., t-shirts, aprons, hats) |
| ❑ | Accessories (e.g., tote bags, purses, backpacks) |
| ❑ | Serveware (e.g., mugs, platters) |
| ❑ | Home goods (e.g., pillows, blankets) |
| ❑ | Print advertisements (e.g., newspaper ads, brochures, mailers) |
| ❑ | Technology products (e.g., phone cases, iPad covers, mousepads) |
| ❑ | Digital marketing products (e.g., websites, digital ads) |
| ❑ | eCards (e.g., digital invitations, announcements, greeting cards, holiday cards) |
| ❑ | Other…**Please specify.** |

© 2022 – All rights reserved    Willow Research, LLC    www.willowresearch.com

## QUESTIONNAIRE

**Text:** It is very important that you do not refer to or look up any information on the Internet or use reference materials that you may have available while you are taking the survey. Make sure any other applications on your computer are closed.  Please answer the questions on your own without discussing them with anyone else.

**Text:** You are going to be asked about six different fonts (or sets of fonts) that you may or may not be aware of. You will be asked about each font or set of fonts one at a time.

**Ask question series Q1-5 for each font / set of fonts shown below. Randomize order of each font / set of fonts shown above Q1-5.**

**Select which font / set of fonts is asked about first.**

---

**Fonts / Sets of Fonts**

*Blooming Elegant*

BLOOMING ELEGANT HAND

BLOOMING ELEGANT SANS

---

*Freehand Loose*

*Freehand Thick*

*Freehand Tight*

---

*Courier BD IT*

**Courier Bold**

Courier Roman

---

**Century Bold**

---

*Delighted*

---

Rubik

---

**Show each font / set of fonts above Q1. For each font / set of fonts, ask:**

| Q1 | Please indicate whether you have used this **<font / set of fonts>** in your work, are familiar with it but have not used it, or are not familiar with it. |
|---|---|
| ❍ | I have used it |
| ❍ | I am familiar with it, but have not used it |
| ❍ | I am not familiar with it |

**Show each font / set of fonts above Q2. For each font / set of fonts, ask:**

| Q2 | How appealing is this **<font / set of fonts>** to you personally? |
|---|---|
| ❍ | Very appealing |
| ❍ | Somewhat appealing |
| ❍ | Not very appealing |
| ❍ | Not at all appealing |

**Show each font / set of fonts above Q3a-b. For each font / set of fonts, ask:**

| Q3a | How unique do you believe this **<font / set of fonts>** is? |
|---|---|
| ❍ | Very unique |
| ❍ | Somewhat unique |
| ❍ | Not very unique |
| ❍ | Not at all unique |

**If "Very unique" or "Somewhat unique" (Q3a), ask:**

| Q3b | What is it about this **<font / set of fonts>** that makes it unique? |
|---|---|
| | **Open end** |

**For each font respondent has used (Q1), ask Q4-Q5. Show each font / set of fonts above Q4-Q5.**

| Q4 | Earlier you said that you have personally used this **<font / set of fonts>** in your work. How important is this **<font / set of fonts>** to you in your work? |
|---|---|
| ❍ | Very important |
| ❍ | Somewhat important |
| ❍ | Not very important |
| ❍ | Not at all important |

| Q5 | If this **<font / set of fonts>** were not available to you, how difficult would it be for you to find a similar font that would serve as a good substitute? |
|---|---|
| ❍ | Very difficult |
| ❍ | Somewhat difficult |
| ❍ | Not very difficult |
| ❍ | Not at all difficult |

**Repeat question series Q1-5 for each of the remaining fonts / sets of fonts.**

## CLASSIFICATION

| | |
|---|---|
| **C1** | What is your age? |
| | **Open end** |

| | |
|---|---|
| **C2** | What is your gender? |
| ❍ | Male |
| ❍ | Female |
| ❍ | Other |

| | |
|---|---|
| **C3** | In what state do you live? |
| | **\<Drop down list\>** |
| ❍ | Outside of the United States…**Please specify which country.** |

## VALIDATION

| | |
|---|---|
| **VAL** | Please select which best describes how you feel about the validation statements below:<br><br>During this session I have recorded a truthful and complete account of my answers to this survey.  I have not looked up any information online, discussed the questions with anyone else, or consulted any other sources about the survey. |
| ❍ | I have read and AGREE with the above validation statements. |
| ❍ | I do NOT AGREE with the above validation statements. |

| | |
|---|---|
| **EMAIL** | And finally, what is the best email address to send your $100 Amazon eGift card to? |
| | **Open end** |
| ❍ | Thanks, but I decline the eGift card |

**Text:** Thank you for participating in our survey! We appreciate your time and your opinions. If you do not receive your eGift Card within 7 days after completing this survey, please contact info@willowresearch.com. Please click the arrow to complete the survey.

4

**Exhibits**

**Sets of Fonts**

*Blooming Elegant*

BLOOMING ELEGANT HAND

BLOOMING ELEGANT SANS

---

Freehand Loose

*Freehand Thick*

*Freehand Tight*

---

*Courier BD IT*

**Courier Bold**

Courier Roman

**<u>Single Fonts</u>**

# Century Bold

---

*Delighted*

---

# Rubik

# APPENDIX C

Verbatim Comments

## Appendix C

**Verbatim from Those Respondents Who Believe Blooming Elegant Is "Very unique" or "Somewhat unique" (n=112)**

**If "Very unique" or "Somewhat unique" (Q3a), ask:**

**Q3b**    What is it about this **<font / set of fonts>** that makes it unique?

| QID | Q3b Verbatim |
|---|---|
| 9 | It has its very own character. I love that it is simple and unique, stylish and elegant. It can be used for a very diverse set of designs |
| 46 | Easily readable whilst looking like hand script and pre-computer traditional 'type setting' |
| 68 | The fact that it's a trio of fonts, first of all, but BE script is also very uniquely "handwritten" - and its ligatures are darling! |
| 69 | This font family is beautiful, playful and feminine. |
| 77 | It's the perfect set. Seems like everybody enjoys it, and the combination of these three fonts is perfect. |
| 84 | Being able to add swashes before and after the script version. |
| 87 | Two are handwritten - giving off different feels The third one is classic and I use it often and space the letters.  I believe all three are eye catching |
| 89 | Having a set of fonts in a collection that work well together makes this a unique choice. |
| 97 | hand drawn element |
| 99 | Style |
| 102 | Blooming Elegant script appeals to my customers and is on many of my top-selling products. It has a unique handwritten appearance with an option to add different scrolling flourishes to the beginning and end of words. The thin characters and variation in height above and below the baseline is unique and modern.  I also love Blooming Elegant Sans and have used this on many designs. The all caps and extended appearance is modern, and the simplicity and boldness of the characters makes it easy to read. I use this frequently on return address stampers, labels, and embossers where the font size needs to be small, but the text needs to be legible. |
| 106 | Light not heavy |
| 115 | Just the style, it is appealing and trendy |
| 119 | The script one is the one I use the most and it works very well on wedding invitations for giving it a more customized higher end look |
| 121 | It can be elegant and eye-catching in many products...like invitation or cards. |
| 129 | nice and fun and elegant |
| 181 | It's very feminine and pretty. |
| 233 | Variations that play well together |
| 244 | The combination is very pleasing and not often seen |
| 267 | Elegant, especially the script one. |

| QID | Q3b Verbatim |
|-----|--------------|
| 275 | The sporadic nature of the script that feels hand drawn but all the connection points are there and don't overlap like the replacement on zazzle; the sans font can be very small but still legible which is great for invitations and business cards |
| 281 | It has it owns flare and appealing to the eyes. |
| 289 | awesome script font. it looks appealing on various designs including stationary and invitations |
| 302 | Font family options (script, handwritten, san serif, etc.) |
| 303 | They appear more like hand writing |
| 321 | Good for various occasions, complement each other.  Blooming Elegant Hand is stylish but easy to read, keeping in mind some clients cannot read cursive. |
| 329 | All are different |
| 342 | The script font is casual but elegant, useful for many products.  The all-caps san serif is clean and modern, |
| 346 | I like the mix of informal and formal type lettering choices. |
| 362 | they are very different from each other and they are a fun font for invitations and party decor |
| 376 | The styles are different, yet complementary, so I love using them together! |
| 377 | Spacing & Lettering |
| 383 | There are several different styles of this font to use.  Plus I can mix the print and the cursive together in the same design and it flows well. |
| 427 | The combination of three fonts that could stand on their own and don't really relate to each other, but for some applications they could possibly be used together, although I probably wouldn't. |
| 435 | The overall style and the variations |
| 441 | Well, there are three totally different styles here. The sans serif font at the bottom is great for modern, minimalist text. |
| 444 | Elegant Hand seems unique and close to be handwritten. |
| 462 | I would use this script font for wedding purposes |
| 470 | Well I don't know  which you're asking about, but the one in the middle is unique. The other two are not. Most "hand type" font's usually are. |
| 476 | Can see it being useful easy to read |
| 482 | It has three different font styles that you can combine. |
| 491 | Script, handwriting and sans font all in one. |
| 558 | they are very different within the same set |
| 561 | TAIL SWASHES |
| 610 | I haven't seen this script font. |
| 648 | I suppose the various styles coordinate well together. |

| QID | Q3b Verbatim |
|-----|--------------|
| 663 | Script fonts are always unique up to a point. There are small differences between them, but you really have to work with typefaces all day to find them. I like the legibility of the top script and the shape of the Os in the middle one, though the M feels a little out of place |
| 688 | The script may work for elegant designs. |
| 750 | This again, is a strange font family in that the letterforms are SO different. But this one WORKS internally. This one feels like a family. I could see myself using Hand and Sans as headlines in the same document, and the scripty "elegant" as, perhaps, callout text? |
| 772 | Love the three choices available, script, hand drawn look and then a Sans option. They work well together. |
| 777 | these fonts are softer on the eyes. perfect for wedding or fashion based designs. |
| 782 | First and second look very handmade, first one is elegant but yet fancy and charming |
| 791 | Because it's elegant and simple |
| 818 | handwritten style is popular, good combination of fonts as a family |
| 819 | Very different from standard and cursive fonts. |
| 843 | Nice combination. I can see the fonts complement each other well. I like the Hand font -- very casual, yet very readable |
| 873 | the fonts seem unrelated to each other except by name |
| 900 | the Hand style is quite unique in my opinion, the other styles are less unique and in fact I don't love the elegant style, seems a bit untidy |
| 906 | the 3 sets of fonts can be used in a single design of an invite. They all are cohesive I love this font! |
| 928 | The handwritten one looks like it could be handwritten, like it was taken from someone's handwriting. The middle one is a skinny font but varies in height. The last one is a nice font but not very unique. |
| 936 | Diverse, balanced |
| 945 | First two are unique. Third is not. |
| 947 | Style, it looks like a unique handwriting by a kid |
| 948 | Good for department store ads. Feels retro |
| 957 | It is nice to have sets of fonts that look good together already grouped, it saves time. I find the script, Blooming Elegant, hard too hard to read for much use. The Blooming Elegant Hand is unusual and easy to read but it has a niche use. Both the top fonts are very feminine. |
| 959 | It is elegant |
| 973 | The variety. I try to use at least 3 types of fonts in a design and this has three types I could use. |
| 1011 | There are many calligraphy fonts out now, but I like the looping feel to it, and the Sans version is extremely readable. |
| 1025 | Nicely designed |

| QID | Q3b Verbatim |
| --- | --- |
| 1041 | Current looking, light not heavy. |
| 1104 | The letters in the first and second sample aren't in line with each other so it looks more organically handwritten. BTW, IMO the first sample looks a little too all over the place and the second sample looks amateurish, but I do like the last sample. |
| 1116 | The handwritten quality to the font |
| 1131 | This set has a handwritten look to it. It also has a script, a looser handwritten looking sans serif and a more traditional looking sans serif. Having three different styles in one set makes it something that can be used for many different purposes. |
| 1147 | They are elegant yet bold and eye catching |
| 1168 | It has a hand drawn feel that is very popular right now. |
| 1181 | Simple and clean easy to read. Looks very elegant and sophisticated |
| 1199 | varied font styles in one typeface, complimentary styles with a variety of applications |
| 1209 | different styles in the same family that work well together. Nice package. |
| 1216 | Again, these look very much hand-lettered except for the Sans. I like that there are two "O"s in the top Elegant one that are different from one another. You would expect differences like that in hand lettering. The middle Elegant Hand still mostly has the hand lettered look even without different O's because of the differences in height. It has bounce.  The sans is pretty boring by itself, but as a set it's nice to have plain lettering to balance the fancier lettering. |
| 1220 | The script style is somewhat different than most. The hand style is somewhat unique, although Amatic is a similar font to this. The sans style is not very unique. |
| 1232 | The first two, especially, but I LOVE the 2nd one the most. It is a mix of caps and lowercase in a way that may not be sensible to everyone... but really feels like handwriting. |
| 1245 | Looks like real handwriting |
| 1252 | The top script version is beautiful. It has such a nice hand written look to it, where everything is not even or equal. Even looking at the double o in blooming they're not exactly the same. The middle version has that same handwritten uniqueness to it. I like how narrow the font is personally. I also like that the N is not a traditional uppercase N. I believe there are other letters within this font that are like that as well but I can't recall them at this time. The bottom version has such a nice weight to it. Not too heavy not too light. |
| 1253 | Elegant looks like it is actually handwritten--looks good yet not perfect, the same goes for Hand.  Sans is an all caps font that is spaced perfectly and the size makes it great for using in small spaces. |
| 1254 | I just haven't seen fonts exactly like this before, but I think they look pretty good. |
| 1255 | The script and 2nd version are quite unique... there are other fonts out there with that "flowing script" deal, but considering that typestyle seems to be in vogue lately, it would be a good set to have in one's arsenal. |
| 1257 | They are very different from each other |

| QID | Q3b Verbatim |
|---|---|
| 1258 | Each set offers basically 3 very different styles. The cursive is very convincing as actual handwriting, the Elegant Hand less so but still visually striking in a quirky way, and the Elegant Sans is beautifully symmetrical with and would likely be a highly readable choice for small text. |
| 1259 | its a very nice set - most of the time only 1-2 fonts of a set like this is appealing this one is well put together and I could see using this in something like an invitation package or even in a publication |
| 1264 | the particular swashes in the script, the lowercase n in the hand, the roundness of the Gs in the sans |
| 1308 | They are 3 completely different styles, yet could be used together well in a design. they are obviously handmade since they have unique qualities to the width of the lines and the bouncing of the letters in the line. |
| 1315 | All of The letters connect in the cursive font. All three fonts work well together so it's easy to use. |
| 1330 | It offers variation - script, handwritten and a standard sans-serif. |
| 1340 | Little bit different than similar common fonts |
| 1412 | Ink feather pen with Blooming Elegant all caps handwritten for Blooming Elegant Hand poster type, all caps look for Blooming Elegant Sans. |
| 1419 | Love the lines |
| 1425 | What makes it unique is that a single font is rendered in so many different styles, which is actually confusing. So, it's unique, but not very user-friendly. |
| 1440 | I like how whimsical it looks. The version in the middle is also a nice choice for Caps that don't look too aggressive. |
| 1446 | The top two examples are messy. Reminds me of something I may use in a comic |
| 1462 | Has multiple variations that will pair well together |
| 1468 | The width to height ratio |
| 1478 | The two top fonts look as if they have been hand written, the bottom third font stands out like a sign on a store front and being in all caps is easy to read. |
| 1479 | Good variety of character tone for combinations |
| 1482 | Juxtaposed |
| 1524 | They are great for combining them and gives it a very natural handwritten look that is trending now |
| 1526 | The variety is great. It has clarity, legibility and us appealing. |
| 1528 | I particularly am attracted to script fonts for a lot of my work,  so the top one really appeals to me. |
| 1530 | Handwritten look |
| 1533 | The top one has different "o" for the double os in "Blooming". The middle one is long and looks written. The bottom one does not look unique to me. |
| 1540 | The first two have a handwritten quality that I have seen in other fonts but these are unique. The third is not as unique and looks very similar other sans serif bold fonts. |

| QID | Q3b Verbatim |
|-----|--------------|
| 1568 | I love this set because they all work together harmoniously. They are modern and suit all needs. Sans is a perfect font for readability. Blooming Elegant is a flowing, natural handwriting script. And having Hand in the set can make designs more fun and carefree with the combination of upper and lower case letters working together. |
| 1576 | Blooming Elegant is one of my favorite sets of fonts!  The script font at the top really is elegant and works well with a lot of wedding products.  The spacing and shape of the second font is awesome.  And I use the third font a lot because it can be made quite small, but because of the thickness of the letters, it is still very readable when it is used at a smaller size. |

# APPENDIX D

Sample Disposition



**Graphic Designer Study**
**<u>Sample Disposition</u>**

|  | Total | Bronze | Silver | Gold | Platinum | Diamond |
|---|---|---|---|---|---|---|
| <u>Number of emails sent:</u> | <u>1,598</u> | <u>1,211</u> | <u>262</u> | <u>71</u> | <u>28</u> | <u>26</u> |
| Undeliverable | 193 | 124 | 51 | 10 | 4 | 4 |
| Valid emails | 1,405 | 1,087 | 211 | 61 | 24 | 22 |
| <u>Clicked:</u> | <u>180</u> | <u>129</u> | <u>32</u> | <u>7</u> | <u>5</u> | <u>7</u> |
| Unqualified | 11 | 11 | -- | -- | -- | -- |
| Partials | 31 | 24 | 4 | -- | 1 | 2 |
| Quality Control | 2 | 2 | -- | -- | -- | -- |
| Completed interviews | 136 | 92 | 28 | 7 | 4 | 5 |

© 2022 – All rights reserved    Willow Research, LLC    www.willowresearch.com

Case 5:22-cv-04844-BLF   Document 399-3   Filed 04/07/25   Page 50 of 57

# APPENDIX E

Declaration of Jeffrey T. Eschbach

PATRICK M. RYAN (SBN 203215)
  *pryan@bzbm.com*
STEPHEN C. STEINBERG (SBN 230656)
  *ssteinberg@bzbm.com*
CHAD E. DEVEAUX (SBN 215482)
  *cdeveaux@bzbm.com*
CHRISTOPHER W. GRIBBLE (SBN 285337)
  *cgribble@bzbm.com*
P. CASEY MATHEWS (SBN 311838)
  *cmathews@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone:    (415) 956-1900
Facsimile:    (415) 956-1152

Attorneys for Plaintiffs NICKY LAATZ and
NICKY LAATZ CREATIONS UK LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ and NICKY LAATZ CREATIONS UK LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ZAZZLE, INC. and MOHAMED ALKHATIB, <br><br> Defendants. | Case No. 5:22-cv-04844-BLF <br><br> **DECLARATION OF JEFFREY T. ESCHBACH** <br><br><br> Trial Date:        None Set |

I, Jeffrey T. Eschbach, declare as follows:

1.      I am over the age of 18 and am not a party to this action. All forthcoming facts are based on my personal knowledge, which I would be willing to testify to if called as a witness at trial.

2.      I am the President at Page Vault Inc., headquartered at 401 E. Ontario St., Chicago Illinois, and I have been employed by the company since January 2013.

2885.000/1789615.2                                                Case No. 5:22-cv-04844-BLF

DECLARATION OF NICKY LAATZ ISO PLAINTIFFS' OPP. TO DEFENDANTS' MOTION TO DISMISS

3.    Page Vault is a cloud-based service that enables Users to make captures of Web Content, including webpages, online media files such as videos, online documents, URLs for websites, and other similar information.

4.    In July of 2022, Stephen C. Steinberg, counsel for Nicky Laatz, contacted Page Vault and requested that Page Vault compile a list of the URLs for all stores on the Zazzle, Inc. website located at http://www.zazzle.com along with the "badge level" for each store. Zazzle's website indicates that the "badge level" (e.g. Pro, Bronze, Silver, Gold, Platinum, or Diamond) is a badge that Zazzle displays on the webpage for each store based on the total volume of sales for that store. We determined that the URLs for all stores on Zazzle's website begin with "http://www.zazzle.com/store." We further determined that the source code for each store's web page contains code indicating what, if any, badge should be displayed on the web page for that store when it is opened in an internet browser.

5.    Page Vault subsequently identified the URL for each webpage within the "http://www.zazzle.com/store" category of the Zazzle website, along with the text of the code indicating what, if any, badge should be displayed on the web page for that store. Between July 20, 2022 and August 2, 2022, Page Vault compiled a list of the URLs for each store within the "http://www.zazzle.com/store" category of the Zazzle website along with the text of the code indicating what, if any, badge should be displayed on the web page for each store.

6.    The URLs and information regarding badge level for each store on the "http://www.zazzle.com/store" category of the Zazzle website was provided to Stephen C. Steinberg in two batches, in the form of excel spreadsheets.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 10th day of November, 2022.

/s/ Jeffrey T. Eschbach
JEFFREY T. ESCHBACH

I hereby attest that Jeffrey T. Eschbach has concurred in the filing of this document on her behalf and the inclusion of a conformed signature (/s/) within this e-filed document on her behalf.

/s/ Patrick M. Ryan
PATRICK M. RYAN

# APPENDIX F

Declaration of Helen T. McEvoy

PATRICK M. RYAN (SBN 203215)
  *pryan@bzbm.com*
STEPHEN C. STEINBERG (SBN 230656)
  *ssteinberg@bzbm.com*
CHAD E. DEVEAUX (SBN 215482)
  *cdeveaux@bzbm.com*
CHRISTOPHER W. GRIBBLE (SBN 285337)
  *cgribble@bzbm.com*
P. CASEY MATHEWS (SBN 311838)
  *cmathews@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiffs NICKY LAATZ and
NICKY LAATZ CREATIONS UK LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ and NICKY LAATZ CREATIONS UK LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ZAZZLE, INC. and MOHAMED ALKHATIB, <br><br> Defendants. | Case No. 5:22-cv-04844-BLF <br><br> **DECLARATION OF HELEN T. MCEVOY** <br><br> Judge:   Hon. Beth Labson Freeman <br> Date:    January 19, 2023 <br> Time:    9:00 a.m <br><br> Trial Date:         None Set |

I, Helen T. McEvoy, declare as follows:

1.      I am over the age of 18 and am not a party to this action. I am an attorney licensed in the State of New York (Registration Number: 4589891), residing in Winter Garden, Florida. I have been an open-source investigator for 22 years and I have been a Consultant to Guidepost Solutions, LLC since 2017.

2.      Guidepost Solutions, LLC was engaged by the law firm of Bartko Zankel Bunzel

Miller to identify email contact information for sellers/creators on the Zazzle platform who were ranked Bronze badge or higher.

3.    We were given no direction regarding how to select pages to review other than that we should begin with the highest badge levels (Platinum then Diamond, etc.) first and move down through the list accordingly. We delivered our findings in batches every few days so that the survey expert could start sending their communications on a rolling basis.

4.    Researchers were given and systematically reviewed 6,856 URL links to seller pages (ranked Platinum, Diamond, Gold, Silver, and Bronze) hosted on the Zazzle platform.

5.    We reviewed the "About" tab on each page to identify the creator/seller and to locate email contact information from their bio or their attached social media links. We recorded all relevant information in spreadsheets including Page Title, Store Owner Name, Email address(es), phone number(s) and social media links (where applicable).

6.    If the relevant information was not readily identifiable within approximately 5 minutes of review, the researchers were instructed to make a note of same and to move on to the next URL in the batch. Upon completion of the first pass review of all URLs, senior researchers returned to those profiles in which contact information was not obtained during the first pass review. Senior researchers used readily available information such as name and hometown to conduct searches of US Identification databases and Internet resources to locate contact information.

7.    We were able to locate email addresses for 3,575 Zazzle stores/profiles, which were then shared with the law firm of Bartko Zankel Bunzel Miller.

//
//
//
//
//
//
//

2885.000/1788530.1                    2                    Case No. 5:22-cv-04844-BLF

DECLARATION OF HELEN T. MCEVOY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 10th day of November, 2022.

*/s/ Helen T. McEvoy, Esq.*
HELEN T. MCEVOY, ESQ.

I hereby attest that Helen T. McEvoy has concurred in the filing of this document on her behalf and the inclusion of a conformed signature (/s/) within this e-filed document on her behalf.

*/s/ Patrick M. Ryan*
PATRICK M. RYAN