# EXHIBIT 3

## EXHIBIT CONDITIONALLY FILED UNDER SEAL