# EXHIBIT 7

**EXHIBIT FILED CONDITIONALLY UNDER SEAL**