# EXHIBIT 9



# Expert Report

in the case of
**Nicky Laatz**
          v
**Zazzle Inc. and Mohamed Alkhatib**


by Ellen M. Shapiro
October 22, 2024

# Contents                                    2

## Definitions of terms used in this report

### Typeface

The name given to the design of a character set of letterforms, numbers, etc., i.e., Times Roman.

### Font

Electronic version of the typeface used to set type on a computer. (Today, however, the terms 'typeface' and 'font' are often used interchangeably.)

### Font package or set

Group of typefaces, usually in the same family, designed to function together, i.e., Times Roman, Times Roman Italic, Times Roman Bold, Times Roman Bold Italic. Also refers to a group of unrelated typefaces promoted for certain uses, such as wedding stationery.

### Glyphs or glyph set

All the characters available in a font package, arranged to be viewed and selected by the user (see page 19).

### Ligature

Two characters joined by the type designer into a single unit.

### Swash

Decorative flourish or curleycue added to a letterform.

### Ends

Term used by Zazzle for swashes available separately that users may attach to existing characters in the font.

### x-height

height of lower-case 'x' in a character set relative to the upper-case characters; a typeface can have a large or small x-height.

### Kerning

Space between letters, which can be open, tight, or in between.

Open Kerning. Tight Kerning.

 no ligature

 ligature

 swash

Executive summary — 3

My background and product designs — 4

Methodology with illustrated exhibits

  I. Blooming Elegant and its alternatives — 7

  II. Replacing fonts — 22

  III. How fonts affect marketability — 25

  IV. The Willow Report does not compare similar fonts — 28

Conclusions — 30

Exhibit A — Shapiro CV

# Executive Summary                                                    3

I have been asked by counsel for the Defendants to offer opinions on the Blooming Elegant Trio and other typefaces from the perspective of a graphic and product designer with expertise in typography.

This report is a rebuttal to the November 2022 expert report by Sara Parikh ("the Willow Report") on behalf of Plaintiff Nicky Laatz. In particular, this report responds to, and disagrees with, the findings in the Willow Report that Blooming Elegant would be "difficult to substitute" with another font, and that Blooming Elegant is more "unique," "appealing," or "important" than other fonts the survey asked about.

This report will demonstrate, with visual references, that:

▌ The Blooming Elegant Trio is not unique. Other fonts with very similar characteristics are available from various sources. Font packs with groups of compatible typefaces compatible are common and available from many foundries and type designers.

▌ Depending on the complexity of the project, there can be challenges, mostly with fit, inherent in swapping one typeface for another in an existing design with a lot of text, such as a brochure.

▌ However, those challenges are minor when a decorative display font like Blooming Elegant is most often used to set one word or two to three words. Zazzle users who design new products should have no difficulty using one of the similar casual script typefaces currently available with the Zazzle Design Tool.

▌ For the kinds of customized, print-on-demand products sold on Zazzle, the selection of a specific typeface is usually not the primary driver of desirability or sales. Specifying a similar font will not negatively affect a product's marketability.

▌ The Willow Report does not compare Blooming Elegant to similar typefaces.

Ellen M. Shapiro
25 Whitetail Road
Irvington, New York 10533
914.374.8144



**4**

# Background

**I am a designer and writer**, owner of Visual Language LLC, a design firm located in Irvington, New York, a suburb of New York City. Prior to 2000, my firm was named Shapiro Design Associates Inc. and located in Manhattan. Clients include corporations, financial institutions, nonprofit organizations, and biomedical and tech startups. A portfolio of graphic design, branding, and marketing projects can be found at http://visualanguage.net.

**I graduated from UCLA** with a B.A. *magna cum laude* in art with design specialization (now design/media arts) in 1970. I was soon hired as the art director of the UCLA Alumni and Development Center, where I was responsible for the design of *The UCLA Monthly*, many fundraising publications, and various print pieces for academic departments.

**I was a type nerd** before it was a term. I studied type specimen catalogs, books about the history of typography, and design magazines. My work for UCLA won awards in the Los Angeles Art Directors Club and New York Type Directors' Club shows.

**My graduate education consisted to two years at Lubalin, Smith, Carnase** in New York City, where I was a senior designer working under Herb Lubalin, the celebrated art director and typographic maven. At LSC, I learned to order photo-typesetting that had replaced metal type set on a Linotype machine; how to use a Typositor to set headlines; and how to do "type-tailoring," modifying the characters and their spacing to achieve a desired effect. I worked on projects where much of the display typography was hand-lettered and featured ligatures and swashes. I organized the production of Herb's pet project, *U&lc (Upper and Lower Case) the International Journal of Typography.* Soon, I felt ready to start my own design firm. Herb would have been proud to learn that in 1988, I won an international competition to art direct several issues of *U&lc.*

**I am a design writer.** My first book, *Clients and Designers*, was published by Watson-Guptill in 1989. Since then, I've written more than 75 articles for *Communication Arts*, the leading U.S.-based magazine that covers graphic design, illustration, photography, and interactive design. I've done ad agency and design firm profiles for *C.A.*, covered the Olympic Design Team in Beijing and corporate design leaders from Herman Miller to Verve Records. My 1993 "Hypothetical Proposal" for professional certification for graphic designers set off a nationwide and global debate and movement. Essays published in *C.A.* were the foundation of my second book, *The Graphic Designer's Guide to Clients*, published in 2013 by Skyhorse.

I also became a contributing editor of *Print*, writing for several issues that won National Magazine Awards. When the magazine ceased print publication in 2013, I began writing a monthly column for its online magazine, available at http://printmag.com/author/ellen-shapiro. I've also contributed pieces to *How, Etapes* (France)*, Critique, U&lc, Blueprint* (UK), and the *AIGA Journal* and *Annual.*

**I've taught graphic design with a focus on typograph**y at leading colleges and universities, including Marymount Manhattan College (class title: Typography InDesign); Purchase College, SUNY (Senior Seminar and Portfolio Preparation); School of Visual Arts (Designer as Author MFA program); Parsons School of Design; and Pratt Institute. Special

guest lectureships have included the University of Baltimore, UCLA, Syracuse University, Portfolio Center; CSUN (California State University, Northridge); and The Cooper Union. For HOW Design U, I taught 'Designing Your Personal Brand,' an online class. Although photography and illustration are important elements in my work and teaching, good typography has been my primary focus.

**I'm a longtime member of the Type Directors Club** and a former board member of the New York and Metro-North Chapters of AIGA, the professional organization for design. I've been a conference speaker, including keynote, and a design competition judge for art directors' clubs and design organizations across the U.S. and in Canada.

**As an expert witness**, I've helped attorneys and their clients in trademark and copyright cases by developing strategies and creating diagrammatic exhibits that succinctly demonstrate the merits of the client's case. I have:

- analyzed the typography and graphic elements and prepared multi-page reports for two class action cases, with exhibits that proved that opt-out notices on faxes did not meet FCC legibility requirements; deposition in one of the cases.

- compared and analyzed typographical logos for entertainment properties and demonstrated that the similarities claimed were common in the industry, but the differences had unique characteristics. Prepared a 40-page report with 11-page opinion and 12 designed exhibits; deposition.

- created a point-by-point comparison with illustrated exhibits to assist in an attempt to prove that Disney's singing posters infringed an independent inventor's patent.

- testified in Federal Court that Pantone is not the only color system used by designers and printers. Presented evidence of other color systems and how they function.

**I'm also a product designer and design entrepreneur** managing the following businesses. Some of my products are illustrated on the next page.

**Alphagram Learning Materials**. I've designed 48 products, including manipulatives, flash cards, and teacher and parent guides, that help kids learn to read, write, and spell. They are sold at TheAlphagramShop.etsy.com. I also sell on Alphagram.com and Amazon. When my flagship products were in the prototype stage, I received U.S. Patent 5,778,503 for "letter indicia combined with picture indicia to teach letter recognition."

**Mei Mei+ Me** Baby and Toddler Dresses are designed by me and handmade in Bali, Indonesia, using 100% cotton batiks. I've designed the logo, website, meimeiandme.world, labels, hangtags, and a 28-page lookbook.

**Visual Language Books**. My WWII-themed novel, *The Secret Buttons*, has been designed with a suite of four typefaces that were in use in Europe at the time the story takes place, or are reminiscent of the period. Concepts for other illustrated books are in the works.

My CV, which includes more information about the cases mentioned above, is attached as Exhibit A.

I am being compensated for my time at a rate of $250 per hour. This compensation does not depend on the outcome of this litigation.

## Products

**designed and sold by Ellen Shapiro**









Look-book for the brand.



# Alphagram®

*Designed to help all children read, write, and spell.*



**Flip-book makes 1200 pronounceable syllables and words.**

**I designed a complete sans-serif Hebrew alphabet for teaching the letter shapes.**





**Personal projects include many wedding and party invitations (not for sale).**

# Visual Language Books

**216-page middle-grade novel with 16 color paintings and 50 spot illustrations launching November 15.**

**More books are in the planning stages.**







# The Blooming Elegant Trio is a set of three fonts formerly available to designers who create products on Zazzle.

The font that was most often used to create print-on-demand, personalized products on Zazzle was the script, Blooming Elegant.

**Blooming Elegant**

a handwriting-style script with alternative characters and optional swashes and ends

**Blooming Elegant Hand**

an extra-condensed sans-serif handwriting typeface that is all upper-case with a lower-case 'n'

**Blooming Elegant Sans**

a geometric upper-case sans-serif

# Many handwriting-style script typefaces are similar in look and feel to Blooming Elegant.

*Handwritten Note*

**Blooming Elegant**

by Nicki Laatz
available on
fonts.com

## Methodology

I found the 12 typefaces shown on this page and the next by searching Adobe Fonts and the foundries from which I usually purchase font packages. I also did a Google search for "typefaces similar to Blooming Elegant."

## Characteristics examined

❚ Character weight

❚ Character shapes

❚ Angle between vertical and oblique

❚ x-height

❚ Glyph set with availability of alternate characters, swashes, ligatures, tails

*Handwritten Note*

**Aristelle Script**

by Elena Genova
of My Creative Land
available
on Adobe Fonts

*Handwritten Note*

**Beloved Script**

by Laura
Worthington
on Adobe Fonts

*Handwritten Note*

**Caprizant Regular**

by Laura
Worthington
on Adobe Fonts

*Handwritten Note*

**Elegant**

by AV Type
free download on
1001 Fonts

*Handwritten Note*

**Fairland**

by Subectype
available from
myfonts.com

*Handwritten Note*

**Jasminium**

by Jasmina Zorni
available from
myfonts.com and
other sources

# Here are more typefaces similar in look and feel to Blooming Elegant.

*Handwritten Note* — **Blooming Elegant**

*Handwritten Note* — **Looking Flowers Script**
by Alejandro Paul and Lu Nolasco, in Adobe Fonts

*Handwritten Note* — **Lush Regular**
by Neil Summerour for Positype, in Adobe Fonts

*Handwritten Note* — **Morgana Script**
by Utopiabrand19 available at Creative Fabrica

*Handwritten Note* — **Scriptina**
by Fredrick Nader free download on 1001 Fonts

*Handwritten Note* — **Storybook**
by Emily Spadoni, on Adobe Fonts

*Handwritten Note* — **Wishes Display Regular**
by Sabrina Mariela Lopez, in Adobe Fonts

All subscribers to Adobe Creative Cloud (CC), which includes Photoshop, Lightroom, Illustrator, and InDesign — the program used to design this report — have unlimited access to a library of more than 20,000 Adobe Fonts.

Similar to the way the Zazzle Design tool works, each font is accessed by checking "Activate."





**Type is set in Morgana**

**in Blooming Elegant**

**Wedding Invitation product on Zazzle**

# Many casual handwriting-style script typefaces in the Zazzle Design Tool are similar in look and feel to Blooming Elegant.

No two typefaces are exactly alike, but each of these is a handwritten-style script that could substitute for Blooming Elegant.

**Abigale**

**Heathrow**

**Nightstar**

**Melly Script**

**Octavia**

**Revellyna**

**Sandyha**

**Southlove**

**Shalimar**

# At least 17 alternatives to Blooming Elegant are in the Zazzle Design Tool.



## Methodology

Using the Zazzle Design Tool, I replaced the formal English Script names in the above "Calligraphy Script Custom Name Wedding Place Cards" product with 17 of the more than 50 Script + Calligraphy fonts currently available.

Here are the first six.





Name set in the alternative typeface

Name of typeface

What it looks like in Blooming Elegant

# New fonts are added often, and Zazzle designers and users can choose among a large selection of handwriting-style scripts.

Here are 11 more fonts currently available in the Zazzle Design Tool.





# Many typefaces are similar to Blooming Elegant Hand.

**Blooming Elegant Sans**

## Characteristics examined

▎Character weight

▎Character shapes

▎Resemblance to hand-printing upper-case letters with a marker

▎Tall, extra-condensed proportions

**Amatic SC Bold**
Google Font
free download

**Goodlife**
from HVD Fonts
in Adobe Fonts

**Just Another Hand**
in Zazzle Design Tool

**Palomino Sans One**
by Elena Genova of
My Creative Land
in Adobe Fonts

**Six Hands Condensed**
by Alex Lubovenko &
Alexandra Korolkova
of Paratype
in Adobe Fonts

**Sue Ellen Francisco**
in Zazzle Design Tool

**Supernet Condensed**
by Facetime, available
on MyFonts.com

# And many typefaces are similar to Blooming Elegant Sans.

THE COLLECTION **Blooming Elegant Sans**

## Characteristics examined

❚ Character weight

❚ Character shapes, especially a round 'O'

❚ Square proportions

❚ Potential for excellent legibility in small sizes

❚ Geometric simplicity

THE COLLECTION **All Round Gothic Medium**
by Ryoichi Tsunekawa in Adobe fonts

THE COLLECTION **Azo Sans**
by Rui Abreu, in Adobe Fonts

THE COLLECTION **Effra Medium**
by Jonas Schudel in Adobe Fonts

THE COLLECTION **Figtree Medium**
Google Font free download

THE COLLECTION **Geometric Book**
in the Zazzle Design Tool

THE COLLECTION **Lato**
in the Zazzle Design Tool

THE COLLECTION **Metropolis**
by Chris Simpson, from 1001 Fonts

THE COLLECTION **Momoco**
in the Zazzle Design Tool

# Here's how another trio could work together just as effectively.

This example was typeset in InDesign in these fonts:

**Blooming Elegant**

**Blooming Elegant Hand**

**Blooming Elegant Sans**

This trio was typeset using the Zazzle Design Tool in three other fonts:

**Avelane**

**Amatic SC**

**Momaco Medium**

## Offering a group of typefaces selected to work together is not unique.



*Currently only available for purchase on NickyLaatz.com*

*Here are six of the 72 packs available on Adobe Fonts.*

Almost every type foundry promotes and markets sets of typefaces deemed to be suitable for use in various applications.

**The "Scribes of Yore" pack**



**The "Science Fair" pack**

**The "Wanderlust Travel Brochure" pack**



# Duos and trios created by the same designer are common in the industry.

These groups of fonts with a hand-drawn script and a hand-drawn all-caps sans-serif are a few of the duos available as free downloads on 1001 Fonts.com.










# On Zazzle's Design Tool, some fonts are grouped to work together as sets.

PLAYFAIR
**PLAYFAIR BLACK**
***PLAYFAIR BLACK ITALIC***
**PLAYFAIR BOLD**
***PLAYFAIR BOLD ITALIC***
*PLAYFAIR ITALIC*

Demi Tasse
Demi Tasse Bold
Demi Tasse Light

Gargoyle
Gargoyle Bold
Gargoyle Extra Bold

LEGACY
LEGACY GRUNGE
LEGACY OUTLINE
LEGACY OUTLINE GRUNGE

Mighty Love
MIGHTYPE BOLD SERIF
MIGHTYPE BRUSH
MIGHTYPE CASUAL
Mightype Cursive
MIGHTYPE SANS
Mightype Script
MIGHTYPE SERIF
MIGHTYPE SLAB SERIF
Milestone

★ Favorites (1)
Recently Used
All Fonts
Casual Handwriting
Decorative + Novelty
Distressed
International
Sans Serif
Sci-fi
Script + Calligraphy
Serif
Symbols
Vintage + Retro

MURRAY GRUNGE
MURRAY
MURRAY BOLD INLINE
MURRAY OUTLINE

◄ **Sets on Zazzle are found by scrolling down the 'All Fonts' list**

# For fonts to function like Blooming Elegant, the script must have a glyph set with alternative characters with ligatures and swashes.



▲

On Zazzle's scroll-down All Fonts list, ornaments are shown under the name of the font they're designed to work with.

Looking Flowers glyph set

# Like Blooming Elegant, these casual scripts have swashes and tails.

Although the shapes of the letters in these typefaces, especially the upper-case 'N,' are different, the overall feeling and effect is similar.

The "tails," which may be alternative characters or add-ons, are all different.

**However, in my opinion, alternatives can be equally useful for making products that will be desired by the particular target audience.**



**Detail from Rose Gold Glitter Brush Monogram product on Zazzle. 'natalia' is in Morgana.**



**Adorn Pomander**



**Beloved Script**



**Caprizant**



**Looking Flowers Script**



**Lush**

## No two fonts are (or should be) identical. They are called type*faces* for a reason.

Designers choose typefaces by overall look and feel as well as by the form of individual characters, evaluating: "How will this combination of letters, this word or phrase, look, and what feeling will it convey?"

**Blooming Elegant**

**Looking Flowers Script**

**Blooming Elegant**          **Looking Flowers**

As just one example, how does Looking Flowers compare to Blooming Elegant?

❙ There are differences in the individual character shapes.

❙ The angle is the same

❙ The character weight is similar.

❙ The x-height of Looking Flowers is somewhat larger.

❙ Looking Flowers has a larger glyph set with more alternate characters, ligatures, swashes, and tails.

❙ The overall look and feel is very similar: a handwritten script with a casual feel that would be appropriate for the same kinds of messages and products.

# In existing designs on Zazzle, Blooming Elegant was replaced by Morgana.





Typical applications illustrated in Plaintiff's Complaint



**Blooming Elegant**

Blooming Elegant tail

**Morgana Script**

Morgana Script tail



Although these typefaces are not identical, they communicate the same feeling and style.

# When working with existing files, font substitutions aren't automatic, but they are not difficult.



NEW EDITION !

54 PAGES + COVER

38 RHYTHMS + MANY VARIATIONS

FEATURING 14 ARTISTS

GET ONE FOR YOURSELF,

GET ONE FOR A FRIEND.

$20

I activated a nearly identical font to this unsupported upper-case sans-serif. With a few clicks, the type fit perfectly, and the warning message disappeared.

This document contains Type 1 fonts which are no longer supported. Please replace using Type>Find/Replace Font

The logotype in this promo for one of my products, was not affected because the type had been changed to outlines.

As an example from my own experience, as of January 1, 2023, all "Type 1" fonts were no longer usable on Adobe programs and had to be switched to OpenType or TrueType to enable editing and printing.

Thus, if I open a file I created prior to January 1, 2023 that had Type 1 fonts, the unsupported type is highlighted in pink.  The blue band with the "please replace" warning message appears. In order to continue working, the user must either activate an Adobe font or, if the desired typeface is not offered, purchase an OpenType or Truetype font from another source.

Every font, even if it appears to be very similar, is a little different. The character size (at what is labeled as the same point size) may be much larger or smaller. The kerning may more open or tighter. The text will not fit unless adjustments are made. For large, text-heavy projects such as annual reports and company marketing materials, it may take several hours to make adjustments and ready the file for the next iteration.

Some users of Blooming Elegant may have had challenges when it was eliminated from the Zazzle Design Tool. The swashes and tails on other fonts may not have matched and the fit on the product may have been quite different—at first.

When a new typeface is chosen from the Font menu in the Zazzle Design Tool, the type can be adjusted to fit quickly and easily by clicking a plus or minus sign in "scale."

However, when creating a new design, this challenge does not exist.

# The Zazzle Design Tool makes it easy to switch fonts or create a new design with any font.

Based on examples in the Plaintiff's Complaint and via a tour of Zazzle, casual script fonts are most often used two ways: in people's names and in two- to three-word phrases like 'Thank You' and 'Merry Christmas.'



**Thank-you Wedding Favor Round Sticker**
by Miriam Kokolo



'thank you' set in Blooming Elegant



'thank you' set in Morgana Script using the Zazzle Design Tool



The biggest difference between two similar typeface designs can be the tails. However, on many products on Zazzle the tails "bleed" off the sides.



Switching to Southlove, 'thank you' does not fit. Nor will any other font. In the same "point size," they are all different in size.

With two clicks on the down arrow in "scale," Southlove fits perfectly.

# For the kinds of customized, print-on-demand products sold on Zazzle, the typeface is usually not the key factor in a buyer's decision.

On any given page of Zazzle best-sellers, it's evident that illustration, imagery, and color scheme are more important than typeface. Switching to a different but similar typeface in the Font menu will not diminish a product's appeal or marketability.

  

**Business Card template**
by Nami Bear Studios

**'Jennifer' in** (l-r) **Morgana, Shalimar, and Insightly. 'Paterson' and 'Cat Sitting Services' in Momaco Medium**

**Paper Plate template**
by Nami Bear Studios

**'Happy Halloween' in Morgana** (l) **and Heathrow** (r)
**'BOO!' in Amatic SC**

 

**Folded Greeting Card template**
by Christine Kovacs

**'Happy Birthday' in Morgana** (l) **and RomeoJuliet** (r)
**'With love' line in Momaco Medium**

 

# Color, pattern, and illustration style can be more important than typeface in selecting a design.

**Bee Yellow and Pink Birthday Hat** by Blossom and Bliss Studio **Changing the fonts will not affect marketability.**

**Black and White Buffalo Plaid Kitchen Apron** Changing the fonts will not negatively affect marketability.



# When designed with similar fonts available in the Zazzle Design Tool, products can be equally appealing, stylish, and marketable.

If the user prefers a hand-drawn script in a heavier weight with more contrast between thick and thin strokes, Zazzle offers at least 12 compatible fonts. Here are the first six.

Invitations are among the top-selling products on Zazzle — especially wedding invitations. A scroll through the invitations and related paper goods for these events shows that designers and buyers favor products that are more stylish than stodgy. There are many appropriate font choices.

# The Willow Report compares the Blooming Elegant Trio to two other font sets that are not in the same category.

Dr. Parikh only gave respondents the opportunity to rate the Blooming Elegant Trio in comparison to Freehand and Courier, which would be used in entirely different applications.

*Blooming Elegant*

BLOOMING ELEGANT HAND

BLOOMING ELEGANT SANS

Freehand Loose
Freehand Thick
Freehand Tight

Courier Bold Ital
Courier Bold
Courier Roman

**The survey was structured so respondents *could only rate the fonts asked about*.**

**Had the respondents been offered the opportunity to select from more appropriate sets of fonts, the results may have been very different.**

CINZEL
CINZEL BOLD
CINZEL DECORATIVE

CONGRATULATIONS
ARTHUR & SANDRA

Cinzel is a font trio on Zazzle that offers both classic elegance and swashes.

## Two of the three single fonts in the Willow Report are not in the same general category.

Typefaces are classified on Zazzle as follows: Casual Handwriting, Decorative and Novelty, Distressed, International (Arabic, Chinese, etc.), Sans Serif, Sci-fi, Script & Calligraphy, Serif, Symbols, and Vintage and Retro.

Blooming Elegant and Delighted are both in the Script & Calligraphy category. Century Bold and Rubik are not.

**Blooming Elegant** is a handwriting-style script display face designed by Nicky Laatz. The glyph set offers swashes.

**Century Bold** is from a family of **serif** type faces intended for body text. It was cut by American Type Founders in 1894 for use in The Century magazine. It has no stylistic relationship to Blooming Elegant.

**Delighted** is in the same general category as Blooming Elegant, a casual script, but it is much heavier and not as loopy. The glyph set does not offer swashes.

**Rubic** is a Google font, one of a **sans serif** font family with slightly rounded corners designed by Philipp Hubert and Sebastian Fischer as part of the Chrome Cube Lab project. It has no stylistic relationship to Blooming Elegant.

Again, the survey was structured so respondents *could only rate the fonts asked about.*

This gave Blooming Elegant an unfair advantage.

**Had the respondents been offered the opportunity to select from two more of the Casual Handwriting fonts** the results could have been very different.

I may prepare exhibits to illustrate my testimony at trial.

I may supplement my opinions in response to new information.

October 22, 2024

Ellen M. Shapiro

**EXHIBIT A**



# Ellen M. Shapiro

Graphic Designer, Writer, Expert Witness
Visual Language LLC
25 Whitetail Road
Irvington, NY 10533
914 374-8144
ellen@visualanguage.net | http://visualanguage.net

I'm the principal of a NYC metro area design firm that specializes in logotypes and trademarks, branding and marketing programs.

As a designer and writer, I create graphic identities and print and online communications. Clients have included the Academy for Jewish Religion, American Baptist Churches, American Express Travel Related Services Co., American Technion Society, Booz-Allen, Condé Nast, ContraFect Corporation, Deloitte, Dun&Bradstreet Credit Services, the Guggenheim Museum, International Typeface Corporation, Milbank Tweed, Morgan Stanley, Professional Children's School, Schlumberger Ltd., United Hospital Fund.

As a designer-entrepreneur, I write, design, and sell educational materials that help all children learn to read, write, and spell. Please see TheAlphagramShop.etsy.com

As a design journalist, I report on trends, personalities, and issues in design across the USA and around the world.

As an expert witness, I help attorneys and their clients in trademark and copyright cases and related litigation by developing strategies and creating diagrammatic exhibits that succinctly and clearly demonstrate the merits of the client's case.

## Adjunct Faculty Member

**Hudson River Community Education**
"Build a Successful Online Business"
2022 – present

**Marymount Manhattan College**
Developed syllabus and taught "Typography InDesign"
undergraduate course
Fall 2019

**HOW Design University**
Online class, "Designing Your Personal Brand"

**Purchase College, SUNY**
School of Art+Design
Senior Seminar on transforming student work and building a professional portfolio
Spring 2001–2003

**University of Baltimore**
Master class in developing design products for grad students in Communication Design
Spring 2002

**School of Visual Arts, New York, NY**
"Designer as Author" MFA Design program
Thesis preparation instructor
Fall 1999 and 2000

**Parsons School of Design, New York, NY**
Typography II and Corporate Design
1985–90

**Pratt Institute, New York, NY**
Visual Communications I and II for MFA students;
thesis advisor
1976–79

## Professional Activities

Member, New York Type Directors Club
Former board member, New York and Metro-North
Chapters, AIGA Professional Association for Design;
Conference speaker, including keynote
Design competition judge

Former Board Member, RiverArts
Provide pro bono design and photography for
Romemu and other synagogues
The Garden Club of Irvington
The Village of Irvington

Ellen M. Shapiro
page 2

## Author, Books, Magazine Articles, Blogs

### Author, The Graphic Designer's Guide to Clients

Allworth Press, Revised Edition 2014 (256 pp, softcover, illustrated); inside iconic client-designer case studies

### Author, Clients and Designers

Watson-Guptill, 1990. (176 pp, hardbound, 250 illus.) Interviews with CEOs and managers who explain how design helps increase awareness, support, and profits

### Chapters in Anthologies

Essays in books including *Education of a Design Entrepreneur, MTIV for the New Media Designer, Design Culture, Professional Practices in Graphic Design*

### Freelance Design Journalist

Adobe Creative Cloud Blog, cover stories for HOW, Graphis, AIGA Journal, Critique, U&lc, Blueprint (UK), Garden Design, Fan, The Forward

### Contributor, Communication Arts Magazine

Since 1991, I've contributed more than 75 features to C.A., including profiles of designers, illustrators, photographers, and agencies around the world. Selected to write lead stories including "The Future of Design Organizations, Imperiled or Promising?"

### Contributing Editor, Print Magazine, Printmag.com

Develop, write, and photograph stories on international trends and events in design. Topics range from a quirky Chinese pictorial dictionary to Goldman Sachs' bespoke typeface. Recently, how the Adaptive Design Association creates bespoke furnishings for people with disabilities; inside Thailand's Design Museum; and preview of *My First Book of Fancy Letters* by artist Jessica Hische
See printmag.com/author/ellen-shapiro

## I Have Served as an Expert Witness on These Cases:

### Steven A. Conner DPM, PC v. Optum360, LLC

for Bock, Hatch, Lewis & Oppenheim LLC ("Class Lawyers), Chicago, IL

2018

Rendered opinion on the legibility of an opt-out notice on a fax from Optum 360 according to FCC "clear and conspicuous" regulations. Prepared 17-page report with five detailed exhibits. Deposition.

### Davies v. WW Grainger, Inc.

for Bock, Hatch, Lewis & Oppenheim LLC ("Class Lawyers), Chicago, IL

2017

Analyzed typography and all other graphic elements in a fax from Grainger that was the subject of a class action. Prepared 18-page report with seven detailed exhibits. This four-year-old case settled soon after my report was served on the opposing party.

### Aaron Clark v. Disney et. al.

for TechPERTS, Inc., Lisle, IL

2009

Created point-by-point comparison with illustrated color exhibits to assist in Mr. Clark's attempt to prove that Disney's Hannah Montana singing posters infringed his patent.

### North Jersey Media Group v. The Leader News

for Beattie Padovano, Montvale, NJ (via the TASA Group)

2008

Document review and consultation re typesetting of legal announcement ads; measured and evaluated type sizes and column widths of ads in two newspapers.

### Twentieth-Century Fox Film Corporation v. Marvel Enterprises Inc.

for Frankfurt Garbus Kurnit Klein & Selz, PC, NY

2002

Analyzed and compared the specific "Mutant X" and "X-Men" logos in question to prove that the designer of the Mutant X logo for Twentieth-Century Fox, the defendant, did not copy Marvel's X-Men logo. Prepared 40-page report with 11-page opinion and 12 exhibits. Deposition.

### Pantone, Inc. v. Esselte Letraset

1989

Second Circuit Court of Appeals, NY. Testified on behalf of Letraset that the Pantone Matching System was not the only color system used by graphic designers and printers. Presented evidence of various other color systems and how they function.

**Ellen M. Shapiro**
page 3

## Previous Positions

**Partner, Design Concern**

A boutique print and environmental graphics office serving New York and national corporate, financial, educational and institutional clients.

**Senior Designer, The Barton-Gillet Co.**

Institutional marketing consultants. Designer of fundraising and recruiting materials for leading colleges and universities, arts and health care organizations.

**Senior Designer, Lubalin, Smith, Carnase Inc.**

Assistant to legendary designer Herb Lubalin. Contributed to logo, packaging and editorial design, including the first issues of *U&lc, the international journal of typo-graphics*.

**Art Director, UCLA Alumni and Development Center**

Designer of alumni communications, posters and periodicals, including the award-winning *UCLA Monthly*.

## Awards and Honors

**Design Awards Include**

AIGA Communication Graphics, Design for the Public Good, LA and NY Art Directors Clubs (gold and silver medals), Society of Publication Designers, Type Directors, Communication Arts, Graphis, Print Regional

**Work Featured in Books Including**

*Women in Graphic Design; The Business of Graphic Design; Graphic Design: New York; Design in Depth; Writing and Research for Graphic Designers; The Strategic Designer.*

## Education

**B.A., Design/Media Arts**

*Magna cum laude*, 1970
College of Fine Arts, University of California, Los Angeles. Minor in African studies; coursework in journalism, the critical essay, photography

Continuing education courses at NYU, The New School, Hudson Valley Writers' Center