# EXHIBIT 12

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

NICKY LAATZ,                              )
                                          )
        PLAINTIFF,                        )
                                          )
        VS.                               ) Case No.
                                          ) 5:22-cv-04844-BLF-VKD
ZAZZLE INC. and MOHAMED                   )
ALKHATIB,                                 )
                                          )
        DEFENDANTS.                       )
_____)

VIDEOTAPED DEPOSITION OF JEFF KINRICH

TRANSCRIPT MARKED HIGHLY CONFIDENTIAL

ATTORNEYS' EYES ONLY

FRIDAY, NOVEMBER 22, 2024, 9:08 A.M.

LOS ANGELES, CALIFORNIA

Reported by Desiree Cooks, CSR No. 14075

Job No. 7007254

Pages 1 - 371

Page 1

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

NICKY LAATZ,                              )
                                          )
          PLAINTIFF,                      )
                                          )
          VS.                             )   Case No.
                                          )   5:22-cv-04844-BLF-VKD
ZAZZLE INC. and MOHAMED                   )
ALKHATIB,                                 )
                                          )
          DEFENDANTS.                     )
_____)

THE VIDEOTAPED DEPOSITION OF JEFF KINRICH, taken at 11835 West Olympic Boulevard, Suite 1000, Los Angeles, California 90064, on Friday, November 22, 2024, at 9:08 a.m., before Desiree Cooks, Certified Shorthand Reporter, in and for the State of California.

                                                    Page 2

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

APPEARANCES:

For the Plaintiff:

    BARTKO LLP

    BY: STEPHEN C. STEINBERG, ESQ.

    --  CASEY MATTHEWS, ESQ. (appearing via Zoom)

    1100 Sansome Street

    San Francisco, California 94111

    (415) 956-1900

    Ssteinberg@bzmlaw.com

    Cmathews@bartkolaw.com


For the Defendants:

    QUINN EMANUEL URQUHART & SULLIVAN

    BY: THOMAS NOLAN, ESQ.

    --  DANIEL POSNER, ESQ. (appearing via Zoom)

    865 South Figueroa Street, 10th Floor

    Los Angeles, California 90017

    (213) 443-3225

    Thomasnolan@quinnemanuel.com

    Danposner@quinnemanuel.com


Also present:

    Jacob Florez, Videographer

    Dominic Persechini, appearing via Zoom

    Plaintiff's Expert Witness

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

INDEX

WITNESS: JEFF KINRICH

EXAMINATION                                                          PAGE

BY MR. STEINBERG                                                        8


INFORMATION REQUESTED

PAGE      LINE

(NONE)


DOCUMENTS REQUESTED

PAGE      LINE

(NONE)


WITNESS INSTRUCTED NOT TO ANSWER

PAGE      LINE

(NONE)

Page 4

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

INDEX TO EXHIBITS

EXHIBIT                                                    MARKED

Exhibit 309    Invoices dated November 4, 2024      100
Exhibit 310    Invoices dated September 25,         100
               2024

Exhibit 311    Invoices dated August 29, 2024       100

Exhibit 312    5 Nimmer on Copyright               125
               Section 14.03

Exhibit 313    Copyright-Damages-Defendant's        142
               Profits, 17.34

Exhibit 314    Nicky Laatz Fonts - EULA            291

Exhibit 315    Blog "How Nicky Laatz Designed      327
               Her Way to One Million Dollars"
               Article

Exhibit 316    Nicky Laatz Fonts - Server          334
               License - Stone Harbour
Exhibit 317    Receipt, Bates-stamped             334
               LAATZ507376

Exhibit 318    Article, "Pfeifer v. John Crane,   353
               Inc. 220 Cal.App.4th 1270 (2013)
Exhibit 319    The Fontspring Desktop Font End     364
               User License Agreement,
               Version 1.7.0 - February 26th,
               2017

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

PREVIOUSLY MARKED EXHIBITS

| EXHIBIT | IDENTIFIED |
|---|---|
| Exhibit 177 | 164 |
| Exhibit 189 | 283 |
| Exhibit 246 | 149 |
| Exhibit 249 | 156 |
| Exhibit 250 | 10 |
| Exhibit 251 | 247 |

Page 6

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

FRIDAY, NOVEMBER 22, 2024, 9:08 A.M.

LOS ANGELES, CALIFORNIA

09:08:39

THE VIDEOGRAPHER:  This is Jacob Florez, 09:08:39
the videographer.  I represent Veritext Legal 09:08:48
Solutions in Los Angeles, California.  I'm a 09:08:51
California notary public, Number 2365264.  I am not 09:08:53
financially interested in this action, nor am I a 09:08:58
relative or employee of any attorney or any party. 09:09:02
Today's date is November 22nd, 2024.  The current 09:09:05
time on the monitor is 9:08 a.m.  We're on record. 09:09:09

This deposition is taking place at 09:09:12
11835 West Olympic Boulevard, Number 1000, Los 09:09:15
Angeles, California 90064.  This is the deposition 09:09:16
of Jeff Kinrich in the matter of Laatz vs. Zazzle, 09:09:28
Inc., et al.  Case number: 5:22-cv-04844-BLF-VKD. 09:09:32

Would counsel in this room please 09:09:35
introduce themselves for the record. 09:09:44

MR. STEINBERG:  Yes.  Stephen Steinberg 09:09:45
from Bartko LLP, representing the plaintiff, Nicky 09:09:47
Laatz. 09:09:47

And also attending by Zoom is my colleague 09:09:50
Casey Matthews and Dominic Persechini, an expert on 09:09:55
our side. 09:09:58

MR. NOLAN:  Thomas Nolan of Quinn Emanuel 09:09:59

Page 7

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Urquhart & Sullivan for the defendants.  My colleague with Quinn Emanuel, Daniel Posner, I believe, is also on the Zoom.

THE VIDEOGRAPHER:  Thank you.

Will our court reporter please swear in our witness.

JEFF KINRICH,

having been first duly sworn, testifies as follows:

EXAMINATION

BY MR. STEINBERG:

Q   Good morning, Mr. Kinrich.

A   Good morning.

Q   Can you state your name and address for the record, please.

A   Jeffrey Kinrich here with Analysis Group, 333 South Hope Street, Suite 2700, Los Angeles, California 90071.

Q   Now, Mr. Kinrich, you've been deposed before; correct?

A   Yes.

Q   How many times?

A   260, 280, something like that.

Q   Wow, okay.  So just a few.

A   Just a few.

Q   All right.  And have you always been

Page 8

a moment, you said this is a complete list of your    11:10:04
testimony since 2017; is that right?    11:10:13

A    Yes, up until the date of the report.    11:10:15
There's been a couple since then.    11:10:17

Q    There's a case that I found in looking for    11:10:18
past ones involving you called Tessera v. Toshiba.    11:10:26

A    Tessera.    11:10:32

Q    Tessera, I'm sorry.  I don't see that    11:10:36
listed in your CV here.    11:10:37

Is there a reason that one's omitted?    11:10:39

A    I don't think I testified.    11:10:41

Q    You didn't testify in that case?    11:10:43

A    No.    11:10:44

Q    Okay.  Either at deposition nor at trial?    11:10:44

A    No.    11:10:47

Q    What about in the Toyo Tires v. Doublestar    11:10:51
case?  Did you testify in deposition or trial in    11:10:55
that case?    11:10:56

A    I don't -- certainly not at trial.  I    11:10:56
don't know if I testified in deposition or not.  If    11:10:58
I did, it was before 2017.    11:11:01

Q    Who retained you in this case?    11:11:08

A    Zazzle, through counsel.    11:11:10

Q    Was it Zazzle that contacted you first or    11:11:15
counsel?    11:11:20

Page  93

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

A    Counsel.                                                11:11:20

Q    And who from Quinn Emanuel contacted you?             11:11:21

MR. NOLAN:  I'll object based on privilege               11:11:26
and ask the witness not to reveal the substance of       11:11:30
any communications with counsel.                         11:11:33

THE WITNESS:  I believe it was probably                  11:11:34
Dan Posner.  I'm not 100 percent certain.                11:11:36

BY MR. STEINBERG:                                        11:11:39

Q    And when did he first contact you about             11:11:39
this case?                                               11:11:40

A    I don't have a recollection.  I'm going to          11:11:41
tell you my belief.  It was earlier this year,           11:11:50
probably spring or early summer, but that's just an      11:11:53
impression, not a recollection.                          11:11:59

Q    Of 2024?                                            11:12:00

A    Yes.                                                11:12:02

Q    And do you recall when you were formally            11:12:05
retained?                                                11:12:08

A    I do not.                                           11:12:08

Q    And is your engagement letter with Quinn            11:12:09
Emanuel or with Zazzle?                                  11:12:11

A    If it's my standard engagement letter,             11:12:12
which is 99 percent likely, it would be addressed to     11:12:15
Quinn Emanuel with a counter signature by Zazzle to      11:12:19
agree to pay us.                                         11:12:22

Page 94

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

REPORTER'S CERTIFICATION

I, Desiree Cooks, Certified Shorthand Reporter in and for the State of California, do hereby certify:

That the foregoing witness was by me duly sworn; that the deposition was then taken before me at the time and place herein set forth; that the testimony and proceedings were reported stenographically by me and later transcribed into typewriting under my direction; that the foregoing is a true record of the testimony and proceedings taken at that time.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

IN WITNESS WHEREOF, I have subscribed my name on this date:

Desiree Cooks, CSR No. 14075

Page 371