# EXHIBIT 13

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY**, that the attached are photocopies of the following items which appear in the correspondence files of the Copyright Office for the work entitled **PRECOLOMBINA: 1-11616734841.**

1. Automated email from Copyright Office sent to remitter 08/16/2022 10:32:37 PM.

2. Automated email from Copyright Office sent to remitter 08/16/2022 10:35:58 PM.

3. Automated email from Copyright Office sent to remitter 08/16/2022 10:37:04 PM.

4. Email from Janice Pena Examiner – Literary Division U.S. Copyright Office (cop-ad@loc.gov), sent 09/08/2022 07:50:31 PM to Manuel Del Prado Cerchiaro (manuel711@gmail.com).

5. Email to Janice (cop-ad@loc.gov), received 10/09/2022 12:56:34 PM from Manuel Del Prado (manuel711@gmail.com).

6. Email from Janice Pena Examiner – Literary Division U.S. Copyright Office (cop-ad@loc.gov), sent 10/26/2022 02:52:22 PM.

7. Email to (cop-ad@loc.gov), received 10/31/2022 11:51:02 AM.

8. Email from Janice Pena Examiner – Literary Division U.S. Copyright Office (cop-ad@loc.gov), sent 11/23/2022 02:27:09 PM.

9. Email to (cop-ad@loc.gov), received 11/25/2022 01:11:19 PM.

10. Email from Janice Pena Examiner – Literary Division U.S. Copyright Office (cop-ad@loc.gov), sent 11/29/2022 10:54:33 AM.

11. Email to (cop-ad@loc.gov), received 12/05/2022 12:58:37 PM.

12. Email from Janice Pena Examiner – Literary Division U.S. Copyright Office (cop-ad@loc.gov), sent 12/14/2022 03:58:36 PM.



13. Email to (cop-ad@loc.gov), received 12/16/2022 12:37:19 PM from Manuel Del Prado (manuel711@gmail.com).

14. Email from Janice Pena Examiner – Literary Division U.S. Copyright Office (cop-ad@loc.gov), sent 12/16/2022 01:11:52 PM.

15. Email to (cop-ad@loc.gov), received 12/23/2022 10:55:47 AM from Manuel Del Prado (manuel711@gmail.com).

16. Email from Janice Pena Examiner – Literary Division U.S. Copyright Office (cop-ad@loc.gov), sent 01/21/2023 06:57:46 PM.

17. Email to (cop-ad@loc.gov), received 01/23/2023 10:58:51 AM from Manuel Del Prado (manuel711@gmail.com).

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on March 13, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Jarletta Walls
       Division Head
       Records Research and Certification
       Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

## Correspondence Activities Report

**SR** 1-11616734841
**Activity Type:** Email - Outbound
**Created on:** 08/16/2022 10:32:37 PM
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Precolombina were received by the U.S.Copyright Office on 8/16/2022.

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-11616734841 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-11616734841. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 08/16/2022 10:35:58 PM
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-11616734841

File Name :precolombina.pdf
File Size :397357 KB
Date/Time :8/16/2022 10:34:15 PM

[THREAD ID: 1-5C4HD7F]

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 08/16/2022 10:37:04 PM
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-11616734841

File Name :precolombina.pdf
File Size :397357 KB
Date/Time :8/16/2022 10:34:15 PM

[THREAD ID: 1-5C4HDF6]

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 09/08/2022 07:50:31 PM
**Subject:** 1-11616734841 Precolombina
**Body:**

Dear Manuel Del Prado Cerchiaro:

I am writing because you have described the new authorship in this work as "source code", but the work submitted does not contain source code. In addition, you have indicated that you intend to register a typeface, but the requirements for registration of a font have not been met.

Please respond to the questions below within 45 days and include the [THREAD ID], using the brackets, as part of your response. The [THREAD ID] is located below the Examiner's signature block. The [THREAD ID] must be in the body of your response, NOT the subject line. If you put the [THREAD ID] in the subject line, we will not get your message.

The Copyright Office will not register coordinates generated by a third party program as a computer program. While the XML code of the fonts may be registered, the Copyright Office will not register XML as a computer program because XML is a markup language that merely formats the text/files on a webpage and does not constitute source code.

When submitting an application to register XML code, the applicant must assert either in the application or through correspondence that the entire XML deposit was hand-coded and not generated by a third party program.

In order to proceed with this application, please respond to each of the following:

1. Please submit a new copy of the work containing all of the XML code per the instructions provided below.

2. Please confirm that all of the XML code was hand-coded.

3. Please confirm that I may amend the application to describe the new authorship in this work as "XML code."

If the situation is otherwise, please explain.

UPLOAD INSTRUCTIONS

*Log into your eCO account at https://eco.copyright.gov/eService_enu/.
*Select the link for this case [SR #1-6484427313] from the list of open cases.
*Click the green "select files to upload" button – this opens a dialog box allowing you to browse and select a file from your computer.
*Highlight the file you want and click "open" in the dialog box.
*On the main screen, confirm the file you want is displayed. To remove a file, click the

orange "Remove" button.
*Click the blue "start upload" button. When the upload is complete, the message "successfully uploaded" will appear.
*Once you are satisfied the correct file has been uploaded, click the green button on the right – it says "click here to complete your submission."
You will receive an e-mail confirming your upload. (Please allow up to one hour.) An upload tutorial is available at http://copyright.gov/eco/eco-upload.pdf (begin on page 5).

IMPORTANT NOTE: The THREAD ID appearing at the end of this message MUST be included within the body of your response in order for your message to be properly routed. When replying to this message, make sure to copy the whole THREAD ID, including brackets, and paste it into the body of your response, preferably after the greeting. DO NOT include the THREAD ID in the subject line of your reply. If you put the THREAD ID in the subject line, we will not get your message.

Failure to comply exactly with our instructions will result in your email not being connected to your application, and your case will be closed without further correspondence from us.

Sincerely,

Janice Pena
Examiner - Literary Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-5DHWV9X]

**Activity Type:** Email - Inbound
**Created on:** 10/09/2022 12:56:34 PM
**Attachment:** Y
**Subject:** Re: 1-11616734841 Precolombina
**Body:**

Dear Janice

Thanks for providing me with more details about my current application.
Before I amend this application as suggested, please let me try to clarify if the steps you have suggested are suitable for the new authorship:

*1. Please submit a new copy of the work containing all of the XML code per the instructions provided below.* What exactly is a copy of the work containing all of the XML code? Is it a .pdf file containing the glyphs (letter, punctuation and numbers) that were created? Otherwise, please explain.

"2. Please confirm that all of the XML code was hand-coded."
Please specify the type of document that is needed for this, and where to submit it in the application.

"3. Please confirm that I may amend the application to describe the new authorship in this work as "XML code." "
Is this the requirement for an author to register any font? XML code instead or source code?

I appreciate your education.

Manuel DelPrado

**Activity Type:** Email - Outbound
**Created on:** 10/26/2022 02:52:22 PM
**Subject:** Re: 1-11616734841 Precolombina
**Body:**

Thanks for your response.

In answer to your question, XML or other mark-up code may be used to create a font. When that type of authorship has been hand-coded, it may contain sufficient creative authorship to be registrable.

In other cases, however, the author may merely assign coordinates to a particular letterform and then use a third party program to render typeface or typefont from those coordinates.

Your inquiry suggests that this second method may be how you created the font submitted with this application. If so, please confirm.

If the situation is otherwise, please explain in your reply.

Please respond within 45 days so that I may continue processing your application.

Sincerely,

Janice Pena
Examiner - Literary Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-5DHWV9X]

**Activity Type:** Email - Inbound
**Created on:** 10/31/2022 11:51:02 AM
**Attachment:** Y
**Subject:** Re: 1-11616734841 Precolombina
**Body:**

Thanks for following up.
Regarding your explanation, although no specific examples were provided, in this case every letter form was drawn on paper by the author, then the image of every letterform was modified using a software in order to make changes according to the style of authorship. In more simple words; every glyph was drawn on paper, a picture of that paper was taken, the picture was modified using software like Adobe Illustrator (Fontself), then the software was used to convert all letterforms into a suitable file to use as a typeface.
I have provided a .pdf of the code, and that is the reason I chose that option to register this work.
Additionally, I previously searched for similar applications and recommended way(s) to register this type of authorship in this office. An example of another font that's been registered with this method was share with me by the author. I'm providing you with the related details as an example for your convenience: Barn Dance TX0008773701
If in any case, this information does not answer your questions, please provide me with more details about any other specific requirement(s) in order to continue with my application.

Best regards

**Activity Type:** Email - Outbound
**Created on:** 11/23/2022 02:27:09 PM
**Subject:** Re: 1-11616734841 Precolombina
**Body:**

Thanks for your response. With regard to the completed registration that you mentioned, however, please note that copyright registrations carry no precedential value; each is judged on its own merits by the assigned examiner and the fact that a similar claim was registered or refused has no bearing on the outcome of a subsequent claim.

As previously explained, in some cases, the Copyright Office will register a claim in the font code, provided that the applicant confirms that it was hand coded. It is not clear from the information you provided that this is true for the submitted work.

Your response states "then the software was used to convert all letterforms into a suitable file to use as a typeface." This description suggests that you work was not hand-coded by the author but, instead, was generated by the software. Is that correct?

Please respond within 45 days so that I can continue reviewing the application.

Sincerely,

Janice Pena
Examiner - Literary Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-5DHWV9X]

**Activity Type:** Email - Inbound
**Created on:** 11/25/2022 01:11:19 PM
**Attachment:** Y
**Subject:** Re: 1-11616734841 Precolombina
**Body:**

Thanks for following up on my current application.

With regard to your previous response, the similar claim in question was provided to you with the scope of helping you identify the process that was used to create the work I have submitted. That registration was provided as an example. It was shared with me by the author in order to ease your examination procedures. We decided that it could be helpful for your team to have this example because we used similar techniques to create our work. However, no precedential value or similar requests is associated with my application or previous communications.

Pertaining to what you have stated here:
[Your response states "then the software was used to convert all letterforms into a suitable file to use as a typeface."  This description suggests that you work was not hand-coded by the author but, instead, was generated by the software.  Is that correct?] This is incorrect. As previously stated:
"every glyph was drawn on paper, a picture of that paper was taken, the picture was modified using software". Every letterform was drawn on paper.
Additionally, based on my knowledge it is not possible to create letterforms with our hands and then use those letterforms as a digital file without having to use software to convert them. A software is needed to separate each letter and to put them in a suitable file that I can use and share with other people.

I hope this clarifies your concerns, but in case you need other details in order to complete your examination, please contact me.

Best regards

**Activity Type:** Email - Outbound
**Created on:** 11/29/2022 10:54:33 AM
**Subject:** Re: 1-11616734841 Precolombina
**Body:**

Thanks for your response.  Apologies if my previous question was unclear.

Aa it states, the question is whether the FONT CODE was "hand-coded," not whether the letters in the font were drawn by hand.

In other words, did the author write each line of the code that you submitted in the deposit copy?  Or were the lines of code generated by the software used to convert them?

Note that a font or typeface, mere variations of typographical ornamentation, and lettering or coloring not subject to copyright. 37 CFR 202.1(a)(e). As a result, the only basis for a registration for a work such as this is the font code itself.

Since any copyrightable authorship must be created by a human -- and not automatically generated by software that merely converts it into code -- we need to determine that the font code itself was written by the author.

I hope this better clarifies my question.

Please respond within 45 days so that I can continue reviewing the application.

Sincerely,

Janice Pena
Examiner - Literary Division
U.S. Copyright Office


When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-5DHWV9X]

**Activity Type:** Email - Inbound
**Created on:** 12/05/2022 12:58:37 PM
**Attachment:** Y
**Subject:** Re: 1-11616734841 Precolombina
**Body:**

Thanks for the clarification provided.

With regard to the font code specifically, in this case all of the curves, node points, and the relationships between those points and curves for all the characters were hand-edited and hand-placed by me in creating this font.

I also wrote the scripts and lookup tables entirely by hand to describe the OpenType features such as kerning, ligatures, and alternates.
I then used my font creation program (Fontself) to compile my hand created elements, along with required standardized code for all fonts (which I'm disclaiming), into a usable font file.

Please let me know if you need any other details regarding the font code creation process for my current application.

**Activity Type:** Email - Outbound
**Created on:** 12/14/2022 03:58:36 PM
**Subject:** Re: 1-11616734841 Precolombina
**Body:**

I appreciate that you have described the specific actions that you took in creating this work, but none of them explicitly state that you hand-wrote any of the lines of code.

Hand-writing the code does not refer to placing points and curves inside the software. Rather, it refers to writing the actual lines of code as submitted.

Did you hand-write, for example, the following lines of text?

```
SplineSet
50 700 m 1
477 700 l 1
477 0 l 1
50 0 l 1
50 700 l 1") ...
```

If so, we need you to state definitively for the legal record that you hand-coded the lines of text that were submitted and that they were not generated by the software.

Once we have confirmed the facts of authorship of the work, we can proceed accordingly.

Sincerely,

Janice Pena
Examiner - Literary Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-5DHWV9X]

**Activity Type:** Email - Inbound
**Created on:** 12/16/2022 12:37:19 PM
**Attachment:** Y
**Subject:** Re: 1-11616734841 Precolombina
**Body:**

I'm writing to follow up on your previous message regarding the registration of my work.

This is to confirm that I hand-wrote the code blocks for the scripts, features, classes, lookups and anchors. of the font: Precolombina, that I am registering with the U.S. Copyright Office. I then merged my hand-written code blocks using a code compiler software where I corrected syntax errors and added changes to the script according to my style preferences before validating the OpenType layout.

Sincerely,
Manuel Del Prado
[THREAD ID:1-5DHWV9X]

**Activity Type:** *Email - Outbound*
**Created on:** 12/16/2022 01:11:52 PM
**Subject:** Re: 1-11616734841 Precolombina
**Body:**

Thank you for this confirmation. So that the record will make clear that the registration extends only to the portions of the code that were hand-coded by you, please authorize me to amend the Material Excluded statement to add "non-hand-coded source code."

Sincerely,

Janice Pena
Examiner - Literary Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-5DHWV9X]

**Activity Type:** *Email - Inbound*
**Created on:** 12/23/2022 10:55:47 AM
**Attachment:** Y
**Subject:** Re: 1-11616734841 Precolombina
**Body:**

With regard to my current application, I authorize you to amend the Material Excluded statement to add "non-hand-coded source code"

Sincerely,

Manuel Del Prado
[THREAD ID:1-5DHWV9X]

**Activity Type:** *Email - Outbound*
**Created on:** 01/21/2023 06:57:46 PM
**Subject:** Re: 1-11616734841 Precolombina
**Body:**

Thanks for your response.  In our previous correspondence, we clarified that the claim should be described as "font code."  My apologies that my previous email used the term "source code."

Please confirm that I may amend the authorship accordingly and that the Material Excluded statement may be added to read "non-hand-coded font code."

Sincerely,

Janice Pena
Examiner - Literary Division
U.S. Copyright Office


When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-5DHWV9X]

**Activity Type:** *Email - Inbound*
**Created on:** 01/23/2023 10:58:51 AM
**Attachment:** Y
**Subject:** Re: 1-11616734841 Precolombina
**Body:**

> **CAUTION:** This email message has been received from an external source. Please use caution when opening attachments, or clicking on links.

Thanks for following up. Regarding your previous message, I'm writing to confirm my authorization for you to amend the Material Excluded statement to add "non-hand-coded font code", and to amend the authorship accordingly.

Sincerely,

Manuel Del Prado
[THREAD ID:1-5DHWV9X]