# EXHIBIT 14

```
Type of Work:         Computer File

Registration Number / Date:
                      TXu002048915 / 2017-06-15

Application Title: Headline Helpers SGOT Four Std Computer Program.

Title:                Headline Helpers SGOT Four Std Computer Program.

Description:          Electronic file (eService)

Copyright Claimant:
                      James R. Spiece.

Date of Creation:  2017

Authorship on Application:
                      James R. Spiece; Domicile: United States; Citizenship:
                         United States. Authorship: Additional computer program
                         text.

Pre-existing Material:
                      FontLab Fontographer program code.

Basis of Claim:     Additional computer program text.

Rights and Permissions:
                      James R. Spiece, Spiece Graphics, 6636 Quail Ridge Lane,
                         Fort Wayne, IN, 46804-2876, United States, (260)
                         436-9549, sggraphics@earthlink.net

Names:                Spiece, James R.

===============================================================================
```