# EXHIBIT 15

```
Type of Work:         Computer File

Registration Number / Date:
                      TXu002052932 / 2017-07-19

Application Title: Headline Helpers SGOT Five Std Computer Program.

Title:                Headline Helpers SGOT Five Std Computer Program.

Description:          Electronic file (eService)

Copyright Claimant:
                      James R. Spiece.

Date of Creation:  2017

Authorship on Application:
                      James R. Spiece; Citizenship: United States. Authorship:
                         computer program, Additional computer program text.

Pre-existing Material:
                      computer program, FontLab Fontographer program code.

Basis of Claim:    computer program, Additional computer program text.

Rights and Permissions:
                      James R. Spiece, Spiece Graphics, 6636 Quail Ridge Lane,
                         Fort Wayne, IN, 46804-2876, United States, (260)
                         436-9549, sggraphics@earthlink.net

Names:                Spiece, James R.

================================================================================
```