# EXHIBIT 16

```
Type of Work:        Computer File

Registration Number / Date:
                     TXu002056145 / 2017-08-01

Application Title: Sheridan Gothic SGOT Bold Std Computer Program.

Title:               Sheridan Gothic SGOT Bold Std Computer Program.

Description:         Electronic file (eService)

Copyright Claimant:
                     James R. Spiece.

Date of Creation:    2017

Authorship on Application:
                     James R. Spiece; Domicile: United States; Citizenship:
                        United States. Authorship: Additional computer program
                        code.

Pre-existing Material:
                     computer program, FontLab Fontographer program code.

Basis of Claim:      Additional computer program code.

Rights and Permissions:
                     James R. Spiece, Spiece Graphics, 6636 Quail Ridge Lane,
                        Fort Wayne, IN, 46804-2876, United States, (260)
                        436-9549, sggraphics@earthlink.net

Copyright Note:      C.O. correspondence.

Names:               Spiece, James R.


============================================================================
```