# EXHIBIT 17



Patrick M. Ryan
pryan@bzbm.com
Stephen C. Steinberg
ssteinberg@bzbm.com

Our File:  2885.000

September 30, 2021

Via Personal Delivery, FedEx, and Email

Liana Larson, Esq.                          Zazzle, Inc.
Associate General Counsel                   811 Sandhill Road
Zazzle, Inc.                                Reno, NV 89521
50 Woodside Plaza #231
Redwood City, CA 94061
*liana.larson@zazzle.com*
*copyright@zazzle.com*

Zazzle, Inc.
c/o Incorporating Services, Ltd.
3500 South DuPont Highway
Dover, DE 19901

    Re:    Infringement of Copyrights and Trademark Rights Belonging to Nicky Laatz

Dear Ms. Larson or Whomever This May Concern:

    We represent Nicky Laatz and her company, Nicky Laatz Creations UK, Ltd. (together, "Nicky Laatz").  Nicky Laatz designs and creates original font designs and offers licenses for limited use of the same.  Nicky Laatz created and is the exclusive owner of the "Blooming Elegant," "Blooming Elegant Hand," and "Blooming Elegant Sans" fonts, which are protected by U.S. Copyright Reg. Nos. TX0008984762, TX0008984764, and TX0008984766 (collectively, the "Blooming Elegant Font Trio").  Nicky Laatz also has trademark rights to the mark "Blooming Elegant," which she has used in commerce since at least 2016.

    Zazzle, Inc. ("Zazzle") through its website, Zazzle.com and/or Zazzle.co.uk, has been reproducing, distributing, and displaying the Blooming Elegant Font Trio, as well as advertising, offering for sale, selling, and distributing goods and services using the Blooming Elegant Font Trio and the "Blooming Elegant" mark without consent or authorization.  Zazzle offers numerous customizable products of various kinds, such as business cards, invitations, and shirts, that use one or more of the fonts of the Blooming Elegant Font Trio.  From just a cursory review of Zazzle's website, its unauthorized use of the Blooming Elegant Font Trio appears to be extensive.  For example, here is a screenshot of Zazzle's business cards webpage showing and offering for sale business cards using the Blooming Elegant Font Trio:

*A Professional Law Corporation*

One Embarcadero Center · Suite 800 · San Francisco, CA 94111
phone: 415.956.1900    fax: 415.956.1152    bzbm.com

Zazzle, Inc.
September 30, 2021
Page 2



Even more concerning is that Zazzle enables users of its website to use and reproduce the fonts of the Blooming Elegant Font Trio on their own products.  For example, here are screenshots of Zazzle's design webpage showing how it reproduces and enables its users to reproduce all three fonts of the Blooming Elegant Font Trio:



Zazzle, Inc.
September 30, 2021
Page 3



    Zazzle's current and continuous use in the past year is especially troubling since John Laatz, a representative for Nicky Laatz, notified Zazzle of its unauthorized usage as early as August 2020 and corresponded with Ms. Larson directly about the same.  Zazzle does not have, and has never had, a license of any kind to use the Blooming Elegant Font Trio.

2885.000/1664177.1

Zazzle, Inc.
September 30, 2021
Page 4

Accordingly, Zazzle's unauthorized use of the Blooming Elegant Font Trio constitutes copyright infringement under 17 U.S.C. § 501 *et seq.* and entitles Nicky Laatz to injunctive relief and actual or statutory damages pursuant to 17 U.S.C. §§ 502, 503, 504, including enhanced statutory damages for willful infringement.  *See* 17 U.S.C. §504(c)(2).

Zazzle's unauthorized use of the "Blooming Elegant" mark in its advertising, offering for sale, and selling of various goods and services also constitutes trademark infringement under 15 U.S.C. § 1125(a) and related California state laws, which also entitles Nicky Laatz to injunctive relief, Zazzle's profits, and her damages, which can also be trebled.  *See* 15 U.S.C. § 1117(a).

To the extent that Zazzle may try to rely upon the fact that an individual named "Howdy Mohamed" who may have worked for Zazzle purchased a Standard License for the Blooming Elegant Font Trio from Creative Market on or around May 4, 2017, Zazzle's reliance would be improper.  First, Zazzle cannot rely on this license because it is not the license holder—Howdy Mohamed is.  Second, even if Zazzle were a party to this license, this ***limited*** use license specifically prohibits the license holder from reselling, sharing, transferring, displaying, or otherwise distributing any or all of the fonts in the Blooming Elegant Font Trio, which is exactly what Zazzle has done.

Nicky Laatz demands that Zazzle immediately cease and desist from any and all use, reproduction, distribution, or display of the Blooming Elegant Font Trio, and any and all use of the "Blooming Elegant" mark, or any confusingly similar mark, in connection with any advertising, offering, or selling of its goods and services.  In addition, Nicky Laatz demands that Zazzle promptly provide a complete and accurate accounting of its uses of the Blooming Elegant Font Trio and "Blooming Elegant" mark so that she can ascertain the full extent of her damages and Zazzle's profits, and engage in negotiations to see if this dispute can be resolved.

Please respond to this letter within seven (7) days, or by **October 7, 2021**, confirming receipt and your agreement that Zazzle will comply with the demands herein, and to further schedule a phone call to discuss the details of the requested accounting and the resolution of this matter.

Nicky Laatz would like to resolve these issues promptly and privately, if possible.  However, Nicky Laatz is prepared to take all necessary and appropriate steps to protect her rights, and will seek all possible remedies afforded under the law.  Nicky Laatz expressly reserves all available rights and remedies under federal and state law, and nothing herein shall be construed as a waiver or election of Nicky Laatz's rights or remedies.

2885.000/1664177.1

Zazzle, Inc.
September 30, 2021
Page 5


       We look forward to your prompt response.

                         Regards,

                         BARTKO · ZANKEL · BUNZEL · MILLER
                               *A Professional Law Corporation*

                         Patrick M. Ryan and Stephen C. Steinberg

2885.000/1664177.1