PATRICK M. RYAN (SBN 203215)
*pryan@bartkopavia.com*
STEPHEN C. STEINBERG (SBN 230656)
*ssteinberg@bartkopavia.com*
CHAD E. DEVEAUX (SBN 215482)
*cdeveaux@bartkopavia.com*
P. CASEY MATHEWS (SBN 311838)
*cmathews@bartkopavia.com*
NATALIE A. FELSEN (SBN 353462)
*nfelsen@bartkopavia.com*
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff and Counter-
Defendant NICKY LAATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZAZZLE, INC. and MOHAMED ALKHATIB,<br><br>　　　　Defendants. | Case No. 5:22-cv-04844-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE AND/OR STRIKE OPINIONS AND TESTIMONY OF DEFENDANTS' EXPERTS**<br><br>Trial Date:　　　　July 14, 2025 |
| ZAZZLE, INC,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>NICKY LAATZ,<br><br>　　　　Counter-Defendant. | |

2885.000/5756671.1

Case No. 5:22-cv-04844-BLF
[PROPOSED] ORDER GRANTING PLF.'S MOT. TO EXCLUDE AND/OR STRIKE OPINIONS AND TESTIMONY OF DEFS.' EXPERTS

Plaintiff Nicky Laatz ("Plaintiff") filed her Motion to Exclude and/or Strike Opinions and Testimony of Defendants' Experts on April 7, 2025 pursuant to Civil Local Rule 7-2, this Court's Standing Order for Civil Cases, and this Court's March 19, 2025 Order on the parties' Stipulation to Modify Briefing Schedule for *Daubert* Motions. Dkt. 389. Plaintiff's Motion asks the Court to exclude and/or strike the opinions and testimony expressed in Paragraph 33 and Parts IV.B.4–7, IV.C, and IV.D and Exhibits 3–6 of the report of Jeff Kinrich, the entirety of the initial and rebuttal reports of Christopher Rucinski, the entirety of the report of Ellen Shapiro, and Paragraphs 72 and 75–76 of the report of Scott Swain. Having considered the parties' briefing on this matter, and finding that the challenged testimony both fails to meet the admissibility requirements of Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and fails to meet the disclosure requirements of Federal Rule of Civil Procedure 26(a)(2)(D), the Court hereby GRANTS Plaintiff's Motion in its entirety. The Court ORDERS as follows:

- The opinions and testimony expressed in Paragraph 33 and Sections IV.B.4–7, IV.C, and IV.D and Exhibits 3–6 of the report of Jeff Kinrich are hereby excluded. Defendants are prohibited from introducing at trial the opinions and testimony of Jeff Kinrich reflected in these portions of Mr. Kinrich's report.

- The opinions and testimony expressed in the initial and rebuttal reports of Christopher Rucinski are hereby excluded. Defendants are prohibited from introducing at trial the opinions and testimony of Christopher Rucinski reflected in Mr. Rucinski's initial and rebuttal reports.

- The opinions and testimony expressed in the report of Ellen Shapiro are hereby excluded. Defendants are prohibited from introducing at trial the opinions and testimony of Ellen Shapiro reflected in Ms. Shapiro's expert report.

- The opinions and testimony expressed in Paragraphs 72 and 75–76 of the report of Scott Swain are hereby excluded. Defendants are prohibited from introducing at trial the opinions and testimony of Scott Swain reflected in these portions of Mr. Swain's report.

1    IT IS SO ORDERED.

2    DATED: _____    _____

3    Honorable Beth Labson Freeman
     United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLF.'S MOT TO EXCLUDE AND/OR STRIKE OPINIONS AND
TESTIMONY OF DEFS.' EXPERTS