PATRICK M. RYAN (SBN 203215)
  pryan@bartkopavia.com
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bartkopavia.com
CHAD E. DEVEAUX (SBN 215482)
  cdeveaux@bartkopavia.com
P. CASEY MATHEWS (SBN 311838)
  cmathews@bartkopavia.com
NATALIE A. FELSEN (SBN 353462)
  nfelsen@bartkopavia.com
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff and Counter-Defendant
NICKY LAATZ

[Additional Counsel Listed on Following Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>       Plaintiff,<br><br>  v.<br><br>ZAZZLE INC. and MOHAMED ALKHATIB,<br><br>       Defendants. | Case No. 5:22-cv-04844-BLF-VKD<br><br>**STIPULATED REQUEST FOR ORDER VACATING *DAUBERT* DATES AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Trial Date:     July 14, 2025 |
| ZAZZLE, INC.,<br><br>       Counter-Claimant,<br><br>  v.<br><br>NICKY LAATZ,<br><br>       Counter-Defendant. | |

QUINN EMANUEL URQUHART & SULLIVAN, LLP
RACHEL HERRICK KASSABIAN (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

ANDREW SCHAPIRO (*pro hac vice*)
  andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

DANIEL C. POSNER (Bar No. 232009)
  danposner@quinnemanuel.com
THOMAS D. NOLAN (Bar No. 238213)
  thomasnolan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants Zazzle Inc.
and Mohamed Alkhatib

Pursuant to Civil Local Rule 6-2, and in accordance with the stipulated schedule set forth herein, Plaintiff Nicky Laatz ("Plaintiff") and Defendants Zazzle Inc. and Mohamed Alkhatib ("Defendants") (collectively, the "Parties") jointly stipulate and request an order vacating the current deadlines and hearing date for *Daubert* motions and setting a further case management conference on April 17, 2025 to discuss and request that the Court postpone all remaining deadlines in this matter, including the trial date and attendant pre-trial deadlines, as discussed below.

WHEREAS, on February 27, 2025, the Court held oral argument on Defendants' Motion for Summary Judgment (Dkt. 338), which is fully briefed and remains pending;

WHEREAS, the parties understand that the Court's order on Defendants' Motion for Summary Judgment (Dkt. 338) could issue at any time upon its completion, and that such order may inform the Parties' further settlement discussions;

WHEREAS, the Parties filed their respective *Daubert* motions on April 7, 2025 (Dkts. 398, 399);

WHEREAS, on April 9, 2025 the Parties attended a settlement conference before Magistrate Judge Beeler during which they made progress towards a potential settlement, but the Parties need more time to exchange additional information and see if an agreement can be reached;

WHEREAS, after the settlement conference on April 9, 2025, Magistrate Judge Beeler offered and the Parties agreed to continue the settlement conference on April 22, 2025 via Zoom and May 16, 2025 in person, and to seek a continuance of the upcoming motion and pretrial deadlines and trial date, in order to allow time for such negotiations;

WHEREAS, the current deadline for the Parties to file oppositions to their *Daubert* motions is set for April 21, 2025, the deadline for the Parties to file replies in support of their *Daubert* motions is May 1, 2025, and the Parties' *Daubert* motions are set for hearing on May 15, 2025;

WHEREAS, the deadline for the Parties to submit motions *in limine* is currently set for May 8, 2025, and the deadline for the Parties to submit oppositions to motions *in limine* is set for May 15, 2025;

WHEREAS, the deadline for the Parties to submit their joint pretrial statement and proposed order is set for May 15, 2025;

WHEREAS, the deadline for the Parties to submit jury materials, including a preliminary statement, proposed voir dire questions, and proposed jury instructions, is set for May 22, 2025;

WHEREAS, the final pretrial conference is set for May 29, 2025;

WHEREAS, jury selection is set for July 11, 2025;

WHEREAS, the trial date is set for July 14, 2025;

Accordingly, to facilitate ongoing settlement discussions, THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST that the Court:

1.  Vacate the current deadlines and hearing date relating to the Parties' April 7, 2025 *Daubert* motions, including the April 21, 2025 opposition and May 1, 2025 reply deadlines, and the May 15, 2025 hearing date;

2.  Set a further case management conference for April 17, 2025 by Zoom (due to counsel's previously scheduled travel) to discuss the Court's schedule and for the parties to jointly request that the Court postpone and re-set dates for:

    a.  the pending *Daubert* motions;

    b.  motions *in limine*, the joint pretrial statement and proposed order, and jury materials; and

    c.  the final pretrial conference, jury selection, and trial.

The Parties submit the accompanying declaration of P. Casey Mathews in support hereof and respectfully request that the Court enter the attached Proposed Order.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  April 12, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____/s/ Rachel Kassabian_____

ANDREW H. SCHAPIRO
RACHEL KASSABIAN
Attorneys for Defendants and Counterclaimant
ZAZZLE INC. and MOHAMED ALKHATIB

DATED:  April 12, 2025

BARTKO PAVIA LLP

By: _____/s/ Patrick M. Ryan_____

PATRICK M. RYAN
Attorneys for Plaintiff and Counter-Defendant
NICKY LAATZ

STIP. REQ. FOR ORDER VACATING *DAUBERT* DATES & SETTING CASE MANAGEMENT CONF.

**ATTESTATION OF E-FILER**

The undersigned ECF user whose identification and password are being used to file the foregoing document hereby attests that all signatories herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 12, 2025                    /s/ Patrick M. Ryan
                                         PATRICK M. RYAN

STIP. REQ. FOR ORDER VACATING *DAUBERT* DATES & SETTING CASE MANAGEMENT CONF.