UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ZAZZLE, INC., et al.,<br><br>　　　　　Defendants. | Case No.  22-cv-04844-BLF<br><br>**ORDER GRANTING DEFENDANTS' REQURREST FOR CLARIFICATION OF THE COURT'S ORDER (ECF 381) DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>[Re:  ECF No. 387] |

Pending before the Court is Defendants Zazzle, Inc. ("Zazzle") and Mohamed Alkhatib's ("Alkhatib," and with Zazzle, "Defendants") Request for Clarification of the Court's March 13, 2025 Order Denying Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF 381). ECF 387. Plaintiff Nicky Laatz ("Plaintiff") has not filed an opposition to Defendants' request. For the reasons given below, the Court GRANTS Defendants' request.

Under Federal Rule of Civil Procedure 60, a court may "correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a). "[T]he clarification process presumes some legitimate need supporting relief, such as the existence of ambiguity or confusion that can be corrected with further explanation." *Optronic Techs., Inc. v. Ningbo Sunny Elec. Co., Ltd.*, No. 16-cv-06370, 2020 WL 3892869, at *1 (N.D. Cal. July 10, 2020) (quoting *Padgett v. Loventhal*, No. 04-cv03946, 2015 WL 13753300, at *1 (N.D. Cal. May 13, 2015)) (alteration in original). The Local Rules of this district do not require a party to seek leave to move for clarification.

1    In their request for clarification, Defendants state that they filed a sealing statement at ECF 370 on March 6, 2025 in response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed at ECF 362. *See* ECF 387. Defendants are correct. The Court inadvertently overlooked Defendants' sealing statement at ECF 370. The Court hereby GRANTS Defendants' request for clarification. The Court will issue an amended order correcting its Order Denying Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed at ECF 381.

Dated: May 16, 2025

_____
BETH LABSON FREEMAN
United States District Judge