PATRICK M. RYAN (SBN 203215)
 pryan@bartkopavia.com
STEPHEN C. STEINBERG (SBN 230656)
 ssteinberg@bartkopavia.com
CHAD E. DEVEAUX (SBN 215482)
 cdeveaux@bartkopavia.com
P. CASEY MATHEWS (SBN 311838)
 cmathews@bartkopavia.com
NATALIE A. FELSEN (SBN 353462)
 nfelsen@bartkopavia.com
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff and Counter-Defendant
NICKY LAATZ

[Additional Counsel Listed on Following Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>ZAZZLE INC. and MOHAMED ALKHATIB,<br><br>    Defendants and Counterclaimant. | Case No. 5:22-cv-04844-BLF-VKD<br><br>**JOINT REPORT ON DAUBERT MOTIONS**<br><br>Trial Date:         February 17, 2025 |

| | | |
|---|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | WILLIAM F. PATRY (admitted *pro hac vice*) |
| 2 | RACHEL HERRICK KASSABIAN (Bar No. 191060) | williampatry@quinnemanuel.com |
| | *rachelkassabian@quinnemanuel.com* | KATY AKOPJAN (admitted *pro hac vice*) |
| 3 | 555 Twin Dolphin Drive, 5th Floor | *katyakopjan@quinnemanuel.com* |
| | Redwood Shores, CA 94065-2139 | 295 Fifth Avenue |
| 4 | Telephone: (650) 801-5000 | New York, NY 10016 |
| | Facsimile: (650) 801-5100 | Telephone: (212) 849-7000 |
| 5 | | Facsimile: (212) 849-7100 |
| | ANDREW SCHAPIRO (admitted *pro hac vice*) | |
| 6 | *andrewschapiro@quinnemanuel.com* | |
| | MIRANDA M. HULKA (admitted *pro hac vice*) | |
| 7 | *mirandahulka@quinnemanuel.com* | |
| | 191 N. Wacker Drive, Suite 2700 | |
| 8 | Chicago, IL 60606-1881 | |
| | Telephone: (312) 705-7400 | |
| 9 | Facsimile: (312) 705-7401 | |
| 10 | DANIEL C. POSNER (Bar No. 232009) | |
| | *danposner@quinnemanuel.com* | |
| 11 | THOMAS D. NOLAN (Bar No. 238213) | |
| | *thomasnolan@quinnemanuel.com* | |
| 12 | 865 South Figueroa Street, 10th Floor | |
| | Los Angeles, CA 90017-2543 | |
| 13 | Telephone: (213) 443-3000 | |
| | Facsimile: (213) 443 3100 | |
| 14 | | |
| 15 | Attorneys for Defendants Zazzle Inc. and Mohamad Alkhatib | |

Pursuant to the Court's September 24, 2025 Order Directing Parties to Advise the Court Which Portions of Their Daubert Motions Remain Relevant in This Case (Dkt. 449) and September 16, 2025 Order Denying Defendants' Administrative Motion (Dkt. 448), Plaintiff Nicky Laatz ("Nicky Laatz") and Defendants Mohamed Alkhatib ("Alkhatib") and Zazzle Inc. ("Zazzle") (collectively, "Defendants") hereby submit this report on the portions of their experts' reports and opinions, and the corresponding portions of their Daubert motions, that the parties agree are no longer relevant, and are therefore being withdrawn.

**<u>Nicky Laatz's Experts and Defendants' Motion to Exclude Testimony of Plaintiff's Designated Expert Witnesses (Dkt. 398) ("Defendants' Daubert Motion")</u>**

Nicky Laatz has withdrawn the initial expert opinions of Thomas Phinney in their entirety, the rebuttal expert opinions of Thomas Phinney except to the extent they respond to Paragraphs 9(l) and 74 of Christopher Rucinski's initial expert opinions, and the expert opinions of Stuart Sandler regarding copyright registration requirements and practices—specifically, Paragraphs 62-66 of his initial report and the entirety of his rebuttal report—without prejudice to Nicky Laatz's right to re-introduce these opinions of Thomas Phinney and Stuart Sandler at a later date should the copyright infringement claims be re-introduced into this case. Defendants have withdrawn the portions of their Daubert Motion challenging Thomas Phinney's expert opinions and Stuart Sandler's rebuttal report and Paragraphs 62-66 of his initial report.

Nicky Laatz has withdrawn portions of the expert report of Dominic Persechini—specifically ¶¶ 30 (to the extent this paragraph discusses punitive damages), 31-32, and 87-95—without prejudice to Nicky Laatz's right to introduce these opinions if Zazzle presents any argument or evidence at trial concerning its ability to pay damages.

**<u>Defendants' Experts and Nicky Laatz's Motion to Exclude and/or Strike Opinions and Testimony of Defendants' Experts (Dkt. 399) ("Nicky Laatz's Daubert Motion")</u>**

Defendants have withdrawn portions of the expert opinions of Christopher Rucinski—specifically, Paragraphs 2, 9(b)–(k), (m)-(r), 32, 34-73, and 75-82 of his initial report, and Paragraphs 2, 8, 9(a)–(l), (s)–(x), 16–21, 25–39, and 52–57 of his rebuttal report. Nicky Laatz has

withdrawn the portions of her Daubert Motion challenging these portions of Christopher Rucinski's initial and rebuttal reports.

Defendants have withdrawn portions of the expert report of Jeff Kinrich—specifically ¶¶ 6(d), and 99-109—without prejudice to Defendants' right to introduce these opinions in rebuttal if Persechini's withdrawn opinions referenced above are introduced at trial.

                                        Respectfully submitted,

DATED: September 26, 2025          BARTKO PAVIA LLP

By:      /s/ Patrick M. Ryan
        PATRICK M. RYAN
Attorneys for Plaintiff and Counter-Defendant
NICKY LAATZ

DATED: September 26, 2025          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:      /s/ Daniel C. Posnter
        DANIEL C. POSNER
Attorneys for Defendant and Counterclaimant
ZAZZLE INC. and Defendant MOHAMED ALKHATIB

I hereby attest that Daniel Posner and Patrick Ryan have concurred in the filing of this document on their behalf and the inclusion of a conformed signature (/s/) within this e-filed document on their behalf.

                                        /s/ P. Casey Mathews
                                        P. CASEY MATHEWS