PATRICK M. RYAN (SBN 203215)
  pryan@bartkopavia.com
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bartkopavia.com
CHAD E. DEVEAUX (SBN 215482)
  cdeveaux@bartkopavia.com
P. CASEY MATHEWS (SBN 311838)
  cmathews@bartkopavia.com
NATALIE A. FELSEN (SBN 353462)
  nfelsen@bartkopavia.com
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff and Counter-Defendant
NICKY LAATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZAZZLE, INC. and MOHAMED ALKHATIB,<br><br>　　　　　Defendants. | Case No. 5:22-cv-04844-BLF<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIALS SHOULD BE SEALED [Civ. L.R. 7-11 & 79-5(f)]**<br><br>Trial Date:　　　　February 17, 2026 |
| ZAZZLE, INC.,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>NICKY LAATZ<br><br>　　　　　Counter-Defendant. | |

2885.000/5863534.1

Case No. 5:22-cv-04844-BLF

Pursuant to Civil Local Rule 79-5(f), Plaintiff Nicky Laatz ("Nicky Laatz") respectfully submits this Administrative Motion to Consider Whether Defendants' Material Should Be Sealed in connection with her forthcoming Opposition to Defendants' Motion to Exclude Testimony of Plaintiff's Designated Expert Witnesses ("Opposition"). Portions of Nicky Laatz's Opposition contain information from Defendants Zazzle, Inc.'s expert reports and Nicky Laatz's expert reports that Defendants have designated as confidential or highly confidential pursuant to the Protective Order in this case (Dkt. 153). Accordingly, Nicky Laatz seeks to seal the following:

• Highlighted portions of Opposition at 8:19-20, 8:27-9:3, 10:7-8, 11:25, 11:27-28, 12:3-5, 12:23-24, 13:26-27, and 14:6-7.

A filing party may seek to seal any document which "has been designated as confidential by another party" via an administrative motion. Civ. L.R. 79-5(f). Nicky Laatz did not designate any portion of these documents as confidential, did not designate the information in the above-referenced documents as confidential, does not believe that Defendants' confidentiality designations are appropriate, and does not believe any of the above material qualifies for sealing. Nicky Laatz brings the instant Administrative Motion so that the Court may consider whether to seal the above documents pursuant to Defendants' confidentiality designations. Unredacted versions of the above listed documents accompany this Administrative Motion in conformity with the Local Rules.

DATED: September 26, 2025

Respectfully submitted,

BARTKO PAVIA LLP

By: _____/s/ P. Casey Mathews_____
P. CASEY MATHEWS
Attorneys for Plaintiff
NICKY LAATZ