PATRICK M. RYAN (SBN 203215)
  pryan@bartkopavia.com
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bartkopavia.com
CHAD E. DEVEAUX (SBN 215482)
  cdeveaux@bartkopavia.com
P. CASEY MATHEWS (SBN 311838)
  cmathews@bartkopavia.com
NATALIE A. FELSEN (SBN 353462)
  nfelsen@bartkopavia.com
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, California 94111
Telephone:   (415) 956-1900
Facsimile:    (415) 956-1152

Attorneys for Plaintiff and Counter-Defendant
NICKY LAATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>Plaintiff,<br><br>v.<br><br>ZAZZLE, INC. and MOHAMED ALKHATIB,<br><br>Defendants.<br><br>ZAZZLE, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>NICKY LAATZ,<br><br>Counter-Defendant. | Case No. 5:22-cv-04844-BLF<br><br>**DECLARATION OF P. CASEY MATHEWS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S DESIGNATED EXPERT WITNESSES**<br><br>Date:            October 23, 2025<br>Time:           9:00 a.m.<br>Courtroom:   3<br>Judge:          Hon. Beth Labson Freeman<br><br>Trial Date:    February 17, 2026 |

2885.000/5863565.1

Case No. 5:22-cv-04844-BLF

MATHEWS DECL. ISO OPP. TO DEFS.' MOT. TO EXCLUDE TESTIMONY OF PLF.'S DESIGNATED EXPERT WITNESSES

I, P. Casey Mathews, declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am an associate with Bartko Pavia LLP, attorneys of record for Plaintiff Nicky Laatz ("Nicky Laatz"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Exclude Testimony of Plaintiff's Designated Expert Witnesses.

2.      On October 4, 2024, Defendants took the deposition of Stuart Sandler. Attached to this declaration as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the deposition of Stuart Sandler.

3.      On November 12, 2024, Defendants took the deposition of Dr. Sara Parikh. Attached to this declaration as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Sara Parikh.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of September 2025.

_/s/ P. Casey Mathews_
P. Casey Mathews

2885.000/5863565.1                                                1                                      Case No. 5:22-cv-04844-BLF

MATHEWS DECL. ISO OPP. TO DEFS.' MOT. TO EXCLUDE TESTIMONY OF PLF.'S DESIGNATED EXPERT WITNESSES