# Exhibit 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

------------------------------------------------------x

NICKY LAATZ,

                    Plaintiff,

vs.                                Case No.5:22-cv-04844-BLF-VKD

ZAZZLE, INC., and MOHAMED

ALKHATIB,

                    Defendants.

------------------------------------------------------x

     ***HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY***

REMOTE VIDEOTAPED DEPOSITION OF

STUART SANDLER

Wednesday, October 30, 2024

Stenographically Reported By: Lynne Ledanois

License No. 6811

Job No. 6985678

                                            Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

-------------------------------------------------------x

NICKY LAATZ,

                    Plaintiff,

vs.                                Case No.5:22-cv-04844

ZAZZLE, INC., and MOHAMED

ALKHATIB,

                    Defendants.

-------------------------------------------------------x

          Videotaped deposition of STUART SANDLER,

taken in Eau Claire, Wisconsin, commencing at

10:07 a.m. Central on Wednesday, October 30, 2024

before LYNNE M. LEDANOIS, Certified Shorthand

Reporter No. 6811, Certified Court Reporter.

                         * * *

Page 2

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

REMOTE APPEARANCES

Counsel for the Plaintiff:

BARTKO ZANKEL BUNZEL & MILLER

BY:  PATRICK RYAN

BY:  P. CASEY MATHEWS

Attorneys at Law

One Embarcadero Center

Suite 800

San Francisco, California 94111

(415) 956-1900

pryan@bzbm.com

cdeveaux@bzbm.com

cgribble@bzbm.com

cmathews@bzbm.com

///

Page 3

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

REMOTE APPEARANCES


Counsel for the Defendants:

QUINN EMANUEL URQUHART & SULLIVAN LLP

BY:  KATY AKOPJAN

MIRANDA HULKA

DAN POSNER

THOMAS NOLAN

Attorneys at Law

865 South Figueroa Street

Los Angeles, California 90017

katyakopjan@quinnemanuel.com

thomasnolan@quinnemanuel.com



ALSO PRESENT:

Cassia Leet, Videographer

Nicky Laatz

John Laatz

Melanie Sherk, General Counsel/Business Development,

Zazzle

Page 4

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

I N D E X   O F   E X A M I N A T I O N

Examination by:                                              Page

    Ms. Akopjan                                              9

///

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

I N D E X   O F   E X H I B I T S

Deposition           Description                    Page

Exhibit 232 Stuart Sandler Expert Report         26

Exhibit 233 Stuart Sandler LinkedIn Profile      53

Exhibit 234 Rebuttal Expert Report of            180

           Stuart Sandler

Exhibit 235 Document headed, Guide to            189

           Typeface Copyright, A "How-To"

           for Font Designers,

           SANDLER0000004-SANDLER0000013

///

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Wednesday, October 30, 2024

10:07 a.m. Central

--------------------------------------------------------

THE VIDEOGRAPHER:  Good morning.  We're going on the record at 10:07 a.m. on October 30th, 2024.    10:07

Please note that this deposition is being conducted virtually.  Audio and video recording will continue to take place unless all parties agree to go off the record.    10:07

This is Media Unit 1 of the video-recorded deposition of Stuart Sandler taken by counsel for defendants in the matter of Nicky Laatz versus Zazzle Inc., et al., and related cross actions filed in the United States District Court, Northern    10:08 District of California, San Jose Division.

Case Number 5:22-cv-04844-BLF(VKD).

My name is Cassia Leet from Veritext Legal Solutions and I'm the videographer.  The court reporter is Lynne Ledanois of Veritext Legal    10:08 Solutions.

I'm not related to any party in this action, nor am I financially interested in the outcome.

Would counsel and everyone attending    10:08

Page 7

remotely please state your appearances and          10:08

affiliations for the record beginning with the

noticing attorney.

          MS. AKOPJAN:  Good morning.  My name is

Katy Akopjan.  I'm from the law firm Quinn Emanuel   10:08

Urquhart & Sullivan on behalf of the defendants,

Zazzle Inc. and Mohamed Alkhatib.

          With me from Quinn Emanuel is also Daniel

Posner and Miranda Hulka.

          MR. RYAN:  Patrick Ryan for the plaintiff.  10:09

          MR. MATHEWS:  Casey Mathews of the Bartko

LLP law firm, also for the plaintiff.

          I'm not getting the realtime feed.

          THE VIDEOGRAPHER:  The court reporter can

swear in the witness and then we can go off the      10:09

record.

          (Witness sworn.)

          THE VIDEOGRAPHER:  Going off the record.

The time is 10:09 a.m.

          (Recess taken.)                            10:09

          THE VIDEOGRAPHER:  Back on the record.

The time is 10:11 a.m.

                    STUART SANDLER,

     having been duly sworn, testified as follows:   02:03

Page 8

Q    And do you know how they found you?    10:16

A    I do not.

Q    Do you know if anyone referred you to them?

A    I have no direct knowledge of any referring    10:16 party.

Q    Do you have a written agreement that covers the terms of your work on this case?

A    I assume that I do.  I believe that I do. But I'm not sure I have that handy.    10:17

Q    Okay.  And do you remember reviewing or signing any type of engagement letter with the Bartko firm?

A    I believe I have, yes.

Q    Why did you accept -- decide to accept the    10:17 expert engagement in this case?

A    Primarily due to the fact that I am the leading -- one of the leading licensing and font industry experts.  It's a very -- it's a less than 5,000-person industry.    10:17

I've been in licensing for 28 years.  I've been the author or coauthor of over a thousand typefaces.

I run a font outfit where I sell or represent over 1400 typefaces.  I run a font    10:18

Page 13

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

I, LYNNE M. LEDANOIS, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [] was [x] wasn't requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: November 1, 2024

LYNNE MARIE LEDANOIS

CSR No. 6811

Page 230