QUINN EMANUEL URQUHART & SULLIVAN, LLP
RACHEL HERRICK KASSABIAN (Bar No. 191060)
*rachelkassabian@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

ANDREW SCHAPIRO (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
MIRANDA M. HULKA (admitted *pro hac vice*)
mirandahulka@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

DANIEL C. POSNER (Bar No. 232009)
*danposner@quinnemanuel.com*
THOMAS D. NOLAN (Bar No. 238213)
*thomasnolan@quinnemanuel.com*
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443 3100

WILLIAM F. PATRY (admitted *pro hac vice*)
*williampatry@quinnemanuel.com*
KATY AKOPJAN (admitted *pro hac vice*)
*katyakopjan@quinnemanuel.com*
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Defendants Zazzle Inc. and Mohamed Alkhatib

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>Plaintiff,<br><br>vs.<br><br>ZAZZLE INC. and MOHAMED ALKHATIB,<br><br>Defendants.<br><br>ZAZZLE INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>NICKY LAATZ,<br><br>Counter-Defendant. | Case No. 5:22-cv-04844-BLF-VKD<br><br>**DECLARATION OF THOMAS NOLAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE AND/OR STRIKE OPINIONS AND TESTIMONY OF DEFENDANTS' EXPERTS**<br><br>Judge: Hon. Beth Labson Freeman<br>Trial Date: February 17, 2026 |

I, Thomas Nolan, declare as follows:

1.    I am counsel at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Defendants Zazzle Inc. ("Zazzle") and Mohamed Alkhatib (together, "Defendants") in the above-captioned matter.  I make this declaration in support of Defendants' Opposition To Plaintiff's Motion To Exclude And/Or Strike Opinions And Testimony Of Defendants' Experts.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to such facts under oath.

2.    Attached as Exhibit T is a true and correct copy of excerpts of the deposition of Dominic Persechini, taken in this action on November 7, 2024.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 26th day of September, 2025 in Culver City, California.

By */s/ Thomas Nolan*
Thomas Nolan

Case No. 5:22-cv-04844-BLF-VKD
DECLARATION OF THOMAS NOLAN

**ATTESTATION**

I, Andrew H. Schapiro, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas Nolan has concurred in the aforementioned filing.

By /s/ Andrew H. Schapiro
Andrew H. Schapiro

Case No. 5:22-cv-04844-BLF-VKD
DECLARATION OF THOMAS NOLAN