QUINN EMANUEL URQUHART & SULLIVAN, LLP
RACHEL HERRICK KASSABIAN (Bar No. 191060)
*rachelkassabian@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

ANDREW H. SCHAPIRO (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone:  (312) 705-7400
Facsimile:  (312) 705-7401

DANIEL C. POSNER (Bar No. 232009)
*danposner@quinnemanuel.com*
THOMAS D. NOLAN (Bar No. 238213)
*thomasnolan@quinnemanuel.com*
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443 3100

Attorneys for Defendants Zazzle Inc.
and Mohamed Alkhatib

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>Plaintiff,<br><br>vs.<br><br>ZAZZLE INC. and MOHAMED ALKHATIB,<br><br>Defendants. | Case No. 5:22-cv-04844-BLF-VKD<br><br>**DECLARATION OF LIANA LARSON IN SUPPORT OF DEFENDANTS' STATEMENT PURSUANT TO CIVIL LOCAL RULES 79-5(c)(1) AND 79-5(f)(3) AND IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION (DKT. 451)** |
| ZAZZLE INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>NICKY LAATZ,<br><br>Counter-Defendant. | Trial Date:          July 14, 2025 |

I, Liana Larson, declare as follows:

1.    I am Senior Director, Legal at Zazzle Inc. ("Zazzle"), one of the Defendants in the above-captioned matter.  I submit this declaration in support of Defendants' Sealing Statement Pursuant to Civil Local Rules 79-5(c)(1) and 79-5(f)(3) in Response to Plaintiff's Administrative Motion (Dkt. 451) requesting that certain references to information designated by Zazzle as confidential or highly confidential should remain under seal.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to such facts under oath.

2.    As Senior Director, Legal, I am familiar with Zazzle's sensitive business information, such as information regarding its business practices and its employee and corporate organizational structure.

3.    I am informed that Plaintiff Nicky Laatz has provisionally filed under seal certain portions of Plaintiff and Counter-Defendant Nicky Laatz's Opposition to Defendants' Motion to Exclude Testimony of Plaintiff's Designated Expert Witnesses.

4.    This filing includes commercially sensitive information, the disclosure of which would be harmful to Zazzle's competitive and business interests.  I therefore submit this Declaration in support of Defendants' request to maintain this information under seal, as listed and for the reasons described below:

| Dkt. No. | Document | Portions to be Filed Under Seal | Sealing Basis |
|---|---|---|---|
| 452 | Plaintiff and Counter-Defendant Nicky Laatz's Opposition to Defendants' Motion to Exclude Testimony of Plaintiff's Designated Expert Witnesses | Redacted portions on 8:19-20, 8:27-9:3, 10:7-8, 11:25, 11:27-28, 12:3-5, 12:23-24, 13:26-27, and 14:6-7 | Confidential information relating to details of the technical operation of Zazzle's proprietary Design Tool and details of the number of Zazzle's users and designs. |

5.    The above-referenced information was designated by Zazzle as CONFIDENTIAL or

HIGHLY CONFIDENTIAL; ATTORNEYS' EYES ONLY pursuant to the terms of the Protective Order (Dkt. 153, ¶ 5.2(b)).  This information gives details of the technical operation of Zazzle's Design Tool, which is proprietary, as well as mentioning the confidential numbers of Zazzle's users and designs.  Public disclosure of this information would harm Zazzle's competitive standing, including by giving competitors, or potential competitors, access to non-public information about Zazzle's Design Tool, other technical operations, and users.

6.    The request to seal this information is focused on the sealing of information that would otherwise reveal Zazzle's confidential business information, including by redacting individual lines. There is no less restrictive alternative for protecting such information from disclosure.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 3rd day of October, 2025 in San Diego, California.

By */s/ Liana Larson*
Liana Larson

LARSON DECL. ISO DEFENDANTS' STATEMENT PURSUANT TO CIVIL L.R. 79-5(c)(1) AND 79-5(f)(3) IN RESPONSE TO DKT. 451

**ATTESTATION**

I, Andrew H. Schapiro, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Liana Larson has concurred in the aforementioned filing.

By /s/ Andrew H. Schapiro
Andrew H. Schapiro

Case No. 5:22-cv-04844-BLF-VKD

LARSON DECL. ISO DEFENDANTS' STATEMENT PURSUANT TO CIVIL L.R. 79-5(c)(1) AND 79-5(f)(3) IN RESPONSE TO DKT. 451