UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>        Plaintiff,<br><br>vs.<br><br>ZAZZLE INC. and MOHAMED ALKHATIB,<br><br>        Defendants. | Case No. 5:22-cv-04844-BLF-VKD<br><br><br>**[PROPOSED] ORDER**<br><br>Trial Date:   July 14, 2025 |
| ZAZZLE INC.,<br><br>        Counter-Claimant,<br><br>vs.<br><br>NICKY LAATZ,<br><br>        Counter-Defendant. | |

# [PROPOSED] ORDER

Before this Court is Defendants Zazzle Inc.'s and Mohamed Alkhatib's Sealing Statement Pursuant to Civil Local Rule 79-5(c)(1) and Civil Local Rule 79-5(f)(3) in response to Plaintiffs Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 451), and the accompanying Declaration of Liana Larson, to support filing and maintaining under seal certain portions of Plaintiff and Counter-Defendant Nicky Laatz's Opposition to Defendants' Motion to Exclude Testimony of Plaintiff's Designated Expert Witnesses, which were designated by Zazzle as CONFIDENTIAL or HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY under the Protective Order (Dkt. 153).  Specifically, Defendants request that the Court allow the following to be remain under seal:

| Dkt. No. | Document | Portions to be Filed Under Seal | Sealing Basis |
|---|---|---|---|
| 452 | Plaintiff and Counter-Defendant Nicky Laatz's Opposition to Defendants' Motion to Exclude Testimony of Plaintiff's Designated Expert Witnesses | 8:19-20, 8:27-9:3, 10:7-8, 11:25, 11:27-28, 12:3-5, 12:23-24, 13:26-27, and 14:6-7 | Confidential information relating to details of the technical operation of Zazzle's proprietary Design Tool and details of the number of Zazzle's users and designs.  Larson Decl. ¶¶ 4-5. |

The Court, having considered the above Administrative Motion To Seal And To Consider Whether Another Party's Material Should Be Sealed, hereby GRANTS the Motion, and ORDERS that the above-listed portions of the above-identified document be maintained under seal.

IT IS SO ORDERED.

Date: _____

_____
The Honorable Beth Labson Freeman
UNITED STATES DISTRICT JUDGE