PATRICK M. RYAN (SBN 203215)
   *pryan@bartkolaw.com*
STEPHEN C. STEINBERG (SBN 230656)
   *ssteinberg@bartkolaw.com*
CHAD E. DEVEAUX (SBN 215482)
   *cdeveaux@bartkolaw.com*
P. CASEY MATHEWS (SBN 311838)
   *cmathews@bartkolaw.com*
NATALIE A. FELSEN (SBN 353462)
   *nfelsen@bartkopavia.com*
BARTKO PAVIA LLP
1100 Sansome St.
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff and Counter-Defendant
NICKY LAATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>          Plaintiff,<br><br>     v.<br><br>ZAZZLE, INC. and MOHAMED ALKHATIB,<br><br>          Defendants.<br><br>────────────────────<br><br>ZAZZLE, INC.,<br><br>          Counter-Claimant,<br><br>v.<br><br>NICKY LAATZ,<br><br>          Counter-Defendant. | Case No. 5:22-cv-04844-BLF<br><br>**DECLARATION OF STEPHEN C. STEINBERG IN SUPPORT OF PLAINTIFF'S MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL**<br><br>Date:          February 19, 2026<br>Time:          9:00 a.m.<br>Courtroom:   3<br>Judge:         Hon. Beth Labson Freeman<br><br>Trial Date:    February 17, 2026 |

I, Stephen C. Steinberg, declare as follows:

1.     I am an attorney duly admitted to practice before this Court. I am a partner with Bartko Pavia LLP, attorneys of record for Plaintiff Nicky Laatz ("Nicky Laatz"). I have personal

2885.000/5875499.1          Case No. 5:22-cv-04844-BLF

knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of Plaintiff's Motion to Certify Order for Interlocutory Appeal.

2. On August 19, 2025, on behalf of Nicky Laatz, I filed applications for supplementary registrations for her copyrights in the font software for the Blooming Elegant Trio of fonts with the U.S. Copyright Office. Attached hereto as **Exhibit A** is a true and correct copy of the application for supplementary registration of the software for the Blooming Elegant font. Attached hereto as **Exhibit B** is a true and correct copy of the application for supplementary registration of the software for the Blooming Elegant Hand font. Attached hereto as **Exhibit C** is a true and correct copy of the application for supplementary registration of the software for the Blooming Elegant Sans font.

3. On August 27, 2025, I received responses from the U.S. Copyright Office to each of the aforementioned applications for supplementary registrations. Attached hereto as **Exhibit D** is a true and correct copy of the response to the application for supplementary registration of the software for the Blooming Elegant font. Attached hereto as **Exhibit E** is a true and correct copy of the response to the application for supplementary registration of the software for the Blooming Elegant Hand font. Attached hereto as **Exhibit F** is a true and correct copy of the response to the application for supplementary registration of the software for the Blooming Elegant Sans font.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 8th day of October, 2025.

/s/ Stephen C. Steinberg
STEPHEN C. STEINBERG

**ATTESTATION**

I hereby attest that Stephen Steinberg has concurred in the filing of this document on his behalf and the inclusion of a conformed signature (/s/) within this e-filed document on his behalf.

/s/ Patrick M. Ryan
PATRICK M. RYAN