PATRICK M. RYAN (SBN 203215)
  pryan@bartkopavia.com
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bartkopavia.com
CHAD E. DEVEAUX (SBN 215482)
  cdeveaux@bartkopavia.com
P. CASEY MATHEWS (SBN 311838)
  cmathews@bartkopavia.com
NATALIE A. FELSEN (SBN 353462)
  nfelsen@bartkopavia.com
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Plaintiff NICKY LAATZ

[Additional Counsel Listed on Following Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>             Plaintiff,<br><br>       v.<br><br>ZAZZLE, INC. and MOHAMED ALKHATIB,<br><br>             Defendants. | Case No. 5:22-cv-04844-BLF<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL**<br><br>Trial Date:   February 17, 2026 |
| ZAZZLE, INC.,<br><br>             Counter-Claimant,<br><br>       v.<br><br>NICKY LAATZ,<br><br>             Counter-Defendant. | |

Case No. 5:22-cv-04844-BLF

QUINN EMANUEL URQUHART & SULLIVAN, LLP
RACHEL HERRICK KASSABIAN (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

ANDREW SCHAPIRO (*pro hac vice*)
  andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

DANIEL C. POSNER (Bar No. 232009)
  danposner@quinnemanuel.com
THOMAS D. NOLAN (Bar No. 238213)
  thomasnolan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants Zazzle Inc.
and Mohamed Alkhatib

JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO CERTIFY FOR
INTERLOCUTORY APPEAL

Pursuant to Civil Local Rules 7-2 and 7-12, Plaintiff Nicky Laatz ("Plaintiff") and Defendants Zazzle Inc. and Mohamed Alkhatib ("Defendants") (collectively, the "Parties") jointly stipulate and request an order setting a briefing schedule for Plaintiff's Motion for Certification of Order for Interlocutory Appeal (Dkt. 461) (the "Motion").

WHEREAS, the earliest available date for the Motion to be heard is after the currently set trial date;

WHEREAS, the Parties, having met and conferred by email, are amenable to the Motion being decided without a hearing;

WHEREAS, Defendants anticipate filing a response to the Motion, but anticipate it will be by way of a non-opposition;

WHEREAS, Plaintiff seeks to preserve the option to file a reply brief if she deems it necessary following review of Defendants' response;

WHEREAS, in light of the Court's Order on Defendants' Motion for Reconsideration (Dkt. 443), on August 20, 2025, Nicky Laatz submitted supplementary copyright registrations seeking to amend her registrations in the BE software from 'font data' to 'computer program' for the 'Author Created' field; and

WHEREAS, on August 27, 2025, the Copyright Office responded to Nicky Laatz's supplementary registrations but stated it would take no action on the supplementary registrations due to the pendency of this action, unless it otherwise received guidance from the Court within 60 days—or by October 27, 2025.

Accordingly, THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST that the briefing schedule for Dkt. 461 be set as follows:

- Defendants will file their response to the Motion by noon on October 17, 2025;
- Plaintiff will notify the Court and Defendants whether she intends to file a reply in support of the Motion by the end of the day on October 17, 2025;
- If Plaintiff elects to file a reply, she will do so by October 21, 2025; and
- The Parties waive any request for a hearing on the Motion, though would participate in a hearing on the Court's request.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  October 14, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____/s/ Andrew H. Schapiro_____

ANDREW H. SCHAPIRO
Attorneys for Defendants and Counterclaimant
ZAZZLE INC. and MOHAMED ALKHATIB

DATED:  October 14, 2024

BARTKO PAVIA LLP

By: _____/s/  Patrick M. Ryan_____

PATRICK M. RYAN
Attorneys for Plaintiff and Counter-Defendant
NICKY LAATZ

I, Patrick M. Ryan , am the ECF user whose ID and password are being used to file the above Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Andrew H. Schapiro has concurred in the aforementioned filing.

/s/ Patrick M. Ryan
PATRICK M. RYAN

Case No. 5:22-cv-04844-BLF

JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>       Plaintiff,<br><br>   vs.<br><br>ZAZZLE INC. and MOHAMED ALKHATIB,<br><br>       Defendants. | Case No. 5:22-cv-04844-BLF<br><br><br>**[PROPOSED] ORDER**<br><br>Trial Date:   February 17, 2026 |
| ZAZZLE INC.,<br><br>       Counter-Claimant,<br><br>   vs.<br><br>NICKY LAATZ,<br><br>       Counter-Defendant. | |

**[Proposed] Order**

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED the briefing schedule for Dkt. 461 be set as follows:

- Defendants will file their response to the Motion by noon on October 17, 2025;
- Plaintiff will notify the Court and Defendants whether she intends to file a reply in support of the Motion by the end of the day on October 17, 2025;
- If Plaintiff elects to file a reply, she will do so by October 21, 2025; and
- The Parties waive any request for a hearing on the Motion, though would participate in a hearing on the Court's request.

IT IS SO ORDERED.


Date: _____October 14, 2025_____


_____

The Honorable Beth Labson Freeman
UNITED STATES DISTRICT JUDGE