# SUPPLEMENTAL EXHIBIT RE. DKT. 398 PURSUANT TO COURT ORDER AT DKT. 469

**Expert Report of Daniel Garrie**

## I.    <u>Introduction and Qualifications</u>

I am the Co-Founder and Managing Partner of Law & Forensics, LLC ("Law and Forensics"). I have substantial experience with Electronically Stored Information ("ESI"), software development, website operations, and server management. My credentials are set out in further detail in my C.V., attached as **Exhibit A**.

I also have acted as a technical expert, forensic neutral, software expert, e-discovery expert, and/or ESI liaison for parties in litigation, as a court-appointed Special Master and Discovery Referee, and as a party-selected neutral to assist with software, enterprise web and mobile systems, forensic and ESI disputes throughout the United States and abroad, including *United States v. Joseph Sullivan*, Case No. 3:20-cr-00337-WHO (N.D. Cal. 2022); *Washington Commanders v. National Football League*, JAMS Case No. 1410009206 (2022); *Gutierrez Jr., Peter Moses, et al. v. Amplify Energy Corp., et al.*, JAMS Case No. 1220071875 (2021); *In Re: Facebook Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-MD-02843-VC-JSC (C.D. Cal. 2021); and *IV Solutions v. Aetna, Inc.*, JAMS Case No. 1200055122 (2020). A complete list of cases in which I have been involved as an expert witness in the last five years is attached as **Exhibit A**.

I hold a bachelor's degree and a master's degree in computer science from Brandeis University and a juris doctor from Rutgers University. I am a member of the State Bars of Washington and New York. I have authored over 250 legal and technical articles and publications. I am a co-author of Understanding Software, the Internet, Mobile Computing, and the Cloud: A Guide for Judges, published by the Federal Judicial Center in 2015, and a co-author of Plugged In: Guidebook to Software and the Law. I am also an Adjunct Lecturer at Harvard University and the co-inventor of a patented method of scanning forensic images of a computer system using multiple malicious code detection engines simultaneously, US 20140181975 A1.

I was retained in the present matter by Plaintiff to analyze Zazzle's website and mobile application design tools, the Blooming Elegant Trio of Fonts, and the software used to generate the Blooming Elegant Trio of Fonts, and to render opinions regarding how Zazzle's design tools and the software used to generate the Blooming Elegant Trio of Fonts operate. A list of the materials I reviewed in connection with this report is attached as **Exhibit B**.

I reserve the right to amend and supplement this report, and my opinions as my work on this matter continues and/or as other evidence becomes available.

I am being compensated at $750.00 per hour plus expenses for my work. No part of my compensation is based upon the outcome of this matter.

## II.    Factual Background

### A.  The Blooming Elegant Trio of Fonts and Software

In 2016, Nicky Laatz designed, created, and began licensing the Blooming Elegant font, which is a script style font, the Blooming Elegant Hand font, which is a print handwriting style font, and Blooming Elegant Sans font, which is a sans-serif style font (collectively, the "Blooming Elegant Trio of Fonts") and the copyright-protected font software that implements and renders the Blooming Elegant Trio of Fonts (the "Software").[1]

The Blooming Elegant Trio of Fonts includes stylistic alternative characters (multiple versions of the same character to mimic handwriting), ligatures (connections between certain characters when used next to each other to mimic connections in handwriting), and individual swashes (flourishes such as tails or exaggerated serifs that can be added to certain characters to

---

[1] Declaration of Nicky Laatz In Support of Refiled Motion for Partial Summary Judgment (April 7, 2023) ("N. Laatz Decl.") ¶¶ 4, 13.

enhance their visual representation).[2] As used herein, the term Blooming Elegant Trio of Fonts refers to the shapes, designs, and images that make up the styles of text described above.

Below are examples of text in the Blooming Elegant Trio of Fonts:[3]

As used herein, the Software refers to the program used to generate the Blooming Elegant Trio of Fonts.[4] At a high level, the Software can be thought of as instructions that enable design tools or other pieces of software to render text in the Blooming Elegant Trio of Fonts. Further technical details regarding the Software and how it operates are set out in Section III below.

**B. Mohamed Alkhatib, Senior Network Engineer for Zazzle, Purchased a Single-User License for the Software and Blooming Elegant Trio of Fonts**

Since 2016 Nicky Laatz has offered limited licenses to the Blooming Elegant Trio digital content, including the Software and other digital content related to the Blooming Elegant Trio of

---

[2] *Id.* ¶ 5.

[3] Graphics are copied from Exhibit 98 and 99 to Michelle Reynaud's Deposition (Aug. 1, 2024).

[4] Software, Black's Law Dictionary (12th ed. 2024) ("The sequence of instructions by which a computer accepts and translates input symbols, executes actions, and outputs symbols such as numbers, characters in an email message, pictures in a text message, the music played on a mobile device, or GPS coordinates."); *see also* N. Laatz Decl. ¶¶ 4, 9.

Fonts on her Creative Market shop.[5] A single user could pay $20 to download and use the Blooming Elegant Trio digital content, including the Software, with specific limitations (the "License") on her Creative Market shop.[6]

On May 4, 2017, Mohamed Alkhatib ("Alkhatib"), a Senior Network Engineer for Zazzle, purchased a single-user license for the Blooming Elegant Trio digital content, including the Software, from Laatz's Creative Market shop.[7] Alkhatib stated he purchased the License "on behalf of my employer, Zazzle."[8] Alkhatib is the only person or entity listed as a licensee in the version of the License Alkhatib executed.[9] Zazzle is not mentioned at all.

Some key terms of the License are as follows:

- The License grants the licensee a "non-transferable right to use, modify and reproduce" the Blooming Elegant Trio digital content, including the Software;[10]

- For "Installable Items (Fonts and Add-Ons)," "an End Product must be a unique implementation of the [fonts and the font software]. For example, you may purchase a font and use it to make unique word art, … but you must not redistribute the original files in any way";[11]

  "Installable Items [including fonts and font software] may be used in an unlimited number of Projects on a one seat per license basis";[12]

- A licensee "may modify or manipulate the [Blooming Elegant Trio digital content, including the Software], or incorporate it into other content and make a derivative work from it," but "the Shop Owner [in this case, Nicky Laatz] will retain all right, title, and ownership in the [Blooming Elegant Trio digital content, including the Software], and the resulting derivative work is subject to the terms of this Standard License";[13]

---

[5] N. Laatz Decl. ¶¶ 13.
[6] N. Laatz Decl. ¶¶ 13, 18-21.
[7] Declaration of Mohamed Alkhatib In Opposition of Refiled Mot. for Partial Summary Judgment (May 5, 2023) ("Alkhatib Decl.") ¶ 3.
[8] Alkhatib Decl. ¶ 7; see also ZAZZLE-003059 (Zazzle Chief Technology Officer Bobby Beaver directing Alkhatib to purchase the License).
[9] Alkhatib Decl. ¶ 6, Exh. 3, Exh. 4.
[10] Exhibit C, License Terms, Preamble.
[11] Exhibit C, License Terms, Standard License Term 1.
[12] Exhibit C, License Terms, Standard License Term 2.
[13] Exhibit C, License Terms, Standard License Term 4.

- The License prohibits a licensee from "sublicens[ing], … shar[ing], transfer[ing], or otherwise redistribut[ing]e the [Blooming Elegant Trio digital content, including the Software] (e.g. as stock, in a tool or template, with source files, and/or not incorporated into an End Product) under any circumstances, not even for free";[14]

- The License prohibits a licensee from "mak[ing] the [Blooming Elegant Trio digital content, including the Software] available on a digital asset management system, shared drive, or the like for the purposes of sharing or transferring the [Blooming Elegant Trio digital content, including the Software], and [the user] must not permit an end user of the end product to extract the [Blooming Elegant Trio digital content, including the Software] and use [them] separately from the End Product";[15] and

- The License prohibits a licensee from "publicly display[ing] the [Blooming Elegant Trio digital content, including the Software]: (a) as a standalone file in any digital format on the internet; or (b) in any digital format without imposing technical or written restrictions to prevent the unauthorized use of the [Blooming Elegant Trio digital content, including the Software] by third parties," and the licensee agrees to "take all commercially reasonable steps to prevent third parties from accessing and/or duplicating the [Blooming Elegant Trio digital content, including the Software]".[16]

Zazzle then proceeded shortly thereafter to offer the Blooming Elegant Trio of Fonts to its users, which is discussed in more detail below.

**C. Zazzle Loaded the Software Purchased by Alkhatib onto Zazzle's Servers and Multiple Other Computers to Enable Zazzle to Make the Blooming Elegant Trio of Fonts Available to All Users of Zazzle's Design Tool**

After Alkhatib purchased the License, Alkhatib downloaded the Blooming Elegant Trio digital content, including the Software, onto his work computer.[17] Alkhatib then transferred the Blooming Elegant Trio digital content, including the Software, to Zazzle's Senior Product Marketing Manager, Monica McGhie, who loaded Blooming Elegant Trio digital content, including the Software, onto a marketing folder on a shared drive hosted on one of Zazzle's

---

[14] Exhibit C, License Terms, Standard License Term 5.
[15] Exhibit C, License Terms, Standard License Term 6.
[16] Exhibit C, License Terms, Standard License Term 8.
[17] Deposition Of Mohamed Alkatib (Aug. 7, 2024) ("Alkhatib Dep.") 131:5-7.

servers.[18] A shared drive is a digital storage location that allows multiple users to store, access, and share files between computers and other devices.[19] A server is a computer or system that provides resources, data, services, or programs to other computers, known as clients, over a network.[20] By their nature, shared drives and servers can act as central repositories that enable multiple users to access digital content stored thereon and to transfer such content to and from other computers and devices. The Blooming Elegant Trio digital content, including the Software, was loaded onto at least ▮ desktop computers and ▮▮▮▮▮▮ including ▮▮▮▮▮▮▮▮▮▮▮▮▮ at Zazzle, including the servers used to make the Blooming Elegant Trio of Fonts available to users of Zazzle's website and mobile application design tools.[21]

By loading Blooming Elegant Trio digital content, including the Software, onto its shared drives and servers, Zazzle enabled the Blooming Elegant Trio of Fonts to be accessible and usable on Zazzle's website and mobile design tools, as described below. Put another way, but for Zazzle loading the Blooming Elegant Trio digital content, including the Software, onto Zazzle's systems, Zazzle would not have been able to give unlicensed users access to the Blooming Elegant Trio of Fonts on Zazzle's website and in its Zazzle's Design Tool.

**D. Zazzle's Design Tool**

Zazzle offers a design tool (the "Design Tool") that is accessible via Zazzle's website and mobile application that allows users to create custom designs for over 1000 products and design

---

[18] Deposition Of Monica McGhie (July 16, 2024) ("McGhie Dep.") 111:24-116:15; *see also* ZAZZLE-003651.

[19] Bynder, *What Are Shared Drives?*, https://www.bynder.com/en/glossary/shared-drives/ (last visited Sept. 12, 2024).

[20] Paessler, *What Is A Server?*, https://www.paessler.com/it-explained/server#:~:text=server%20operating%20systems,What%20is%20a%20server%3F,machines%20they%20are%20considered%20servers (last visited Sept. 12, 2024).

[21] These numbers were obtained from a search of the current state of Zazzle's environment and may not represent all of the computers and servers that had the Software on them in the past. *See* Alkhatib Dep. Exhibits 188 and 192; *see also* Alkhatib Dep. 258:7-262:6, 162:1-163:10; Defendant Zazzle's Second Amended Responses to Plaintiff Nicky Laatz's Interrogatories (July 3, 2024), Interrogatory No. 14.

categories including apparel and accessories, invitations, art, home goods, office supplies, electronics, and custom gifts.[22] The version of the Design Tool available on Zazzle's website can be accessed from any computer or mobile device, and does not require a login to use.[23] The mobile application version of the Design Tool is accessible within the Zazzle mobile application for iOS and Android mobile devices and can be downloaded for free.[24] Zazzle also offers the ability for third-party websites to integrate with the Design Tool using Zazzle's Create-A-Product API (the "Create-A-Product API").[25]

Users of the Design Tool can use fonts and graphics provided by Zazzle and can also upload their graphics to combine with what Zazzle offers.[26] The Blooming Elegant Trio of Fonts were available for users of the Design Tool to incorporate into any product or design created using the Design Tool from at least around October 2017 to at least around August 2022.[27]

---

[22] *See generally* https://www.zazzle.com/ (last visited Sept. 12, 2024).

[23] *See* 30(b)(6) Deposition Of Jason Li (July 17, 2024) ("Li Dep.") 162:17-163:25, 94:1-19, 23:1-12, 24:24-25:13. Zazzle also offers the ability for certain third parties to embed the Design Tool into third-party websites, effectively making the Design Tool accessible to users of such third-party websites.

[24] *See* Li Dep. 21:16-22:6.

[25] Exhibit D, Zazzle Create-A-Product API, User Guide & Documentation, v3.0 Updated Sept. 2019, https://asset.zcache.com/assets/graphics/z4/uniquePages/zAPI/ZazzleApiGuide.v3.pdf (last visited September 12, 2024) ("ZazzleApiGuide.v3.pdf").

[26] Users could also generate product preview images with text rendered in them through the Personalize feature available on the Zazzle website. The Personalize feature allows a user to enter text and images that will appear in predefined locations on a product with predefined settings (Size, Font, etc.) without entering the Design Tool. When a user enters text into the appropriate fields for the Personalize feature, product preview images on the page will dynamically update to display the text the user has entered on the product using the predefined locations and settings.

[27] *See* Zazzle Inc's Amended Responses and Objections to Plaintiff Nicky Laatz's Interrogatories (July 3, 2024), Interrogatory No. 3, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Deposition of Bobby Beaver (April 5, 2023) ("Beaver Dep.") 126:15-24 (removing Blooming Elegant font software from Zazzle's site in August 2022), 122:2-14 (Zazzle rolled out a hundred new fonts in August of 2022 to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I note that John Laatz reached out to Zazzle in August of 2020 regarding Zazzle's unauthorized use of the Blooming Elegant Trio of Fonts and emphasized that Zazzle's use violated the terms of the License. Declaration of John Laatz In Support of Plaintiff's Refiled Motion for Partial Summary Judgment (April 7, 2024) ("J. Laatz Decl.") ¶ 4. Nevertheless, Zazzle continued to make the Blooming Elegant Trio of Fonts available on the Design Tool for at least two years despite knowing that Zazzle use of the Blooming Elegant Trio of Fonts violated the License. *See* Zazzle Inc's Amended Responses and Objections to Plaintiff Nicky Laatz's Interrogatories (July 3, 2024), Interrogatory No. 4▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

To include text in the Blooming Elegant Trio of Fonts in a design using the Design Tool users could select one of the Blooming Elegant Trio of Fonts from the font menu and type the text they wanted included in the design.[28] The Design Tool would then render the text in the Blooming Elegant Font selected, ███████████████████████,[29] and the rendered text would appear in the design display.[30] The Design Tool does not require users to verify that they are licensed to use any of the fonts, including the Blooming Elegant Trio when it was available in the Design Tool.

As set out further in Section III below, each time a user viewed the Blooming Elegant Trio of Fonts in the font menu of the Design Tool or incorporated text into a design using the Blooming Elegant Trio of Fonts, ████████████████████████████████ ██████████. But for loading the Software onto Zazzle's servers, Zazzle would not have been able to make the Blooming Elegant Trio of Fonts available to users in the Design Tool. Further technical details regarding how the Design Tool used the Software to render text in the Blooming Elegant Trio of Fonts are set out below.

III.    **Technical Background**

    A. **Overview of Analysis Performed**

---

*Id.*

[28] The Design Tool does not restrict access to the fonts in the font menu in any way and do not require users to verify that they are licensed to use any of the fonts.

[29] Further technical explanation of how the Design Tool used the Software on Zazzle's servers to render text in the Blooming Elegant Trio of Fonts is set out in Section III below.

[30] This is described further in Section III below.

Page 8

I analyzed the Software, Design Tool, deposition testimony from Zazzle's representatives, Zazzle's discovery responses, and other documents related to these topics to determine how fonts are currently generated within the Design Tool, which has not changed substantially since February of 2021, the time Client-Side Acceleration (CSA) released for the Zazzle mobile application.[31] In addition, I reviewed videos of Nicky Laatz and John Laatz using Zazzle's Design Tool in 2021, while the Blooming Elegant Trio of Fonts were still incorporated therein. Below are further details regarding the methods used for my analysis of the Design Tool.

     i.     <u>Method for Analyzing the version of the Design Tool accessible via Zazzle's Website</u>

The method for my analysis of the version of the Design Tool accessible via Zazzle's website included the following steps and processes:

1. New Google Chrome and Mozilla Firefox web browser installations, clean of any usage data, were prepared.

2. To analyze the Zazzle web application, the Zazzle website was accessed from each browser using a test account.

3. The Zazzle web application was used to create, edit, and download various products.

4. Data was collected from the above use, including data sent to and from the Design Tool.

5. The data collected was analyzed using the Web Browser Development Tools and/or X-Ways Forensics.

6. Further interactions were tested using Web Browser Development Tools in Google Chrome, Mozilla Firefox, and Microsoft Edge browsers.

     ii.     <u>Method for Analyzing the Design Tool Accessible via Zazzle's Mobile Application</u>

---

[31] Li Dep. 136:25-138:8; Zazzle Inc.'s Responses and Objections to Plaintiff Nicky Laatz's Interrogatories, Set Two (Aug. 5, 2024), Interrogatory Nos. 19, 20, and 21.

The method for my analysis of the version of the Design Tool accessible via Zazzle's mobile application included the following process and steps:

1. New Android and iOS devices were set up with accounts and used to download the Zazzle mobile application from the Google Play Store and Apple App Store, respectively.

2. The devices had their settings adjusted as required to be imaged and were imaged using Cellebrite UFED.

3. These images were then processed using Magnet Axiom Cyber.

4. The devices were then used to interact with the Zazzle mobile application, using a guest account, and used to edit products. This occurred while the devices were connected to a Windows computer acting as a mobile hotspot while capturing the packets using Wireshark.

5. Afterwards, the devices were each imaged again.

6. The images were processed with Cellebrite Physical Analyzer, and their data was exported and brought into X-Ways Forensics and analyzed.

7. The devices were then further used to interact with the Zazzle mobile application, using a guest account, and used to edit products. This occurred while the devices were connected to a Windows computer acting as a mobile hotspot where the connection was manually disabled at specific points to determine what could and could not load without an internet connection.

    iii.      Method for Analysis of the Zazzle Create-A-Product API

The method of analysis of the Zazzle Create-A-Product API included the following steps and processes:

1. The Create-A-Product API documentation was downloaded from Zazzle's website, including: "ZazzleApiGuide.v3.pdf" and "ZazzleApiGuide.v2.pdf".

2. I reviewed additional documentation and information on Zazzle's API and API Help pages.

3. The URLs provided in ZazzleApiGuide.v3.pdf and ZazzleApiGuide.v2.pdf were tested using the Microsoft Edge browser. This process included testing the API's functionality by modifying and adjusting the parameters outlined in the Zazzle guides to observe their behavior and verify their proper execution.

**B. Technical Description of the Software**

The Software consists of three files named "Blooming Elegant.otf," "Blooming Elegant Sans.otf," and "Blooming Elegant Hand.otf."[32] These files are in a format called OpenType Font (OTF), a type of file computers use to display text in a specific font.[33] Each OTF file in the Software contains detailed information about how each character (i.e. letters, numbers, and symbols) should look when displayed on the screen.[34]

An OTF file can be thought of as a recipe book. Just as a recipe book may have instructions for how to cook each dish in a certain type of cuisine, an OTF file has instructions for how to render each character in a certain font. The specific forms of a character in a particular font (i.e. the shapes unique to each font that are used to depict the character) are referred to as glyphs.[35] The computer reads the instructions in the OTF file and uses them to render the glyphs for a given piece of text in the font corresponding to the OTF file.

The instructions in the Software's OTF files tell computers how to render the glyphs that make up the Blooming Elegant Trio of Fonts as a type of image referred to as a vector graphic.[36] Vector graphics are images created with mathematical formulas and are made up of lines, curves, and points designed to retain their quality and avoid blurring when enlarged.[37] The mathematical

---

[32] N. Laatz Decl. ¶ 4.

[33] Microsoft, *OpenType Font File, Typography (1.9.1)*, https://learn.microsoft.com/en-us/typography/opentype/spec/otff (last visited Sept. 10, 2024). Nicky Laatz Deposition (Aug. 1, 2024) ("N. Laatz Dep.") 87:9-88:7; N. Laatz Decl. ¶ 8; Declaration of Christopher Rucinski in Opposition To Plaintiff's Refiled Motion for Summary Judgment (May 5, 2023) ("Rucinski Decl.") ¶ 10.

[34] *See* N. Laatz Dep. 86:21-87:21.

[35] Adobe, *Glyphs Panel Overview* (April 27, 2021) https://helpx.adobe.com/incopy/using/glyphs-special-characters.html (last visited Sept. 13, 2024); *see* N. Laatz Decl. ¶ 9.

[36] OTF files are just one of many formats that can be used for vector graphics. Other file types that can be used for vector graphics include SVG, WMF, EPS, PDF, and CDR. As discussed in Section III(C) below, Zazzle's servers converted vector graphics in OTF format into SVG (Scalable Vector Graphics) format as part of the operations that enabled users to render text in a particular font using the Design Tool.

[37] Adobe, *What Are Vector Images and Vector Graphics,* https://www.adobe.com/uk/creativecloud/illustration/discover/vector-art.html#:~:text=What%20are%20vector%20graphics?,easier%20when%20editing%20vector%20graphics (last visited Sept. 13, 2024).

formulas serve as the instructions of the metaphorical recipe book that tell the computer how to render each character using the appropriate glyphs. As with a recipe where a chef can proportionally adjust the amounts of each ingredient to make larger or smaller amounts of a dish, a computer can proportionally adjust the numerical values in the mathematical formulas of vector graphics to render glyphs in larger or smaller sizes.

Below is an image of a table in the Software, referred to as a Compact Font Format (CFF) table,[38] which contains mathematical formulas used to render font glyphs for the Blooming Elegant font using vector graphics.[39]

---

[38] *See generally* PostScript, *The Compact Font Format Specification, Technical Note #5176 Version 1.0*, (Dec. 4, 2003) https://adobe-type-tools.github.io/font-tech-notes/pdfs/5176.CFF.pdf (last visited Sept. 13, 2024).
[39] Exhibit E, Python Scripts to Extract OTF Data; Exhibit F, Extracted BET Font Software.

The mathematical formulas shown above tell the computer how to render the paths (i.e. a series of connected points forming lines or curves that define shapes or contours) that define each glyph.[40] For example, the image below shows the mathematical formulas used to render the character "a" in the Blooming Elegant font:[41]

```
Blooming Elegant.ttx  ×
Blooming Elegant.ttx
   <ttFont sfntVersion="OTTO" ttLibVersion="4.53">
     <CFF>
       <CFFFont name="BloomingElegant">
         <CharStrings>
           <CharString name="a">
             -26 callsubr
             34 19 11 31 hintmask 11110100
             -102 callgsubr
             hintmask 11111100
             -86 callsubr
             hintmask 11110100
             -95 callsubr
             endchar
           </CharString>
           <CharString name="a.alt01">
             16 28 24 64 20 35 10 11 20 hstemhm
             -4 27 25 30 -18 17 50 29 hintmask 10011011
             233 -9 callgsubr
             hintmask 11011101
             -16 -16 -30 -30 -17 -16 -15 -13 -15 -16 -15 -13 rrcurveto
             -17 -16 -30 -20 37 vvcurveto
             11 2 11 3 11 vhcurveto
             5 14 7 13 6 13 12 9 11 9 9 12 9 10 9 12 5 13 5 17 -18 14 -17 -6 rrcurveto
```

The text written in white text in the image above, such as "callgsubr," "hintmask," and "vvcurveto," are referred to as operators, which are keywords that represent actions the software

---

[40] These mathematical formulas follow a PostScript outline format known as a Type 2 Charstring program. *See generally* Adobe PostScript, *The Type 2 Charstring Format, Technical Note #5177* (March 16, 2000) https://adobe-type-tools.github.io/font-tech-notes/pdfs/5177.Type2.pdf (last visited Sept. 23, 2024).

[41] The Blooming Elegant Font software had their contents run through a script using the Python Font Tools library in order to make their contents human readable. *See* Exhibit E Python Scripts to Extract OTF Data; Exhibit F Extracted Blooming Elegant Font Software.

performs as part of the process of rendering a glyph.[42] The numbers in white shown above represent "arguments" that determine the specifics of how the actions defined by the operators are carried out (e.g. where to draw a straight line, where to draw a curve, the length of a straight line, the shape of a curve, etc.).[43] For example, the "vvcurveto" operator instructs the computer to append one or more curved lines to a specified point.[44] The shape of the curve or curves is determined by the numbers preceding the "vvcurveto" operator, which act as coordinates.[45]

When the device rendering the font has performed all the tasks set out by the operators and arguments for a particular glyph, such as the letter "a" in the example above, the result is a rendered glyph in the typeface of the font. The Software goes through a similar process of using operators and arguments to instruct a device to render the lines and shapes for each glyph needed for a particular piece of text.

## C. Description of the Technical Processes that Enable Users to Render Text in a Specific Font, Such as the Blooming Elegant Font, Within the Design Tool

While the Design Tool can be accessed from Zazzle's website, mobile application, or Create-A-Product API, the process by which the Design Tool enables users to render text in a specific font is the same for each platform.[46] Users can insert text into designs using the Design Tool by creating a text object, which is used herein to refer to an element of a design that includes text that a user can type, edit, format, arrange, etc. To insert a text object, a user can click on the

---

[42] *See generally* Adobe PostScript, *The Type 2 Charstring Format,* Technical Note #5177 (March 16, 2000) https://adobe-type-tools.github.io/font-tech-notes/pdfs/5177.Type2.pdf (last visited Sept. 23, 2024).

[43] *Id*. An argument is a value passed to an operator or function. Arguments refer to the specific values passed to determine how the operator will perform an action. Generally, operators are defined with parameters. When an operator is called, the parameters receive the arguments that are passed to perform an action.

[44] *Id*. at 18.

[45] *Id*.

[46] *See* Li Dep. 138:10-140:8.

"Text" button within the Design Tool, which will display the "Add text" button, as shown in the image below.[47]



*Figure 1: "Add text" button in the Design Tool*

When a user clicks "Add text," the Design Tool prompts the user to type text into a pop-up window.

---

[47] The images used in this section to show how text objects can be created and edited in the Design Tool are screenshots taken from the website version of the Design Tool. Creating and editing text objects in the mobile application version of the Design Tool is done in mostly the same way, with minor differences in how the menus are displayed to the user.



*Figure 2: Text object pop-up window*

The user can then type the text they want included in the design.



*Figure 3: Typing text into the text object pop-up window*

When the user clicks the OK button, a text object containing the typed text is created in the

Design Tool.



*Figure 4: Text object is created in the Design Tool*

Clicking on the text object displays a panel that users can use to arrange, edit, and format

the text object. As shown below, "Font" is one of the options available in this panel.

Page 17



*Figure 5: Text object formatting panel*

Users can change the font by clicking on "Font" in the panel, which opens a font menu, and selecting the desired font, which applies the selected font to the text in the text object. Below is an example using the Morgana font.



*Figure 6: Font selection menu*

As shown above, the Morgana font was selected from the font menu and applied to the text object, which now displays the word "Test" in the Morgana font.[48]

In highly simplified terms, the general technical process by which fonts are displayed in the font menu and in a text object is as follows: every time a user views a font in the font menu or applies a font to text in a text object, ██████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ██████████████████████████████████ Displaying the name of a font

---

[48] Nicky Laatz has produced videos depicting the process set out above for creating text objects in the Design Tool using the Blooming Elegant Trio of Fonts, when the Blooming Elegant Trio of Fonts was available in the Design Tool.

Page 19

in the font menu and displaying text in a text object utilize slightly different versions of the general process outlined above, each of which is described in further detail below.

i.  Displaying the Name of a Font in the Font Menu of the Design Tool

The general process by which the name of a particular font is displayed in the font menu of the Design Tool is set out in the diagram below.[49]



*Figure 7: Displaying font name in font menu process overview*

The above diagram is meant to be read as a series of steps that occur sequentially.[50] Each step in the diagram is explained below.

1. **The user types text into a text object in the Design Tool.** As set out in the beginning of Section III(C), a user can select "Add text" to create a text object in the design and type the desired text into the text object (*see* Figures 1-4).

---

[49] This is a high-level overview of the process meant to convey what occurs in relatively simple terms and does not detail all of the technical processes involved.

[50] *See* Li Dep. 150:6-151:2.

2. **The user opens the font selection menu and scrolls to the desired font name.** As set out in the beginning of Section III(C), a user can click on the text object to access a panel which has a font menu that can be used to change the font of the text in the text object (*see* Figures 5-6).

3. ████████████████████████████████████████████████████████

    ████████████████████████████████████.[51] An Application Programming Interface (API) is a set of rules and protocols that allows different software applications to communicate with each other.[52] ████████████████████████████

    ████████████████████████████████████ █████████████

    ████████████████████████████████████████████████████

    ████████████████████████████████████ █████████████

    ████████████████████████████████████████████████████

---

[51] *See* Li Dep. 154:18-156:15.
[52] IBM, *What Is An API (Application Programming Interface)?* (April 9, 2024) https://www.ibm.com/topics/api (last visited September 12, 2024).
[53] *Infra* note 54.
[54] Li Dep. 154:18-156:15. ████████████████████████████████



[55] *See* Section (c)(i)(10).



---

[56] For example, the URL used to request an image for the font Morgana in the font menu is "https://rlv.zcache.com/svc/view?areacolor=false&content_padding=0.03&csa=true&image_type=png&pdt=zazzle_print&rvtype=content&t__smart=1&t_text0=Morgana&t_text0_fface=Morgana&vheight=40&view_objects=covert ext&vwidth=128" which contains parameters such as "t_text0=Morgana" to make the image show the text Morgana, "t_text0_fface=Morgana" to make the text appear using the typeface of the font Morgana, and both "vheight=40" and "vwidth=128" to control the size.

[57] *See* Li Dep. 239:23-240:12

[58] Li Dep. 131:20-132:16.

[59] *See supra* note 54; *see supra* note 57; Li Dep. 240:23-241:3.

[60] Li Dep. 131:18-132:16.

[61] Li Dep. 200:1-201:17; *see also* Microsoft Ignite, *Introducing DirectWrite* (Jan. 26, 2022) https://learn.microsoft.com/en-us/windows/win32/directwrite/introducing-directwrite (last visited September 23, 2024).

Li Dep. 215:7.

6.

7.

---

[62] Li Dep. 200:1-201:17; *see also* Microsoft Ignite, *Introducing DirectWrite*; *see also* Microsoft, Add A Font, https://support.microsoft.com/en-us/office/add-a-font-b7c5f17c-4426-4b53-967f-455339c564c1 (last visited Sept. 23, 2024).
[63] Li Dep. 200:1-201:17.
[64] While the Software consists of OTF files, font software for other fonts may use other file formats.
[65] *See* Section III(B) above.
[66] *See* Section III(B) above.
[67] Li Dep. 131:18-132:16.
[68] *Id.*

8.

---

[69] Li Dep. 240:23-241:7. ██████████████████████████████████████████████████████

[70] *See* Adobe, *What Is A Vector File And How To Use Them*, https://www.adobe.com/creativecloud/design/discover/vector-file.html?msockid=2e27eb3fe6b46cf40e8af9f0e7ad6db6 (last visited Sept. 23, 2024) (examples of vector files).

[71] *See* Section III(B) above.

[72] *Supra* note 69.

[73] *See generally* Mozilla, *SVG Tutorial Paths*, https://developer.mozilla.org/en-US/docs/Web/SVG/Tutorial/Paths (last visited Sept. 23, 2024); *See generally* Adobe PostScript, *The Type 2 Charstring Format,* Technical Note #5177 (March 16, 2000) https://adobe-type-tools.github.io/font-tech-notes/pdfs/5177.Type2.pdf (last visited Sept. 23, 2024).

[74] *See generally* Adobe PostScript, *The Type 2 Charstring Format,* Technical Note #5177 (March 16, 2000) https://adobe-type-tools.github.io/font-tech-notes/pdfs/5177.Type2.pdf (last visited Sept. 23, 2024); *see also* Mozilla, *SVG Tutorial Positions*, https://developer.mozilla.org/en-US/docs/Web/SVG/Tutorial/Positions (last visited



9. ███████████████████████████████████████████

███ Rasterized images are images that are compiled using pixels, or tiny dots, containing unique color and tonal information that come together to create the image.[75] Since raster images are pixel based, they are resolution dependent. This means that the number of pixels that make up an image as well as how many of those pixels are displayed per inch determine the quality of an image.[76] For example, if a raster image is enlarged without changing the

---

Sept. 23, 2024); Mozilla, *SVG Attribute Reference*, https://developer.mozilla.org/en-US/docs/Web/SVG/Attribute (last visited Sept. 23, 2024). Both Type 2 Charstring programs and SVG data use a Cartesian coordinate system, but the origin point of the former is at the bottom left while the origin point of the latter is at the top left. The commands used, Operators for Type 2 Charstring programs and Attributes for SVG data, have different names and formatting. Type 2 Charstring programs are generally stored as binary data, such as found in an OTF file, while SVG data is usually in an XML format, such as found in an SVG page element.

[75] University of Michigan Library, *Raster Images*, https://guides.lib.umich.edu/c.php?g=282942&p=1885352 (last visited Sept. 23, 2024).

[76] *Id.*

resolution, the image will lose quality and look blurry or pixilated, as shown in the image below.[77]



Raster images differ from vector graphics in this regard, as the mathematical formulas used to generate vector graphics allow images to be enlarged without becoming blurry like the "e" in the image above.[78] ███████████████████████████████████

███████████████████████████████████████████████

10. ████████████████████████████████████████████████

███████████████████████████████████████████████

███████████ ███████████████████████████████████

███████████████████████████████████████████████



---

[77] *Id.*

[78] Adobe, *Raster Files*, https://www.adobe.com/creativecloud/file-types/image/raster.html?msockid=2e27eb3fe6b46cf40e8af9f0e7ad6db6 (last visited Sept. 20, 2024) ("Unlike vector images, raster files don't maintain their resolution when resized.").

[79] Li Dep. 240:23-241:7 ████████████████████
████████████████████████████████████████

[80] This can be inferred by receipt of the images in the response to the API request. *See* Li Dep. 155:20-156:6



11. ███████████████████████████████████████████████

███████████████████████████████ ██ ████████████████████

███████████████████████████████████████████████

████████████ █ ███████████████████████████████

█████████████████████ █

12. **The Design Tool displays the font name in the typeface of the requested font in the font menu.** This is shown in the screenshot of the font menu at the beginning of this section (Figure 6).

The process outlined above occurs every time a user scrolls to a given font in the font menu of the Design Tool. Thus, each time a user views a font name in the font menu of the Design Tool,

████████████████████████████████████████████████

████████████████████████████████████████████████

      i.      <u>Displaying Text in a Text Object Using a Particular Font in the Design Tool</u>

The process by which text in a text object is displayed using a particular font in the Design Tool is largely the same as the process for displaying font names in the font menu. █

████████████████████████████████████████████████

████████████████████████████████████████████████

---

[81] *Id.*

[82] *Infra* note 56.

[83] *See* Defendant Zazzle Inc.'s Responses and Objections to Plaintiff Nicky Laatz's Interrogatories, Set Two (Aug. 5, 2024), Interrogatory Nos. 19, 20, and 21

[84] Mozilla, *HTTP Caching, Overview*, https://developer.mozilla.org/en-US/docs/Web/HTTP/Caching (last visited Sept. 19, 2024) ("The HTTP cache stores a response associated with a request and reuses the stored response for subsequent requests"); *see* Defendant Zazzle Inc.'s Responses and Objections to Plaintiff Nicky Laatz's Interrogatories, Set Two (Aug. 5, 2024), Interrogatory Nos. 19, 20, and 21.





*Figure 8: Displaying text in a text object in a particular font in the Design Tool process overview*

As with the font menu diagram (Figure 7), the above diagram is meant to be read as a series of steps that occur sequentially.[85] Abbreviated explanations for each step in the diagram are set out below. Unless specified otherwise, the descriptions for each step are the same as those corresponding to the steps set out in the process for displaying font names in the font menu of the Design Tool.

---

[85] *See* Li Dep. 150:6-151:2.

1. **The user types text into a text object in the Design Tool.** This occurs as set out in step 1 of the process for displaying font names in the font menu of the Design Tool (Section III(C)(i)).

2. **The user selects a font from the font menu and applies it to the text in the text object.** This is shown in Figure 6 at the beginning of Section III(C).

3.  This occurs as set out in step 3 of the process for displaying font names in the font menu of the Design Tool (Section III(C)(i)),

4. This occurs as set out in step 4 of the process for displaying font names in the font menu of the Design Tool (Section III(C)(i)),

5. This occurs as set out in step 5 of the process for displaying font names in the font menu of the Design Tool (Section III(C)(i)),

---

[86] Li Dep. 200:8-22.
[87] Li Dep. 200:22-201:2.
[88] Li Dep. 201:3-9.

6.  This occurs as set out in step 6 of the process for displaying font names in the font menu of the Design Tool (Section III(C)(i)), ███████████████████

███████████████████████████████

7. ███████████████████████████████ This occurs as set out in step 7 of the process for displaying font names in the font menu of the Design Tool (Section III(C)(i)), ███████████

███████████████████████████████

8. ███████████████████████████████

███████ This occurs as set out in step 8 of the process for displaying font names in the font menu of the Design Tool (Section III(C)(i)), ███████████

███████████████████████████████

███████████████

9. ███████████████████████████████

███████████████████████████████

███████████████████ This occurs as set out in step 10 of

---

[89] Microsoft Ignite, *Introducing DirectWrite*, (Jan. 26, 2022) https://learn.microsoft.com/en-us/windows/win32/directwrite/introducing-directwrite (last visited Sept. 19, 2024) ("DirectWrite provides access to the set of fonts installed on the system through a special font collection called the system font collection."); *see* Li Dep. 208:7-12 ███████████████████████████

███████████

[90] Li Dep. 201:3-13.
[91] Li Dep. 201:3-13, 202:18-203:3.
[92] Li Dep. 217:18-25.

the process for displaying font names in the font menu of the Design Tool (Section III(C)(i)), ████████████████████████████████████████████

████████████████████████████████████████████████

████████████

10.  ████████████████████████████████████████████████

████████████████████████████████████ ██ This occurs as set out in step 11 of the process for displaying font names in the font menu of the Design Tool (Section III(C)(i)), ██████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

---

[93] Li Dep. 217:18-218:2.

11. **The Design Tool displays the text entered into the text object in the selected font.** This is shown in the image below, which depicts how the characters "a" and "b" in the Ultra font appear in the Design Tool.



The process outlined above occurs every time a user changes the font for text in a text object in the Design Tool. Thus, each time a user changes the font for text in a text object in the Design Tool, ██████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

████████████████████████████████████████

> **D. There Are No Technical Controls in the Design Tool to Prevent Users from Extracting Images of Text in a Particular Font, Such as the Blooming Elegant Font Trio**

There are no technical controls in the Design Tool to prevent users from extracting images of text in a particular font and potentially using the font images in other contexts. In fact, Zazzle

enables users with a Zazzle account to download images of their designs, which could include images of font glyphs. During the time the Blooming Elegant Trio of Fonts were available in the Design Tool, even users without a Zazzle account were able to download images of their designs.[94] Using the appropriate tools, users could extract images of glyphs from such downloaded images and use them in other contexts, separately from the Design Tool. This is depicted in a video taken by Nicky Laatz during the time the Blooming Elegant Trio of Fonts was available in the Design Tool.[95] In the video, Laatz creates a design in the Design Tool using a text object containing text in the Blooming Elegant font and downloads an image of the design. Laatz then loads the image of the downloaded design into a separate graphics editing tool and shows how the text in the Blooming Elegant font can be manipulated and used to create other designs.[96]

Additionally, there are no technological controls preventing users of the Design Tool from taking screenshots of text in a particular font and using such images in other contexts. This report, for example, contains multiple screenshots from the Design Tool, including the one below which displays all the letters of the alphabet, each number, and most commonly used punctuation marks in the Morgana font.

---

[94] LAATZ0508537 - 2 - Typing and Downloading single letter.mov.
[95] LAATZ0508537 - 2 - Typing and Downloading single letter.mov.
[96] LAATZ0508539 - 1 - Typing with Blooming E- Digital Download.mov.



It is possible for a user with the requisite technical expertise and tools to extract the glyphs from an image such as the screenshot above and use the glyphs for their own purposes, which could include uses in other designs or in other design tools, similar to the uses Laatz demonstrated in the videos discussed above.

Furthermore, as stated in Section II(D), Zazzle does not have technical controls in place to verify that users of the Design Tool are licensed to use any of the fonts in the Design Tool. Anyone can visit Zazzle's website or download the mobile application and use fonts in the Design Tool without providing any kind of verification that they are licensed to use the fonts therein. For example, Zazzle could have implemented a pop-up window requiring users to verify that they are licensed to use the fonts in the Design Tool prior to allowing users to access the Design Tool. But Zazzle has not implemented any such technical measures or the like. As a result, Zazzle has no

way of knowing whether anyone who uses the Design Tool is licensed to use any of the fonts available therein. And because Zazzle did not acquire a license that would have allowed each of its users to access the Blooming Elegant Trio of Fonts, Zazzle gave each of its users unfettered and unlicensed access to the Blooming Elegant Trio of Fonts.

### E. Zazzle Has Not Implemented Any Technical Measures to Track User Activity Related to Fonts in the Design Tool

Based on the information available from the testimony of Zazzle VP of Engineering Jason Li and analysis of the Design Tool, Zazzle has not implemented any technical measures to track user activity related to fonts in the Design Tool, including when, how, or who uses particular fonts, among other possible data points.[97] Many technical measures are commonly used in websites to track this kind of information that Zazzle could have implemented. For example, Zazzle could have implemented a third-party tool for logging API requests like Loggly but did not. Loggly is a log management service that can be used to aggregate, index, parse, and review analytics for infrastructure, application, and service logs. Maintaining logs of API requests in a service such as Loggly would have allowed Zazzle to parse out or review analytics regarding the usage of fonts.

Beyond using tools developed by third parties, Zazzle could also have implemented a custom solution that would have tracked the usage of a font, such as having their API store usage statistics in a database for requested fonts or creating a process to flag accounts to access specific fonts.

Because Zazzle did not implement any tool to track user activity related to fonts, such as Loggly, or some other custom method of tracking this information, Zazzle does not have the necessary data to provide accurate figures regarding the number of people who used the Blooming

---

[97] Li Dep. 216:26-217:16,116:24-117:23.

Elegant Trio of Fonts or the number of designs into which the Blooming Elegant Trio of Fonts was incorporated using the Design Tool.

IV. **Every Time a User Viewed the Blooming Elegant Trio of Fonts in the Font Menu or Incorporated Text Using the Blooming Elegant Trio of Fonts into a Design Using the Design Tool,** ███████████████████████████████████████

As set out in Section III above, every time a user views a font, such as the Blooming Elegant Font, in the font menu or incorporates text in a particular font into a design using the Design Tool, ████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████ In the case of viewing fonts in the font menu, ████████████████████

████████████████████████████████████████████ ■ In the case of incorporating text into a design, ████████████████████████████████

████████████████████████████████████████████████████

██████████████ is a derivative work of the font software, as the ██████████ performs essentially the same function as the font software (i.e. instructing a computer how to render text in a specific font) but differs from how the font software is formatted.[99]

This means that every time a user viewed the Blooming Elegant Trio of Fonts in the font menu or incorporated text in the Blooming Elegant Trio of Fonts into a design using the Design Tool, ██████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████ For instance, if a user selected "Blooming Elegant" from the font

---

[98] *See* Section III above.
[99] Zazzle's own Senior Engineer designated to speak to this topic was not sure what Zazzle does with the font software ██████████████████████ used to generate fonts in the design tools. *See* Li Dep. 203:8-204:14.

menu to write "Happy Birthday," █████████████████████████



█████████████████████████ Zazzle's representatives have corroborated that the process summarized above is how the Design Tool operated during the time when the Blooming Elegant Trio of Fonts were available on the Design Tool.[100]

From a practical perspective and from a user's perspective, the outcome of the process summarized above is effectively the same as a user directly obtaining a copy of the Software, installing it on their computer, and having the option to use it to generate text in the Blooming Elegant Trio of Fonts within a design tool, such as Adobe Illustrator or CorelDRAW. The main difference is that █████████████████████████ ██████ but the result (i.e. rendering text in the Blooming Elegant Trio of Fonts within a design tool on the user's computer) is effectively the same as a user's computer using a locally installed copy of the Software.[101]

V.   **It Is Likely That More than ██████ Users Accessed the Zazzle Design Tool During the Relevant Time Period and Therefore Had Access to View and Use the Blooming Elegant Trio of Fonts in the Font Menu and/or in Designing a Product**

Based on Zazzle's response to Interrogatory 25, the number of "PERSONS that created or customized at least one design in the ZAZZLE DESIGN TOOLS during the time that users could use the BLOOMING ELEGANT TRIO to depict text in the ZAZZLE DESIGN TOOLS, INCLUDING PERSONS who published designs publicly viewable in ZAZZLE's marketplace and PERSONS who created private designs viewable only to the user that created or customized the

---

[100] *See* Li Dep. 124:8-15.
[101] In addition, based on representations from Counsel, Zazzle has declined to provide any metrics or samples of user activity related to the Blooming Elegant Trio of Fonts.

design, as referenced in ZAZZLE's July 3, 2024 Amended Response to Plaintiff Nicky Laatz's Interrogatory No. 5" "from approximately April 1, 2020 to March 13, 2023" is "approximately ███████"[102] This means that at least ███████ users accessed the Design Tool and could view and use the Blooming Elegant Trio of Fonts while they were available on those tools.[103]

Alternatively, based on Zazzle's response to Interrogatory 12, "the number of unique products sold at any time that were designed using UNLICENSED FONT GENERATION" (defined to mean "allowing PERSONS to generate the BLOOMING ELEGANT TRIO, using the BLOOMING ELEGANT SOFTWARE … on ZAZZLE's website through its online design tool") is ████████████████[104] This means the Software was used to generate text in the Blooming Elegant Trio of Fonts in at least ███████ unique designs using the Design Tool, as discussed in Sections III and IV above.

Zazzle's figures for the number of users who created or customized at least one design in the Design Tool ███████ and the number of unique designs that used the Blooming Elegant Trio of Fonts in the Design Tool ███████ do not account for instances where a user may have used the Blooming Elegant Trio of Fonts in pending designs that were not "finalized" or "finished," as Zazzle uses those terms.[105] "Finalized" in the way Zazzle uses that term means either that the design was published to Zazzle's website or was used in the purchase of a product.[106] "Finished"

---

[102] Defendant Zazzle, Inc.'s Amended Responses and Objections to Plaintiff Nicky Laatz's Interrogatories, Set Three (Aug. 8, 2024), Interrogatory No. 25.

[103] I note that the number of users who actually accessed the Design Tool and were able to view and use the Blooming Elegant Trio of Fonts during the time the Blooming Elegant Trio of Fonts were available in the Design Tool is likely higher than ███████ for two reasons. First, it is likely that some users accessed the Design Tool but did not create or customize at least one finished or finalized design. Second, the number provided by Zazzle only covers April 2020 to March 2023, whereas the Blooming Elegant Trio of Fonts was made available in the design tools beginning in October 2017.

[104] Defendant Zazzle, Inc.'s Amended Responses and Objections to Plaintiff Nicky Laatz's Interrogatories (July 3, 2024), Interrogatory No. 12.

[105] *Id.*

[106] Li Dep. 89:8-12.

in the way Zazzle uses that term means either a Finalized design or a design saved in a user's account privately.[107] For example, a design becomes finished (and finalized) when a user clicks the "add to cart" button within Zazzle's Design Tool.[108] Clicking "add to cart" ████████ ████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████.[109]

Put another way, "pending" designs are designs created using the Design Tool that were not published for others to see and use on Zazzle, did not result in a purchase on Zazzle's website, or were not manually saved to an account. This, however, does not mean that "pending" designs were not "completed" from a designer's perspective. Zazzle imposed no restrictions on its Design Tool to prevent Zazzle users, including non-Zazzle members, from accessing Zazzle's font library to create and complete designs. From a technical perspective, the Design Tool permitted anyone to use the Blooming Elegant Trio of Fonts, complete a design, use the design for commercial purposes, and even offer and sell products outside of Zazzle using designs that could have included the Blooming Elegant Trio of Fonts. Rendering text in a pending design using the Blooming Elegant Trio of Fonts still uses the Software as discussed in Sections III and IV above, even if the design is never finished or finalized, or the font is later changed before the design is finished or finalized.

Based on the information available, Zazzle has not produced information related to the number of instances in which users may have used the Blooming Elegant Trio of Fonts in pending designs that were not ultimately finalized or finished. According to Mr. Li, Zazzle ███████████ ██████████████████████████████████████████ or perhaps longer, depending on whether a user is

---

[107] Li Dep.160:19-23.
[108] Li Dep. 233:21-234:6.
[109] *Id.*

logged into a Zazzle user account or not, after which point the pending designs are deleted.[110] Zazzle never implemented measures to preserve records related to the use of the Blooming Elegant Trio of Fonts in pending designs that were not ultimately finalized or finished.[111] Therefore it is not possible to know how many times the Blooming Elegant Trio of Fonts were used in pending designs. What this means, however, is that ███████ represents the minimum number of users who created or customized at least one design in the Design Tool, and ███████ represents the minimum number of unique designs created in the Design Tool in which the Blooming Elegant Trio of Fonts were used, though the actual numbers for both are likely significantly higher.

## VI.    Conclusion

By loading the Blooming Elegant Trio digital content, including the Software, onto more than ███████████, Zazzle gave at least ████████[112] unlicensed users the ability to choose and access the Blooming Elegant Trio of Fonts on Zazzle's website and in its the Design Tool. Zazzle took no precautions to ensure that each of these users had a license to the use the Software nor did Zazzle obtain a license that allowed it to provide access to these millions of users. Moreover, Zazzle enabled millions of users to use the Software to render text in the Blooming Elegant Trio of Fonts using the Design Tool without a license, including allowing users to complete designs for use in projects and products not sold on Zazzle. Every time a user viewed the Blooming Elegant Trio of Fonts in the font menu of the Design Tool or incorporated text into a design using the Blooming Elegant Trio of Fonts, ███████████████████████████████████████████ ████████████ which were transferred to the user's device and displayed to the user as images of text in the Blooming Elegant Trio of Fonts. There were no technical controls in the Design Tool to

---

[110] Li Dep. 219:5-220:12.
[111] Li Dep. 219:5-220:12.
[112] This number is artificially low because it is temporally incomplete and doesn't include pending designs.

prevent users from downloading or taking screenshots of text in the Blooming Elegant Trio of Fonts and using such images outside the Design Tool. Nor were there technical controls in the Design Tool to verify that users were licensed to use the Blooming Elegant Trio of Fonts. As a result, millions of unlicensed users were able to access the Blooming Elegant Trio of Fonts and use the Software to render text in the Blooming Elegant Trio of Fonts. Zazzle did all of this by purchasing a single-seat license for only $20.

_____/s/ Daniel B. Garrie_____

Daniel B. Garrie

_____September 24, 2024_____

Date