PATRICK M. RYAN (SBN 203215)
  pryan@bartkopavia.com
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bartkopavia.com
CHAD E. DEVEAUX (SBN 215482)
  cdeveaux@bartkopavia.com
P. CASEY MATHEWS (SBN 311838)
  cmathews@bartkopavia.com
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, California 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Attorneys for Plaintiff and Counter-Defendant
NICKY LAATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>              Plaintiff,<br><br>       v.<br><br>ZAZZLE, INC. and MOHAMED ALKHATIB,<br><br>              Defendants.<br><br>ZAZZLE, INC.,<br><br>              Counter-Claimant,<br><br>       v.<br><br>NICKY LAATZ,<br><br>              Counter-Defendant. | Case No. 5:22-cv-04844-BLF<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANTS' MATERIALS SHOULD BE SEALED [Civ. L.R. 7-11 & 79-5(f)]**<br><br>Judge:        Hon. Beth Labson Freeman<br><br>Trial Date:   February 17, 2026 |

2885.000/5899744.1

Pursuant to Civil Local Rule 79-5(f), Plaintiff Nicky Laatz ("Nicky Laatz") respectfully submits this Administrative Motion to Consider Whether Defendants' Material Should Be Sealed in connection with her forthcoming Opposition to Defendant Zazzle Inc.'s Motion for a Bond Pursuant to C.C.P. § 1030 [ECF No. 489] ("Opposition to Bond Motion"). Portions of the Opposition to Bond Motion contain information from Defendants' discovery responses and Nicky Laatz's expert reports that Defendants have designated as confidential or highly confidential pursuant to the Protective Order in this case (Dkt. 153). Accordingly, Nicky Laatz seeks to seal the following:

- Highlighted Portions of Plaintiff and Counter-Defendant Nicky Laatz's Opposition to Defendant Zazzle, Inc.'s Motion for a Bond Pursuant to C.C.P. § 1030 [ECF No. 489] on pages 7:2 and 8:3-4.

A filing party may seek to seal any document which "has been designated as confidential by another party" via an administrative motion. Civ. L.R. 79-5(f). Nicky Laatz did not designate any portion of these documents as confidential, did not designate the information in the above-referenced documents as confidential, does not believe that Defendants' confidentiality designations are appropriate, and does not believe any of the above material qualifies for sealing, particularly as the highlighted numbers are based on stale data from 2017-23. Nicky Laatz brings the instant Administrative Motion so that the Court may consider whether to seal the above documents pursuant to Defendants' confidentiality designations. Unredacted versions of the above listed documents accompany this Administrative Motion in conformity with the Local Rules.

DATED:  December 8, 2025

Respectfully submitted,

BARTKO PAVIA LLP

By:    _/s/ P. Casey Mathews_
P. CASEY MATHEWS
Attorneys for Plaintiff NICKY LAATZ