QUINN EMANUEL URQUHART & SULLIVAN, LLP
RACHEL HERRICK KASSABIAN (Bar No. 191060)
*rachelkassabian@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM F. PATRY (admitted pro hac vice)
*williampatry@quinnemanuel.com*
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

ANDREW H. SCHAPIRO (admitted *pro hac vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone:  (312) 705-7400
Facsimile:  (312) 705-7401

DANIEL C. POSNER (Bar No. 232009)
*danposner@quinnemanuel.com*
THOMAS D. NOLAN (Bar No. 238213)
*thomasnolan@quinnemanuel.com*
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443 3100

Attorneys for Defendants Zazzle Inc.
and Mohamed Alkhatib

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>                     Plaintiff,<br><br>          vs.<br><br>ZAZZLE INC. and MOHAMED ALKHATIB,<br><br>                     Defendants.<br><br>ZAZZLE INC.,<br><br>                     Counter-Claimant,<br><br>          vs.<br><br>NICKY LAATZ,<br><br>                     Counter-Defendant. | Case No. 5:22-cv-04844-BLF-VKD<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Trial Date:          February 17, 2026 |

Case No. 5:22-cv-04844-BLF

## I.   INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Zazzle Inc. ("Zazzle") and Mohamed Alkhatib (collectively, "Defendants") respectfully move to file under seal certain exhibits attached to the declaration of Thomas Nolan ("Nolan Decl.") filed in support of Defendants' Motions *in Limine*, which were designated by Zazzle as CONFIDENTIAL or CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order (Dkt. 153).

## II.   LEGAL STANDARD

The materials at issue are related to non-dispositive pre-trial motions, and therefore the "good cause" standard for sealing applies.  *See Regis Metro Assocs., Inc. v. NBR Co., LLC*, No. 20-CV-02309-DMR, 2022 WL 267443, at *13 (N.D. Cal. Jan. 28, 2022) (noting that, for "court records attached only to non-dispositive motions," a "'good cause' showing under Rule 26(c) will suffice") (quoting *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006)). Moreover, where, as here, "a court grants a protective order for information produced during discovery, it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Phillips ex. Rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002).

## III.   DEFENDANTS REQUEST THE FOLLOWING DOCUMENTS REMAIN UNDER SEAL

In support of their Motions *in Limine*, Defendants seek to file under seal various exhibits to the Nolan Declaration, which Zazzle has designated CONFIDENTIAL or CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order.  Defendants respectfully request that the Court allow these documents to be filed under seal, as summarized below:

| Ex. No. | Document | Portions to be Filed Under Seal | Sealing Basis |
|---|---|---|---|
| Ex. 2 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-004334, and designated by Plaintiff as Trial Exhibit 29. | Entire Document | Zazzle business communication regarding licensing of a font other than the Blooming Elegant Trio, revealing Zazzle's internal practices and procedures for font licensing. Larson Decl. ¶¶ 4, 6. |

| Ex. 3 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-003404, and designated by Plaintiff as Trial Exhibit 62. | Entire Document | Zazzle business communication regarding licensing of a font other than the Blooming Elegant Trio, revealing Zazzle's internal practices and procedures for font licensing, and prices for font licensing.  Larson Decl. ¶¶ 4, 6. |
|---|---|---|---|
| Ex. 4 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-003781, and designated by Plaintiff as Trial Exhibit 65. | Entire Document | Zazzle business communication regarding licensing of a font other than the Blooming Elegant Trio, revealing Zazzle's internal practices and procedures for font licensing, and prices for font licensing.  Larson Decl. ¶¶ 4, 6. |
| Ex. 5 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-003759, and designated by Plaintiff as Trial Exhibit 66. | Entire Document | Zazzle business communication regarding licensing of a font other than the Blooming Elegant Trio, revealing Zazzle's internal practices and procedures for font licensing, and prices for font licensing.  Larson Decl. ¶¶ 4, 6. |
| Ex. 6 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-003959, and designated by Plaintiff as Trial Exhibit 67. | Entire Document | Zazzle internal communications regarding Zazzle sales and products, and development of the Zazzle website and Design Tool. Larson Decl. ¶¶ 4, 6. |
| Ex. 7 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-001771, and designated by Plaintiff as Trial Exhibit 68. | Entire Document | Zazzle internal communications regarding the technical process for updating fonts on the Design Tool.  Larson Decl. ¶¶ 4, 6. |
| Ex. 8 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-004076, and designated by Plaintiff as Trial Exhibit 69. | Entire Document | Zazzle internal communications regarding the technical process for updating fonts on the Design Tool.  Larson Decl. ¶¶ 4, 6. |
| Ex. 9 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-001816, and designated by Plaintiff as Trial Exhibit 70. | Entire Document | Zazzle internal communications regarding the technical process for updating fonts on the Design Tool.  Larson Decl. ¶¶ 4, 6. |
| Ex. 10 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-004232, and designated by Plaintiff as Trial Exhibit 71. | Entire Document | Zazzle internal communications regarding the technical process for updating fonts on the Design Tool.  Larson Decl. ¶¶ 4, 6. |

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| Ex. 16 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-003957, and designated by Plaintiff as Trial Exhibit 77. | Entire Document | Zazzle business communication regarding licensing of a font other than the Blooming Elegant Trio, revealing Zazzle's internal practices and procedures for font licensing. Larson Decl. ¶¶ 4, 6. |
|---|---|---|---|
| Ex. 17 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-003054, and designated by Plaintiff as Trial Exhibit 208. | Entire Document | Zazzle business communication regarding licensing of a font other than the Blooming Elegant Trio, revealing Zazzle's internal practices and procedures for font licensing, and prices for font licensing.  Larson Decl. ¶¶ 4, 6. |
| Ex. 21 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-003391, and designated by Plaintiff as Trial Exhibit 214. | Entire Document | Zazzle internal communications regarding the technical process for updating fonts on the Design Tool. Larson Decl. ¶¶ 4, 6. |
| Ex. 22 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-004076, and designated by Plaintiff as Trial Exhibit 215. | Entire Document | Zazzle internal communications regarding the technical process for updating fonts on the Design Tool. Larson Decl. ¶¶ 4, 6. |
| Ex. 24 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-005115, and designated by Plaintiff as Trial Exhibit 231. | Entire Document | Internal Zazzle document showing legal department files, and relating to Zazzle's internal practices and procedures for font licensing.  Larson Decl. ¶¶ 4, 6. |
| Ex. 32 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-004553, and designated by Plaintiff as Trial Exhibit 169. | Entire Document | Internal Zazzle sales report detailing transactions for products featuring the Blooming Elegant Trio, including order IDs, timestamps, customer regions, currency conversions, product types, quantities, and per-item revenue.  Larson Decl. ¶¶ 4, 7. |
| Ex. 33 to Nolan Decl. | Zazzle's Amended Responses and Objections to Nicky Laatz's Interrogatories (Interrogatories 13–14), dated July 3, 2024, and designated by Plaintiff as Trial Exhibit 177. | Entire Document | Interrogatory responses regarding Zazzle's revenue and the technical details of Zazzle's server hardware.  Larson Decl. ¶¶ 4, 7. |

3

| Ex. 34 to Nolan Decl. | A document produced by Defendant Zazzle in this action at Bates number ZAZZLE-005112, and designated by Plaintiff as Trial Exhibit 248. | Entire Document | Internal Zazzle document regarding Zazzle's individual products, specific business line items, and associated profitability profiles.   Larson Decl. ¶¶ 4, 7. |
|---|---|---|---|
| Ex. 35 to Nolan Decl. | Supplemental Schedules to the expert report of Dominic Persechini, designated by Plaintiff as Trial Exhibit 249. | Entire Document | Detailed financial information from Zazzle, including monthly costs, revenues and profits.  Larson Decl. ¶¶ 4, 7. |
| Ex. 36 to Nolan Decl. | Schedule 2.6 (Cumulative Zazzle Sales Revenue and Unique Users, April 1, 2020 – March 13, 2023), designated by Plaintiff as Trial Exhibit 442. | Entire Document | Detailed financial information from Zazzle, including Zazzle revenues and numbers of unique users.  Larson Decl. ¶¶ 4, 7. |
| Ex. 37 to Nolan Decl. | "Products for Sale with Blooming Elegant Trio of Fonts / Unique Products Sold with Blooming Elegant Trio of Fonts," produced by Defendant Zazzle in this action at Bates number ZAZZLE-004549, and designated by Plaintiff as Trial Exhibit 452. | Entire Document | Summary document regarding the number of products for sale on Zazzle involving Blooming Elegant.  Larson Decl. ¶¶ 4, 7. |
| Ex. 38 to Nolan Decl. | Financial Statements produced by Defendant Zazzle in this action at Bates number ZAZZLE-004670, and designated by Plaintiff as Trial Exhibit 457. | Entire Document | Detailed financial information from Zazzle, including the entirety of Zazzle's financial statements.  Larson Decl. ¶¶ 4, 7. |
| Ex. 39 to Nolan Decl. | Schedules 3.1 through 3.7 to the expert report of Dominic Persechini designated by Plaintiff as Trial Exhibits 445-451. | Entire Document | Detailed financial information from Zazzle, including monthly P&L statements.  Larson Decl. ¶¶ 4, 7. |

| Ex. 40 to Nolan Decl. | Excerpts of the deposition of Mohamed Alkhatib taken in this action on August 7, 2024. | Portions highlighted in red on pages 79, 85, 87, 88, 118, 119, 120, 121, 122, and 123.[1] | Discussion of Zazzle's internal font purchasing processes and procedures, as well as Zazzle-internal material from purchases of fonts other than the Blooming Elegant Trio.  Larson Decl. ¶¶ 4, 6. |
|---|---|---|---|
| Ex. 43 to Nolan Decl | Excerpts of the deposition of Liana Larson taken in this action on August 30, 2024. | Portions highlighted in red on pages 42, 43, 44, and 45. | Discussion of Zazzle's internal font purchasing processes and procedures.  Larson Decl. ¶¶ 4, 6. |
| Ex. 46 to Nolan Decl. | Excerpts of the deposition of Patrick Haley taken in this action on July 16, 2024. | Portions highlighted in red on pages 93, 94, 95, and 216. | Discussion of Zazzle's internal font purchasing processes and procedures, as well as Zazzle-internal material from purchases of fonts other than the Blooming Elegant Trio.  Larson Decl. ¶¶ 4, 6. |

As described in the accompanying Declaration by Liana Larson ("Larson Decl."), Senior Director, Legal at Zazzle, the documents Defendants seek to file under seal reflect Zazzle's font licensing strategies, practices, and costs; Design Tool operations and technical requirements; amounts of users, products, and designers; and revenue, costs, and profits, and other financial details.  Larson Decl. ¶¶ 4, 7, 8.  The disclosure of the information contained in these documents would harm Zazzle's competitive standing by giving competitors or licensors, or potential competitors or licensors, access to Zazzle's confidential business practices and strategies related to font licensing, including pricing and budget information regarding font licensing and the business and technical process for adding new fonts.  *Id.* It would also give competitors or potential competitors technical information about Zazzle's Design Tool and detailed financial information which Zazzle maintains on a strictly confidential basis.  *Id.*

---

[1]  Excerpts of the deposition transcripts were filed with the Court with material relevant for the Court's review highlighted in yellow. Proposed redactions in the public-filed versions of the documents above are therefore marked in red.

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

There is therefore good cause for the Court to keep under seal these documents because they reflect confidential information regarding the company's business practices, strategies, and finances, and there is no less restrictive alternative for protecting such information from disclosure. *Id.* ¶ 9; *see, e.g.*, *California Spine & Neurosurgery Inst. v. United Healthcare Ins. Co.*, No. 19-CV-02417-LHK, 2021 WL 1146216, at *2 (N.D. Cal. Feb. 12, 2021) ("[S]ealing may be justified to prevent judicial documents from being used 'as sources of business information that might harm a litigant's competitive standing.'") (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)); *Herb Hallman Chevrolet, Inc. v. Gen. Motors LLC*, No. 3:22-CV-00447-MMD-CLB, 2024 WL 3160746, at *11 (D. Nev. June 24, 2024) (granting motion to seal information containing company's proprietary business practices); *U.S. Ethernet Innovations, LLC v. Acer, Inc.*, No. C 10-3724 CW, 2014 WL 7387206, at *1 (N.D. Cal. Dec. 19, 2014) (granting motion to seal references to "confidential customer lists, business practices and testing procedures").  Defendants therefore respectfully request that the Court allow the above-identified exhibits to the Nolan Declaration to be filed under seal.

## IV.    CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants' motion and seal the above-identified exhibits to the Nolan Declaration in support of Defendants' Motions *in Limine*.

DATED:  January 8, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Andrew H. Schapiro*
Andrew H. Schapiro

Attorneys for Defendants Zazzle Inc. and Mohamed Alkhatib