QUINN EMANUEL URQUHART & SULLIVAN, LLP
RACHEL HERRICK KASSABIAN (Bar No. 191060)
*rachelkassabian@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM F. PATRY (admitted pro hac vice)
*williampatry@quinnemanuel.com*
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

ANDREW SCHAPIRO (admitted pro hac vice)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

DANIEL C. POSNER (Bar No. 232009)
*danposner@quinnemanuel.com*
THOMAS D. NOLAN (Bar No. 238213)
*thomasnolan@quinnemanuel.com*
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443 3100

Attorneys for Defendants Zazzle Inc. and Mohamad Alkhatib

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>Plaintiff,<br><br>vs.<br><br>ZAZZLE INC. and MOHAMED ALKHATIB,<br><br>Defendants.<br><br>ZAZZLE INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>NICKY LAATZ,<br><br>Counter-Defendant. | Case No. 5:22-cv-04844-BLF-VKD<br><br>**DECLARATION OF THOMAS NOLAN IN SUPPORT OF DEFENDANTS' MOTIONS *IN LIMINE***<br><br>Date:  January 22, 2026<br>Time:  1:30 p.m.<br>Courtroom:  1<br>Judge:  Hon. Beth Labson Freeman<br>Trial Date: February 17, 2026 |

Case No. 5:22-cv-04844-BLF-VKD

DECLARATION OF THOMAS NOLAN

I, Thomas Nolan, declare as follows:

1.       I am counsel at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for Defendants Zazzle Inc. ("Zazzle") and Mohamed Alkhatib (together, "Defendants") in the above-captioned matter.  I make this declaration in support of Defendants' Motions *in Limine*, have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to such facts under oath.

**Defendants' Motion *in Limine* No. 1 to Exclude Evidence and Argument Relating to the Creative Market Frequently Asked Questions Page**

2.       Attached as Exhibit 1 is a true and correct copy of a document consisting of a Wayback Machine printout of the Creative Market Licenses FAQ produced by the Plaintiff in this action at Bates number LAATZ0507471, and designated by Plaintiff as Trial Exhibit 19.

**Defendants' Motion *in Limine* No. 2 to Exclude Evidence and Argument Relating to Plaintiff's Dismissed Fraud Claims and Other Irrelevant Disparagement of Defendants**

3.       Attached as Exhibit 2 is a true and correct copy of an email thread with subject "FW: Font Licensing Matter," produced by Defendant Zazzle in this action at Bates number ZAZZLE-004334, and designated by Plaintiff as Trial Exhibit 29.

4.       Attached as Exhibit 3 is a true and correct copy of an email thread with subject "Re: font licensing," produced by Defendant Zazzle in this action at Bates number ZAZZLE-003404, and designated by Plaintiff as Trial Exhibit 62.

5.       Attached as Exhibit 4 is a true and correct copy of an email thread with subject "Fwd: font licensing," produced by Defendant Zazzle in this action at Bates number ZAZZLE-003781, and designated by Plaintiff as Trial Exhibit 65.

6.       Attached as Exhibit 5 is a true and correct copy of an email thread with subject "Fwd: font licensing," produced by Defendant Zazzle in this action at Bates number ZAZZLE-003759, and designated by Plaintiff as Trial Exhibit 66.

7.       Attached as Exhibit 6 is a true and correct copy of a Slack conversation produced by Defendant Zazzle in this action at Bates number ZAZZLE-003959, and designated by Plaintiff as Trial Exhibit 67.

8. Attached as Exhibit 7 is a true and correct copy of a Slack conversation produced by Defendant Zazzle in this action at Bates number ZAZZLE-001771, and designated by Plaintiff as Trial Exhibit 68.

9. Attached as Exhibit 8 is a true and correct copy of an email thread with subject "Re: font licensing," produced by Defendant Zazzle in this action at Bates number ZAZZLE-004076, and designated by Plaintiff as Trial Exhibit 69.

10. Attached as Exhibit 9 is a true and correct copy of a Slack conversation produced by Defendant Zazzle in this action at Bates number ZAZZLE-001816, and designated by Plaintiff as Trial Exhibit 70.

11. Attached as Exhibit 10 is a true and correct copy of a Slack conversation produced by Defendant Zazzle in this action at Bates number ZAZZLE-004232, and designated by Plaintiff as Trial Exhibit 71.

12. Attached as Exhibit 11 is a true and correct copy of an email thread with subject "Re: Nicky Laatz Creations Copyright Infringement Notice: Morgana Script," produced by Defendant Zazzle in this action at Bates number ZAZZLE-003384, and designated by Plaintiff as Trial Exhibit 72.

13. Attached as Exhibit 12 is a true and correct copy of an email thread with subject "CONFIDENTIAL ACP/AWP," produced by Defendant Zazzle in this action at Bates number ZAZZLE-003075, and designated by Plaintiff as Trial Exhibit 73.

14. Attached as Exhibit 13 is a true and correct copy of an email thread with subject "CONFIDENTIAL ACP/AWP," produced by Defendant Zazzle in this action at Bates number ZAZZLE-003073, and designated by Plaintiff as Trial Exhibit 74.

15. Attached as Exhibit 14 is a true and correct copy of a Slack conversation produced by Defendant Zazzle in this action at Bates number ZAZZLE-003974, and designated by Plaintiff as Trial Exhibit 75.

16. Attached as Exhibit 15 is a true and correct copy of a document reflecting the Morgana and Blooming Elegant typefaces produced by Defendant Zazzle in this action at Bates number ZAZZLE-003976, and designated by Plaintiff as Trial Exhibit 76.

17. Attached as Exhibit 16 is a true and correct copy of a Slack conversation produced by Defendant Zazzle in this action at Bates number ZAZZLE-003957, and designated by Plaintiff as Trial Exhibit 77.

18. Attached as Exhibit 17 is a true and correct copy of an email thread with subject "RE: Fonts?!," produced by Defendant Zazzle in this action at Bates number ZAZZLE-003054, and designated by Plaintiff as Trial Exhibit 208.

19. Attached as Exhibit 18 is a true and correct copy of a screenshot of the StereoType webpage for Beyond the Mountains Unlimited License, designated by Plaintiff as Trial Exhibit 209.

20. Attached as Exhibit 19 is a true and correct copy of a screenshot of the StereoType webpage for Beyond the Mountains Web Font License, designated by Plaintiff as Trial Exhibit 210.

21. Attached as Exhibit 20 is a true and correct copy of a screenshot of the StereoType FAQ webpage, designated by Plaintiff as Trial Exhibit 211.

22. Attached as Exhibit 21 is a true and correct copy of an email thread with subject "font licensing," produced by Defendant Zazzle in this action at Bates number ZAZZLE-003391, and designated by Plaintiff as Trial Exhibit 214.

23. Attached as Exhibit 22 is a true and correct copy of an email thread with subject "Re: font licensing," produced by Defendant Zazzle in this action at Bates number ZAZZLE-004076, and designated by Plaintiff as Trial Exhibit 215.

24. Attached as Exhibit 23 is a true and correct copy of an Adobe Illustrator file, produced by Defendant Zazzle in this action at Bates number ZAZZLE-004227, and designated by Plaintiff as Trial Exhibit 216.

25. Attached as Exhibit 24 is a true and correct copy of a screenshot of a Google Drive folder titled "Fonts - Legal," produced by Defendant Zazzle in this action at Bates number ZAZZLE-005115, and designated by Plaintiff as Trial Exhibit 231.

**Defendants' Motion *in Limine* No. 4 to Exclude Undisclosed Expert Opinions from Daniel Garrie**

26.    Attached as Exhibit 25 is a true and correct copy of a document produced by the Plaintiff in this action as Exhibit B to the Declaration of Daniel Garrie dated May 2023, and designated by Plaintiff as Trial Exhibit 429.

27.    Attached as Exhibit 26 is a true and correct copy of a document produced by the Plaintiff in this action as Exhibit C to the Declaration of Daniel Garrie dated May 2023, and designated by Plaintiff as Trial Exhibit 430.

28.    Attached as Exhibit 27 is a true and correct copy of a document produced by the Plaintiff in this action as Exhibit D to the Declaration of Daniel Garrie dated May 2023, and designated by Plaintiff as Trial Exhibit 431.

29.    Attached as Exhibit 28 is a true and correct copy of a document produced by the Plaintiff in this action as Exhibit E to the Declaration of Daniel Garrie dated May 2023, and designated by Plaintiff as Trial Exhibit 432.

30.    Attached as Exhibit 29 is a true and correct copy of a Forensic Examination Report produced by the Plaintiff in this action at Bates number LAATZ0507341, and designated by Plaintiff as Trial Exhibit 462.

**Defendants' Motion *in Limine* No. 5 to Preclude Discussion, Evidence, and Argument Regarding Dismissed Damages Theories**

31.    Attached as Exhibit 30 is a true and correct copy of Zazzle's Amended Responses and Objections to Plaintiff Nicky Laatz's Amended Notice of Rule 30(b)(6) Deposition of Zazzle, dated July 30, 2024, and designated by Plaintiff as Trial Exhibit 166.

32.    Attached as Exhibit 31 is a true and correct copy of a document introduced by Plaintiff as Exhibit 167 in the deposition of Jason Kang in this matter—which Plaintiff represents is a printout of Mr. Kang's LinkedIn Profile—and then designated by Plaintiff as Trial Exhibit 167.

33.    Attached as Exhibit 32 is a true and correct copy of an excerpt from a Zazzle sales spreadsheet covering October 2017, produced by Defendant Zazzle in this action at Bates number

ZAZZLE-004553.  The remainder of Trial Exhibit 169 and Plaintiff's designated Trial Exhibits 170–176 are sales data spreadsheets in substantially the same format covering subsequent time periods (November 2017 through March 2023).

34.     Attached as Exhibit 33 is a true and correct copy of Zazzle's Amended Responses and Objections to Nicky Laatz's Interrogatories (Interrogatories 13–14), dated July 3, 2024, and designated by Plaintiff as Trial Exhibit 177.

35.     Attached as Exhibit 34 is a true and correct copy of a document titled Zazzle's Product Type and Category Mapping Key produced by Defendant Zazzle in this action at Bates number ZAZZLE-005112, and designated by Plaintiff as Trial Exhibit 248.

36.     Attached as Exhibit 35 is a true and correct copy of Supplemental Schedules from the expert report of Dominic Persechini in this action, designated by Plaintiff as Trial Exhibit 249.

37.     Attached as Exhibit 36 is a true and correct copy of Schedule 2.6 (Cumulative Zazzle Sales Revenue and Unique Users, April 1, 2020 – March 13, 2023) from the expert report of Dominic Persechini in this action, designated by Plaintiff as Trial Exhibit 442.

38.     Attached as Exhibit 37 is a true and correct copy of a document titled "Products for Sale with Blooming Elegant Trio of Fonts / Unique Products Sold with Blooming Elegant Trio of Fonts," produced by Defendant Zazzle in this action at Bates number ZAZZLE-004549, and designated by Plaintiff as Trial Exhibit 452.

39.     Attached as Exhibit 38 is a true and correct copy of Zazzle's Consolidated Financial Statements as of March 31, 2017 and 2016, produced by Defendant Zazzle in this action at Bates number ZAZZLE-004670, and designated by Plaintiff as Trial Exhibit 457.  Trial Exhibits 168, 178, 247, 453, 455, and 458 are Zazzle financial statements in substantially the same format covering other fiscal years.  Trial Exhibits 454 and 456 are cover letters for the financial statements.

40.     Attached as Exhibit 39 are true and correct copies of Schedules 3.1 through 3.7 to the expert report of Dominic Persechini in this action designated by Plaintiff as Trial Exhibits 445-451.

**Deposition Excerpts Cited in Defendants' Motions *In Limine***

41.     Attached as Exhibit 40 is a true and correct copy of excerpts of the deposition transcript of Mohamed Alkhatib taken in this action on August 7, 2024.

42.     Attached as Exhibit 41 is a true and correct copy of excerpts of the deposition transcript of Monica McGhie taken in this action on July 16, 2024.

43.     Attached as Exhibit 42 is a true and correct copy of excerpts of the deposition transcript of Jeff Beaver taken in this action on September 18, 2024.

44.     Attached as Exhibit 43 is a true and correct copy of excerpts of the deposition transcript of Liana Larson taken in this action on August 30, 2024.

45.     Attached as Exhibit 44 is a true and correct copy of excerpts of the deposition transcript of Catherine Sheu taken in this action on July 26, 2024.

46.     Attached as Exhibit 45 is a true and correct copy of excerpts of the deposition transcript of Katrina Liu taken in this action on October 15, 2024.

47.     Attached as Exhibit 46 is a true and correct copy of excerpts of the deposition transcript of Patrick Haley taken in this action on July 16, 2024.

48.     Attached as Exhibit 47 is a true and correct copy of excerpts of the deposition transcript of John Laatz taken in this action on August 2, 2024.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 8th day of January, 2026 in Culver City, California.

By */s/ Thomas Nolan*
Thomas Nolan

-5-                                    Case No. 5:22-cv-04844-BLF-VKD
DECLARATION OF THOMAS NOLAN

**ATTESTATION**

I, Andrew H. Schapiro, am the ECF user whose ID and password are being used to file the above Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Thomas Nolan has concurred in the aforementioned filing.

By */s/ Andrew H. Schapiro*
Andrew H. Schapiro