# Exhibit 1



Get Free Goods     Open a Shop     Become a Partner     Community     Blog

**Photos     Graphics     Templates     Themes     Fonts     Add-Ons     3D**

# Licenses FAQ

Items purchased under the **Standard License** may be used to create End Products for Sale where lifetime sales of the End Product for Sale do not exceed 500 units. Items purchased under the **Extended License** may be used to create End Products for Sale that may be sold an unlimited number of times.

| Usage Type | Standard License | Extended License |
|---|---|---|
| Personal Use | Unlimited Projects | Unlimited Projects |
| Commercial Use | 1 Project* | 1 Project* |
| End Product for Sale | 1 Project, up to 500 sales* | 1 Project, unlimited sales* |

*Installable items (Fonts and Add-Ons) can be used in an unlimited number of projects and End Products for Sale (one seat per license).

Have questions or need more clarification? Check out the <u>full terms</u>.

# General FAQ

## Can I use a purchased item in a freelance project or contract work for a client?

Yes. However, if the client intends to sell more than 500 units of the End Product you create, you will need to purchase an Extended License or multiple Standard Licenses. If you create the End Product for a client, your rights to purchased Items are transferred from you to your client.

## What are considered "Installable Items"?

Items that are installed on your computer and used to generate new end products are considered Installable Items. This includes all items found in the Fonts and Add-Ons categories.

## What are the End Product requirements?

End Products must be significantly different than the original Item and require time, effort, and skill to produce. End Products must not be used or sold in a way that is directly competitive with the original Item you purchased. End Products must not redistribute the original Item to any third parties in a manner that allows for the extraction of the original Item.

LAATZ0507471

**For the following categories, special terms apply:**

- **Installable Items (Fonts and Add-Ons):**
  Here, an End Product must be a unique implementation of the Item. For example, you may purchase a font and use it to make unique word art, or purchase and use a brush to create an illustration, but you must not redistribute the original files in any way.
- **Templates and Themes:**
  Here, an End Product must be a unique implementation of the Item, often requiring limited copy and content changes. For example, if you purchase a resume template, you may use the Item for yourself or a client after having input personal information (you may not resell it as stock).

## What is an End Product for Sale?

An End Product For Sale can be either a digital design or physical item that you and/or your client intend to sell to more than a single person (wholesale, drop-shipping, etc.). For example, if you purchase a graphic and include it in a website designed for a single, paid client, this is not considered an End Product for Sale. If you purchase that same graphic and incorporate it into a calendar that you design and sell to multiple people, that is considered an End Product for Sale.

## What is Personal Use, Commercial Work, Contracted Work, Client Work, etc.?

Both the Standard and Extended Licenses allow for Personal Use and Commercial Work of many kinds. However, if purchased Items are used in an End Product For Sale (whether by you or a client), special terms apply (a limit of 500 units sold under the Standard License, and an unlimited amount of units sold under the Extended License).

**Personal Use:**
Personal Use is defined as using purchased Items in a manner that has no potential monetary gain. Personal Use projects cannot be related to any business, non-profit, or other organization of any kind. All purchased Items may be used in an unlimited number of Personal Use Projects. Examples of Personal Use include using a graphic to create t-shirts for a family reunion, using a template to create a birthday card that you send in celebration of a friend's special day, using a photo in a piece of wall art that you create for family member as a gift (no money changes hands), etc.

**Commercial Work:**
We define Commercial Work to be any work done that is not for Personal Use. Synonymous terms include Contracted Work and Client Work.

## How many times can I use a purchased item?

A purchased Item may be used in one Project. As an exception, Installable Items may be used in an unlimited number of Projects on a one seat per license basis. A Project is defined as a complete and cohesive undertaking that may result in one or more End Products. Any End Products included in the one Project must be directly related under a single concept. However, all purchased Items may be used in an unlimited number of Personal Use Projects.

For example, if you sell t-shirts in an online shop and you purchase a t-shirt mockup to display your shirt designs, you are allowed to use that mock-up in multiple End Products, each one displaying one of your shirt designs, because each of

LAATZ0507472

these End Products is directly related to marketing the t-shirt designs in one shop. Another acceptable use case would be using a purchased pattern to create an End Product banner ad that advertises an end of the year sale for a client who owns a clothing company, and then using that same pattern to create an End Product of mailers that are sent out to advertise that same sale for the same client. You may also purchase a photo to create a wall art End Product to hang in your home, and then use the same photo to create the End Product of a calendar that you gift to a friend, because these both fall under the umbrella of Personal Use Projects.

Conversely, you are not allowed to purchase a graphic to include in an End Product flyer design that you create for a real estate company, and then use that same graphic when designing the End Product of a website for a bakery, because these are unrelated End Products and therefore do not fall under the same Project. You are also not permitted to purchase a business card template and use it to create the End Product of a business card for your photography business, and then continue to use that template to create an End Product of a business card for your client's dog walking business because these are unrelated End Products and therefore do not fall under the same Project.

## Item Packs and Bundles:

Item Packs and Bundles are Items that contain multiple Sub-Items. Project limits apply to Individual Items within Packs or Bundles in the same way they would apply to those Items if the Items were to be sold on their own outside of a Bundle or Pack (unlimited Projects for Fonts and other Installable Items, and one Project for all other Item types). In the case that a Bundle or Pack contains further Bundles or Packs, project limits for each Item within those subsequent Bundles or Packs apply in the same way they would apply to those Items if the Items were to be sold on their own outside of a Bundle or Pack (unlimited projects for Fonts and other Installable Items, and one Project for all other Item types).

When Sub-Items within Item Packs or Bundles are used, they do not all have to be used in the same End Product nor the same one Project. For example, an Item Pack containing 10 icons could potentially be used in 10 Projects if only one icon is used per Project and each icon is used only once.

## Is there any limit to the number of impressions for my End Product?

For the most part, there is no limit to the number of impressions for your End Product. However, when purchased Items are used in TV, films, streaming video, on demand broadcasts, and/or online videos, exceptions apply. For these mediums, your End Product is allowed up to 10,000 views per month. For anything over 10,000 monthly views, contact the shop owner directly in order to inquire about further rights options.

## Can I redistribute Items I've purchased?

No, items purchased are for your use only. You may not include the original purchased items (or source files) in any distributed end products.

## Do I have to credit the original designer of an Item when I use it?

No, but that sure is a nice thing to do!

LAATZ0507473

## How much does an Extended License cost?

Shop owners set their own prices for both the Standard and Extended Licenses, so prices will vary from Item to Item.

## Do all Creative Market products offer an Extended License option?

No. Installable Items do not have an Extended License option (similar rights are available under the Standard License for these Items). Additionally, for all other Items, shop owners are able to determine whether or not they would like to offer an Extended License option.

## Can I buy an Extended License for Items already purchased?

Yes, if there is an Extended License option available for an Item you have already purchased, you may go to that Item's product page and buy an Extended License in the receipt area.

## How are Free Goods and official Creative Market Bundles licensed?

All Items offered as Free Goods or included in official Creative Market Bundles are sold under the Standard License. If you would like to buy an Extended License for any of these Items, visit the corresponding product page.

## What Licenses has Creative Market historically used?

- The SimpleLicense was our site-wide license before December 10, 2015 when it was replaced by the Standard License V1 and the Extended License V1. All non-GPL items purchased before this date are licensed under the SimpleLicense.
- All non-GPL Items purchased after December 9, 2015 and before February 22, 2016 are licensed under either the Standard License V1 or the Extended License V1.
- All non-GPL Items purchased on or after February 22, 2016 are licensed under either the Standard License or the Extended License.

## Are shop owners allowed to sell their products using custom licenses they create?

No. All items on Creative Market are sold under our Standard or Extended Licenses (except for some categories of themes requiring a GPL license).

# Photos FAQ

## How many impressions are allowed per photo?

For the most part, there is no limit to the number of impressions for an End Product that contains a photo purchased on Creative Market. However, when purchased photos are used in TV, films, streaming video, on demand broadcasts, and/or online videos, exceptions apply. For these mediums, your End Product is allowed up to 10,000 views per month. For anything over 10,000 monthly views, contact the shop owner directly in order to inquire about further rights options.

LAATZ0507474

## Templates FAQ

### Can I trademark a design I create using marketplace items such as a logo?

You may not register as a trademark the Item or the end product incorporating the Item — not even logos. If you use the Item to create a logo for yourself or a client, keep in mind that third parties can use the Item too, even in another logo.

### Can I convert a purchased website template into an HTML website or theme for myself or a client?

Yes, the Standard License covers this usage.

### Can I convert a purchased website template into a theme to sell or distribute (even for free)?

No.

## Themes FAQ

### Are all WordPress themes sold under the GNU General Public License (GPL)?

Yes. Because WordPress is distributed under a GPL license, all derivative works (including WordPress themes) must also be distributed under the same license.

### What uses does the GNU General Public License (GPL) cover?

To learn more about all the terms of the GPL license, you can <u>read the full text here</u>.

### Can I resell a WordPress theme I did not create?

This is technically allowed under the GNU General Public License (GPL), however we do not allow it on Creative Market as we only want to offer original, unique items to our community.

## Fonts FAQ

### Can I use a font in a website, app, or eBook?

You are not permitted to embed a purchased font into any of these mediums unless the shop offering the font has provided explicit permission for you to do so. However, you can use rasterized text from a font you purchased to create a design that is displayed in any of these mediums, as long as you do not include each individual character. To inquire about purchasing further font rights, contact shop owners directly.

## Add-Ons FAQ

LAATZ0507475

## What items are defined as Add-Ons?

Add-Ons include Installable Items such as Actions, Brushes, Gradients, Layer Styles, Palettes, Plug-Ins, and Shapes.

## What is a "seat?"

A single Standard License for an Installable Item (Fonts and Add-Ons) covers one user, which we call a seat. Each license can be used to install the purchased Installable Item on up to two computers used by the end user, so long as only one computer is used at a time. The Item can then be used to generate content for multiple projects. This means that each unique user of the Installable Item requires their own license of the purchased Item in order to install it on their computer(s) and use it to create content in any projects.

# 3D FAQ

## Can I 3D print items I've purchased?

Yes, you can create as many physical models as you like. Remember if you intend to incorporate the Item in an End Product for Sale, you are limited to 500 units sold under the Standard License. You are able to sell unlimited units of said End Product for Sale under the Extended License.

## Can I use 3D items to create static images?

Yes.

## Can I modify assets I've purchased?

Yes.

## Still have questions?

Contact our <u>support team</u>.

**FAQ by Category**

    <u>Photos</u>

    <u>Graphics</u>

    <u>Templates</u>

    <u>Themes</u>

    <u>Fonts</u>

LAATZ0507476

Add-Ons

3D

## Still not sure?

Let us help you find the right license for your project.

**See Use Cases**

**Creative Market** is a platform for handcrafted, mousemade design content from independent creatives around the world.

**Follow Us**

### Earn

Open a Shop

Become a Partner

### Community

Blog

Discussions

Collections

Members

Products

Help Center

Made with Creative Market

### Goodies

Free Goods

Purchase Credits

Gift Cards

Branding eBook

### Company

About

Brand

Terms

Licenses

Privacy Policy

Careers

839,076 Products     2,526,008 Members     16,184 Shops     © 2016 Creative Market. All rights reserved.

LAATZ0507477