# Exhibit 2

# (Document Filed Provisionally Under Seal)