# Exhibit 3

# (Document Filed Provisionally Under Seal)