# Exhibit 4

# (Document Filed Provisionally Under Seal)