# Exhibit 5

# (Document Filed Provisionally Under Seal)