# Exhibit 6

# (Document Filed Provisionally Under Seal)