# Exhibit 7

# (Document Filed Provisionally Under Seal)