# Exhibit 8

# (Document Filed Provisionally Under Seal)