# Exhibit 9

# (Document Filed Provisionally Under Seal)