# Exhibit 10

# (Document Filed Provisionally Under Seal)