# Exhibit 11

Message
_____

**From:**     Patrick Haley [Patrick.Haley@zazzle.com]
**Sent:**     8/24/2022 12:40:48 PM
**To:**       Peter Olexa [info@deeezy.com]
**Subject:**  Re: Nicky Laatz Creations Copyright Infringement Notice: Morgana Script

Thank you for letting me know.

On Aug 8, 2022, at 10:40 PM, Deeezy.com <info@deeezy.com> wrote:

External Sender
This message came from outside your organization.
Hi Patrick,

forwarding you email from John

---------- Forwarded message ----------
From: **John Laatz** <license@nickylaatz.com>
Date: Mon, 8 Aug 2022 at 18:48
Subject: Nicky Laatz Creations Copyright Infringement Notice: Morgana Script
To: <info@deeezy.com>
Cc: John Laatz <legal@nickylaatz.com>

Hi Peter

In approaching you directly, before taking any action, I am hoping to try and come to a quick and amicable resolution.

We became aware of Morgana Script this morning, via a Zazzle related enquiry. Morgana Script seems to have been created back in 2018 and somehow the existence of this font has escaped all of us at Nicky Laatz Creations until now. Nicky doesn't miss much on Creative Market, so for her to find out about a font that was traced from one of her own fonts on Creative Market that has been there for near on 4 years, came as a surprise.

The issue: Morgana Script Font is a traced majority outline copy (plagiarised version) of Blooming Elegant Font**, which is clearly evidenced in the attached overlay.

** Blooming Elegant refers to Blooming Elegant of the Blooming Elegant Trio family, which was created in 2016 and is owned by Nicky Laatz. The Blooming Elegant Family is protected under international and US Copyright and trademark laws (US Copyright no. **TX0008984762** and U.S. Trademark Registration No. **6,626,946**).

The overlay clearly shows that Blooming Elegant was traced and forms the base of Morgana Script. Beyond that the outline is preserved across multiple characters (tracing) with only slight alterations to the tracing on others. These minor changes are not enough

Exhibit 72
P. HALEY
7/16/24
Vivian Lane
CSR #11339

Confidential                                                              ZAZZLE-003384

to alter the personality (character, i.e. bouncy/playful) or properties (line height, letter spacing etc) of the font to make it your own and thus it remains immediately identifiable as Blooming Elegant, which needs to change.

In order to avoid entering into a formal Copyright/plagiarism dispute over Morgana Script we are requesting that you change the font to give it your own personality, but such a change would also require at least modification to letter spacing (condensing/expanding letters) and changes to key personality characters such as, but not limited to "t", "k", "flat n" and "g" (including their uppercase counterparts) and length/design changes to the swashes and their connectivity. To conclude this matter, your new revision containing your changes would need to be agreed by Nicky.

I hope to engage with you in meaningful dialog within 5 working days.

Regards

John Laatz

Director | Licensing, Finance & Enforcement

e. license@nickylaatz.com
w. nickylaatz.com

Nicky Laatz Creations UK Ltd

Email Disclaimer

<image001.png>

Confidential                                                                ZAZZLE-003385