# Exhibit 12

Message

---

**From:**     Patrick Haley [Patrick.Haley@zazzle.com]
**Sent:**      8/9/2022 8:13:38 AM
**To:**         Melanie Sherk [melanie.sherk@zazzle.com]
**CC:**         Bobby Beaver [bobby@zazzle.com]; Kat Liu [kat.liu@zazzle.com]; Liana Larson [liana.larson@zazzle.com]
**Subject:**   CONFIDENTIAL ACP/AWP: Redacted for Privilege

# Redacted for Privilege

Begin forwarded message:

**From:** "Deeezy.com" <info@deeezy.com>
**Subject: Re: font licensing**
**Date:** August 9, 2022 at 1:01:01 AM PDT
**To:** Patrick Haley <Patrick.Haley@zazzle.com>

External Sender
This message came from outside your organization.
Hi Patrick,

just you'll know about our conversation with John - sending you my email to John

------


**Deeezy.com** <info@deeezy.com>
to John, John, info


Hi John and Nicky,

Again...so sorry for this issue :/ I wasn't able to sleep tonight because of your email yesterday evening email :/

Especially because I know Nicky - a few years ago she was cooperating with me and selling on dealjumbo.com so hope she remember me and this cooperation was nice for her...so please let her know I'm very sorry for this
And also because Zazzle because they pick this Morgana script and now I'm responsible for this issue and they have problems because of me :/

Confidential

Exhibit 73
**P. HALEY**
7/16/24
Vivian Lane
CSR #11339

ZAZZLE-003075

I bought few already made fonts from (also Morgana script) from Indonesian designer Bonjourtype - she sells me fonts with full license - she sell all these fonts already for months or years on creative market without any issue so I was thinking all is OK with fonts (I didn't think fonts can be copied at all)...it's almost impossible to have some copied font on creative market because they will delete this post after some time for sure)

It will be great if we can connect via zoom and resolve this issue

- can I ask you a favor because of Zazzle? Can they leave this original Morgana script on the website until the designer sends me an updated version and Nicky will be OK with the new updated version? Thanks a lot...I'll turn off this font from creativemarket and similar websites where I'll find it right now...
- can you please check this bundle https://dealjumbo.com/downloads/49-script-fonts-bundle/ and let me know if there are more copied font :/ Designer Bonjourtype didn't reply to my email yet so I don't know right now :/

Thanks a lot for understanding and please let me know ASAP

Peter Olexa

On Mon, 8 Aug 2022 at 23:08, Patrick Haley <Patrick.Haley@zazzle.com> wrote:
Hi Peter,

The best way to resolve is for us to know all the details right away.

How did this first come to your attention?
Can you tell me who sent you the email about Morgana and forward that email to me?

Were there specific characters that this person requested that you change?
What's the plan right now?

We should set up a call to discuss.  When are you available?
But even before then please share the information that you have so we better understand the situation.

Thank you,
Patrick

On Aug 8, 2022, at 1:30 PM, Patrick Haley <Patrick.Haley@zazzle.com> wrote:

Confidential

ZAZZLE-003076

We have already installed the font.

Please tell me any more details that you have right away.  The font that's copied.   Which characters.

On Aug 8, 2022, at 1:18 PM, Patrick Haley <Patrick.Haley@zazzle.com> wrote:

Oh no!  Do you know what other font was copied?

How many characters?

On Aug 8, 2022, at 12:28 PM, Deeezy.com <info@deeezy.com> wrote:

**External Sender**
This message came from outside your organization.

Hi Patrick, so sorry for bad news...just recieved an email about Morgana script. It seems indonesian author copy other script style :/ And after sell me full rights to this font. i'm really sorry and i shock right now. We'll need to update few characters - will need to contact author ask for these updates and also why he copy other designer font (and if this one only copied font). Please let me know if you can put Morgana script down until we'll update script so original author will be ok with updated version. Again so sorry for this issue and please let me know how i can resolve this issue with you and your company :/ i'm really in shock. Hope i can resolve this issue just the way you'll need. Peter

On Sun, Aug 7, 2022, 10:29 PM Patrick Haley <Patrick.Haley@zazzle.com> wrote:
 The last version of the fonts you provided had the following meta data:

PostScript  name: AngeletttiScriptBaseline
Full name: Angeletti Script Baseline
Family: Angeletti Script Baseline
Version: 1.000

So I was first asking you to change it to be named like the previous version.
But we figured out how to change the meta data and version, which we ended up making 2.000

Confidential

ZAZZLE-003077

So if you could just post on Creative Market and wherever else you license fonts, the version I sent you we will be completely in sync.

Let me know if you still have questions.

Thank you,
Patrick

On Aug 7, 2022, at 12:26 AM, Deeezy.com <info@deeezy.com> wrote:

**External Sender**
This message came from outside your organization.

Hi Patrick,

not very sure what exactly you need to do?

- do you need some special license settings in these files?

Thanks for the exact information and the author will update these fonts files again...

Peter

On Fri, 5 Aug 2022 at 18:27, Patrick Haley <Patrick.Haley@zazzle.com> wrote:
Peter,

I appreciate that but in this case we would prefer that you make the fonts attached (version 2.000) available for direct license. So our users can work offline in Photoshop or Illustrator if they wish.

Can you do that?

Thank you,
Patrick

Confidential

ZAZZLE-003078

On Aug 4, 2022, at 11:16 PM, Deeezy.com <info@deeezy.com> wrote:

**External Sender**
This message came from outside your organization.

Thanks a lot Patrick,

I'll not post this font anywhere - **it's your exclusive custom font so only you own rights to this font ;)**

**so if you need some other update on this font please let me know**

thanks and please let me know if you need anything else or you have an idea for your 2nd and 3rd exclusive custom font

Peter

On Fri, 5 Aug 2022 at 06:14, Patrick Haley <Patrick.Haley@zazzle.com> wrote:
I will just send you the files.

Sent from my iPhone.

On Aug 4, 2022, at 5:29 PM, Patrick Haley <patrick.haley@zazzle.com> wrote:

Sorry Peter,  you can disregard my last email.   We found someone who could update the meta data of the file.

Can you just be sure to change the version to 2.0  (not 1.100) for what you post for sale on Creative Market or other sites?

Thanks for all the adjustments.  We're really happy with what we ended up with.

Patrick

Confidential

ZAZZLE-003079

On Aug 4, 2022, at 4:22 PM, Patrick Haley <Patrick.Haley@zazzle.com> wrote:

Thank you Peter.

The font looks good.  But we're having trouble overriding the previous version we uploaded into our system and tested.

Can you update the meta data of both files to be like previous versions and change the version number to 1.100. See attached.

Thank you,
Patrick

On Aug 3, 2022, at 10:46 PM, Deeezy.com <info@deeezy.com> wrote:

**External Sender**
This message came from outside your organization.

Hi Patrick,

please check these updated files and let me know

thanks and have a nice weekend,
Peter

On Wed, 3 Aug 2022 at 18:41, Patrick Haley <Patrick.Haley@zazzle.com> wrote:
 Hi Peter,

 Checking in to see if this is this final change that can be made soon.

 Thanks,

Confidential

ZAZZLE-003080

Patrick

On Aug 1, 2022, at 6:23 PM, Patrick Haley <Patrick.Haley@zazzle.com> wrote:

Hi Peter,

Thanks very much.  We've tested the font and it looks great.
We have one final request.  Can the author move the upper case letters up to the baseline so they align with the bottom of the lower case letters?  See the attached instructions.

Pindahkan huruf besar ke atas ke garis dasar sehingga sejajar dengan bagian bawah huruf kecil? Lihat petunjuk terlampir.

I know this is a style choice.
Saya tahu ini adalah pilihan gaya.

I would appreciate it if we could get one more version of both the regular and italic with that change by tomorrow (Tuesday).
Saya akan sangat menghargai jika kita bisa mendapatkan satu versi lagi dari reguler dan miring dengan perubahan itu besok (Selasa).

And then we are done.  And I expect you will be able to sell that font directly.  It will be a popular font on our site for sure.

Thank you,
Patrick

On Aug 1, 2022, at 1:51 AM, Deeezy.com <info@deeezy.com> wrote:

**External Sender**
This message came from outside your organization.

Confidential

ZAZZLE-003081

Hi Patrick,

please check updated font files...hope all will be OK now

Peter

On Fri, 29 Jul 2022 at 21:38, Patrick Haley <Patrick.Haley@zazzle.com> wrote:

I'm sorry, one more request.

Please have the author change the lowercase "f" according to the attached instructions, which also shows the 10 missing glyphs.

Thank you,

Patrick

---

**From:** Patrick Haley
**Sent:** Friday, July 29, 2022 11:10 AM
**To:** Deeezy.com
**Subject:** Re: font licensing

From my designer:

The  spacing  looks good
But the italic one isn't installing right
They are both internally named the same

looks like they didn't do all the glyphs
there were 14 missing glyphs, now there are 10 left

Confidential

ZAZZLE-003082

Patrick

On Jul 29, 2022, at 10:37 AM, Patrick Haley <patrick.haley@zazzle.com> wrote:

Peter - thanks very much for sending to me today.

.

On Jul 28, 2022, at 11:23 PM, Deeezy.com <info@deeezy.com> wrote:

**External Sender**

This message came from outside your organization.

Hi Patrick,

please check the new font version...

Peter

On Thu, 28 Jul 2022 at 20:27, Patrick Haley <Patrick.Haley@zazzle.com> wrote:
Thank you.

On Jul 27, 2022, at 11:36 PM, Deeezy.com <info@deeezy.com> wrote:

**External Sender**

This message came from outside your organization.

Hi Patrick,

Already let designer know about these 2 updates...and also that you need it as soon as possible

Peter

On Thu, 28 Jul 2022 at 03:18, Patrick Haley <Patrick.Haley@zazzle.com> wrote:

Confidential

ZAZZLE-003083

Hi Peter,

There's another change that we need as soon as possible, to make the spacing between letters 2x bigger for both regular and italic.
See the attachment.

Could we get this tomorrow even if the new glyphs are not ready?

Thank you,
Patrick


On Jul 27, 2022, at 3:15 PM, Patrick Haley <Patrick.Haley@zazzle.com> wrote:

Thanks very much Peter.

Upon first review by our designer, it's looking good.
She says 14 glyphs are missing.  See attachment.

Do you think that's something the author could work on while we test the font in our design tool?

Patrick

<missingglyphs.ai>

On Jul 26, 2022, at 10:51 PM, Deeezy.com <info@deeezy.com> wrote:

**External Sender**
This message came from outside your organization.

Hi Patrick,

ohh...again I click on reply button in gmail account and it send it to our email (didn't notice it)

Confidential

ZAZZLE-003084

sorry...please check these updated fonts

Peter

**Deeezy.com** <info@deeezy.com>
to Deeezy.com


Hi Patrick,

please check these new versions and let me know...

Peter

On Wed, 27 Jul 2022 at 00:13, Patrick Haley <Patrick.Haley@zazzle.com> wrote:
 Sorry ETA is estimated time of arrival, meaning when do you expect the author to have these done.

 Did you mean attach a new file?
 If so, it didn't come through as an attachment.
 Just:  <angeletti_updates.ai>

 On Jul 26, 2022, at 12:59 PM, Deeezy.com <info@deeezy.com> wrote:


 **External Sender**
 This message came from outside your organization.

 Hi Patrick, what is exactly ETA? Author send me just these ttf font files...

 On Tue, Jul 26, 2022, 9:51 PM Patrick Haley <Patrick.Haley@zazzle.com> wrote:
  Hi Peter - do you have an ETA from the author?

  On Jul 22, 2022, at 12:29 PM, Deeezy.com <info@deeezy.com> wrote:

Confidential                                                                    ZAZZLE-003085

**External Sender**

This message came from outside your organization.

Hi Patrick, will let you know for sure...thanks for understanding. Peter

On Fri, Jul 22, 2022, 6:41 PM Patrick Haley <Patrick.Haley@zazzle.com> wrote:
Hi Peter,

Checking in to see if you or you designer have any questions and what the estimated timing is for having the regular and italic version done?

Thank you,
Patrick

On Jul 19, 2022, at 10:28 AM, Deeezy.com <info@deeezy.com> wrote:

**External Sender**

This message came from outside your organization.

Thanks Patrick...will let you know soon about updated version

On Tue, Jul 19, 2022, 7:00 PM Patrick Haley <Patrick.Haley@zazzle.com> wrote:
Hi Peter,

I'm sorry, there was a typo error in the instructions.
Maaf, ada kesalahan ketik dalam instruksi.

For the lowercase only the spacing needs to be adjusted.
Untuk huruf kecil hanya spasi yang perlu disesuaikan.

For the uppercase the spacing and the width.
Untuk huruf besar spasi dan lebar.

See revised instructions.

Confidential

ZAZZLE-003086

Lihat instruksi yang direvisi.


On Jul 18, 2022, at 6:01 PM, Patrick Haley <Patrick.Haley@zazzle.com> wrote:

Hi Peter,

We are getting close.  The angle and brush stroke look good, just the spacing between the characters and the width that need adjustment.
Už sa nám to blíži. Uhol a ťah štetca vyzerajú dobre, len medzery medzi znakmi a šírka vyžadujú úpravu.
Kami semakin dekat. Sudut dan sapuan kuas terlihat bagus, hanya jarak antara karakter dan lebar yang perlu disesuaikan.

Please see the attached instructions for swashes, missing glyphs, and spacing and width.
V priložených pokynoch nájdete čiarky, chýbajúce glyfy, rozostupy a šírku.
Silakan lihat instruksi terlampir untuk sapuan, mesin terbang yang hilang, dan jarak dan lebar.

Change character width to 86% and character spacing to -49
Zmeňte šírku znakov na 86 % a medzery medzi znakmi na -49
Ubah lebar karakter menjadi 86% dan spasi karakter menjadi -49

Thank you,
Patrick

On Jul 17, 2022, at 11:33 PM, Deeezy.com <info@deeezy.com> wrote:

**External Sender**
This message came from outside your organization.

Hi Patrick,

Please check the attachment...

Confidential

ZAZZLE-003087

Author sent me regular version...please check it and let me know

Peter

On Fri, 15 Jul 2022 at 20:19, Patrick Haley <Patrick.Haley@zazzle.com> wrote:
Peter,

We will name this new font Angeletti Script

Thank you,
Patrick

On Jul 13, 2022, at 1:19 PM, Patrick Haley <Patrick.Haley@zazzle.com> wrote:

Hi Peter,

For the uppercase letters, can the author just use the letters provided in the attached file and refine them?  Where needed to make it cohesive...
- adjust the stroke
- adjust the size or vertical position

Môže autor v prípade veľkých písmen použiť iba písmená uvedené v priloženom súbore a upraviť ich? Kde treba...
- upravte zdvih
- upravte veľkosť alebo vertikálnu polohu

(Indonesian)
Untuk huruf besar, bisakah penulis menggunakan huruf yang disediakan dalam file terlampir dan memperbaikinya? Di mana diperlukan untuk membuatnya kohesif...
- menyesuaikan stroke
- sesuaikan ukuran atau posisi vertikal

Let us know if you have questions.

Confidential

ZAZZLE-003088

Thank you,
Patrick

On Jul 12, 2022, at 10:47 PM, Deeezy.com <info@deeezy.com> wrote:

Confidential

ZAZZLE-003089