# Exhibit 13

Message
_____

**From:**      Patrick Haley [Patrick.Haley@zazzle.com]
**Sent:**      8/9/2022 8:18:49 AM
**To:**        Melanie Sherk [melanie.sherk@zazzle.com]
**CC:**        Bobby Beaver [bobby@zazzle.com]; Kat Liu [kat.liu@zazzle.com]; Liana Larson [liana.larson@zazzle.com]
**Subject:**   CONFIDENTIAL ACP/AWP:  | Redacted for Privilege |

# Redacted for Privilege

Begin forwarded message:

**From:** "Deeezy.com" <info@deeezy.com>
**Subject: Re: font licensing**
**Date:** August 9, 2022 at 5:14:52 AM PDT
**To:** Patrick Haley <Patrick.Haley@zazzle.com>

External Sender
This message came from outside your organization.
Hi Patrick,

new conversation with John:

## John Laatz

to Deeezy.com, me

Hi Peter

Thank you for your heart felt response, it is very much appreciated and I will do what I can to work this out directly with you.

This is a <u>very big issue</u>, but I am wondering if you know just how big it is?

I will respond to the other parts of your emails in detail a little later today. Nicky is looking into BonjourType and will give some feedback on that in the coming days.

Regards

John Laatz

and my reply:

Hi John,

Thanks for a speedy reply...

**This is a <u>very big issue</u>, but I am wondering if you know just how big it is?**

Exhibit 74
P. HALEY
7/16/24
Vivian Lane
CSR #11339

Confidential                                                    ZAZZLE-003073

Actually I don't know how big it is because it's just a shock for me that BonjourType sells me rights to this kind of font or fonts :/ I bought these fonts in 2017 and I can see we sell these fonts on dealjumbo already in 2015 so BonjourType has this font in a creative market shop already in 2015...not sure how I should know that it's a copy of Nicky font :/ Also because of Zazzle - they just asked me to use this font a few months ago...newer think that this font can be copied from some other font :/ So now it's my responsibility and I'll need to handle it somethow...not sure what exactly you'll need if you say it's a very big issue but will try to do anything. Patrick from zazzle will probably contact you also...I'm very sorry about this issue because of Nicky and also because of Patrick and Zazzle...not sure exactly where I made an mistake with this or how I was able to check if fonts are OK (but at that moment I never thinks that designer that is selling fonts on creativemarket (+ dealjumbo) for 2 years can copy fonts and after sell me full rights :/

**I will respond to the other parts of your emails in detail a little later today. Nicky is looking into BonjourType and will give some feedback on that in the coming days.**

Ok John, please let me know and I'll do anything I can...

Peter

Just received email from BonjourType:

## Rachma

to me

Hi Peter, I'm sorry for my stupidity to make the font almost the same as Blooming Elegant. The font I'm currently working with is nothing like that.

Confidential

ZAZZLE-003074