# Exhibit 14

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 1 | Date Range: 8/22/2022 |

## Outline of Conversations

 **D1VR98EUF - 2022/08/22** · 1 message on 8/22/2022 · Kat Liu <kat.liu@zazzle.com> · Patrick Haley <patrick.haley@zazzle.com>

**Exhibit 75**
**P. HALEY**
7/16/24
Vivian Lane
CSR #11339

ZAZZLE-003974

## Messages in chronological order (times are shown in GMT -07:00)

**D1VR98EUF - 2022/08/22**

PH     Patrick Haley <patrick.haley@zazzle.com>                                                8/22/2022, 11:34 AM

*Image: image.png (209 KB)*

Confidential                                                                                          ZAZZLE-003975