# Exhibit 15

Morgana typeface *abcdefghijklmnopqrstuvwxyz*

Blooming Elegant Typeface *abcdefghijklmnopqrstuvwxyz*

Blooming Elegant Typeface
Morgana Typeface *abcdefghijklmnopqrstuvwxyz*

**Exhibit 76**
**P. HALEY**
7/16/24
Vivian Lane
CSR #11339

Confidential

ZAZZLE-003976