# Exhibit 16

# (Document Filed Provisionally Under Seal)