# Exhibit 17

# (Document Filed Provisionally Under Seal)