# Exhibit 18



Veritext Exhibit Share    Laatz v. Zazzle | My Ba...    Citrix Receiver    Westlaw Sign In | Tho...    LMS+ Login    Relativity    ShareFile Login    Log in | CloudNine Re...    OLD LMS    All Files | Powered by ...    isolved People Cloud



FONTS    BUNDLES    TYPETESTER    CONTACT    FAQ

What font are you looking for? (type her name or some key word)

BEYOND THE
MOUNTAINS

FREE DOWNLOAD

PERSONAL USE

$1490.00 ADD TO CART

UNLIMITED LICENSE ▼

The commercial version
includes a complete set of
alternate glyphs and a range
of ligatures !

ⁱLicensing information.



We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.    Ok

https://www.stereo-type.fr/wp-content/uploads/beyond_the_mountains.zip

Exhibit
0209
9/12/2024
Liu