# Exhibit 19





FONTS    BUNDLES    TYPETESTER    CONTACT    FAQ

What font are you looking for? (type her name or some key word)

BEYOND THE
MOUNTAINS

  A

FREE DOWNLOAD
―――
PERSONAL USE

$49.00 ADD TO CART
―――
WEBFONT LICENSE | ▼

The commercial version
includes a complete set of
alternate glyphes and a range
of ligatures !

ᴾᴸⁱcensing information.



We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.    Ok

Exhibit
0210

9/12/2024
Liu