# Exhibit 20



FONTS | BUNDLES | TYPETESTER | CONTACT | FAQ

**How to choose my license ?**

**Standard License**

If you're an individual or a small studio or agency, then, this should be the best license for you. You're allowed to install the font on a maximum of 5 devices.
You can designs logos, signs, posters, etc… and products (badges, shirts, etc…) for yourself or your client(s) and sell this material for profit.
This license is not limited in time, it means that once you buy it, you can use it as long as you want.
Of course, this license doesn't allow re-distribution of the font in any form.

**Webfont License**

This licence is made for individuals, studios or agencies that want to include our fonts in websites or applications for dynamic display of texts. You're allowed to install the font on a maximum of 10 devices.
This license is not limited in time, it means that once you buy it, you can use it as long as you want.
Of course, this license doesn't allow re-distribution of the font in any form.

**Extended License**

This license includes both standard and webfont licenses. If you're an agency, then, this should be the best license for you. You're allowed to install the font on a maximum of 50 devices.
You can designs logos, signs, posters, etc… and products (badges, shirts, etc…) as well as websites or applications for dynamic display of texts, for yourself or your client(s) and sell this material for profit.
This license is not limited in time, it means that once you buy it, you can use it as long as you want.
Of course, this license doesn't allow re-distribution of the font in any form.

**Broadcast License**

This license is reserved to any company that want to use my fonts for broadcasting, tv or cinema titling. There is no limited number of devices on which you can install the font.
This license is not limited in time, it means that once you buy it, you can use it as long as you want.
Of course, this license doesn't allow re-distribution of the font in any form.

**Unlimited License**

This licence is made for companies that need the fonts for an unlimited number of devices and the possibility to re-distribute to related businnesses.
Additionaly, this license includes all the licenses listed above.
This license is not limited in time, it means that once you buy it, you can use it as long as you want.

Exhibit
0211
9/12/2024
Liu