# Exhibit 21

# (Document Filed Provisionally Under Seal)