# Exhibit 22

# (Document Filed Provisionally Under Seal)