# Exhibit 23

e040 ~

e041 ~

e042 ~

e043 ~

e044 ℮

e045

e046 ~

e047 ~

e048 ~

e049 ~

e050 ~

e051 ~

- Add 11 more swashes and
map to the following unicodes.

- Current font size is based on 72pt.

- Ensure that all swashes will connect
seamlessly with the other characters in the font.

- Must maintain the current width and general
style of the swash

**Exhibit
0216**
9/12/2024
Liu

Confidential

ZAZZLE-004227