# Exhibit 24

# (Document Filed Provisionally Under Seal)