PATRICK M. RYAN (SBN 203215)
    *pryan@bartkopavia.com*
STEPHEN C. STEINBERG (SBN 230656)
    *ssteinberg@bartkopavia.com*
CHAD E. DEVEAUX (SBN 215482)
    *cdeveaux@bartkopavia.com*
P. CASEY MATHEWS (SBN 311838)
    *cmathews@bartkopavia.com*
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, California 94111
Telephone:   (415) 956-1900
Facsimile:    (415) 956-1152

Attorneys for Plaintiff and Counter-Defendant
NICKY LAATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>            Plaintiff,<br><br>      v.<br><br>ZAZZLE, INC. and MOHAMED ALKHATIB,<br><br>            Defendants.<br><br>ZAZZLE, INC.,<br><br>            Counter-Claimant,<br><br>      v.<br><br>NICKY LAATZ,<br><br>            Counter-Defendant. | Case No. 5:22-cv-04844-BLF<br><br>**DECLARATION OF P. CASEY MATHEWS IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE***<br><br><br>Trial Date:   February 17, 2026 |

I, P. Casey Mathews, declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am a partner at Bartko Pavia LLP, attorneys of record for Plaintiff Nicky Laatz ("Nicky Laatz" or "Plaintiff"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would

competently testify thereto. I make this declaration in support of Plaintiff Nicky Laatz's Motions *in Limine* Nos. 1-4.

2. On December 22, 2025, the parties met and conferred regarding, *inter alia*, their contemplated motions *in limine*. During the meet and confer, the parties discussed the motions *in limine* they were contemplating filing to see if they could reach evidentiary stipulations in lieu of filing any of their contemplated motions *in limine*. Following the meet and confer, on December 23, 2025, I emailed counsel for Defendants to list the contemplated motions *in limine* that Nicky Laatz was considering filing, including her Motion in Limine No. 4 seeking the exclusion of evidence and argument related to Zazzle's and Nicky Laatz's overall financial condition. I followed up again on December 29, 2025 to inquire if Defendants would stipulate to exclude such evidence. That same day, Defendants replied stating that they would not agree to stipulate to exclude any of the evidence that was the subject of Nicky Laatz's contemplated motions *in limine*.

3. Attached to this declaration as **Exhibit 104** is a true and correct copy of the Email thread between Nicky Laatz and Gary Brunelle Re: Creative Market inquiry (Reynaud Depo Ex. 104).

4. Attached to this declaration as **Exhibit 105** is a true and correct copy of the Email thread between Nicky Laatz and Gary Brunelle Re: Creative Market - Licensing Proposal (Reynaud Depo Ex. 105).

5. Attached to this declaration as **Exhibit 111** is a true and correct copy of the Messages between Nicky Laatz and John Giardiniere (Reynaud Depo Ex. 111).

6. Attached to this declaration as **Exhibit 124** is a true and correct copy of the N. Laatz email re Colour Fonts.

7. Attached to this declaration as **Exhibit 127** is a true and correct copy of the the Nicky Laatz Invoice dated 17 January 2016 to Brightbox Collective.

8. Attached to this declaration as **Exhibit 128** is a true and correct copy of the Chat between Nicky Laatz and Minted (N.Laatz Depo Ex. 128).

DECLARATION OF P. CASEY MATHEWS IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

9.      Attached to this declaration as **Exhibit 129** is a true and correct copy of the Email thread between Nicky Laatz and Jennie Newsome Re: Font usage/licensing (N.Laatz Depo Ex. 129) (J.Laatz Depo Ex. 154).

10.      Attached to this declaration as **Exhibit 130** is a true and correct copy of the Email thread between John Laatz and Andi Compton (Spoken Bride) re Purchasing Licensing for Serenity Fonts (N.Laatz Depo Ex. 130).

11.      Attached to this declaration as **Exhibit 131** is a true and correct copy of the Zazzle Instagram post of tote (N.Laatz Depo Ex. 131).

12.      Attached to this declaration as **Exhibit 132** is a true and correct copy of the Email thread between Colin Wiffen and Nicky Laatz Creations Re: General Enquiry #346 (N.Laatz Depo Ex. 132).

13.      Attached to this declaration as **Exhibit 142** is a true and correct copy of the Email from N. Laatz to J. Laatz re Fwd: CM Request dated October 19, 2021 (J. Laatz Depo Ex. 142).

14.      Attached to this declaration as **Exhibit 143** is a true and correct copy of the Email thread between John Laatz and Mary Catherine Pflug Re: URGENT: Discussing new agreement (J.Laatz Depo Ex. 143).

15.      Attached to this declaration as **Exhibit 146** is a true and correct copy of John Laatz Deposition exhibit re House Budget Assuming Buying at Max 675k.

16.      Attached to this declaration as **Exhibit 147** is a true and correct copy of the John Laatz Deposition exhibit re Laatz Family Budget for [Month] 2020.

17.      Attached to this declaration as **Exhibits 148** is a true and correct copy of email from Justin to Nicky Laatz Creations re General Enquiry #941 dated July 26, 2020.

18.      Attached to this declaration as **Exhibits 152** is a true and correct copy of the email thread between John Laatz and Minted re General Enquiry #2374 (J.Laatz Depo Ex. 152).

19.      Attached to this declaration as **Exhibits 153** is a true and correct copy of the email thread between Molly Wiggens (Minted) and John/Nicky Laatz Re: COPYRIGHT INFRINGEMENT: Nicky Laatz / Minted LLC (J.Laatz Depo Ex. 153).

20.    Attached to this declaration as **Exhibit 154** is a true and correct copy of the email dated May 21, 2018 from Nicky Laatz from Jennie Newsome re Font usage/licensing.

21.    Attached to this declaration as **Exhibit 155** is a true and correct copy of the email thread between John Laatz and Dan Alcorn Re: Thanks for the call, John (J.Laatz Depo Ex. 155).

22.    Attached to this declaration as **Exhibit 156** is a true and correct copy of the email dated May 20, 2019 from John Laatz to Andi Compton re quote to Spoken Bride.

23.    Attached to this declaration as **Exhibit 157** is a true and correct copy of the quote from Nicky Laatz Creations to Spoken Bride LLC (J.Laatz Depo Ex. 157).

24.    Attached to this declaration as **Exhibit 158** is a true and correct copy of the email thread between John Laatz and Madison Kress (L Brands) Re: [External] Gotcha for Victoria's Secret (J.Laatz Depo Ex. 158).

25.    Attached to this declaration as **Exhibit 159** is a true and correct copy of the Nicky Laatz Creations invoice to L Brands, Inc (J.Laatz Depo Ex. 159).

26.    Attached to this declaration as **Exhibit 168** is a true and correct copy of the Zazzle Profit and Loss statements (Kang Depo Ex. 168).

27.    Attached to this declaration as **Exhibit 178** is a true and correct copy of Zazzle Consolidated Financial Statements (Kang Depo Ex. 178).

28.    Attached to this declaration as **Exhibit 330** is a true and correct copy of the Letter, Quotation, and Corporate License Agreement from Nicky Laatz to Vayner Media

29.    Attached to this declaration as **Exhibit 331** is a true and correct copy of the Nicky Laatz Creations Invoice to Great Wolf Resorts for Summer Loving Font Collection - Corporate License.

30.    Attached to this declaration as **Exhibit 332** is a true and correct copy of the email thread between Molly Wiggens (Minted) and John/Nicky Laatz Re: COPYRIGHT INFRINGEMENT: Nicky Laatz / Minted LLC

31.    Attached to this declaration as **Exhibit 333** is a true and correct copy of the Wayback Machine - Minted, "Do you provide the fonts on your Minted Font List?"

DECLARATION OF P. CASEY MATHEWS IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

32. Attached to this declaration as **Exhibit 334** is a true and correct copy of the Wayback Machine - Minted, "What do I need to know about using fonts when designing for Minted?"

33. Attached to this declaration as **Exhibit 335** is a true and correct copy of the Wayback Machine - Minted, "Minted artists' top 10 font tips".

34. Attached to this declaration as **Exhibit 336** is a true and correct copy of the Wayback Machine - Minted, Terms and Conditions.

35. Attached to this declaration as **Exhibit 666** is a true and correct copy of the Zazzle Blog Post - Different Way to Wrap Your Gifts.

36. Attached to this declaration as **Exhibit 667** is a true and correct copy of the Zazzle Blog Post - What you need for the Perfect Wine Tasting.

37. Attached to this declaration as **Exhibit 668** is a true and correct copy of the Zazzle Blog Post - DIY: Dreamcatcher Card Display.

38. Attached to this declaration as **Exhibit 669** is a true and correct copy of the Zazzle Blog Post - Baby Shower Games & Activity Inspiration.

39. Attached to this declaration as **Exhibit 670** is a true and correct copy of the Zazzle Blog Post - 26 Unique Wedding Favor Ideas for Your Big Day.

40. Attached to this declaration as **Exhibit 671** is a true and correct copy of the Zazzle Blog Post - 5 Ways to Label Valuables for Camp, College and Assisted Living.

41. Attached to this declaration as **Exhibit 672** is a true and correct copy of the Zazzle Blog Post - Wedding Guest Gifting Etiquette.

42. Attached to this declaration as **Exhibit 673** is a true and correct copy of the Zazzle Blog Post - DIY: Custom Stamped Wedding Favor Bags.

43. Attached to this declaration as **Exhibit 685** is a true and correct copy of the a Zazzle Instagram Post - Custom Cards & Invites.

44. Attached to this declaration as **Exhibit 686** is a true and correct copy of the Zazzle Instagram Post - Custom Bottle Tags.

45.    Attached to this declaration as **Exhibit 687** is a true and correct copy of Zazzle Instagram Post - Wedding Invitation.

46.    Attached to this declaration as **Exhibit 688** is a true and correct copy of the Zazzle Instagram Post - Custom Invites.

47.    Attached to this declaration as **Exhibit 689** is a true and correct copy of the Zazzle Instagram Post - Baby Shower Invites.

48.    Attached to this declaration as **Exhibit 690** is a true and correct copy of the Zazzle Instagram Post - Custom Coasters.

49.    Attached to this declaration as **Exhibit 691** is a true and correct copy of the Zazzle Instagram Post - Halloween Invitations.

50.    Attached to this declaration as **Exhibit 692** is a true and correct copy of the Zazzle Instagram Post - Custom Mailing Accessories.

51.    Attached to this declaration as **Exhibit 693** is a true and correct copy of the Zazzle Instagram Post - Custom Cards & Invites.

52.    Attached to this declaration as **Exhibit 694** is a true and correct copy of the Zazzle Instagram Post - Custom Ornaments.

53.    Attached to this declaration as **Exhibit 695** is a true and correct copy of the Zazzle Instagram Post - Friendsgiving.

54.    Attached to this declaration as **Exhibit 696** is a true and correct copy of the Zazzle Instagram Post - Pillow Design.

55.    Attached to this declaration as **Exhibit 697** is a true and correct copy of the Zazzle Instagram Post - Creative Ways to Wrap Presents.

56.    Attached to this declaration as **Exhibit 698** is a true and correct copy of the Zazzle Instagram Post - Business Cards.

57.    Attached to this declaration as **Exhibit 699** is a true and correct copy of the Zazzle Instagram Post - Art Projects.

58.    Attached to this declaration as **Exhibit 700** is a true and correct copy of the Zazzle Instagram Post - Custom Cards.

DECLARATION OF P. CASEY MATHEWS IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

59.     Attached to this declaration as **Exhibit 701** is a true and correct copy of the Zazzle Instagram Post - Cute Accessories.

60.     Attached to this declaration as **Exhibit 702** is a true and correct copy of the Zazzle Instagram Post - Easter.

61.     Attached to this declaration as **Exhibit 703** is a true and correct copy of the Zazzle Instagram Post - Wedding Invitation.

62.     Attached to this declaration as **Exhibit 704** is a true and correct copy of the Zazzle Instagram Post - Summer.

63.     Attached to this declaration as **Exhibit 705** is a true and correct copy of the Zazzle Instagram Post - Graduation.

64.     Attached to this declaration as **Exhibit 715** is a true and correct copy of the Zazzle Instagram Post - Tote Bags.

65.     Attached to this declaration as **Exhibit 716** is a true and correct copy of the Email/Receipt from The Zazzle Team to ToastedPixels re Your Recent Sales dated August 16, 2021.

66.     Attached to this declaration as **Exhibit 717** is a true and correct copy of the Zazzle - Order Confirmation to accounts@laatz.net dated July 14, 2020.

67.     Attached to this declaration as **Exhibit 719** is a true and correct copy of the PDF of spreadsheet showing promotional emails sent by Zazzle to nicky@brightbox.co.za.

68.     Attached to this declaration as **Exhibit 721** is a true and correct copy of the Zazzle Promotional Email - So Much to Say.

69.     Attached to this declaration as **Exhibit 731** is a true and correct copy of the Zazzle Promotional Email - Let the Sunshine In.

70.     Attached to this declaration as **Exhibit 754** is a true and correct copy of the Zazzle Promotional Email - Mail that Scales.

71.     Attached to this declaration as **Exhibit 755** is a true and correct copy of the Zazzle Promotional Email - A Fabulous Fete

72.     Attached to this declaration as **Exhibit 756** is a true and correct copy of the Zazzle Promotional Email - The Perfect Introduction

73.     Attached to this declaration as **Exhibit 757** is a true and correct copy of the Zazzle Promotional Email - You Can't Help But Smile.

74.     Attached to this declaration as **Exhibit 758** is a true and correct copy of the Zazzle Promotional Email - Eat, Drink and be Scary !

75.     Attached to this declaration as **Exhibit 761** is a true and correct copy of the Zazzle Promotional Email - Black Friday up to 60% Off.

76.     Attached to this declaration as **Exhibit 763** is a true and correct copy of the Zazzle Promotional Email - Get in the Spirit

77.     Attached to this declaration as **Exhibit 764** is a true and correct copy of the Zazzle Promotional Email - Fleece and Thank You

78.     Attached to this declaration as **Exhibit 765** is a true and correct copy of the Zazzle Promotional Email - Cyber Monday up to 75% Off.

79.     Attached to this declaration as **Exhibit 766** is a true and correct copy of the Zazzle Promotional Email - Rejoice!.

80.     Attached to this declaration as **Exhibit 767** is a true and correct copy of the Zazzle Promotional Email - Share the Love

81.     Attached to this declaration as **Exhibit 770** is a true and correct copy of the Zazzle Inc. Consolidated Financial Statements of Operations for the Years Ended March 31, 2022 and March 31, 2023 .

82.     Attached to this declaration as **Exhibit 782** is a true and correct copy of the Email from Zazzle Inc. to nicky@brightbox.co.za re Designer Newsletter 4.1— Reap Rewards When You Turn New People Onto Zazzle .

83.     Attached to this declaration as **Exhibit 783** is a true and correct copy of the Email from Zazzle Inc. to nicky@brightbox.co.za re Sip, Sip, Hooray! 40% Off Water Bottles & Tumblers.

84.    Attached to this declaration as **Exhibit 784** is a true and correct copy of the Email from Zazzle Inc. to nicky@brightbox.co.za re 10 Products at 40% Off? Don't Write This One Off! .

85.    Attached to this declaration as **Exhibit 785** is a true and correct copy of the Email from Zazzle Inc. to nicky@brightbox.co.za re Consider Your Clutter Contained.

86.    Attached to this declaration as **Exhibit 786** is a true and correct copy of the Email from Zazzle Inc. to nicky@brightbox.co.za re 40% Off Business Cards.

87.    Attached to this declaration as **Exhibit 787** is a true and correct copy of the Email from Zazzle accounts@laatz.net re Your Zazzle order is confirmed.

88.    Attached to this declaration as **Exhibit 788** is a true and correct copy of the Email from Zazzle Inc. to accounts@laatz.net re Welcome to Zazzle!.

89.    Attached to this declaration as **Exhibit 789** is a true and correct copy of the Email from The Zazzle Team to ToastedPixels re Your Recent Sales.

90.    Attached to this declaration as **Exhibit 791** is a true and correct copy of the Fontspring Blooming Elegant Regular Desktop License Price.

91.    Attached to this declaration as **Exhibit 792** is a true and correct copy of the Fontspring Blooming Elegant Sans Desktop License Price.

92.    Attached to this declaration as **Exhibit 793** is a true and correct copy of the XFontspring Blooming Elegant Hand Desktop License Price

93.    Attached to this declaration as **Exhibit 794** is a true and correct copy of the Fontspring Blooming Elegant Hand Bulk Desktop License Price.

94.    Attached to this declaration as **Exhibit 795** is a true and correct copy of the XFontspring Blooming Elegant Regular Bulk Desktop License Price

95.    Attached to this declaration as **Exhibit 796** is a true and correct copy of the Fontspring Blooming Elegant Sans Bulk Desktop License Price.

96.    Defendants listed as Exhibit 772 on the parties' Joint Exhibit List a webpage found at the url https://www.fontspring.com/fonts/nicky-laatz/blooming-elegant.

DECLARATION OF P. CASEY MATHEWS IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

97.     Defendants listed as Exhibit 773 on the parties' Joint Exhibit List a webpage found at the url https://nickylaatz.com/shop/73-blooming-elegant-font-trio.

98.     Defendants listed as Exhibit 774 on the parties' Joint Exhibit List a webpage found at the url https://creativemarket.com/Nickylaatz/7175375-The-Blooming-Lovely-Font-Duo.

99.     Defendants listed as Exhibit 775 on the parties' Joint Exhibit list a webpage found at the url https://creativemarket.com/blog/nicky-laatz-million-dollars.

100.    Defendants listed as Exhibit 779 on the parties' Joint Exhibit List a webpage found at the url https://nickylaatz.com/shop/73-blooming-elegant-font-trio.

101.    Defendants listed as Exhibit 790 on the parties' Joint Exhibit List an exhibit titled "Video of Blooming Elegant on nickylaatz.com" which was produced in video format during expert discovery and which cannot be uploaded via the Northern District of California's ECF system. Nicky Laatz will provide a copy of the video to the Court upon request.

102.    Defendants listed as Exhibit 797 on the parties' Joint Exhibit List a document described as "MyFonts Blooming Elegant Family Desktop License Price." To my knowledge, Defendants have not identified a Bates number for this document or otherwise produced a copy of the document referred to as Exhibit 797.

103.    Defendants listed as Exhibit 798 on the parties' Joint Exhibit List a document described as "MyFonts Blooming Elegant Family Bulk Desktop License Price." To my knowledge, Defendants have not identified a Bates number for this document or otherwise produced a copy of the document referred to as Exhibit 798.

104.    Defendants listed as Exhibit 799 on the parties' Joint Exhibit List a document described as "Fontspring Blooming Elegant Family Desktop License Price." To my knowledge, Defendants have not identified a Bates number for this document or otherwise produced a copy of the document referred to as Exhibit 799.

105.    Defendants listed as Exhibit 800 on the parties' Joint Exhibit List a document described as "Fontspring Blooming Elegant Family Bulk Desktop License Price." To my knowledge, Defendants have not identified a Bates number for this document or otherwise produced a copy of the document referred to as Exhibit 800.

106.    On April 5, 2023, Plaintiff Nicky Laatz took the deposition of Defendant Zazzle, Inc.'s Chief Technology Officer, Robert Beaver III ("Bobby Beaver"). At his deposition, Bobby Beaver testified that Zazzle is "███████████████████" and claimed that Zazzle had been valued at "█████████████."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 8th day of January, 2026.

/s/ P. Casey Mathews
P. CASEY MATHEWS

DECLARATION OF P. CASEY MATHEWS IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE