# EXHIBIT 104

| | |
|---|---|
| **From:** | Nicky Laatz |
| **Sent:** | Tuesday, October 19, 2021 8:01 AM PDT |
| **To:** | Gary Brunelle |
| **Subject:** | Re: Creative Market inquiry |
| **Attachments:** | logo.png |

Nice to meet you Gary! :)

I am happy to hear you are on the team!

You are of coarse most welcome at any time to come to either me or John ( who handles most licensing queries and agreements/terms here) if you have any license questions, queries or requests etc.

The only licensing we stay far away from is the SAAS type apps/sites ( think Canva, OVER, Zazzle) , this may include print-on-demand but not limited to it of course. We don't grant that kind of licensing at all, and have been burnt badly by it in the past.

Otherwise we are generally open to most licensing queries :)

Can I just say how appreciative I am that Creative Market is still one of the only platforms that truly seems to care about the sellers, not just the buyers. And I think thats really one of the most important points that keeps so many of the really talented designers glued in there.

A little insight as to why this means so much to me personally...

I have recently stopped uploading any of my new releases to my other main income font-selling platform ( you most probably know them well I would imagine, the are one of the largest and oldest font only platforms) , as they started actively placing a larger interest in ' Off site' licensing to large corporates, involving bulk-font-packages at reduce pricing, creating new custom licensing,  without consulting the font owners on either the new terms or the pricing.

I found out completely by accident when a large brand approached me for a large corp broadcast and corporate license, only to disappear after been quoted -  But then I found this brand using my font on TV and on social media, everywhere.  We contacted them, and found out they purchased their licensing via this other platform. After investigation, and the platform, admitting the license was their doing, they have agreed to no longer sell my font 'off site' or in custom licensing , but only for fonts not currently in a contract. But they were unwilling to divulge which contracts these were and the details for them.

Their lack of openness, and transparency was just an instant game changer, and they've sadly lost my trust and business. As I have seen is happening with many more large big-name font sellers that are slowly becoming aware.

EXHIBIT
104

**LAATZ0498773**

In the end the royalties I received for this custom license, were less than a single desktop license - this for a world-wide broadcasting and corp license active for 5 years, in a more-than-thousand seat company.

So you can understand why some sellers get a little jittery around handing licensing over to third parties, especially when there is no discussions, trust or transparency.

Nickylaatz.com which is family new, ( 2 years now) is fortunately very close ( a couple of months) to reaching the same income level that this platform currently brings, and as soon as it does, I will remove my fonts from that platform entirely.

I realize I might have just rambled on a bit lol - sorry! But thought that might shed some light for you with some first hand experience, and give you some insight into the sellers world, sellers worst nightmares, and some of it's major obstacles and issues when it comes to selling with third party sellers :)


Again - happy to hear you are on the team Gary , you can chat to us anytime.

You can give me a shout here - or John on john@nickylaatz.com

All the best!

Nicky




nicky@nickylaatz.com
www.nickylaatz.com
Email Disclaimer




On 19 Oct 2021, at 14:55, Gary Brunelle <gary@creativemarket.com> wrote:

Hi Nicky,

Thank you for your quick reply. Your points are well taken, and we are working on addressing things like web fonts in the Desktop download. Our UI experience on the front end for customers is lacking and we have a project underway to improve this greatly.

So you are aware, I joined Creative Market in July and my role is to help build out an Enterprise Sales business and team. We are working on adding new license types to address print-on-demand, digital ads, etc use cases. If

**Confidential**

LAATZ0498774

I come across customer inquiries in these areas, I can reach out to you to see if you are ok with licensing your fonts for these use cases and get your recommended pricing. Does this sound ok to you?

Best,

Gary

On Tue, Oct 19, 2021 at 9:14 AM Nicky Laatz <nicky@nickylaatz.com> wrote:
Hi Gary :)

Happy to help :)

I have web font licensing available for all my fonts on my website, I prefer not to include them on Creative Market as it seems that far too many users see the web fonts included in their desktop download, and assume (or claim to understand) they don't require a separate web font license to use them on their website:( While the licensing on CM makes it blatantly clear that you require a different license for web site use - from past experience, people often seem to use this reasoning as an 'out' when caught out - and those are only the ones that I stumble across in communications.

It would be awesome if CM could eventually implement a more structured webfont licensing component where the users can purchase web font licenses as a separate download to the desktop pack - with license point options for small , medium and large website usage etc. But I can certainly imagine this is not small feat, CM is already, and always has been awesome :)

For now though - you can direct her to this page from my website where she can find the web licensing available for Serendipity :
https://nickylaatz.com/shop/41-serendipity-script

Let me know if you need anything else at all :)

Nicky

nicky@nickylaatz.com
www.nickylaatz.com
Email Disclaimer

<logo.png>

On 19 Oct 2021, at 13:01, gary@creativemarket.com wrote:

Hello Nicky,

We have a customer interested in licensing your Serendipity font [https://creativemarket.com/Nickylaatz/1373780-Serendipity-Handwritten-Font} for use on a website (web font). Do you have a Web Font format available and will you license for use on a website? If so, what is the pricing you would like Creative Market to use to license this. Also, if you will license as web font, can you login to your Shop and upload the font data and input the pricing so we make it available on our website?

Best regards,

Gary Brunelle
VP, Business Development
Creative Market
www.creativemarket.com
www.dribbble.com
Cell# 617-957-4674

https://creativemarket.pipedrive.com/scheduler/IY26KqHR/meeting

**Confidential**    **LAATZ0498775**

**Confidential**

**LAATZ0498776**