# EXHIBIT 127

(Exhibit Proposed to be filed under seal)