# EXHIBIT 128

creativemarket.com/account/messages/269406

Stone Harbour

**Sent from your shop**

minted ✓ This person has bought from your shop before. Show purchases



Hi Nicky!

Hope all is well! I am interested in using your font Stone Harbour . I would like to use outlined as a static element on stationery designs that will be sold on Minted.com. The customer will not have any access to the font file. Please let me know if this usage is okay with your desktop/standard license or if I need to purchase an extended license.

Thanks!
Leslie

Nov 3, 2016

**Nickylaatz**

Hi Leslie!

Thats awesome to hear :) You don't need any extra licensing for that - the Standard License will cover this use :)

I hope you enjoy Stone Harbour!

Nicky xx

Nov 14, 2016

minted

Hi Nicky,

My name is Emma and I'm the new font manager at Minted.com -- nice to virtually meet you! I am reaching out because we'd like to purchase a Commercial & Web license for your beautiful font "Stone Harbour".

Customers would be able to modify their type online in our customizer and the file would be sent to print on a piece of stationery (or sent over email for web). The customer would not have access to the font file or anything like that, but would be able to customize text online. For example, we might have the family name set to "The Smiths" and the customer could change it to their personal name. We would store the font on 1 cloud-based server.

My questions:
1. Do you offer perpetual commercial server licenses?
2. How much is a Web license (if not included in the commercial server license)?

Looking forward to hearing back from you, thanks!
Emma

Apr 20, 2017

minted

Hi Nicky,

Just reaching out again - did you see my previous message?

Hope to hear back soon, thanks!
Emma

May 1, 2017

**Nickylaatz**

HI Emma!

Sooo sorry its taken so long to get to you - I've been away for the Easter Holidays, and I'm still trying to catch up with backlogged mail :(

Yes - I do offer " Custom Creation Licenses" which allow this sort of use :)
Custom Creation Licenses are generally 15 x the Standard License , for a perpetual license.

If you would like one organised , just pop me a mail to nicky@brightbox.co.za, and I'll send trough the Paypal details and invoice for you :)

Nicky xx

May 9, 2017



EXHIBIT 128
WIT: N. Laatz
DATE: 8.1.24
HANNA KIM, CSR NO. 13083

Highly Confidential - Attorneys  Eyes Only

LAATZ0516563