# EXHIBIT 129

| From: | Nicky Laatz |
|---|---|
| Sent: | Monday, May 21, 2018 1:17 AM PDT |
| To: | Jennie Newsome |
| Subject: | Re: Font usage/licensing |

Hi Jennie!

I do offer a Custom Creation License for this use - Custom Creation Licenses are generally 15x the Standard License - it's a 1 year license.
 This allows customers to edit the text in the templates , and print out as many of those templates as they wish. You may make an unlimited amount of templates/projects and make unlimited sales so long as the License is active.
Let me know if you need any more info :)

Nicky x


Nicky Laatz
nicky@nickylaatz.com

LETTERING, TYPEFACE
& GRAPHIC DESIGN

On 20 May 2018, at 15:05, Jennie Newsome <jennienewsome@gmail.com> wrote:

Hi Nicky,

I have purchased quite a few fonts of yours on Creative Market over the years. Now I am designing some invitations for my customers edit themselves. The way I am planning to do this is through Templett.com. I know the Creative Market license does not cover this. Templett.com does not allow the user to extract the fonts, only editing the wording.

Do you have a license that can be used for this?

Are your fonts allowed to be used in a PDF that is editable on Adobe Reader? Thank you, just wanted to make sure of what is allowed.


Jennie Newsome
580.812.2440



EXHIBIT 154
WIT: J. Laatz
DATE: 8.2.24
HANNA KIM, CSR NO. 13083



EXHIBIT 129
WIT: N. Laatz
DATE: 8.1.24
HANNA KIM, CSR NO. 13083

Confidential

LAATZ0489688

=

Confidential

LAATZ0489689