# EXHIBIT 130

(Exhibit Proposed to be filed under seal)