# EXHIBIT 131



EXHIBIT 131
WIT: N. Laatz
DATE: 8.1.24
HANNA KIM, CSR NO. 13083