# EXHIBIT 132

| From: | Colin Wiffen |
|---|---|
| Sent: | Wednesday, January 29, 2020 2:48 AM PST |
| To: | Nicky Laatz Creations |
| Subject: | Re: General Enquiry #346 |

Hi,

Thanks John, I liked the Font on Zazzle, so decided I might buy it, then I saw the 20% discount on Nicky's site which prompted me to consider it sooner :)

I will keep my eye out, thanks. I am sure I can find some sort of discount code for the creative market, but at least if it is sold from her site she will get 100% of the sale.

Best Regards

Colin

------ Original Message ------
From: "Nicky Laatz Creations" <info@nickylaatz.com>
To: colin@advironment.co.uk
Sent: 29/01/2020 10:02:20
Subject: General Enquiry #346

Hi Colin

Quite right, not all the products are in the shop yet. They are being uploaded as and when Nicky gets time at the moment.

I have asked her to add Blooming Elegant this morning, so it should be there soon. Please check back over the next couple of days. I will try and remember to ping you when she has uploaded it :)

Regards

John
<<========== 2020-01-28 16:52:03, colin@advironment.co.uk queried ==========

Hi There,



EXHIBIT 132
WIT: N. Laatz
DATE: 8.1.24
HANNA KIM, CSR NO. 13083

Highly Confidential - Attorneys Eyes Only

LAATZ0012769

I notice Blooming Elegant doesn't appear in your store (and therefore your sale :) ), are you likely to be adding it or is it only available from elsewhere.

Thank you

=============== end user query (colin@advironment.co.uk)
===============>>

**Highly Confidential - Attorneys Eyes Only**

**LAATZ0012770**