# EXHIBIT 142

| From: | Nicky Laatz |
| Sent: | Tuesday, October 19, 2021 1:59 AM PDT |
| To: | John Laatz |
| Subject: | Fwd: CM Request |
| Attachments: | HelloBeautifulFonts.zip, .htm |

The terms for the product license to minted would have been in this email thread - these below are the only comms I still have on this computer. Is there any way to access old bright box mail on the online server account?

Begin forwarded message:

**From:** Nicky Laatz <nicky@brightbox.co.za>
**Subject: Re: CM Request**
**Date:** 5 May 2016 at 01:30:53 BST
**To:** Molly Wiggins <molly.wiggins@minted.com>

Hi Molly!

I'm abroad on business at the moment - so I'm just attaching your font so long which you can use and distribute as needed :) As soon as I get back in office I will send through your invoice receipt for the licensing :)

Nicky xx

EXHIBIT 142
WIT: J. Laatz
DATE: 8·2·24
HANNA KIM, CSR NO. 13083

**Highly Confidential - Attorneys Eyes Only**

LAATZ0236352