# EXHIBIT 143

(Exhibit Proposed to be filed under seal)