# EXHIBIT 145

(Exhibit Proposed to be filed under seal)