# EXHIBIT 146

(Exhibit Proposed to be filed under seal)