# EXHIBIT 147

(Exhibit Proposed to be filed under seal)