# EXHIBIT 154

(Exhibit Proposed to be filed under seal)