# EXHIBIT 155

(Exhibit Proposed to be filed under seal)