# EXHIBIT 156

(Exhibit Proposed to be filed under seal)