# EXHIBIT 157

(Exhibit Proposed to be filed under seal)