# EXHIBIT 158

(Exhibit Proposed to be filed under seal)