# EXHIBIT 159

(Exhibit Proposed to be filed under seal)