# EXHIBIT 168

(Exhibit Proposed to be filed under seal)