# EXHIBIT 178

(Exhibit Proposed to be filed under seal)