# EXHIBIT 330

(Exhibit Proposed to be filed under seal)