# EXHIBIT 331

(Exhibit Proposed to be filed under seal)