# EXHIBIT 687

🔒 **PageVault**

| | |
|---|---|
| Document title: | Zazzle \| You, me, and the sea ☐    ☐    @plushpaper . . . . #zazzle #zazzlemade #weddinginvites #weddinginspo #beachwedding #coastalwedding… \| Instagram |
| Capture URL: | https://www.instagram.com/p/BnpNJgHn5Ah/?igsh=cWI4cjR2NWFkaWM0 |
| Page loaded at (UTC): | Tue, 06 Aug 2024 20:26:18 GMT |
| Capture timestamp (UTC): | Tue, 06 Aug 2024 20:26:49 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 3 |
| Capture ID: | vBWhc5tCUc3MuWm8cfnwh1 |
| User: | quinn-general |

PDF REFERENCE #:    qtp84QQmmcbxwfRryhtXDu

ZAZZLE-005033





Document title: Zazzle | You, me, and the sea □    □    @plushpaper . . . . #zazzle #zazzlemade #weddinginvites #weddinginspo #beachwedding #coastalwedding… |…
Capture URL: https://www.instagram.com/p/BnpNJgHn5Ah/?igsh=cWI4cjR2NWFkaWM0
Capture timestamp (UTC): Tue, 06 Aug 2024 20:26:49 GMT

ZAZZLE-005034



VINCE & LUCIANA ARE GETTING MARRIED
JUNE 8, 2019 IN SAN DIEGO, CA

♡  ○  ◁                              🔖

78 likes
September 12, 2018

Log in to like or comment.

---

**More posts from zazzle**

See more posts

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ∨     © 2024 Instagram from Meta