# EXHIBIT 688

🔒 PageVault

| | |
|---|---|
| Document title: | Zazzle \| A perfect mail pair! □  . . . . #zazzle #zazzlemade #custominvites #invitations #customcards #customlabels #addresslabels #partyinvites… \| Instagram |
| Capture URL: | https://www.instagram.com/p/Bn3nMBKH9kD/?igsh=MXZvNjJobXJIOHVhdQ%3D%3D&img_index=1 |
| Page loaded at (UTC): | Tue, 06 Aug 2024 20:30:00 GMT |
| Capture timestamp (UTC): | Tue, 06 Aug 2024 20:30:31 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 3 |
| Capture ID: | aLsCpbo2DNVS3bZ9cYNFNJ |
| User: | quinn-general |

ZAZZLE-005036





ZAZZLE-005037



♡ ○ ◁                                                🔖

**72 likes**
September 18, 2018

Log in to like or comment.

---

More posts from **zazzle**

See more posts

Meta    About    Blog    Jobs    Help    API    Privacy    Consumer Health Privacy    Terms    Locations    Instagram Lite    Threads    Contact Uploading & Non-Users    Meta Verified

English ∨    © 2024 Instagram from Meta

🔒 **PageVault**

| | |
|---|---|
| Document title: | Zazzle \| A perfect mail pair! □   . . . . #zazzle #zazzlemade #custominvites #invitations #customcards #customlabels #addresslabels #partyinvites… \| Instagram |
| Capture URL: | https://www.instagram.com/p/Bn3nMBKH9kD/?igsh=MXZvNjJobXJIOHVhdQ%3D%3D&img_index=2 |
| Page loaded at (UTC): | Wed, 07 Aug 2024 22:07:54 GMT |
| Capture timestamp (UTC): | Wed, 07 Aug 2024 22:08:57 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 3 |
| Capture ID: | 8YTV5S7wkzPxQjEhQ2Zqn3 |
| User: | quinn-general |

PDF REFERENCE #:    fKVEYUAKof1iHpjyNn7BZL

ZAZZLE-005039



Home

Search

Explore

Reels

Messages

Notifications

Create

Profile



zazzle • Follow

zazzle 307w
A perfect mail pair! 💌
.
.
.
.
#zazzle #zazzlemade #custominvites #invitations #customcards #customlabels #addresslabels #partyinvites #bacheloretteppartyinvites #birthdayinvites

lamora_taa 307w
Hi ✋😁😁😁😁
Reply

stickeryou 307w
Wicked! Check us out if you need custom products 🔥

72 likes
September 18, 2018

Add a comment...

More posts from **zazzle**



Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users

Threads

More

Document title: Zazzle | A perfect mail pair! □    . . . . #zazzle #zazzlemade #custominvites #invitations #customcards #customlabels #addresslabels #partyinvites… |…
Capture URL: https://www.instagram.com/p/Bn3nMBKH9kD/?igsh=MXZvNjJobXJIOHVhdQ%3D%3D&amp;img_index=2
Capture timestamp (UTC): Wed, 07 Aug 2024 22:08:57 GMT

Page 1 of 2

ZAZZLE-005040



## Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



zazzle 300w
A perfect mail pair! 💌
.
.
.
.
#zazzle #zazzlemade #custominvites #invitations #customcards #customlabels #addresslabels #partyinvites #bachelorettepartyinvites #birthdayinvites

**lamora_taa** 307w
Hi✌️😊😊😊😊
Reply

**stickeryou** 307w
Wicked! Check us out if you need custom products 🔥

**72 likes**
September 18, 2018

Add a comment...

---

More posts from **zazzle**



Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users
Meta Verified

English ∨   © 2024 Instagram from Meta

- Threads
- More

Document title: Zazzle | A perfect mail pair! ☐     . . . . #zazzle #zazzlemade #custominvites #invitations #customcards #customlabels #addresslabels #partyinvites… |…
Capture URL: https://www.instagram.com/p/Bn3nMBKH9kD/?igsh=MXZvNjJobXJlOHVhdQ%3D%3D&amp;img_index=2
Capture timestamp (UTC): Wed, 07 Aug 2024 22:08:57 GMT

Page 2 of 2

ZAZZLE-005041