# EXHIBIT 689

🔒 **PageVault**

| | |
|---|---|
| Document title: | Zazzle \| These baby shower invites by @kalisteananda sure are dreamy! . . . . #zazzle #zazzlemade #babyshowerinvites #custominvites… \| Instagram |
| Capture URL: | https://www.instagram.com/p/BoMRIfDBtpy/?igsh=d2U0azRyZW15Z2I0 |
| Page loaded at (UTC): | Tue, 06 Aug 2024 20:30:44 GMT |
| Capture timestamp (UTC): | Tue, 06 Aug 2024 20:31:12 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 3 |
| Capture ID: | 4f98RNWQ6ywu7k5Fat5uc9 |
| User: | quinn-general |

PDF REFERENCE #:      cJDn2SW4oZcHxgRxSMaebx

ZAZZLE-005042





Document title: Zazzle | These baby shower invites by @kalisteananda sure are dreamy! . . . . #zazzle #zazzlemade #babyshowerinvites #custominvites… | Instagram
Capture URL: https://www.instagram.com/p/BoMRlfDBtpy/?igsh=d2U0azRyZW15Z2l0
Capture timestamp (UTC): Tue, 06 Aug 2024 20:31:12 GMT

Page 1 of 2

ZAZZLE-005043



♡  ⬭  ⎙                                    🔖

**91 likes**
September 26, 2018

Log in to like or comment.

---

More posts from **zazzle**

See more posts

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ⌄     © 2024 Instagram from Meta

Document title: Zazzle | These baby shower invites by @kalisteananda sure are dreamy! . . . . #zazzle #zazzlemade #babyshowerinvites #custominvites… | Instagram
Capture URL: https://www.instagram.com/p/BoMRlfDBtpy/?igsh=d2U0azRyZW15Z2I0
Capture timestamp (UTC): Tue, 06 Aug 2024 20:31:12 GMT
Page 2 of 2

ZAZZLE-005044