# EXHIBIT 690

**PageVault**

| | |
|---|---|
| Document title: | Zazzle \| Sometimes you don't want to "put a ring on it" - luckily our custom coasters have you covered ☐  . . . . #zazzle #zazzlemade #customcoasters … \| Instagram |
| Capture URL: | https://www.instagram.com/p/BoNh70eBhvH/?igsh=bnF6aGk3ZG51dWgx |
| Page loaded at (UTC): | Tue, 06 Aug 2024 20:40:38 GMT |
| Capture timestamp (UTC): | Tue, 06 Aug 2024 20:41:38 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 3 |
| Capture ID: | swC7QZLGZQWGhQBJLHWfQU |
| User: | quinn-general |

PDF REFERENCE #:     tAh5PgEoRdxScp3RGEn2PH

ZAZZLE-005045



Instagram    Log in    Sign Up

zazzle ✔ • Follow

zazzle ✔ Sometimes you don't want to "put a ring on it" - luckily our custom coasters have you covered 😊.
.
.
#zazzle #zazzlemade #customcoasters #customcoaster #halloweendecor #falldecor #halloweengifts #fallgifts

305w

88 likes
September 27, 2018

Log in to like or comment.

**More posts from zazzle**



Document title: Zazzle | Sometimes you don't want to "put a ring on it" - luckily our custom coasters have you covered ☐   . . . . #zazzle #zazzlemade #customcoasters ......

Capture URL: https://www.instagram.com/p/BoNh70eBhvH/?igsh=bnF6aGk3ZG51dWgx

Capture timestamp (UTC): Tue, 06 Aug 2024 20:41:38 GMT

ZAZZLE-005046



♡ ○ ◁                          🔖

**88 likes**
September 27, 2018

Log in to like or comment.

---

**More posts from zazzle**

*[grid of nine Instagram posts]*

**See more posts**

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ⌄   © 2024 Instagram from Meta

---