# EXHIBIT 691

**🔒 PageVault**

| | |
|---|---|
| Document title: | Zazzle \| Browse thousands of spooktacular Halloween invitation designs at Zazzle.com ☐ ☐ @origamiprints . . . . #zazzle #zazzlemade #halloween☐ … \| Instagram |
| Capture URL: | https://www.instagram.com/p/BoUSemiBPjG/?igsh=MTI2ZWg5N2xhcGZlNA%3D %3D |
| Page loaded at (UTC): | Tue, 06 Aug 2024 20:41:51 GMT |
| Capture timestamp (UTC): | Tue, 06 Aug 2024 20:42:18 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 3 |
| Capture ID: | 2wRV6yk1VQ3fS4aWWup6NU |
| User: | quinn-general |

PDF REFERENCE #:  oMmSijvnRDbrrPXzqQmZoV

ZAZZLE-005048



## More posts from zazzle






96 likes

September 29, 2018

Log in to like or comment.

**More posts from zazzle**

See more posts

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ⌄   © 2024 Instagram from Meta

Document title: Zazzle | Browse thousands of spooktacular Halloween invitation designs at Zazzle.com ☐    ☐    @origamiprints . . . . #zazzle #zazzlemade #halloween☐

Capture URL: https://www.instagram.com/p/BoUSemiBPjG/?igsh=MTI2ZWg5N2xhcGZINA%3D%3D

Capture timestamp (UTC): Tue, 06 Aug 2024 20:42:18 GMT

Page 2 of 2

ZAZZLE-005050