# EXHIBIT 692

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



zazzle ✓ · Follow

zazzle ✓  268w
Seal the deal with custom mailing accessories 📨
.
.
.
#zazzle #zazzlemade #customstickers #customlabels #labeldesign #customstamps #woodenstamps #stampdesign #stickerdesign #postitnotes #custompostits #mailingaccessories #snailmail

valerie.naturally  268w
Can you guys fix this? @zazzle
Reply

valerie.naturally  268w
You guys have no contact information

96 likes
October 10, 2018

Add a comment...

More posts from **zazzle**



- Threads
- More

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Locations   Instagram Lite   Threads   Contact   Uploading & Non-Users   Meta Verified

ZAZZLE-000109



Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

zazzle  268w
Seal the deal with custom mailing accessories 📩
.
.
.
.

#zazzle #zazzlemade #customstickers #customlabels #labeldesign #customstamps #woodenstamps #stampdesign #stickerdesign #postitnotes #custompostits #mailingaccessories #snailmail

valerie.naturally 268w
Can you guys fix this? @zazzle
Reply

valerie.naturally 268w
You guys have no contact information

96 likes
October 10, 2018

Add a comment...

More posts from zazzle



Threads

More

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ⌄     © 2023 Instagram from Meta

ZAZZLE-000110