# EXHIBIT 693



- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



zazzle ✓ • Follow

zazzle ✓  264w
Celebrate the season with beautiful, custom cards & invites 💌
.
.
.
#zazzle #zazzlemade #customcards #photocards #custominvitations #holidaycards #customholidaycards #holidayphotocards #christmascards #seasonalcards #partyinvites #holidaypartyinvites #holidaypartyinvitations

ellie.primex 264w
@jessy_lp
Reply

miss.apricots 264w

83 likes
November 6, 2018

Add a comment...

More posts from zazzle



- Threads
- More

ZAZZLE-000107

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

zazzle 264w
Celebrate the season with beautiful, custom cards & invites 📩
.
.
.
.
.
#zazzle #zazzlemade #customcards #photocards #custominvitations #holidaycards #customholidaycards #holidayphotocards #christmascards #seasonalcards #partyinvites #holidaypartyinvites #holidaypartyinvitations

ellie.primex 264w
@jessy_lp
Reply

miss.apricots 264w

83 likes
November 6, 2018

Add a comment...

More posts from **zazzle**



- Threads
- More

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ∨   © 2023 Instagram from Meta

ZAZZLE-000108