# EXHIBIT 694

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



zazzle ✓ • Follow

zazzle ✓ 264w
Decorate your tree with custom ornaments that will give you glee 🎄✨ .
.
.
#zazzle #zazzlemade #customornaments #ornamentdesign #christmasornaments #photoornaments #holidaydecorations

**No comments yet.**

Start the conversation.

78 likes
November 8, 2018

Add a comment...

---

More posts from **zazzle**



- Threads
- More

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

ZAZZLE-000105

## Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

zazzle ✓ 264w
Decorate your tree with custom ornaments that will give you glee 🎄✨ .
.
.
#zazzle #zazzlemade #customornaments #ornamentdesign #christmasornaments #photoornaments #holidaydecorations

**No comments yet.**
Start the conversation.

78 likes
November 8, 2018

Add a comment...

More posts from **zazzle**



- Threads
- More

Meta  About  Blog  Jobs  Help  API  Privacy  Terms  Locations  Instagram Lite  Threads  Contact Uploading & Non-Users  Meta Verified

English  © 2023 Instagram from Meta

ZAZZLE-000106