# EXHIBIT 695

**PageVault**

| | |
|---|---|
| Document title: | Zazzle \| All about that baste! ☐   ☐   Who is hosting a Friendsgiving this year? ☐   . . . . . #zazzle #zazzlemade #thanksgiving #thanksgiving2018… \| Instagram |
| Capture URL: | https://www.instagram.com/p/BqVIcIoBo4e/?igsh=N3Vjb2Jvdjhpa3Fp |
| Page loaded at (UTC): | Tue, 06 Aug 2024 20:45:30 GMT |
| Capture timestamp (UTC): | Tue, 06 Aug 2024 20:45:58 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 3 |
| Capture ID: | ohxYwRbArfspwJ2QYkskcS |
| User: | quinn-general |

PDF REFERENCE #:     xuvHHdzCNk6HfSqvh2wrBK

ZAZZLE-005063



Document title: Zazzle | All about that baste! □    □    Who is hosting a Friendsgiving this year? □    . . . . #zazzle #zazzlemade #thanksgiving #thanksgiving2018... | Insta
Capture URL: https://www.instagram.com/p/BqVlcloBo4e/?igsh=N3Vjb2Jvdjhpa3Fp
Capture timestamp (UTC): Tue, 06 Aug 2024 20:45:58 GMT

ZAZZLE-005064



Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ∨     © 2024 Instagram from Meta

Document title: Zazzle | All about that baste! □    □    Who is hosting a Friendsgiving this year? □     . . . . . #zazzle #zazzlemade #thanksgiving #thanksgiving2018… | Insta
Capture URL: https://www.instagram.com/p/BqVIcIoBo4e/?igsh=N3Vjb2Jvdjhpa3Fp
Capture timestamp (UTC): Tue, 06 Aug 2024 20:45:58 GMT                                Page 2 of 2

ZAZZLE-005065