# EXHIBIT 696

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



zazzle ✔ • Follow

zazzle ✔ 263w
This family pillow by @mypaperlove2021 has us dreaming of a cozy fall day!
.
.
.
.
.
#zazzle #zazzlemade #custompillow #pillowdesign #fallpillows

**No comments yet.**

Start the conversation.

80 likes
November 19, 2018

Add a comment…

More posts from zazzle



- Threads
- More

ZAZZLE-000103





ZAZZLE-000104