# EXHIBIT 697



- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



zazzle ✓ • Follow

zazzle ✓ 260w
Pretty packages tied up with string! 🎁 What are your creative ways to wrap presents? 📷 @latebloompaperie
.
.
.
#zazzle #zazzlemade #gifttags #customgifttags #presentwrapping #holidaygifts #wrappingideas #holidaygiftideas

sylromfrenchdesigner 260w
👏👏👏👏👏
1 like  Reply

150 likes
December 6, 2018

Add a comment...

More posts from **zazzle**



- Threads
- More

Meta  About  Blog  Jobs  Help  API  Privacy  Terms  Locations  Instagram Lite  Threads  Contact Uploading & Non-Users  Meta Verified

ZAZZLE-000101



# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

**zazzle** 260w
Pretty packages tied up with string! 🎁
What are your creative ways to wrap
presents? 📷 @latebloompaperie
.
.
.
#zazzle #zazzlemade #gifttags
#customgifttags #presentwrapping
#holidaygifts #wrappingideas
#holidaygiftideas

**sylromfrenchdesigner** 260w
👏👏👏👏🙌
1 like   Reply

**150 likes**
December 6, 2018

Add a comment...

More posts from **zazzle**



- Threads
- More

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English   © 2023 Instagram from Meta

ZAZZLE-000102