# EXHIBIT 698

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



zazzle ✓ • Follow

zazzle ✓ 255w
Don't let Monday stop you from networking like a #boss 📷 @girly_trend
.
.
.
.
.
#zazzle #zazzlemade #custombusinesscards #uniquebusinesscards #businesscardsdesign #entrepreneurlife #networking #sidehustle #entrepreneurmindset #smallbusinessowner #smallbusinesslove

expertppctraffic 254w
😊
Reply

123 likes
January 14, 2019

Add a comment...

---

More posts from zazzle



- Threads
- More

ZAZZLE-000099





ZAZZLE-000100