# EXHIBIT 699

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile



zazzle • Follow

zazzle 254w
This weekend, we're taking some time to create the things we wish existed! 🎨 🖼 the truth is everyone is an artist, you just have to start. 🖌 🙌 Designed by Poster_Hunter. .
.
.
.
.
#zazzle #zazzlemade #inspirecreativity #artproject #create #inspired

**No comments yet.**
Start the conversation.

173 likes
January 19, 2019

Add a comment...

More posts from zazzle



Threads

More

ZAZZLE-000097



ZAZZLE-000098