# EXHIBIT 700



- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



zazzle ✓ • Follow

zazzle ✓  Edited • 251w
It's National Send a Card to a Friend Day 📫 Show your pals your appreciation with some love in their mailbox!
Tbh, we will take any excuse to buy pretty cards! 😊 📷 @girly_trend
.
.
.
#zazzle #zazzlemade #customcards #cutegreetingcard #greetingcarddesign #prettycards #SendACardToAFriendDay #SendACardToAFriendDay2019

darlenee88 251w
N
1 like  Reply

darlenee88 251w

100 likes
February 7, 2019

Add a comment...

More posts from **zazzle**



Meta  About  Blog  Jobs  Help  API  Privacy  Terms  Locations  Instagram Lite  Threads  Contact Uploading & Non-Users  Meta Verified

ZAZZLE-000095

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



zazzle ✓ Edited • 251w
It's National Send a Card to a Friend Day 📮 Show your pals your appreciation with some love in their mailbox!
Tbh, we will take any excuse to buy pretty cards! 😊 📷 @girly_trend
.
.
.
#zazzle #zazzlemade #customcards #cutegreetingcard #greetingcarddesign #prettycards #SendACardToAFriendDay #SendACardToAFriendDay2019

darlenee88 251w
N
1 like    Reply

darlenee88 251w

100 likes
February 7, 2019

Add a comment...

More posts from **zazzle**



- Threads
- More

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ∨    © 2023 Instagram from Meta

ZAZZLE-000096