# EXHIBIT 701

**PageVault**

| | |
|---|---|
| Document title: | Zazzle \| You've got today in the bag! ☐    A positive mindset and strong work ethic can make all the difference ☐    (cute accessories don't hurt either… \| Instagram |
| Capture URL: | https://www.instagram.com/p/Buq2HpZjrRi/?igsh=MWFmZGEwMmxoMDYzag%3D%3D |
| Page loaded at (UTC): | Tue, 06 Aug 2024 20:52:48 GMT |
| Capture timestamp (UTC): | Tue, 06 Aug 2024 20:53:19 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 3 |
| Capture ID: | ouLCSXqgD9sQXKtcEGeXDD |
| User: | quinn-general |

PDF REFERENCE #:    rWtSXzyQKJcaCu7uoEWg6r

ZAZZLE-005078



Meta  About  Blog  Jobs  Help  API  Privacy  Consumer Health Privacy  Terms  Locations  Instagram Lite  Threads  Contact Uploading & Non-Users  Meta Verified

English ⌄    © 2024 Instagram from Meta

Document title: Zazzle | You've got today in the bag! ☐     A positive mindset and strong work ethic can make all the difference ☐     (cute accessories don&#39;t hurt either.
Capture URL: https://www.instagram.com/p/Buq2HpZjrRi/?igsh=MWFmZGEwMmxoMDYzag%3D%3D
Capture timestamp (UTC): Tue, 06 Aug 2024 20:53:19 GMT

ZAZZLE-005079



Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ∨        © 2024 Instagram from Meta