# EXHIBIT 702

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**zazzle** ✓ • Follow

**zazzle** ✓ Edited • 246w
TGIF☀️! Life is sweet, let's make some fun treats. 🍭
Check out this Candy Kabob DIY & make an Easter delight. 🐣 Link in bio.
.
.
.
.
.
#zazzle #zazzlemade #inspirecreativity #candy #sweet #sweets #pink #sweettooth #spring #happyeaster #easterbunny #eastertreat #easter

**magentarosedesigns** 246w
Yummy! Happy Friday @zazzle_uk 🤩
1 like   Reply

128 likes
March 15, 2019

Add a comment...

More posts from **zazzle**



- Threads
- More

ZAZZLE-000093

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

zazzle • Edited • 246w

TGIF☀️! Life is sweet, let's make some fun treats. 🍭
Check out this Candy Kabob DIY & make an Easter delight. 🐣 Link in bio.
.
.
.
.
#zazzle #zazzlemade #inspirecreativity #candy #sweet #sweets #pink #sweettooth #spring #happyeaster #easterbunny #eastertreat #easter

magentarosedesigns 246w
Yummy! Happy Friday @zazzle_uk 🤩
1 like    Reply

128 likes
March 15, 2019

Add a comment...

More posts from zazzle



Meta    About    Blog    Jobs    Help    API    Privacy    Terms    Locations    Instagram Lite    Threads    Contact Uploading & Non-Users    Meta Verified

English ∨      © 2023 Instagram from Meta

Threads

More

ZAZZLE-000094