# EXHIBIT 703

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

- Threads
- More



**zazzle** ✓ • Follow

**zazzle** ✓ Edited • 241w
Wedding planning doesn't have to be stressful! Kick off wedding planning with a sip and a toast because we're here to help you customize your perfect wedding!
.
.
.
#zazzle #zazzlemade #zazzlewedding #inspirecreativity

### No comments yet.

Start the conversation.

**132 likes**

April 18, 2019

Add a comment…

---

More posts from **zazzle**



Meta    About    Blog    Jobs    Help    API    Privacy    Terms    Locations    Instagram Lite    Threads    Contact Uploading & Non-Users    Meta Verified

ZAZZLE-000091

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

- Threads
- More



zazzle ✓ Edited • 241w
Wedding planning doesn't have to be stressful! Kick off wedding planning with a sip and a toast because we're here to help you customize your perfect wedding!
.
.
.

#zazzle #zazzlemade #zazzlewedding #inspirecreativity

## No comments yet.

Start the conversation.

132 likes
April 18, 2019

Add a comment...

More posts from **zazzle**

Meta    About    Blog    Jobs    Help    API    Privacy    Terms    Locations    Instagram Lite    Threads    Contact Uploading & Non-Users    Meta Verified

English ✓    © 2023 Instagram from Meta

ZAZZLE-000092