# EXHIBIT 704



# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile





zazzle ✔ • Follow

zazzle ✔ Edited • 236w
Pops of color to get us in the summer mindset! 🌈 It's so fun to mix and match bright colors when creating a masterpiece
.
.
.
.
.
#zazzle #zazzlemade #inspirecreativity #rainbowcolors #colorsoftherainbow

myworksofartllc 236w
The quality of these products are amazing!
Reply

d_deruse 236w

96 likes
May 21, 2019

Add a comment...

More posts from zazzle



- Threads
- More

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

ZAZZLE-000089



zazzle ✓ · Edited · 236w
Pops of color to get us in the summer mindset! 🌈 It's so fun to mix and match bright colors when creating a masterpiece
.
.
.
.
.
.
#zazzle #zazzlemade #inspirecreativity #rainbowcolors #colorsoftherainbow

myworksofartllc 236w
The quality of these products are amazing!
Reply

d_deruse 236w

96 likes
May 21, 2019

Add a comment...

More posts from **zazzle**



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ∨   © 2023 Instagram from Meta

ZAZZLE-000090