# EXHIBIT 705

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

- Threads
- More



zazzle ✔ · Follow

zazzle ✔ Edited · 236w
The tassel was worth the hassle! 💪 Wear your custom graduation cap topper proudly as you walk across that stage! 🎓 Congrats to @sickeszttiff
.
.
.
.
#zazzle #zazzlemade #inspirecreativity #graduation #graduate #college #grad #graduationparty #graduates

tiff.mjones 236w
Thanks for sharing the post! I loved my cap decoration! 🥰
Reply

194 likes
May 26, 2019

Add a comment...

More posts from **zazzle**



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

ZAZZLE-000087



Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

**zazzle** Edited · 236w
The tassel was worth the hassle! 💪 Wear your custom graduation cap topper proudly as you walk across that stage!🎓 Congrats to @sickeszttiff
.
.
.
.
#zazzle #zazzlemade #inspirecreativity #graduation #graduate #college #grad #graduationparty #graduates

**tiff.mjones** 236w
Thanks for sharing the post! I loved my cap decoration! 🥰
Reply

194 likes
May 26, 2019

Add a comment...

More posts from **zazzle**



Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English   © 2023 Instagram from Meta

- Threads
- More

ZAZZLE-000088