# EXHIBIT 715

🔒 PageVault

| | |
|---|---|
| Document title: | Zazzle \| Zazzle.com has millions of custom tote bags and designs to make you a Happy Camper □   □    @nickylaatz . . . . #zazzle #zazzlemade #totebag… \| Instagram |
| Capture URL: | https://www.instagram.com/p/BoOxn5SBMRc/?igsh=bTN1b3B6Z2ZjOGo5 |
| Page loaded at (UTC): | Mon, 05 Aug 2024 18:17:11 GMT |
| Capture timestamp (UTC): | Mon, 05 Aug 2024 18:17:42 GMT |
| Capture tool: | 10.48.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 3 |
| Capture ID: | 2fZ1DqinNsMR9KzfJQvGWR |
| User: | quinn-general |

PDF REFERENCE #:    1t5TWB3SpxJVsFTwh8qMoE

ZAZZLE-005022



**zazzle** ✔ • Follow  ···

**zazzle** ✔ Zazzle.com has millions of custom tote bags and designs to make you a Happy Camper ✨ 📷 @nickylaatz
.
.
.
#zazzle #zazzlemade #totebag #customtote #totedesign #happycamper #totesadorbs #totes #custombags

Edited · 304w

**meighan19** @kaplanlr
305w  Reply

**ffz3_photography** Always 😊❤ @kaitlynjmarie
305w  Reply

♡  ◯  ▽                    ⊡

**188 likes**
September 27, 2018

Log in to like or comment.

**More posts from zazzle**



**Log into Instagram**
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up



305w   Reply

188 likes

September 27, 2018

Log in to like or comment.

**More posts from zazzle**



See more posts

**Log into Instagram**
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Sign Up