# EXHIBIT 717

| | |
|---|---|
| **From:** | Zazzle |
| **Sent:** | Tuesday, July 14, 2020 7:33 AM PDT |
| **To:** | accounts@laatz.net |
| **Subject:** | Your Zazzle order is confirmed. |



Thanks for your order, Accounts!

Your order is in great hands and is being made with love, just for you.

**Confidential**

**LAATZ0466921**

Confidential    LAATZ0466922

**Check Order Status**

Order ID: 131-82159731-3902363

Order Total: £28

Order Date: 14/07/2020

Sold By: Zazzle

**Confidential**

**LAATZ0466923**

Shipping Method:

Slow - No Tracking (9-18 Business Days After Manufacturing)

Please allow 12-14 business days for decorative face mask cover processing.

**Confidential**                                                                                          **LAATZ0466924**

| ITEM | QTY |
|------|-----|

St Pirans Flag of Cornwall Cloth Face Mask

Face Mask

Artwork by: heizfrosch digital

Cherry Blossom - Pink Cloth Face Mask

Face Mask

Artwork by: designenrich

**Confidential**                    **LAATZ0466925**

Subtotal:

Shipping:

Tax:

Order Total:

Paid with Paypal:

Questions about your order? Contact Us.

Love it. Snap it. Share it. #Zazzle

We promise 100% satisfaction. If you don't absolutely love it, we'll take it back

Unsubscribe | Privacy Policy | User Agreement | Contact Us

© 2020 Zazzle Inc. All Rights Reserved. Zazzle Inc, 811 Sandhill Road, Reno, NV

Zazzle, the Zazzle logo and Zazzle Profile Cards are registered trademarks or trademarks of Zazzle Inc. in the

conversation-id 110580 date-last-viewed 0 date-received 1594737216 flags 8623750145 remote-id 17742

**Confidential**                                                                                          **LAATZ0466926**