# EXHIBIT 721

Your favorite characters, design inspiration & more!                    View Online

## *Zazzle*
MADE FOR YOU WITH L♥VE

## So Much to Say

50% Off Invitations, Thank You Cards & More

Add your message and send away

Promo Code: HELLO2019ZAZ

Shop Now



## Shop Our Featured Stores of the Month

Find your favorite movie characters, logos, or TV show picks on custom apparel, cases, cards and more!





25% Off Sesame Street
Use Code: SESAMESTZAZZ

25% Off Peter Rabbit
Use Code: PETERRABBITZ

## Inspiration Gallery

Check out the most recent images that have been shared to find inspiration that catches your eye, captures your heart and sparks your creativity.

ZAZZLE-002086

   

**@humbleandstone**    **@kalisteananda**    **@littlebayleigh**    **@mintandmerit**

| Invitations & Cards | Clothing | Home & Living |
| --- | --- | --- |
| Office | Electronics | Art |
| Inspiration Gallery | Weddings | Zazzle Black |

## Love it. Snap it. Share it. #ZazzleMade

    

We promise 100% satisfaction. If you don't absolutely love it, we'll take it back!

Unsubscribe | Privacy Policy | User Agreement | Contact Us

© 2022 Zazzle Inc. All Rights Reserved. Zazzle Inc, 1200 Chestnut St., Menlo Park, CA 94025. Zazzle Ireland Limited, 6 Union Quay, Cork City, County Cork T12 D2WY, Ireland.

Zazzle and the Zazzle logo are registered trademarks or trademarks of Zazzle Inc. in the United States and other countries.

A discount of up to 50% off the product net sale price shall apply when one or more qualifying products are purchased: Enter code HELLO2019ZAZ in the promo code box at checkout to: (i) apply the offer and (ii) reflect the discounted price in the shopping cart and on each product page where you see the relevant discount percentage for that product, followed by "off with code HELLO2019ZAZ." For most products, the net sale price is the price of the product (excluding shipping and taxes). This offer only applies to qualifying products marked "Sold by Zazzle." Valid until 1/4/2019 11:59:59 PM PST. This offer excludes products in the following stores: https://www.zazzle.com/store+exclusions. Offer cannot be applied to previous purchases or the purchase of gift cards, and cannot be redeemed for cash or combined with any other offer. If a volume discount applies to your order, you will receive either the discount set forth in this offer or the standard volume discount, whichever is greater. Limit one promo code per order. Valid on Zazzle.com only. Zazzle reserves the right to change or terminate this offer at any time.

ZAZZLE-002087