# EXHIBIT 731

It's no prank!                                                    View Online

# Zazzle
### MADE FOR YOU WITH L♥VE

## Let the Sunshine in

50% Off Stickers, Post-it® Notes, Note Cards and More

Reach out with a custom stationery suite

Promo Code: ZHELLOAPRILZ

[ Shop Now ]








Shop Stickers >                          Shop Note Cards >





Shop Rubber Stamps >                     Shop Post-it® Notes >

ZAZZLE-002311



Buy One Get One 50% Off Cases, Notebooks & More! >

| | | |
|---|---|---|
| Invitations & Cards | Clothing | Home & Living |
| Office | Electronics | Art |
| Inspiration Gallery | Weddings | Zazzle Black |

Love it. Snap it. Share it. #ZazzleMade

    

We promise 100% satisfaction. If you don't absolutely love it, we'll take it back!

Unsubscribe | Privacy Policy | User Agreement | Contact Us

© 2022 Zazzle Inc. All Rights Reserved. Zazzle Inc, 1200 Chestnut St., Menlo Park, CA 94025. Zazzle Ireland Limited, 6 Union Quay, Cork City, County Cork T12 D2WY, Ireland.

Zazzle and the Zazzle logo are registered trademarks or trademarks of Zazzle Inc. in the United States and other countries.

A discount of up to 50% off the product net sale price shall apply when one or more qualifying products are purchased: Enter code ZHELLOAPRILZ in the promo code box at checkout to: (i) apply the offer and (ii) reflect the discounted price in the shopping cart and on each product page where you see the relevant discount percentage for that product, followed by "off with code ZHELLOAPRILZ." For most products, the net sale price is the price of the product (excluding shipping and taxes). This offer only applies to qualifying products marked "Sold by Zazzle." Valid until 4/2/2019 11:59:59 PM PDT. This offer excludes products in the following stores: https://www.zazzle.com/store+exclusions. Offer cannot be applied to previous purchases or the purchase of gift cards, and cannot be redeemed for cash or combined with any other offer. If a volume discount applies to your order, you will receive either the discount set forth in this offer or the standard volume discount, whichever is greater. Limit one promo code per order. Valid on Zazzle.com only. Zazzle reserves the right to change or terminate this offer at any time.

A discount of 50% off the product net sale price shall apply to an when a qualifying product of equal or higher value is purchased at full price: Enter code ZHELLOAPRILZ in the promo code box at checkout to: (i) apply the offer and (ii) reflect the discounted price in the shopping cart and on each product page where you see the relevant discount percentage for that product, followed by "off with code ZHELLOAPRILZ." For most products, the net sale price is the price of the product (excluding shipping and taxes). This offer only applies to the following products: candy tins, mason jars, drink mixes, trinket trays, bags made by Bagettes, cookies, Oreos, and cake pops made by Veronica's Treats and Modern Bite, notebooks made by 11:11 Enterprises, Fujifilm, and Gotcha Covered, and phone cases made by Case-Mate, Uncommon, Photo USA, Zazzle Case, Incipio, OtterBox, LifeProof® and Speck®. Valid until 4/2/2019 11:59:59 PM PDT. This offer excludes products in the following stores: https://www.zazzle.com/store+exclusions. Offer cannot be applied to previous purchases or the purchase of gift cards, and cannot be redeemed for cash or combined with any other offer. If a volume discount applies to your order, you will receive either the discount set forth in this offer or the standard volume discount, whichever is greater. Limit one promo code per order. Valid on Zazzle.com only. Zazzle reserves the right to change or terminate this offer at any time.

ZAZZLE-002312

ZAZZLE-002313