# EXHIBIT 754

Buy more, save more!    View Online

# Zazzle

MADE FOR YOU WITH L♥VE

## Mail That Scales

60% Off Cards & Invitations When You Buy 100 or More

Customize your cards for any occasion

Promo Code: 60OFFHUNDRED

Shop Now





**Shop Holiday Cards >**



**Shop Invitations >**



**Shop Save the Dates >**



**Shop Thank You Cards >**

ZAZZLE-002728





**Shop Postcards >**

**Shop Recipe Cards >**



The big day where you say 'I do' to your true love is quickly approaching, and though it may seem daunting, we're here to help you sort through the infinite wedding invitation design ideas. Whether you're a designer looking to DIY or you have no clue where to start, everything you need is right here. >

| Invitations & Cards | Clothing | Home & Living |
| --- | --- | --- |
| Office | Electronics | Art |
| Inspiration Gallery | Weddings | Zazzle Black |

Love it. Snap it. Share it. #ZazzleMade

    

We promise 100% satisfaction. If you don't absolutely love it, we'll take it back!

Unsubscribe | Privacy Policy | User Agreement | Contact Us

© 2022 Zazzle Inc. All Rights Reserved. Zazzle Inc, 1200 Chestnut St., Menlo Park, CA 94025. Zazzle Ireland Limited, 6 Union Quay, Cork City, County Cork T12 D2WY, Ireland.

Zazzle and the Zazzle logo are registered trademarks or trademarks of Zazzle Inc. in the United States and other countries.

A discount of 60% off the product net sale price shall apply when one hundred or more qualifying cards or

ZAZZLE-002729

invitations are purchased. A discount of 20% off the product net sale price shall apply when one or more qualifying products are purchased: Enter code 60OFFHUNDRED in the promo code box at checkout to: (i) apply the offer and (ii) reflect the discounted price in the shopping cart and on each product page where you see the relevant discount percentage for that product, followed by "off with code 60OFFHUNDRED." For most products, the net sale price is the price of the product (excluding shipping and taxes). This offer only applies to qualifying products marked "Sold by Zazzle." Valid until 9/26/2019 11:59:59 PM PDT. Terms and exclusions apply, see https://www.zazzle.com/offer+details for more information. Offer cannot be applied to previous purchases or the purchase of gift cards, and cannot be redeemed for cash or combined with any other offer. If a volume discount applies to your order, you will receive either the discount set forth in this offer or the standard volume discount, whichever is greater. Limit one promo code per order. Valid on Zazzle.com only. Zazzle reserves the right to change or terminate this offer at any time.

ZAZZLE-002730