# EXHIBIT 755

We're feeling festive!    View Online

# Zazzle

MADE FOR YOU WITH L♥VE

## A Fabulous Fête

40% Off Paper Napkins, Ornaments, Rack Cards & More

Personalize your party with custom supplies

Promo Code: ZAZZFALLPREP

Shop Now









Gifts Your Bridal Party Will Actually Use >



Get Wrapping & Rolling With Custom Gift Wrap >

ZAZZLE-002736

| Invitations & Cards | Clothing | Home & Living |
| --- | --- | --- |
| Electronics | Office | Art |

## Love it. Snap it. Share it. #ZazzleMade

   

We promise 100% satisfaction. If you don't absolutely love it, we'll take it back!

Unsubscribe | Privacy Policy | User Agreement | Contact Us

© 2022 Zazzle Inc. All Rights Reserved. Zazzle Inc, 1200 Chestnut St., Menlo Park, CA 94025. Zazzle Ireland Limited, 6 Union Quay, Cork City, County Cork T12 D2WY, Ireland.

Zazzle and the Zazzle logo are registered trademarks or trademarks of Zazzle Inc. in the United States and other countries.

For the products listed on https://www.zazzle.com/coupons, a discount of the listed percentage of the product net sale price will be deducted when one or more qualifying products are purchased. Either click through a promo link or enter the promo code ZAZZFALLPREP (i) to reflect the discounted price on each product page and/or (ii) during checkout to receive the offer. All discounts are valid through 9/27/2018 11:59:59 PM PDT. For most products, the net sale price is the price of the product (excluding shipping and taxes). This offer only applies to qualifying products marked "Sold by Zazzle." This offer excludes embroidery digitization, screen-printed apparel, fabric, gift cards, Zazzle Heart products, products made by Apliiq, Beltcraft, Big Shot Bikes, Bound Journals, Distinctive Suspenders (Sartorous LLC), Foxy Originals, Good Wood NYC, ScarfMaker, Way Basics, White Faux Taxidermy and Yellowleaf Hammocks. This offer excludes products from the stores listed here: https://www.zazzle.com/store+exclusions. This offer may not be combined with any other Zazzle promotional or volume discount offers and may not be applied to past purchases. If a volume discount applies to your order, you will receive either the discount set forth in this offer or the standard volume discount, whichever is greater. Offer valid on Zazzle.com only. Zazzle reserves the right to make changes to or terminate this offer at any time.

ZAZZLE-002737