# EXHIBIT 756

Don't miss this!                                                                    View Online

# Zazzle

MADE FOR YOU WITH L♥VE

ENDS AT MIDNIGHT PT!

## The Perfect Introduction

50% Off Business Cards

Come see new business card shapes, sizes & paper types

Promo Code: HEREISMYCARD

Shop Now





Your Custom Invitation Awaits >



Make Your House a Customized Home >

ZAZZLE-002762



Follow @zazzle on Instagram for Exclusive Sales & Giveaways >

| Invitations & Cards | Clothing | Home & Living |
|---|---|---|
| Electronics | Office | Art |

## Love it. Snap it. Share it. #ZazzleMade

    

We promise 100% satisfaction. If you don't absolutely love it, we'll take it back!

Unsubscribe | Privacy Policy | User Agreement | Contact Us

© 2022 Zazzle Inc. All Rights Reserved. Zazzle Inc, 1200 Chestnut St., Menlo Park, CA 94025. Zazzle Ireland Limited, 6 Union Quay, Cork City, County Cork T12 D2WY, Ireland.

Zazzle and the Zazzle logo are registered trademarks or trademarks of Zazzle Inc. in the United States and other countries.

A discount of 50% of the product net sale price will be deducted when one or more qualifying packs of business cards are purchased. However, 50% discount excludes magnetic business cards. Either click through a promo link or enter the promo code HEREISMYCARD (i) to reflect the discounted price on each product page and/or (ii) during checkout to receive the offer. All discounts are valid through October 5, 2018, 11:59 PM PT. For most products, the net sale price is the price of the product (excluding shipping and taxes). This offer only applies to qualifying products marked "Sold by Zazzle." This offer excludes embroidery digitization, screen-printed apparel, fabric, gift cards, Zazzle Heart products, products made by Apliiq, Beltcraft, Big Shot Bikes, Bound Journals, Distinctive Suspenders (Sartorous LLC), Foxy Originals, Good Wood NYC, ScarfMaker, Way Basics, White Faux Taxidermy and Yellowleaf Hammocks. This offer excludes products from the stores listed here: https://www.zazzle.com/store+exclusions. This offer may not be combined with any other Zazzle promotional or volume discount offers and may not be applied to past purchases. If a volume discount applies to your order, you will receive either the discount set forth in this offer or the standard volume discount, whichever is greater. Offer valid on Zazzle.com only. Zazzle reserves the right to make changes to or terminate this offer at any time.

ZAZZLE-002763