# EXHIBIT 761

The best post-turkey day activity                          View Online

# *Zazzle*
## MADE FOR YOU WITH L♥VE



## An Unbe'leaf'able Sale

Up to 60% Off

Gift the perfect personalized presents

Promo Code: BLKFRIDAYZAZ

Shop Now

| **60% Off\*** | **50% Off\*** | **40% Off\*** |
|---|---|---|
| Classic Mugs | Post-it® Notes | Hand Fans |
| Fleece Blankets | Select T-Shirts | Leggings |
| Luggage Tags | Sherpa Blankets | Mousepads |
| Ornaments | Tote Bags | Pillows |
| And More… | And More… | And More… |



★ BEST DEALS OF THE YEAR ★



Now Brewing: 60% Off Mugs! >

ZAZZLE-002911



60% Off, Fleece and Thank You! >



60% Off Ooooh-worthy Ornaments >

 Shop 20% Off Sitewide >



Ho-Ho-Host the Perfect Holiday Party With 60% Off Invitations >

| Invitations & Cards | Clothing | Home & Living |
| --- | --- | --- |
| Electronics | Office | Art |
| Inspiration Gallery | Zazzle Black | Holiday Gifts |

ZAZZLE-002912

Love it. Snap it. Share it. #ZazzleMade

   

We promise 100% satisfaction. If you don't absolutely love it, we'll take it back!

Unsubscribe | Privacy Policy | User Agreement | Contact Us

© 2022 Zazzle Inc. All Rights Reserved. Zazzle Inc, 1200 Chestnut St., Menlo Park, CA 94025. Zazzle Ireland Limited, 6 Union Quay, Cork City, County Cork T12 D2WY, Ireland.

Zazzle and the Zazzle logo are registered trademarks or trademarks of Zazzle Inc. in the United States and other countries.

A discount of up to 60% off the product net sale price shall apply when one or more qualifying products are purchased: Enter code BLKFRIDAYZAZ in the promo code box at checkout to: (i) apply the offer and (ii) reflect the discounted price in the shopping cart and on each product page where you see the relevant discount percentage for that product, followed by "off with code BLKFRIDAYZAZ." For most products, the net sale price is the price of the product (excluding shipping and taxes). This offer only applies to qualifying products marked "Sold by Zazzle." Valid until 11/25/2018 11:59:59 PM PST. Offer cannot be applied to previous purchases or the purchase of gift cards, and cannot be redeemed for cash or combined with any other offer. If a volume discount applies to your order, you will receive either the discount set forth in this offer or the standard volume discount, whichever is greater. Limit one promo code per order. Valid on Zazzle.com only. Zazzle reserves the right to change or terminate this offer at any time.

ZAZZLE-002913