# EXHIBIT 763

Holiday savings 'yule' love are inside!                                   View Online

# Zazzle
MADE FOR YOU WITH L♥VE

EMAIL EXCLUSIVE  2 DAYS ONLY

## Get in the Spirit!

40% Off Leggings

Namaste all day in these custom cozies

Promo Code: CUTELEGGINGS

Shop Now







40% Off Mugs >                              50% Off Ornaments >

ZAZZLE-002924



This is Tee-rrific! Shop T-Shirts at 20% Off >

| | | |
|---|---|---|
| Invitations & Cards | Clothing | Home & Living |
| Electronics | Office | Art |
| Inspiration Gallery | Zazzle Black | Holiday Gifts |

## Love it. Snap it. Share it. #ZazzleMade

    

We promise 100% satisfaction. If you don't absolutely love it, we'll take it back!

Unsubscribe | Privacy Policy | User Agreement | Contact Us

© 2022 Zazzle Inc. All Rights Reserved. Zazzle Inc, 1200 Chestnut St., Menlo Park, CA 94025. Zazzle Ireland Limited, 6 Union Quay, Cork City, County Cork T12 D2WY, Ireland.

Zazzle and the Zazzle logo are registered trademarks or trademarks of Zazzle Inc. in the United States and other countries.

A discount of 40% of the product net sale price will be deducted when one or more qualifying pairs of Art of Where leggings are purchased. Either click through a promo link or enter the promo code CUTELEGGINGS (i) to reflect the discounted price on each product page and/or (ii) during checkout to receive the offer. For PhotoStamps by Stamps.com, the net sale price is the difference between the price of the PhotoStamps (excluding shipping and taxes) and the face value of the postage. All discounts are valid through November 29, 2018, 11:59 PM PT. For most products, the net sale price is the price of the product (excluding shipping and taxes).This offer only applies to qualifying products marked "Sold by Zazzle." This offer excludes embroidery digitization, screen-printed apparel, fabric, gift cards, Zazzle Heart products, products made by Apliiq, Beltcraft, Big Shot Bikes, Bound Journals, Distinctive Suspenders (Sartorous LLC), Foxy Originals, Good Wood NYC, ScarfMaker, Way Basics, White Faux Taxidermy, and Yellowleaf Hammocks. This offer excludes products from the stores listed here: https://www.zazzle.com/store+exclusions. This offer may not be combined with any other Zazzle promotional or volume discount offers and may not be applied to past purchases. If a volume discount applies to your order, you will receive either the discount set forth in this offer or the standard volume discount, whichever is greater. Offer valid on Zazzle.com only. Zazzle reserves the right to make changes to or terminate this offer at any time.

ZAZZLE-002925