# EXHIBIT 765

# Zazzle
MADE FOR YOU WITH L♥VE



## (We're) All a Flutter

Up to 75% Off

Our best deals of the year are taking flight....again!

Promo Code: ZCYBRMONDAY2

Shop Now



75% Off Business Cards >



50% Off T-Shirts >

ZAZZLE-002945



50% Off Stockings >



75% Off Canvas Prints >



# 50 PRODUCTS at **50% OFF** *
Get cracking – those stockings won't stuff themselves
**Shop Now >**



Free Shipping on All Orders Over $50* >



Pile on the Pillows! >

| Invitations & Cards | Clothing | Home & Living |
|---|---|---|
| Electronics | Office | Art |
| Inspiration Gallery | Zazzle Black | Holiday Gifts |

ZAZZLE-002946

Love it. Snap it. Share it. #ZazzleMade

   

We promise 100% satisfaction. If you don't absolutely love it, we'll take it back!

Unsubscribe | Privacy Policy | User Agreement | Contact Us

© 2022 Zazzle Inc. All Rights Reserved. Zazzle Inc, 1200 Chestnut St., Menlo Park, CA 94025. Zazzle Ireland Limited, 6 Union Quay, Cork City, County Cork T12 D2WY, Ireland.

Zazzle and the Zazzle logo are registered trademarks or trademarks of Zazzle Inc. in the United States and other countries.

A discount of up to 75% off the product net sale price shall apply when one or more qualifying products are purchased. In order for your purchase to qualify for free standard shipping, you must: (i) purchase one or more Zazzle products with a total net sales price (after discounts) of at least $50; (ii) select standard shipping as the shipping option; (iii) select a shipping address within the continental United States, Alaska, or Hawaii; and (iv) enter the promo code ZCYBRMONDAY2 during checkout to (A) apply the offer and (B) reflect the discounted price in the shopping cart and on each product page where you see the relevant discount percentage for that product, followed by "off with code ZCYBRMONDAY2." For most products, the net sale price is the price of the product (excluding shipping and taxes). For PhotoStamps by Stamps.com, the net sale price is the difference between the price of the PhotoStamps (excluding shipping and taxes) and the face value of the postage. Product discounts only apply to qualifying items marked "Sold by Zazzle." Valid until 12/3/2018 11:59:59 PM PST. Offer cannot be applied to previous purchases or the purchase of gift cards, and cannot be redeemed for cash or combined with any other offer. If a volume discount applies to your order, you will receive either the discount set forth in this offer or the standard volume discount, whichever is greater. Limit one promo code per order. Valid on Zazzle.com only. Zazzle reserves the right to change or terminate this offer at any time.

ZAZZLE-002947