# EXHIBIT 767

Celebrate the new year, nuptials, and everything in between!                    View Online

# Zazzle

MADE FOR YOU WITH L❤VE

## Share the Love

Up to 60% Off Invitations, Greeting Cards & More

Custom cards to suit every style & celebration

Promo Code: DECKTHEHALLS

Shop Now




60% Off Wedding Invitations >



60% Off Birthday Invitations >



Address With Ease With a Rubber Stamp >





ZAZZLE-002988

60% Off Holiday Cards >                    60% Off New Year's Cards >



Add a Touch of Personalization to Your Holiday Cards >



Make Your Delivery Extra-Delightful With Coordinating Envelope Liners >



## 50 PRODUCTS at **50% OFF** *
Get cracking – those stockings won't stuff themselves
**Shop Now >**



Cozy up With 20% Off Sitewide! >

Invitations & Cards        Clothing              Home & Living

ZAZZLE-002989

| Electronics | Office | Art |
| --- | --- | --- |
| Inspiration Gallery | Zazzle Black | Holiday Gifts |

## Love it. Snap it. Share it. #ZazzleMade

    

We promise 100% satisfaction. If you don't absolutely love it, we'll take it back!

Unsubscribe | Privacy Policy | User Agreement | Contact Us

© 2022 Zazzle Inc. All Rights Reserved. Zazzle Inc, 1200 Chestnut St., Menlo Park, CA 94025. Zazzle Ireland Limited, 6 Union Quay, Cork City, County Cork T12 D2WY, Ireland.

Zazzle and the Zazzle logo are registered trademarks or trademarks of Zazzle Inc. in the United States and other countries.

A discount of up to 60% off the product net sale price shall apply when one or more qualifying products are purchased: Enter code DECKTHEHALLS in the promo code box at checkout to: (i) apply the offer and (ii) reflect the discounted price in the shopping cart and on each product page where you see the relevant discount percentage for that product, followed by "off with code DECKTHEHALLS." For most products, the net sale price is the price of the product (excluding shipping and taxes). For PhotoStamps by Stamps.com, the net sale price is the difference between the price of the PhotoStamps (excluding shipping and taxes) and the face value of the postage. This offer only applies to qualifying products marked "Sold by Zazzle." Valid until 12/7/2018 11:59:59 PM PST. Offer cannot be applied to previous purchases or the purchase of gift cards, and cannot be redeemed for cash or combined with any other offer. If a volume discount applies to your order, you will receive either the discount set forth in this offer or the standard volume discount, whichever is greater. Limit one promo code per order. Valid on Zazzle.com only. Zazzle reserves the right to change or terminate this offer at any time.

ZAZZLE-002990