# EXHIBIT 789

| | |
|---|---|
| **From:** | The Zazzle Team |
| **Sent:** | Monday, August 16, 2021 7:33 AM PDT |
| **To:** | ToastedPixels |
| **Subject:** | Your Recent Sales |

| Shop | Create | Sell |  |  |  |
|---|---|---|---|---|---|

*New Sales From Your Store*

**Hi ToastedPixels,**

Look what has recently been sold from your store.

### Maid of Honor Tote Bag

You recently sold 1 customized copy(s) of your product,.

Order Item Id: 169-30994648-8683164

Order Date: 8/15/2021

Royalty: $1.59

### Maid of Honor Tote Bag

You recently sold 1 customized copy(s) of your product,.

Order Item Id: 169-52078126-7100177

Order Date: 8/15/2021

Royalty: $1.59

**Confidential**                                                                                 LAATZ0000613

—The Zazzle Team

FAQ Links:

- View your referral history
- Learn more about becoming an associate
- View all of your earnings
- Maximize your earnings with the latest promotional tools
- Manage your store
- Create more products
- Visit the Zazzle Blog

# Zazzle

*We promise 100% satisfaction.*

*If you don't absolutely love it, we'll take it back!*

**Facebook  Twitter  Instagram  Pinterest  Blog  Forum**

Unsubscribe  |  Privacy Policy  |  User Agreement  |  Contact Us

To ensure delivery, add us to your address book: zazzle@email.zazzle.com

© 2021 Zazzle Inc. All Rights Reserved. Zazzle Inc, 811 Sandhill Road, Reno, NV 89521. Zazzle Ireland Limited, 6 Union Quay, Cork City, County Cork T12 D2WY, Ireland.
Zazzle, the Zazzle logo, and Zazzle Profile Cards are registered trademarks or trademarks of Zazzle Inc. in the United States and other countries.

**Confidential**

**LAATZ0000614**