**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NICKY LAATZ, et al., | Case No.  5:22-cv-04844-BLF |
| Plaintiffs, | |
| v. | **ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S ADMINISTRATIVE MOTION TO SHORTEN TIME BY JANUARY 28, 2026** |
| ZAZZLE, INC., et al., | |
| Defendants. | |
| | [Re: ECF No. 561] |

Defendants Zazzle, Inc. and Mohamed Alkhatib filed this administrative motion for expedited briefing and hearing on their forthcoming Rule 37 motion.  ECF No. 561.  Defendants propose that their motion be filed by January 29, 2026, that Plaintiffs respond by February 2, 2026, that Defendants reply by February 4, 2026, and that the motion be heard on February 5, 2026. *See id.*

Given the time frame, the Court sua sponte shortens Plaintiff's time to respond to the administrative motion and ORDERS her to respond by 5:00 p.m. today, January 28, 2026.  The Parties are advised that—regardless of whether the Court ultimately grants the administrative motion to expedite briefing—the page limits for Defendants' Rule 37 motion SHALL be five pages for the motion, five pages for a response, and no reply.

**IT IS SO ORDERED.**

Dated:  January 28, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California