United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ, et al.,<br><br>    Plaintiffs,<br>v.<br><br>ZAZZLE, INC., et al.,<br><br>    Defendants. | Case No.  5:22-cv-04844-BLF<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' RULE 37 MOTION**<br><br>[Re: ECF No. 561] |

Before the Court is Defendants' administrative motion to expedite briefing and argument as to their Rule 37 motion.  ECF No. 561.  Defendants request that the Court set deadlines of January 29, 2026, for the motion, February 2, 2026, for the response, February 4, 2026, for the reply, and February 5, 2026, for the hearing.  *See id.*  Plaintiff opposes the motion, requesting that the Court at minimum set deadlines of February 4, 2026, for the response and February 9, 2026, for the hearing.  ECF No. 563.  Mindful of the constraints placed on both Parties so close to trial, and taking into account the Court's own schedule, the Court ORDERS AS FOLLOWS:

(1) The administrative motion is GRANTED.  The Parties SHALL appear before the Honorable Judge Freeman at 9:00 a.m. on February 5, 2026.

(2) Defendants SHALL file their Rule 37 motion by 12:00 p.m. on January 29, 2026.  Plaintiff SHALL file her opposition by 12:00 p.m. on February 4, 2026. No reply will be permitted.

(3) Each brief is limited to five pages.

**IT IS SO ORDERED.**

Dated: January 28, 2026

BETH LABSON FREEMAN
United States District Judge