PATRICK M. RYAN (SBN 203215)
  pryan@bartkopavia.com
STEPHEN C. STEINBERG (SBN 230656)
  ssteinberg@bartkopavia.com
SEAN R. MCTIGUE (SBN 286839)
  smctigue@bartkopavia.com
CHAD E. DEVEAUX (SBN 215482)
  cdeveaux@bartkopavia.com
P. CASEY MATHEWS (SBN 311838)
  cmathews@bartkopavia.com
BARTKO PAVIA LLP
1100 Sansome Street
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff and Counter-Defendant
NICKY LAATZ

[Additional Counsel Listed on Following Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICKY LAATZ,<br><br>       Plaintiff and Counter-Defendant,<br><br>    v.<br><br>ZAZZLE INC. and MOHAMED ALKHATIB,<br><br>       Defendants and Counterclaimant. | Case No. 5:22-cv-04844-BLF-VKD<br><br>**STIPULATED REQUEST FOR ORDER DISMISSING FIRST AMENDED COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

1      Case No. 5:22-cv-04844-BLF-VKD

STIPULATED REQUEST FOR ORDER DISMISSING FIRST AMENDED COMPLAINT & COUNTERCLAIMS
WITH PREJUDICE & RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

QUINN EMANUEL URQUHART & SULLIVAN, LLP
RACHEL HERRICK KASSABIAN (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

ANDREW SCHAPIRO (*pro hac vice*)
  andrewschapiro@quinnemanuel.com
MIRANDA M. HULKA (*pro hac vice*)
  *mirandahulka@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

DANIEL C. POSNER (Bar No. 232009)
  danposner@quinnemanuel.com
THOMAS D. NOLAN (Bar No. 238213)
  thomasnolan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

WILLIAM F. PATRY (*pro hac vice*)
  *williampatry@quinnemanuel.com*
KATY AKOPJAN (*pro hac vice*)
  *katyakopjan@quinnemanuel.com*
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Defendant and Counterclaimant Zazzle Inc.
and Defendant Mohamed Alkhatib

2                                          Case No. 5:22-cv-04844-BLF-VKD

STIPULATED REQUEST FOR ORDER DISMISSING FIRST AMENDED COMPLAINT & COUNTERCLAIMS
WITH PREJUDICE & RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

Pursuant to Civil Local Rule 7-12 and Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant Nicky Laatz ("Plaintiff") and Defendant and Counterclaimant Zazzle Inc. ("Zazzle") and Defendant Mohamed Alkhatib (together, "Defendants") (Plaintiff and Defendants are referred to collectively as the "Parties") jointly stipulate and request an order dismissing Plaintiff's First Amended Complaint and Zazzle's Counterclaim in this action and retaining jurisdiction over this matter for the sole purpose of enforcing the parties' settlement agreement.

WHEREAS, on August 24, 2022, Plaintiff filed a Complaint against Defendants asserting causes of action for Fraudulent Misrepresentation, Fraudulent Concealment, Promissory Fraud, Intentional Interference with Contractual Relations, Federal Copyright Infringement, Federal Trademark Infringement, and Breach of Contract;

WHEREAS, on March 14, 2023, Plaintiff filed a First Amended Complaint ("FAC") against Defendants asserting causes of action for Fraudulent Misrepresentation, Fraudulent Concealment, Promissory Fraud, Federal Copyright Infringement, Federal Trademark Infringement, and Breach of Contract;

WHEREAS, on August 30, 2023, Defendants answered the FAC and Zazzle filed a Counterclaim against Plaintiff asserting the invalidity of Plaintiff's copyrights and seeking attorneys' fees pursuant to 17 U.S.C. § 505;

WHEREAS, on February 3, 2026, the Parties signed a binding settlement term sheet ("Term Sheet") to resolve Plaintiff's FAC against Defendants and Zazzle's Counterclaim against Plaintiff, including an agreement to dismiss the FAC and Zazzle's Counterclaim with prejudice conditioned on the Court's retention of jurisdiction for the purposes of enforcing the settlement agreement;

WHEREAS, on April 19, 2026, the Parties executed a long-form confidential settlement agreement ("Settlement Agreement") consistent with the terms of the Term Sheet that, among other things, requires the Parties to file a stipulation and proposed order providing for dismissal with prejudice of Plaintiff's FAC and Zazzle's Counterclaim conditioned on the Court's retaining jurisdiction over this action for the sole purpose of enforcing the terms of the Settlement Agreement;

STIPULATED REQUEST FOR ORDER DISMISSING FIRST AMENDED COMPLAINT & COUNTERCLAIMS
WITH PREJUDICE & RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

Accordingly, pursuant to the Parties' Settlement Agreement in this case, THE PARTIES HEREBY STIPULATE AND REQUEST that the Court retain jurisdiction over the present action for the purpose of enforcing the terms of the Settlement Agreement; and

Conditioned on the Court's agreement to retain jurisdiction over this matter to enforce the Settlement Agreement, THE PARTIES FURTHER STIPULATE AND REQUEST THAT the Court dismiss with prejudice Plaintiff's FAC and Zazzle's Counterclaim.

THE PARTIES FURTHER STIPULATE THAT each party shall bear its own attorneys' fees, costs, and litigation expenses.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  April 30, 2026          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  _____/s/ Dan Posner_____
DAN POSNER
Attorneys for Defendant and Counterclaimant ZAZZLE INC. and Defendant MOHAMED ALKHATIB

DATED:  April 30, 2026          BARTKO PAVIA LLP

By:  _____/s/ Patrick M. Ryan_____
PATRICK M. RYAN
Attorneys for Plaintiff and Counter-Defendant NICKY LAATZ

**ATTESTATION**

I hereby attest that Dan Posner has concurred in the filing of this document on his behalf and the inclusion of a conformed signature (/s/) within this e-filed document on his behalf.

_____/s/ Patrick M. Ryan_____
PATRICK M. RYAN

STIPULATED REQUEST FOR ORDER DISMISSING FIRST AMENDED COMPLAINT & COUNTERCLAIMS WITH PREJUDICE & RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

**[PROPOSED] ORDER**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED THAT:

1.    All of Plaintiff's claims in the First Amended Complaint against Defendants Zazzle, Inc. and Mohamed Alkhatib are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

2.    Zazzle, Inc.'s Counterclaim against Plaintiff is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

3.    As requested by the Parties, this Court shall retain jurisdiction solely to enforce the Settlement Agreement between the Parties.

4.    Each party shall bear its own attorneys' fees, costs, and litigation expenses.

IT IS SO ORDERED.

Dated: April 30, 2026 _____

_____
The Honorable Beth Labson Freeman
United States District Judge

STIPULATED REQUEST FOR ORDER DISMISSING FIRST AMENDED COMPLAINT & COUNTERCLAIMS WITH PREJUDICE & RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT